**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL NO. 3089** |

## PLAINTIFF'S SCHEDULE OF ACTIONS

| Caption and Parties | District /Division | Case Number | Judge |
|---|---|---|---|
| Jessica Thompson v. Reckkit Benckiser LLC | W.D. Wash. | 2:23-cv-01606-JCC | John C. Coughenour |