**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL NO. _____                         **IN RE: ORAL PHENYLEPHRINE LITIGATION**

**SCHEDULE OF ACTIONS**

| Case Caption | District | Case Number | Assigned Judge |
|---|---|---|---|
| **Plaintiff:**<br>Steve Audelo<br><br>**Defendants:**<br>Johnson & Johnson Consumer, Inc. and Procter & Gamble | **Northern District of Florida, Pensacola Division** | 3:23-cv-24250-TKW-ZCB | Hon. T. Kent Wetherell II, U.S.D.J. |
| **Plaintiffs:**<br>Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo<br><br>**Defendants:**<br>Reckitt Benckiser LLC, Kenvue Inc., McNeil Consumer Healthcare, Procter & Gamble Company, GlaxoSmithKline LLC, and Walgreens, Inc. | **District of New Jersey, Newark Division** | 2:23-cv-20370-KM-JSA | Hon. Kevin McNulty, U.S.D.J. |
| **Plaintiff:**<br>Jennifer Baughman<br><br>**Defendants:** | **Central District Of California, Western Division - Los Angeles** | 2:23-cv-07737 | Unassigned |

| | | | |
|---|---|---|---|
| Johnson & Johnson Consumer Inc., Kenvue, Inc., Reckitt Benckiser LLC; and Procter & Gamble | | | |
| **Plaintiff:**<br>Kaycie Coppock<br><br>**Defendants:**<br>Procter & Gamble and Target Corporation | **Eastern District of Louisiana, New Orleans Division** | 2:23-cv-05353-EEF-KWR | Hon. Eldon E. Fallon, U.S.D.J. |
| **Plaintiff:**<br>Robyn Cronin<br><br>**Defendants:**<br>Johnson & Johnson Consumer, Inc. and Procter & Gamble | **Eastern District of New York, Central Islip Division** | 2:23-cv-06870 | Unassigned |
| **Plaintiff:**<br>Kristen DePaola<br><br>**Defendants:**<br>The Procter & Gamble Company and McNeil Consumer Healthcare | **Middle District of Florida, Ft. Myers Division** | 2:23-cv-00727-SPC-KCD | Hon. Sheri Polster Chappell, U.S.D.J. |
| **Plaintiff:**<br>Robert Fichera<br><br>**Defendants:** | **Eastern District of Louisiana, New Orleans Division** | 2:23-cv-05274-JTM-KWR | Hon. Jane Triche Milazzo, U.S.D.J. |

| | | | |
|---|---|---|---|
| The Procter & Gamble Company, Associated Wholesale Grocers, Inc., and Valu Merchandisers Co. | | | |
| **Plaintiff:**<br>Natalie Juneau<br><br>**Defendants:**<br>The Procter & Gamble Company and GSK Consumer Healthcare, Inc. | **Eastern District of Louisiana, New Orleans Division** | 2:23-cv-05273-ILRL-MBN | Hon. Ivan L.R. Lemelle, U.S.D.J. |
| **Plaintiff:**<br>Miesha McIntyre<br><br>**Defendants:**<br>Kenvue Inc., and McNeil Consumer Healthcare | **District of Minnesota, Minneapolis Division** | 0:23-cv-02862-PJS-JFD | Chief Judge Patrick J. Schiltz |
| **Plaintiff:**<br>Kamonica McWhite<br><br>**Defendant:**<br>Johnson & Johnson Consumer, Inc. | **District of New Jersey, Trenton Division** | 3:23-cv-20379-ZNQ-RLS | Hon. Zahid N. Quraishi, U.S.D.J. |
| **Plaintiff:**<br>Kenneth Levi Pack and Min Ji Jung<br><br>**Defendants:** | **Eastern District of California, Sacramento Division** | 2:23-cv-01965-AC | Magistrate Judge Allison Claire |

| | | | |
|---|---|---|---|
| Johnson & Johnson Consumer Companies, Inc.; GlaxoSmithKline LLC; Reckitt Benckiser LLC; Bayer Healthcare LLC; Sanofi- Aventis U.S. LLC; The Procter & Gamble Company; Church & Dwight Co., Inc.; Walmart Inc.; Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; Rite Aid Corporation; Amazon.com, Inc. | | | |
| **Plaintiff:** Tina Tuominen  **Defendant:** Johnson & Johnson Consumer, Inc. | **Northern District of Illinois, Eastern Division - Chicago** | 1:23-cv-13796 | Unassigned |
| **Plaintiff:** Sandra Yousefzadeh  **Defendant:** Johnson & Johnson Consumer, Inc. | **Eastern District of New York, Central Islip Division** | 2:23-cv-06825-NGG-JMW | Hon. Nicholas G. Garaufis, U.S.D.J. |