**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE                          MDL NO. _____
LITIGATION

## REQUEST FOR ORAL ARGUMENT

    Counsel for Movants, Plaintiffs Erin Barton, Sam Gallo, Kimberly Buscaglia, and Francis Catanese, respectfully request oral argument before the Panel regarding their Motion For Transfer.

    Oral argument will assist the Panel in understanding the various issues and challenges involved in this complex litigation, and why transfer of these actions would prevent unnecessary duplication and inconsistent results, and would promote efficiency for the judiciary and the parties. It would provide an opportunity for the parties to address any questions the Panel may have, and to update the Panel on any developments in the litigation, including the status of the actions included in the Motion and any potential tag-along actions, all of which is relevant to the Panel's decision.

    Accordingly, Movant-Plaintiffs respectfully request that the Panel grant this request for oral argument.

Dated: September 18, 2023                    Respectfully submitted,

                                                                             */s/ James E. Cecchi*

Christopher A. Seeger                         James E. Cecchi
David R. Buchanan                             Donald A. Ecklund
Scott A. George                               Jordan M. Steele
**SEEGER WEISS LLP**                          **CARELLA, BYRNE, CECCHI,**
55 Challenger Road, 6th Floor                  **BRODY & AGNELLO, P.C.**
Ridgefield Park, New Jersey 07660             5 Becker Farm Road
Telephone: (973) 639-9100                     Roseland, New Jersey 07068
cseeger@seegerweiss.com                       Telephone: (973) 994-1700
dbuchanan@seegerweiss.com                     jcecchi@carellabyrne.com
sgeorge@seegerweiss.com                       decklund@carellabyrne.com
                                                                                         jsteele@carellabyrne.com

Paul J. Geller
Stuart A. Davidson
Lindsey H. Taylor
**ROBBINS GELLER RUDMAN**
 **& DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Telephone: (561) 750-3000
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
ltaylor@rgrdlaw.com

Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dschwartz@dicellolevitt.com

*Counsel for Movants,*
*Plaintiffs Erin Barton, Sam Gallo, Kimberly Buscaglia, and Francis Catanese*