BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re: Oral Phenylephrine Marketing and Sales Practices Litigation** | MDL-3089 |

**EXHIBIT A TO CONLEE S. WHITELEY NOTICE OF APPEARANCE**

Short Case Caption:

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Natalie Juneau v. The Procter & Gamble Co., et al. | Eastern District Louisiana | No. 2:23-cv-05273 | Hon. Ivan L.R. Lamelle |
| Robert Fichera v. The Procter & Gamble Co., et al. | Eastern District Louisiana | No. 2:23-cv-05274 | Hon. Jane Triche Milazzo |
| Jones v. Reckitt Benckiser Pharmaceuticals, Inc., et al. | Northern District of California | No. 3:23-cv-04807 | Hon. Sallie Kim |