BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE                      MDL NO. Pending 29
LITIGATION

## PROOF OF SERVICE

We hereby certify that a copy of the foregoing APPEARANCE FORM, and this Proof of Service were served by U.S. Certified Mail or electronic mail (as indicated below) on September 20, 2023, to the following:

**Clerks of the Courts:**
*Via Certified Mail*

**Clerk of Court**
**U.S. District Court**
Central District Of California, Western Division - Los Angeles
First Street U.S. Courthouse
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Clerk of Court**
**U.S. District Court**
Eastern District of California, Sacramento Division
Robert T. Matsui United States Federal Courthouse
501 "I" Street, Suite 2500
Sacramento, CA 95814

**Clerk of Court**
**U.S. District Court**
Middle District of Florida, Ft. Myers Division
United States Courthouse and Federal Building
2110 First Street
Fort Myers, Florida 33901

**Clerk of Court**
**U.S. District Court**
Northern District of Florida (Pensacola Division)
United States Courthouse
One North Palafox St.
Pensacola, FL 32502

**Clerk of Court**
**U.S. District Court**
Northern District of Illinois (Eastern Division)
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**Clerk of Court**
**U.S. District Court**
Eastern District of Louisiana, New Orleans Division
United States District Court
U.S. Courthouse
500 Poydras Street
New Orleans, LA  70130

**Clerk of Court**
**U.S. District Court**
District of Minnesota, Minneapolis Division
Diana E. Murphy United States Courthouse
300 South Fourth Street - Suite 202
Minneapolis, MN 55415

**Clerk of Court**
**U.S. District Court**
District of New Jersey (Newark Division)
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Clerk of Court**
**U.S. District Court**
District of New Jersey (Trenton Division)
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Clerk of Court**
**U.S. District Court**
Eastern District of New York, Central Islip Division
United States District Court for the New York Eastern District
100 Federal Plaza
Central Islip, NY 11722

**Defendant: Albertsons Companies Inc.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
1555 W SHORELINE DR, STE 100
BOISE, ID  83702
*E.D. California, No. 2:23-cv-01965-JAC*


**Defendant: Amazon.com, Inc.**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SW STE 208 MC-CSC1,
TUMWATER, WA, 98501, UNITED STATES
*E.D. California, No. 2:23-cv-01965-JAC*


**Defendant: Associated Wholesale Grocers, Inc.**
*Via Certified Mail*

c/o SECRETARY OF STATE
120 SW 10TH AVENUE FIRST FLOOR MEMORIAL HALL,
TOPEKA, KS 66612
*E.D. California, No. 2:23-cv-01965-JAC*


**Defendant: Bayer Healthcare LLC**
*Via Certified Mail*

c/o  CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, SUITE 160, 100 CHARLES EWING BLVD, EWING, NJ, 08628
*E.D. California, No. 2:23-cv-01965-JAC*


**Defendant: CVS Pharmacy, Inc.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*E.D. California, No. 2:23-cv-01965-JAC*

**Defendant: Church & Dwight Co., Inc.**
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*E.D. California, No. 2:23-cv-01965-JAC*

**Defendant: GlaxoSmithKline LLC**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER,
SUITE 160, 100 CHARLES EWING BLVD
EWING, NJ, 08628
*D. New Jersey, No. 2:23-cv-20370-KM; E.D. California, No. 2:23-cv-01965-JAC*

**Defendant: GSK Consumer Healthcare, Inc.**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER
SUITE 160, 100 CHARLES EWING BLVD
EWING, NJ, 08628
*E.D. Louisiana, No. 2:23-cv-05273-ILRL*

**Defendant: Johnson & Johnson Consumer Inc.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*D. New Jersey, No. 3:23-cv-20379-ZNQ; E.D. New York, No. 2:23-cv-06825-NGG; E.D. New York, No. 2:23-cv-06870; E.D. California, No. 2:23-cv-01965-JAC; N.D. Florida, No. 3:23-cv-24250-TKW; N.D. Illinois, No. 1:23-cv-13796; C.D. California, No. 2:23-cv-07737*

**Defendant: Kenvue Inc.**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801

D. New Jersey, No. 2:23-cv-20370-KM; C.D. California, No. 2:23-cv-07737; D. Minnesota, No. 0:23-cv-02862-PJS

**Defendant: McNeil Consumer Healthcare**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801
*D. New Jersey, No. 2:23-cv-20370-KM; D. Minnesota, No. 0:23-cv-02862-PJS; M.D. Florida, No. 2:23-cv-00727-SPC*

**Defendant: Procter & Gamble Company**
*Via Certified Mail*

c/o CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS OH 43219
*D. New Jersey, No. 2:23-cv-20370-KM; M.D. Florida, No. 2:23-cv-00727-SPC; E.D. New York, No. 2:23-cv-06870; E.D. California, No. 2:23-cv-01965-AC; E.D. Louisiana, No. 2:23-cv-05273-ILRL; E.D. Louisiana, No. 2:23-cv-05274-JTM; N.D. Florida, No. 3:23-cv-24250-TKW; C.D. California, No. 2:23-cv-07737; E.D. Louisiana, No. 2:23-cv-05353-EEF*

