BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE LITIGATION | MDL DOCKET NO. Pending No. 29 |
|---|---|

**PLAINTIFF'S SCHEDULE OF ACTIONS**

| CAPTION AND PARTIES | DISTRICT /DIVISION | CASE NUMBER | JUDGE |
|---|---|---|---|
| Steve Audelo v. Johnson & Johnson Consumer Inc. and Procter & Gamble | N.D. Fla. | 3:23-cv-24250 | Hon. T. Kent Wetherell |
| Kristen DePaola v. The Procter & Gamble Company and McNeil Consumer Healthcare | M.D. Fla | 2:23-cv-00727 | Hon. Sheri Polster Chappell |
| Erin Barton, et al v. Reckitt Benckiser et al | D.N.J. | 2:23-cv-20370 | Hon. Kevin McNulty |
| Kamonica McWhite v. Johnson & Johnson Consumer, Inc. | D.N.J. | 3:23-cv-20379 | Hon. Zahid N. Quraishi |
| Sandra Yousefzadeh v. Johnson & Johnson Consumer Inc. | E.D.N.Y. | 2:23-cv-06825 | Hon. Nicholas G. Garaufis |
| Robyn Cronin v. Johnson & Johnson Consumer Inc., and Procter & Gamble | E.D.N.Y. | 2:23-cv-06870 | Unassigned |
| Kenneth Levi Pack, and Min Ji Jung. v. Johnson & Johnson Consumer Companies, Inc. et al | E.D. Cal. | 2:23-cv-01965 | Magistrate Judge Allison Claire |
| Jennifer Baughman v. Johnson & Johnson Consumer Inc. et al | C.D. Cal. | 2:23-cv-07737 | Unassigned |
| Kaycie Coppock v. Procter & Gamble and Target Corporation | E.D. La. | 2:23-cv-05353 | Hon. Eldon E. Fallon |
| Natalie Juneau v. The Procter & Gamble Company and GSK Consumer Healthcare, Inc. | E.D. La. | 2:23-cv-05273 | Hon. Ivan L.R. Lemelle |

| Robert Fichera v. The Procter & Gamble Company, et al | E.D. La. | 2:23-cv-05274 | Hon. Jane Milazzo |
|---|---|---|---|
| Miesha McIntyre v. Kenvue, Inc. and McNeil Consumer Healthcare | D. Minn. | 0:23-cv-02862 | Chief Judge Patrick J. Schiltz |
| Tina Tuominen v. Johnson & Johnson Consumer, Inc. | N.D. Ill. | 1:23-cv-13796 | Unassigned |