**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE                    MDL NO. _____
LITIGATION

**PROOF OF SERVICE**

We hereby certify that a copy of the foregoing INTERESTED PARTY RESPONSE OF

PLAINTIFFS COPPOCK AND BAUGHMAN, and this Proof of Service were served by U.S.

Certified Mail or electronic mail (as indicated below) on September 20, 2023, to the following:

**Clerks of the Courts:**
*Via Certified Mail*

**Clerk of Court**
**U.S. District Court**
Central District Of California, Western Division - Los Angeles
First Street U.S. Courthouse
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Clerk of Court**
**U.S. District Court**
Eastern District of California, Sacramento Division
Robert T. Matsui United States Federal Courthouse
501 "I" Street, Suite 2500
Sacramento, CA 95814

**Clerk of Court**
**U.S. District Court**
Middle District of Florida, Ft. Myers Division
United States Courthouse and Federal Building
2110 First Street
Fort Myers, Florida 33901

**Clerk of Court**
**U.S. District Court**
Northern District of Florida (Pensacola Division)
United States Courthouse
One North Palafox St.
Pensacola, FL 32502

**Clerk of Court**
**U.S. District Court**
Northern District of Illinois (Eastern Division)
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**Clerk of Court**
**U.S. District Court**
Eastern District of Louisiana, New Orleans Division
United States District Court
U.S. Courthouse
500 Poydras Street
New Orleans, LA  70130

**Clerk of Court**
**U.S. District Court**
District of Minnesota, Minneapolis Division
Diana E. Murphy United States Courthouse
300 South Fourth Street - Suite 202
Minneapolis, MN 55415

**Clerk of Court**
**U.S. District Court**
District of New Jersey (Newark Division)
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Clerk of Court**
**U.S. District Court**
District of New Jersey (Trenton Division)
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Clerk of Court**
**U.S. District Court**
Eastern District of New York, Central Islip Division
United States District Court for the New York Eastern District
100 Federal Plaza
Central Islip, NY 11722

**Defendant: Albertsons Companies Inc.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
1555 W SHORELINE DR, STE 100
BOISE, ID  83702
*E.D. California, No. 2:23-cv-01965-JAC*


**Defendant: Amazon.com, Inc.**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SW STE 208 MC-CSC1,
TUMWATER, WA, 98501, UNITED STATES
*E.D. California, No. 2:23-cv-01965-JAC*


**Defendant: Associated Wholesale Grocers, Inc.**
*Via Certified Mail*

c/o SECRETARY OF STATE
120 SW 10TH AVENUE FIRST FLOOR MEMORIAL HALL,
TOPEKA, KS 66612
*E.D. California, No. 2:23-cv-01965-JAC*


**Defendant: Bayer Healthcare LLC**
*Via Certified Mail*

c/o  CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, SUITE 160, 100 CHARLES EWING
BLVD, EWING, NJ, 08628
*E.D. California, No. 2:23-cv-01965-JAC*


**Defendant: CVS Pharmacy, Inc.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*E.D. California, No. 2:23-cv-01965-JAC*

**Defendant: Church & Dwight Co., Inc.**
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*E.D. California, No. 2:23-cv-01965-JAC*


**Defendant: GlaxoSmithKline LLC**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER,
SUITE 160, 100 CHARLES EWING BLVD
EWING, NJ, 08628
*D. New Jersey, No. 2:23-cv-20370-KM; E.D. California, No. 2:23-cv-01965-JAC*


**Defendant: GSK Consumer Healthcare, Inc.**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER
SUITE 160, 100 CHARLES EWING BLVD
EWING, NJ, 08628
*E.D. Louisiana, No. 2:23-cv-05273-ILRL*


**Defendant: Johnson & Johnson Consumer Inc.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*D. New Jersey, No. 3:23-cv-20379-ZNQ; E.D. New York, No. 2:23-cv-06825-NGG; E.D. New York, No. 2:23-cv-06870; E.D. California, No. 2:23-cv-01965-JAC; N.D. Florida, No. 3:23-cv-24250-TKW; N.D. Illinois, No. 1:23-cv-13796; C.D. California, No. 2:23-cv-07737*


