BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE LITIGATION | MDL No. 3089 |

NOTICE OF APPEARANCE:
SHORT CASE CAPTIONS AND PARTIES REPRESENTED

- *Baughman v. Johnson & Johnson Consumer Inc., et al.*, No. 2:23-cv-07737 (C.D. Cal.)
    - Party represented: The Procter & Gamble Co.

- *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965 (E.D. Cal.)
    - Party represented: The Procter & Gamble Co.

- *DePaola v. The Procter & Gamble Company, et al.*, No. 2:23-cv-00727 (M.D. Fl.)
    - Party represented: The Procter & Gamble Co.

- *Audelo v. Johnson & Johnson Consumer, Inc., et al.*, No. 3:23-cv-24250 (N.D. Fl.)
    - Party represented: The Procter & Gamble Co.

- *Tlaib v. Procter & Gamble Company*, No. 1:23-cv-13840 (N.D. Ill.)
    - Party represented: The Procter & Gamble Co.

- *Noviskis v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-13926 (N.D. Ill.)
    - Party represented: The Procter & Gamble Co.

- *Juneau v. The Procter & Gamble Company, et al.*, No. 2:23-cv-05273 (E.D. La.)
    - Party represented: The Procter & Gamble Co.

- *Fichera v. The Procter & Gamble Company, et al.*, No. 2:23-cv-05274 (E.D. La.)
    - Party represented: The Procter & Gamble Co.

- *Coppock v. Procter & Gamble, et al.*, No. 2:23-cv-05353 (E.D. La.)
    - Party represented: The Procter & Gamble Co.

- *Wright v. Johnson & Johnson Consumer Inc., et al.*, No. 5:23-cv-06120 (W.D. Mo.)
    - Party represented: The Procter & Gamble Co.

- *Barton, et al. v. Reckitt Benckiser LLC, et al.*, No 2:23-cv-20370 (D.N.J.)
    - Party represented: The Procter & Gamble Co.

- *Cronin v. Johnson & Johnson Consumer, Inc., et al.*, No. 2:23-cv-06870 (E.D.N.Y.)
    - Party represented: The Procter & Gamble Co.

- *Kleiman v. The Procter & Gamble Company*, No. 1:23-cv-590 (S.D. Ohio)
    - Party represented: The Procter & Gamble Co.

- *Thorns, et al. v. Johnson & Johnson, et al.*, No. 3:23-cv-1355 (D. Or.)
    - Party represented: The Procter & Gamble Co.