BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

| | |
|---|---|
| **IN RE:** Oral Phenylephrine Marketing and Sales Practices Litigation | MDL No. **3089** |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of Andrew Bluth's Notice of Appearance and this Certificate of Service were served on all parties in the following case electronically via ECF, or as indicated below, on September 21, 2023.

**Pack, et al., v. Johnson & Johnson Consumer Companies, Inc., et al., Eastern District of California No. 2:23-cv-01965**

**Served Via USPS Certified Mail**
Johnson & Johnson Consumer Companies, Inc.
Law Department
Johnson & Johnson Consumer, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**Served Via USPS Certified Mail**
GlaxoSmithKline LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**Served Via USPS Certified Mail**
Reckitt Benckiser LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**Served Via USPS Certified Mail**
Bayer Healthcare LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**Served Via USPS Certified Mail**
Sanofi-Aventis U.S. LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**Served Via ECF**
The Procter & Gamble Company
Andrew Soukup, Esq.
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Email: asoukup@cov.com

**Served Via USPS Certified Mail**
Church & Dwight Co., Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Served Via USPS Certified Mail**
Walmart Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Served Via USPS Certified Mail**
Target Corporation
c/o CT Corporation System
1010 Dale Street North
St. Paul, MN 55117-5603

**Served Via USPS Certified Mail**
CVS Pharmacy, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

2

**Served Via USPS Certified Mail**
Walgreen Co.
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

**Served Via USPS Certified Mail**
Albertsons Companies Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Served Via USPS Certified Mail**
Rite Aid Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Served Via USPS Certified Mail**
Amazon.com, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Dated this 21st day of September 2023

*Respectfully Submitted,*

*/s/ Andrew Bluth*
Andrew Bluth, Esq
Singleton Schreiber, LLP
1414 K Street, Suite 470
Sacramento, CA 95814
Telephone: (916) 775-5894
Facsimile: (619) 255-1515
abluth@singletonschreiber.com
**Counsel for Plaintiffs Kenneth Levi Pack and Min Ji Jung**

3