BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**DEFENDANT THE PROCTER & GAMBLE COMPANY'S
NOTICE OF RELATED ACTIONS**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, The Procter & Gamble Company hereby provides notice that the actions listed in the attached Schedule of Related Actions are related to this proceeding.

Dated: September 25, 2023

Respectfully submitted,

*/s/ Andrew Soukup*
Andrew Soukup
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5066
asoukup@cov.com

*Counsel for Defendant
The Procter & Gamble Company*