BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

**SCHEDULE OF RELATED ACTIONS**

| Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Steve Audelo | Johnson & Johnson Consumer Inc. and Procter & Gamble | Northern District of Florida | 3:23-cv-24250 | T. Kent Wetherell II |
| Erin Barton, Kimberly Buscaglia, Francis W. Catanese and Samuel Gallo | Reckitt Benckiser LLC, Kenvue, Inc., McNeil Consumer Healthcare, Procter & Gamble Company, GlaxoSmithKline LLC, and Walgreens Inc. | District of New Jersey | 2:23-cv-20370 | Kevin McNulty |
| Jennifer Baughman | Johnson & Johnson Consumer Inc., Kenvue Inc., Procter & Gamble, and Reckitt Benckiser LLC | Central District of California | 2:23-cv-07737 | Fernando M. Olguin |
| James Carrigan | Johnson & Johnson, The Procter & Gamble Company, and Walgreen Co. | Western District of Washington | 2:23-cv-01481 | Unassigned |

1

| | | | | |
|---|---|---|---|---|
| Kaycie Coppock | Procter & Gamble and Target Corporation | Eastern District of Louisiana | 2:23-cv-05353 | Eldon E. Fallon |
| Robyn Cronin | Johnson & Johnson Consumer Inc. and Procter & Gamble | Eastern District of New York | 2:23-cv-06870 | Gary R. Brown |
| Kristin DePaola | The Procter & Gamble Company and McNeil Consumer Healthcare | Middle District of Florida | 2:23-cv-00727 | Sheri Polster Chappell |
| Robert Fichera | The Procter & Gamble Company, Associated Wholesale Grocers, Inc., and Valu Merchandiers Co. | Eastern District of Louisiana | 2:23-cv-05274 | Jane Triche Milazzo |
| Natalie Juneau | The Procter & Gamble Company and GSK Consumer Healthcare, Inc. | Eastern District of Louisiana | 2:23-cv-05273 | Ivan L.R. Lemelle |
| Cathy Kleiman | The Procter & Gamble Company | Southern District of Ohio | 1:23-cv-00590 | Douglas R. Cole |
| Shelby Noviskis | Johnson & Johnson Consumer Inc. and Procter & Gamble | Northern District of Illinois | 1:23-cv-13926 | Jorge L. Alonso |
| Kenneth Levi Pack and Min Ji Jung | Johnson & Johnson Consumer Companies, Inc., GlaxoSmithKline LLC, Reckitt Benckiser LLC, Bayer Healthcare LLC, Sanofi- | Eastern District of California | 2:23-cv-01965 | Allison Claire |

| | | | | |
|---|---|---|---|---|
| | Aventis U.S. LLC, The Procter & Gamble Company, Church & Dwight Co., Inc., Walmart Inc., Target Corporation, CVS Pharmacy, Inc., Walgreen Co., Albertsons Companies Inc., Rite Aid Corporation, and Amazon.com, Inc. | | | |
| Amanda Thorns and Scott Collier | Johnson & Johnson, The Procter & Gamble Company, and Walgreen Co. | District of Oregon | 3:23-cv-01355 | Jolie A. Russo |
| Mohamad Tlaib | Procter & Gamble Company | Northern District of Illinois | 1:23-cv-13840 | Franklin Valderrama |
| Michael Walker | Johnson & Johnson Consumer Inc., Kenvue, Inc., Reckitt Benckiser LLC, Procter & Gamble, Wal-Mart, Inc., and Wal-Mart Stores East 1, LP | Western District of Missouri | 4:23-cv-00663 | Fernando J. Gaitan, Jr |
| Krista Wright | Johnson & Johnson Consumer Inc., Kenvue, Inc., Reckitt Benckiser LLC, Procter & Gamble, | Western District of Missouri | 5:23-cv-06120 | Stephen R. Bough |

3

|  | Wal-Mart, Inc., and Wal-Mart Stores East 1, LP |  |  |  |
|--|--|--|--|--|