**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION**

| | |
|---|---|
| **IN RE:** Oral Phenylephrine Marketing and Sales Practices Litigation | **MDL No. 3089** |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE**

Kevin S. Hannon hereby withdraws his Notice of Appearance that was filed on September 21, 2023, at Document No. 10, in MDL No. 3089. This Withdrawal is made because a previous Notice of Appearance was already filed by Andrew Bluth of the same law firm on behalf of Plaintiffs Kenneth Levi Pack and Min Ji Jung in this JPML action.

Dated this 25th day of September 2023

*Respectfully Submitted,*

*/s/ Kevin S. Hannon*

Kevin S. Hannon, Esq
Singleton Schreiber, LLP
1641 N. Downing Street
Denver, CO 80218
Telephone: (303) 888-8800
khannon@hannonlaw.com
**Counsel for Plaintiffs Kenneth Levi Pack and Min Ji Jung**

1