BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

**IN RE:** Oral Phenylephrine Marketing and Sales
Practices Litigation

**MDL No. 3089**

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

Christopher R. Rodriguez hereby withdraws his Notice of Appearance that was filed on September 21, 2023, at Document No. 9, in MDL No. 3089. This Withdrawal is made because a previous Notice of Appearance was already filed by Andrew Bluth of the same law firm on behalf of Plaintiffs Kenneth Levi Pack and Min Ji Jung in this JPML action.

Dated this 25th day of September 2023

*Respectfully Submitted,*

*/s/ Christopher R. Rodriguez*

Christopher R. Rodriguez, Esq
Singleton Schreiber, LLP
1414 K Street, Suite 470
Sacramento, CA 95814
Telephone: (619) 333-7479
Facsimile: (619) 255-1515
crodriguez@singletonschreiber.com
**Counsel for Plaintiffs Kenneth Levi Pack and Min Ji Jung**