# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE: Oral Phenylephrine Marketing**          **MDL NO. 3089**
**and Sales Practices Litigation**

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing APPEARANCE FORM, and this Proof of Service were served by U.S. Certified Mail or electronic mail (as indicated below) on September 26, 2023, to the following:

**Defendant: Kenvue Inc**
*Via Certified Mail*
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Defendant: McNeil Consumer Healthcare**
*Via Certified Mail*
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Dated: September 26, 2023          */s/ Jacob R. Rusch*
                                                           Jacob R. Rusch (MN Bar No. 0391892)
                                                           **JOHNSON BECKER PLLC**
                                                           444 Cedar Street, Suite 1800
                                                           St. Paul, MN 55101
                                                           (612) 436-1800 (phone)
                                                           (612) 436-4801 (fax)
                                                           jrusch@johnsonbecker.com