BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL NO. 3089 |

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing APPEARANCE FORM, and this Proof of Service were served by U.S. Certified Mail or electronic mail (as indicated below) on September 26, 2023, to the following:

**Defendant: Procter & Gamble Company**
*Via Certified Mail*
The Procter & Gamble Company
1 Procter and Gamble Plz
Cincinnati, OH 45202

**Andrew Soukup on behalf of Defendant The Procter & Gamble Company**
*Via EMAIL and ECF*
asoukup@cov.com


Dated: September 26, 2023

*/s/Paul J. Doolittle*
Paul J. Doolittle, Esq.
SC Fed. Bar No. 6012
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street Charleston, SC 29403
(T): (803) 222-2222
(F): (843) 494-5536
Email: paul.doolittle@poulinwilley.com