BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

## PROOF OF SERVICE

We hereby certify that a copy of the foregoing, and this Proof of Service were served by U.S. Certified Mail or electronic mail (as indicated below) on September 27, 2023, to the following:

**Defendant: Procter & Gamble Company**
*Via ECF*
Andrew Soukup
850 10th St. NW
Washington, DC 20001

**Defendant: Target Corporation**
*Via Certified Mail*
c/o C T Corporation System
1010 Dale St N
St Paul, MN 55117–5603

**Defendant: Johnson & Johnson Consumer Inc.**
*Via Certified Mail*
c/o C T CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628

By: /s/ Bryan F. Aylstock
Bryan F. Aylstock
**AYLSTOCK, WITKIN, KREIS &OVERHOLTZ, PLLC**
17 E. Main Street, Ste. 200
Pensacola, Florida 32602
T: (850) 202-1010
F: (850) 916-7449
EMAIL: baylstock@awkolaw.com
***Attorneys for Plaintiff Kaycie Coppock,*** *E.D. LA, Case No.*2:23-cv-05353-EEF-KWR