**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL NO. 3089** |

**NOTICE WITHDRAWAL OF FILING**

Counsel for Plaintiffs Kacie Coppock and Jennifer Baughman withdraw the Interested Party Response of Plaintiffs filed on September 20, 2023 at the MDL Docket No. 6 because the response was filed in error in selecting the incorrect event type.

Dated: September 27, 2023                    Respectfully  Submitted,

By: /s/ Bryan F. Aylstock
Bryan F. Aylstock (FL Bar # 0078263)
R. Jason Richards (FL Bar # 18207)
Jennifer Hoekstra (LA Bar #34716)
**AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLLC**
17 E. Main Street, Ste. 200
Pensacola, Florida 32502
T: (850) 202-1010
F: (850) 916-7449
E-Mail: baylstock@awkolaw.com
jrichards@awkolaw.com
jhoekstra@awkolaw.com
***Attorneys for Plaintiff Kaycie Coppock****,
E.D. LA, Case No.
2:23-cv-05353