**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** Oral Phenyledrine Litigation            MDL No. 3089

**NOTICE OF RELATED ACTIONS**

In accordance with the JPML Rules, Darrell Grimsley, Jr. and Joy Taylor write to notify you of the related actions listed on the attached Schedule of Actions.

The docket sheet and the complaint in each action are attached. Proof of service on each party to these actions is also attached.

| | |
|---|---|
| Dated: September 28, 2023 | Respectfully submitted, |
| | /s/ William F. Cash III |
| | William F. Cash III<br>**LEVIN PAPANTONIO RAFFERTY**<br>316 S. Baylen Street #600<br>Pensacola, Florida 32502<br>Phone: 850-435-7059<br>bcash@levinlaw.com |
| | *Counsel for Darrell Grimsley, Jr. and Joy Taylor* |