## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE:** Oral Phenyledrine Litigation                    MDL No. 3089

### PROOF OF SERVICE

In compliance with J.P.M.L. R. 4.1(a), I certify that the attached document was served on all parties to these cases as stated below.

1.    **All cases already in this MDL**

I rely on the Panel's notice of electronic filing to serve all parties in the actions that were originally added to this MDL.

2.    **Darrell Wayne Grimsley, Jr. v. Reckitt Benckiser, LLC, N.D. Florida, C.A. 1:22-cv-981**
**(not yet formally added by the Panel to this MDL)**

**Served by certified mail:**

- Reckitt Benckiser, LLC

    o   c/o CORPORATION SERVICE COMPANY
        PRINCETON SOUTH CORPORATE CENTER
        SUITE 160
        100 CHARLES EWING BLVD
        EWING, NJ 08628

**Not served:**

- Darrell Grimsley, Jr.

    o   Reason: The attorney filing this document represents Darrell Grimsley, Jr. Service is not needed.

3.    **Joy Taylor v. Procter & Gamble Co., N.D. California, C.A. No. 3:23-cv-4909**
**(not yet formally added by the Panel to this MDL)**

**Served by e-mail to an attorney who is registered for a CM/ECF account:**

- Procter & Gamble Co.

     o  Andrew Soukup
       COVINGTON & BURLING LLP
       850 Tenth Street NW
       Washington, DC 20001
       Telephone: (202) 662-5066
       asoukup@cov.com

**Not served:**

- Joy Taylor

     o  Reason: The attorney filing this document represents Joy Taylor. Service is not needed.

Dated: September 28, 2023

Respectfully submitted,

/s/ William F. Cash III

William F. Cash III
**LEVIN PAPANTONIO RAFFERTY**
316 S. Baylen Street #600
Pensacola, Florida 32502
Phone: 850-435-7059
bcash@levinlaw.com

*Counsel for Darrell Grimsley, Jr. and
Joy Taylor*

2