BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Oral Phenyledrine Marketing and　　　　　　　　MDL No. 3089
Sales Practices Litigation

## ERRATA

Darrell Grimsley, Jr. and Joy Taylor now serve errata to correct an error in filings made yesterday (docket nos. 24, 24-1, 24-2). These filings used a former title for this MDL rather than the title the Panel assigned this MDL. The corrected caption appears on the pages attached as exhibits.

Proof of service on each party to these actions is also attached.

Dated: September 29, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ William F. Cash III

　　　　　　　　　　　　　　　　　　　　William F. Cash III
　　　　　　　　　　　　　　　　　　　　**LEVIN PAPANTONIO RAFFERTY**
　　　　　　　　　　　　　　　　　　　　316 S. Baylen Street #600
　　　　　　　　　　　　　　　　　　　　Pensacola, Florida 32502
　　　　　　　　　　　　　　　　　　　　Phone: 850-435-7059
　　　　　　　　　　　　　　　　　　　　bcash@levinlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Darrell Grimsley, Jr. and Joy Taylor*