**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** Oral Phenyledrine Marketing and  　　　　　MDL No. 3089
Sales Practices Litigation

## NOTICE OF RELATED ACTIONS

In accordance with the JPML Rules, Darrell Grimsley, Jr. and Joy Taylor write to notify you of the related actions listed on the attached Schedule of Actions.

The docket sheet and the complaint in each action are attached. Proof of service on each party to these actions is also attached.

Dated: September 28, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ William F. Cash III

　　　　　　　　　　　　　　　　　　　　William F. Cash III
　　　　　　　　　　　　　　　　　　　　**LEVIN PAPANTONIO RAFFERTY**
　　　　　　　　　　　　　　　　　　　　316 S. Baylen Street #600
　　　　　　　　　　　　　　　　　　　　Pensacola, Florida 32502
　　　　　　　　　　　　　　　　　　　　Phone: 850-435-7059
　　　　　　　　　　　　　　　　　　　　bcash@levinlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Darrell Grimsley, Jr. and Joy Taylor*

1