# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** Oral Phenyledrine Marketing and Sales Practices Litigation

MDL No. 3089

## SCHEDULE OF RELATED ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Darrell Wayne Grimsley, Jr. | Reckitt Benckiser, LLC | N.D. Florida | 3:23-cv-24588 | Judge M. Casey Rodgers<br><br>Magistrate Judge Hope T. Cannon |
| 2. | Joy Taylor | Procter & Gamble Company | N.D. California | 3:23-cv-4909 | Judge Jacqueline S. Corley |