# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** Oral Phenyledrine Marketing and　　　　　　　　MDL No. 3089
Sales Practices Litigation

## PROOF OF SERVICE

In compliance with J.P.M.L. R. 4.1(a), I certify that the attached document was served on all parties to these cases as stated below.

1. **All cases already in this MDL**

   I rely on the Panel's notice of electronic filing to serve all parties in the actions that were originally added to this MDL.

2. **Darrell Wayne Grimsley, Jr. v. Reckitt Benckiser, LLC, N.D. Florida, C.A. 3:23-cv-24588**
   **(not yet formally added by the Panel to this MDL)**

   **Served by certified mail:**

   - Reckitt Benckiser, LLC

     - c/o CORPORATION SERVICE COMPANY
       PRINCETON SOUTH CORPORATE CENTER
       SUITE 160
       100 CHARLES EWING BLVD
       EWING, NJ 08628

   **Not served:**

   - Darrell Grimsley, Jr.

     - Reason: The attorney filing this document represents Darrell Grimsley, Jr. Service is not needed.

3. **Joy Taylor v. Procter & Gamble Co., N.D. California, C.A. No. 3:23-cv-4909**
   **(not yet formally added by the Panel to this MDL)**

   **Served by e-mail to an attorney who is registered for a CM/ECF account:**

1

- Procter & Gamble Co.

    - Andrew Soukup
      COVINGTON & BURLING LLP
      850 Tenth Street NW
      Washington, DC 20001
      Telephone: (202) 662-5066
      asoukup@cov.com

**Not served:**

- Joy Taylor

    - Reason: The attorney filing this document represents Joy Taylor. Service is not needed.

Dated: September 28, 2023

Respectfully submitted,

/s/ William F. Cash III

William F. Cash III
**LEVIN PAPANTONIO RAFFERTY**
316 S. Baylen Street #600
Pensacola, Florida 32502
Phone: 850-435-7059
bcash@levinlaw.com

*Counsel for Darrell Grimsley, Jr. and Joy Taylor*

2