# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** Oral Phenyledrine Marketing and　　　　　　MDL No. 3089
Sales Practices Litigation

# PROOF OF SERVICE

In compliance with J.P.M.L. R. 4.1(a), I certify that the attached document was served on all parties to these cases as stated below.

1. **All cases already in this MDL**

I rely on the Panel's notice of electronic filing to serve all parties in the actions that were originally added to this MDL.

2. **Darrell Wayne Grimsley, Jr. v. Reckitt Benckiser, LLC, N.D. Florida, C.A. 3:23-cv-24588**

   **Served by certified mail:**

   - Reckitt Benckiser, LLC

     - c/o CORPORATION SERVICE COMPANY
       PRINCETON SOUTH CORPORATE CENTER
       SUITE 160
       100 CHARLES EWING BLVD
       EWING, NJ 08628

   **Not served:**

   - Darrell Grimsley, Jr.

     - Reason: The attorney filing this document represents Darrell Grimsley, Jr. Service is not needed.

3. **Joy Taylor v. Procter & Gamble Co., N.D. California, C.A. No. 3:23-cv-4909**

   **Served by e-mail to an attorney who is registered for a CM/ECF account:**

   - Procter & Gamble Co.

- Andrew Soukup
  COVINGTON & BURLING LLP
  850 Tenth Street NW
  Washington, DC 20001
  Telephone: (202) 662-5066
  asoukup@cov.com

**Not served:**

- Joy Taylor

  - Reason: The attorney filing this document represents Joy Taylor. Service is not needed.

| | |
|---|---|
| Dated: September 29, 2023 | Respectfully submitted, |
| | /s/ William F. Cash III |
| | William F. Cash III<br>**LEVIN PAPANTONIO RAFFERTY**<br>316 S. Baylen Street #600<br>Pensacola, Florida 32502<br>Phone: 850-435-7059<br>bcash@levinlaw.com |
| | *Counsel for Darrell Grimsley, Jr. and Joy Taylor* |