BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL NO. 3089 |
|---|---|

## PROOF OF SERVICE

We hereby certify that a copy of the foregoing, and this Proof of Service were served by U.S. Certified Mail or electronic mail (as indicated below) on October 2, 2023, to the following:

**Defendant: Procter & Gamble Company**
*Via ECF*
Andrew Soukup
850 10th St. NW
Washington, DC 20001

**Defendant: Johnson & Johnson Consumer Inc.**
*Via Certified Mail*
c/o C T CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628

**Defendant: Kenvue Inc.**
Via Certified Mail
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801

**Defendant: Reckitt Benckiser LLC**
Via Certified Mail
c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, SUITE 160,
100 CHARLES EWING BLVD , EWING, NJ, 08628

<u>By: /s/ Kiley Grombacher</u>
**Kiley Lynn Grombacher**
Bradley Grombacher LLP
31365 Oak Creek Drive Suite 240
Westlake Village, CA 91361
805-270-7100
Fax: 805-270-7589
Email:
kgrombacher@bradleygrombacher.com
***Attorneys for Plaintiff Jennifer Baughman,***
*C.D. CA, Case No.* 2:23-cv-07737

2