BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |
|---|---|

**PLAINTIFF'S SCHEDULE OF ACTIONS**

| CAPTION AND PARTIES | DISTRICT /DIVISION | CASE NUMBER | JUDGE |
|---|---|---|---|
| Jennifer Baughman v. Johnson & Johnson Consumer Inc. et al | C.D. Cal. | 2:23-cv-07737 | Unassigned |
| Kaycie Coppock v. Procter & Gamble and Target Corporation | E.D. La. | 2:23-cv-05353 | Hon. Eldon E. Fallon |