**Defendant: Reckitt Benckiser LLC**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER,  SUITE 160,
100 CHARLES EWING BLVD , EWING, NJ, 08628
*D. New Jersey, No. 2:23-cv-20370-KM; E.D. California, No. 2:23-cv-01965-AC; C.D. California, No. 2:23-cv-07737;*

**Defendant: Rite Aid Corporation**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801
*E.D. California, No. 2:23-cv-01965-AC*

**Defendant: Sanofi-Aventis U.S. LLC**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808
*E.D. California, No. 2:23-cv-01965-AC*

**Defendant: Target Corporation**
*Via Certified Mail*

c/o C T Corporation System
1010 Dale St N
St Paul, MN 55117–5603
*E.D. California, No. 2:23-cv-01965-AC; E.D. Louisiana, No. 2:23-cv-05353-EEF*

**Defendant: Walgreens, Inc.**
*Via Certified Mail*

c/o ILLINOIS CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261
*D. New Jersey, No. 2:23-cv-20370-KM*

**Defendant: Walgreen Co.**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER,
SUITE 160, 100 CHARLES EWING BLVD
EWING, NJ, 08628
*E.D. California, No. 2:23-cv-01965-AC*

**Defendant: Walmart Inc.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*E.D. California, No. 2:23-cv-01965-AC*

**Defendant: Valu Merchandisers Co.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
112 SW 7TH STREET SUITE 3C,
TOPEKA, KS 66603
*E.D. Louisiana, 2:23-cv-05274-JTM*


**PLAINTIFFS:**
*Via E-Mail*

James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
**CARELLA BYRNE CECCHI,**
**BRODY & AGNELLO PC**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
jsteele@carellabyrne.com
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia,**
**Francis W. Catanese, and Samuel Gallo**
*D. New Jersey, No. 2:23-cv-20370-KM*

Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dschwartz@dicellolevitt.com
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia,**
**Francis W. Catanese, and Samuel Gallo**
*D. New Jersey, No. 2:23-cv-20370-KM*

Paul J. Geller
Stuart A. Davidson
Lindsey H. Taylor
**ROBBINS GELLER RUDMAN**
**& DOWD LLP**

225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Telephone: (561) 750-3000
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
ltaylor@rgrdlaw.com
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia,
Francis W. Catanese, and Samuel Gallo**
*D. New Jersey, No. 2:23-cv-20370-KM*

Christopher A. Seeger
David R. Buchanan
Scott A. George
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sgeorge@seegerweiss.com
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia,
Francis W. Catanese, and Samuel Gallo**
*D. New Jersey, No. 2:23-cv-20370-KM*

Raymond C. Silverman
Melanie H. Muhlstock
Jason S. Goldstein
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: (516) 466-6500
rsilverman@yourlawyer.com
mmuhlstock@yourlawyer.com
jgoldstein@yourlawyer.com
**Counsel for Plaintiff: Robyn Cronin**
*E.D. New York, No. 2:23-cv-06870*


George T. Williamson
**FARR FARR EMERICH
CARR & HOLMES, PA**
99 Nesbit Street
Punta Gorda, FL 33950
Telephone: (941) 639-1158
gwilliamson@farr.com
**Counsel for Plaintiff Kristin DePaola**
*M.D. Florida, No. 2:23-cv-00727-SPC*

Marlene J. Goldenberg
**NIGH GOLDENBERG RASO & VAUGHN PLLC**
14 Ridge Square, Third Floor
Washington, D.C. 20016
Telephone: 202-978-2228
mgoldenberg@nighgoldenberg.com
**Counsel for Plaintiff Kristin DePaola**
*M.D. Florida, No. 2:23-cv-00727-SPC*


Ruben Honik
David J. Stanoch
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Telephone: 267-435-1300
ruben@honiklaw.com

david@honiklaw.com
**Counsel for Plaintiffs Kristin DePaola, Robert Fichera, and Natalie Juneau**
*M.D. Florida, No. 2:23-cv-00727-SPC; E.D. Louisiana, No. 2:23-cv-05274-JTM; E.D. Louisiana, No. 2:23-cv-05273-ILRL*

Conlee S. Whiteley
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Telephone: 504-524-5777
c.whiteley@kanner-law.com
**Counsel for Plaintiffs Kristin DePaola, Robert Fichera and Natalie Juneau**
*M.D. Florida, No. 2:23-cv-00727-SPC, E.D. Louisiana, No. 2:23-cv-05274-JTM; E.D. Louisiana, No. 2:23-cv-05273-ILRL*

Andrew D. Bizer
**BIZER & DEREUS**
3319 St. Claude Ave.
New Orleans, LA 70117
Telephone: 504-619-9999
andrew@bizerlaw.com
**Counsel for Plaintiffs Robert Fichera and Natalie Juneau**
*E.D. Louisiana, No. 2:23-cv-05274-JTM; E.D. Louisiana, No. 2:23-cv-05273-ILRL*

Jacob R. Rusch
Zackary S. Kaylor
**JOHNSON BECKER PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com
**Counsel for Plaintiff Miesha McIntyre**
*D. Minnesota, No. 0:23-cv-02862-PJS*