**Defendant: Kenvue Inc.**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801

*D. New Jersey, No. 2:23-cv-20370-KM; C.D. California, No. 2:23-cv-07737; D. Minnesota, No. 0:23-cv-02862-PJS*

**Defendant: McNeil Consumer Healthcare**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801
*D. New Jersey, No. 2:23-cv-20370-KM; D. Minnesota, No. 0:23-cv-02862-PJS; M.D. Florida, No. 2:23-cv-00727-SPC*

**Defendant: Procter & Gamble Company**
*Via Certified Mail*

c/o CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS OH 43219
*D. New Jersey, No. 2:23-cv-20370-KM; M.D. Florida, No. 2:23-cv-00727-SPC; E.D. New York, No. 2:23-cv-06870; E.D. California, No. 2:23-cv-01965-AC; E.D. Louisiana, No. 2:23-cv-05273-ILRL; E.D. Louisiana, No. 2:23-cv-05274-JTM; N.D. Florida, No. 3:23-cv-24250-TKW; C.D. California, No. 2:23-cv-07737; E.D. Louisiana, No. 2:23-cv-05353-EEF*

**Defendant: Reckitt Benckiser LLC**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER,  SUITE 160,
100 CHARLES EWING BLVD , EWING, NJ, 08628
*D. New Jersey, No. 2:23-cv-20370-KM; E.D. California, No. 2:23-cv-01965-AC; C.D. California, No. 2:23-cv-07737;*

**Defendant: Rite Aid Corporation**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801
*E.D. California, No. 2:23-cv-01965-AC*

**<u>Defendant: Sanofi-Aventis U.S. LLC</u>**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808
*E.D. California, No. 2:23-cv-01965-AC*


**<u>Defendant: Target Corporation</u>**
*Via Certified Mail*

c/o C T Corporation System
1010 Dale St N
St Paul, MN 55117–5603
*E.D. California, No. 2:23-cv-01965-AC; E.D. Louisiana, No. 2:23-cv-05353-EEF*


**<u>Defendant: Walgreens, Inc.</u>**
*Via Certified Mail*

c/o ILLINOIS CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261
*D. New Jersey, No. 2:23-cv-20370-KM*


**<u>Defendant: Walgreen Co.</u>**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER,
SUITE 160, 100 CHARLES EWING BLVD
EWING, NJ, 08628
*E.D. California, No. 2:23-cv-01965-AC*


**<u>Defendant: Walmart Inc.</u>**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*E.D. California, No. 2:23-cv-01965-AC*

**Defendant: Valu Merchandisers Co.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
112 SW 7TH STREET SUITE 3C,
TOPEKA, KS 66603
*E.D. Louisiana, 2:23-cv-05274-JTM*


**PLAINTIFFS:**
*Via E-Mail*

James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
**CARELLA BYRNE CECCHI,
BRODY & AGNELLO PC**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
jsteele@carellabyrne.com
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia,
Francis W. Catanese, and Samuel Gallo**
*D. New Jersey, No. 2:23-cv-20370-KM*

Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dschwartz@dicellolevitt.com
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia,
Francis W. Catanese, and Samuel Gallo**
*D. New Jersey, No. 2:23-cv-20370-KM*

Paul J. Geller
Stuart A. Davidson
Lindsey H. Taylor
**ROBBINS GELLER RUDMAN
& DOWD LLP**

225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Telephone: (561) 750-3000
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
ltaylor@rgrdlaw.com
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia,**
**Francis W. Catanese, and Samuel Gallo**
*D. New Jersey, No. 2:23-cv-20370-KM*

Christopher A. Seeger
David R. Buchanan
Scott A. George
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sgeorge@seegerweiss.com
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia,**
**Francis W. Catanese, and Samuel Gallo**
*D. New Jersey, No. 2:23-cv-20370-KM*