Philip Furia
**THE SULTZER LAW GROUP**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
furiap@thesultzerlawgroup.com
**Counsel for Plaintiff Kamonica McWhite**
*D. New Jersey, No. 3:23-cv-20379-ZNQ*

Roy T. Willey, IV
Blake G. Abbott
Paul J. Doolittle
**POULIN | WILLEY**
**ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
roy.willey@poulinwilley.com
blake.abbott@poulinwilley.com
paul.doolittle@poulinwilley.com
**Counsel for Plaintiff Kamonica McWhite**
*D. New Jersey, No. 3:23-cv-20379-ZNQ*


Christopher R. Rodriguez
Andrew D. Bluth
**SINGLETON SCHREIBER, LLP**
1414 K Street, Suite 470
Sacramento, California 95814
Telephone: (619) 333-7479
crodriguez@singletonschreiber.com
abluth@singletonschreiber.com
**Counsel for Plaintiffs Kenneth Levi Pack and Min Ji Jung**
*E.D. California, No. 2:23-cv-01965-AC*


Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com
**Counsel for Plaintiff Tina Tuominen**
*N.D. Illinois, No. 1:23-cv-13796*

Nick Suciu III
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Telephone: (313) 303-3472
Email: nsuciu@milberg.com
**Counsel for Plaintiff Tina Tuominen**
*N.D. Illinois, No. 1:23-cv-13796*

Jeff Ostrow
Jonathan M. Streisfeld
Kristen Lake Cardoso
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com
streisfeld@kolawyers.com
cardoso@kolawyers.com
**Counsel for Plaintiff Tina Tuominen**
*N.D. Illinois, No. 1:23-cv-13796*

Melissa S. Weiner
Ryan J. Gott
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
mweiner@pwfirm.com
rgott@pwfirm.com
**Counsel for Plaintiff Tina Tuominen**
*N.D. Illinois, No. 1:23-cv-13796*

Erin Ruben
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
eruben@milberg.com
**Counsel for Plaintiff Tina Tuominen**
*N.D. Illinois, No. 1:23-cv-13796*

J. Hunter Bryson
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 E 50th Street
New York, NY 10022
Telephone: (630) 796-0903
hbryson@milberg.com
**Counsel for Plaintiff Tina Tuominen**
*N.D. Illinois, No. 1:23-cv-13796*

Darren T. Kaplan
**KAPLAN GORE LLP**
1979 Marcus Ave., Suite 201
Lake Success, NY 11042
Telephone: (212) 999-7370
dkaplan@kaplangore.com


**Counsel for Plaintiff Sandra Yousefzadeh** *E.D. New York, No. 2:23-cv-06825-NGG*


Christopher A. Seeger
David R. Buchanan
Scott A. George
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sgeorge@seegerweiss.com


**Counsel for Plaintiffs Erin Barton, Kimberly Buschaglia, Francis W. Catanse, and Samuel Gallo,** D. New Jersey, No. 2:23-cv-20370-KM-JSA


Paul J. Geller
Stuart A. Davidson
Lindsey H. Taylor
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Telephone: (561) 750-3000
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
ltaylor@rgrdlaw.com


**Counsel for Plaintiffs Erin Barton, Kimberly Buschaglia, Francis W. Catanse, and Samuel Gallo, D. New Jersey, No. 2:23-cv-20370-KM-JSA**

Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com dschwartz@dicellolevitt.com

**Counsel for Plaintiffs Erin Barton,**
**Kimberly Buschaglia,**
**Francis W. Catanse, and Samuel Gallo,**
D. New Jersey, No. 2:23-cv-20370-KM-JSA

James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
CARELLA, BYRNE, CECCHI,
 BRODY & AGNELLO, P.C. 5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
jsteele@carellabyrne.com
**Counsel for Plaintiffs Erin Barton,**
**Kimberly Buschaglia, Francis W. Catanse,**
**and Samuel Gallo**,
D. New Jersey, No. 2:23-cv-20370-KM-JSA

Dated: September 20, 2023

| | |
|---|---|
| By: /s/ Bryan F. Aylstock<br>Bryan F. Aylstock<br>R. Jason Richards<br>Jennifer Hoekstra<br>**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**<br>17 E. Main Street, Ste. 200<br>Pensacola, Florida 32602<br>T: (850) 202-1010<br>F: (850) 916-7449<br>EMAIL: baylstock@awkolaw.com<br>          jrichards@awkolaw.com<br><br>***Attorneys for Plaintiff Kaycie Coppock,***<br>*E.D. LA, Case No.*<br>*2:23-cv-05353-EEF-KWR* | /s/ Kiley L. Grombacher<br>Kiley L. Grombacher<br>**BRADLEY/GROMBACHER, LLP**<br>31365 Oak Crest Drive, Suite 240<br>Westlake Village, California 91361<br>T: (805) 270-7100<br>F: (805) 270-7589<br>E-MAIL:<br>kgrombacher@bradleygrombacher.com<br><br>***Attorney for Plaintiff Jennifer Baughman***, *C.D. Cal., Case No. 2:23-cv-07737* |