Raymond C. Silverman
Melanie H. Muhlstock
Jason S. Goldstein
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: (516) 466-6500
rsilverman@yourlawyer.com
mmuhlstock@yourlawyer.com
jgoldstein@yourlawyer.com
**Counsel for Plaintiff: Robyn Cronin**
*E.D. New York, No. 2:23-cv-06870*


George T. Williamson
**FARR FARR EMERICH**
**CARR & HOLMES, PA**
99 Nesbit Street
Punta Gorda, FL 33950
Telephone: (941) 639-1158
gwilliamson@farr.com
**Counsel for Plaintiff Kristin DePaola**
*M.D. Florida, No. 2:23-cv-00727-SPC*

Marlene J. Goldenberg
**NIGH GOLDENBERG RASO & VAUGHN PLLC**
14 Ridge Square, Third Floor
Washington, D.C. 20016
Telephone: 202-978-2228
mgoldenberg@nighgoldenberg.com
**Counsel for Plaintiff Kristin DePaola**
*M.D. Florida, No. 2:23-cv-00727-SPC*


Ruben Honik
David J. Stanoch
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Telephone: 267-435-1300
ruben@honiklaw.com

david@honiklaw.com
**Counsel for Plaintiffs Kristin DePaola, Robert Fichera, and Natalie Juneau**
*M.D. Florida, No. 2:23-cv-00727-SPC; E.D. Louisiana, No. 2:23-cv-05274-JTM; E.D. Louisiana, No. 2:23-cv-05273-ILRL*

Conlee S. Whiteley
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Telephone: 504-524-5777
c.whiteley@kanner-law.com
**Counsel for Plaintiffs Kristin DePaola, Robert Fichera and Natalie Juneau**
*M.D. Florida, No. 2:23-cv-00727-SPC, E.D. Louisiana, No. 2:23-cv-05274-JTM; E.D. Louisiana, No. 2:23-cv-05273-ILRL*

Andrew D. Bizer
**BIZER & DEREUS**
3319 St. Claude Ave.
New Orleans, LA 70117
Telephone: 504-619-9999
andrew@bizerlaw.com
**Counsel for Plaintiffs Robert Fichera and Natalie Juneau**
*E.D. Louisiana, No. 2:23-cv-05274-JTM; E.D. Louisiana, No. 2:23-cv-05273-ILRL*

Jacob R. Rusch
Zackary S. Kaylor
**JOHNSON BECKER PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com
**Counsel for Plaintiff Miesha McIntyre**
*D. Minnesota, No. 0:23-cv-02862-PJS*

Philip Furia
**THE SULTZER LAW GROUP**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
furiap@thesultzerlawgroup.com
**Counsel for Plaintiff Kamonica McWhite**
*D. New Jersey, No. 3:23-cv-20379-ZNQ*

Roy T. Willey, IV
Blake G. Abbott
Paul J. Doolittle
**POULIN | WILLEY**
**ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
roy.willey@poulinwilley.com
blake.abbott@poulinwilley.com
paul.doolittle@poulinwilley.com
**Counsel for Plaintiff Kamonica McWhite**
*D. New Jersey, No. 3:23-cv-20379-ZNQ*

Christopher R. Rodriguez
Andrew D. Bluth
**SINGLETON SCHREIBER, LLP**
1414 K Street, Suite 470
Sacramento, California 95814
Telephone: (619) 333-7479
crodriguez@singletonschreiber.com
abluth@singletonschreiber.com
**Counsel for Plaintiffs Kenneth Levi Pack and Min Ji Jung**
*E.D. California, No. 2:23-cv-01965-AC*

Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com
**Counsel for Plaintiff Tina Tuominen**
*N.D. Illinois, No. 1:23-cv-13796*

Nick Suciu III
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Telephone: (313) 303-3472
Email: nsuciu@milberg.com
**Counsel for Plaintiff Tina Tuominen**
*N.D. Illinois, No. 1:23-cv-13796*

Jeff Ostrow
Jonathan M. Streisfeld
Kristen Lake Cardoso
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com
streisfeld@kolawyers.com
cardoso@kolawyers.com
**Counsel for Plaintiff Tina Tuominen**
*N.D. Illinois, No. 1:23-cv-13796*

Melissa S. Weiner
Ryan J. Gott
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
mweiner@pwfirm.com
rgott@pwfirm.com
**Counsel for Plaintiff Tina Tuominen**
*N.D. Illinois, No. 1:23-cv-13796*

Erin Ruben
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
eruben@milberg.com
**Counsel for Plaintiff Tina Tuominen**
*N.D. Illinois, No. 1:23-cv-13796*

J. Hunter Bryson
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
405 E 50th Street
New York, NY 10022
Telephone: (630) 796-0903
hbryson@milberg.com
**Counsel for Plaintiff Tina Tuominen**
*N.D. Illinois, No. 1:23-cv-13796*

Darren T. Kaplan
**KAPLAN GORE LLP**
1979 Marcus Ave., Suite 201
Lake Success, NY 11042
Telephone: (212) 999-7370
dkaplan@kaplangore.com

**Counsel for Plaintiff Sandra**
**Yousefzadeh** *E.D. New York, No.*
*2:23-cv-06825-NGG*

Christopher A. Seeger
David R. Buchanan
Scott A. George
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sgeorge@seegerweiss.com

**Counsel for Plaintiffs Erin Barton,**
**Kimberly Buschaglia, Francis W.**
**Catanse, and Samuel Gallo,** D. New
Jersey, No. 2:23-cv-20370-KM-JSA

Paul J. Geller
Stuart A. Davidson
Lindsey H. Taylor
**ROBBINS GELLER RUDMAN**
 **& DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Telephone: (561) 750-3000
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
ltaylor@rgrdlaw.com

**Counsel for Plaintiffs Erin Barton,**
**Kimberly Buschaglia, Francis W.**
**Catanse, and Samuel Gallo, D. New**
**Jersey, No. 2:23-cv-20370-KM-JSA**

Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com dschwartz@dicellolevitt.com

**Counsel for Plaintiffs Erin Barton,**
**Kimberly Buschaglia,**
**Francis W. Catanse, and Samuel Gallo,**
D. New Jersey, No. 2:23-cv-20370-KM-JSA

James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
CARELLA, BYRNE, CECCHI,
 BRODY & AGNELLO, P.C. 5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
jsteele@carellabyrne.com
**Counsel for Plaintiffs Erin Barton,**
**Kimberly Buschaglia, Francis W. Catanse,**
**and Samuel Gallo**,
D. New Jersey, No. 2:23-cv-20370-KM-JSA

Dated: September 20, 2023

| By: /s/ Bryan F. Aylstock | /s/ Kiley L. Grombacher |
|---|---|
| Bryan F. Aylstock<br>R. Jason Richards<br>Jennifer Hoekstra<br>**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**<br>17 E. Main Street, Ste. 200<br>Pensacola, Florida 32602<br>T: (850) 202-1010<br>F: (850) 916-7449<br>EMAIL: baylstock@awkolaw.com<br>        jrichards@awkolaw.com<br><br>***Attorneys for Plaintiff Kaycie Coppock,***<br>*E.D. LA, Case No.*<br>*2:23-cv-05353-EEF-KWR* | Kiley L. Grombacher<br>**BRADLEY/GROMBACHER, LLP**<br>31365 Oak Crest Drive, Suite 240<br>Westlake Village, California 91361<br>T: (805) 270-7100<br>F: (805) 270-7589<br>E-MAIL:<br>kgrombacher@bradleygrombacher.com<br><br>***Attorney for Plaintiff Jennifer Baughman***,<br>*C.D. Cal., Case No. 2:23-cv-07737* |

15