### BEFORE THE UNITED STATES JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

**IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION**

**MDL No. 3089**

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules and Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on October 3, 2023 a copy of the foregoing Notice of Appearance and Proof of Service were electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system. The aforementioned documents were also served through the U.S. Postal Service by Certified Mail, as indicated below, to the following:

**Defendant: Procter & Gamble**
*Via ECF*
Andrew Soukup
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
asoukup@cov.com

**Defendant: Johnson & Johnson Consumer Inc.**
*Via Certified Mail*
c/o CT CORPORATION SYSTEM
820 Bear Tavern Road
West Trenton, NJ 08628

Dated: October 3, 2023

Respectfully submitted,

/s/ Raymond C. Silverman
Raymond C. Silverman
Melanie H. Muhlstock
Jason S. Goldstein
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, New York 11050
Tel.: 516.466.6500 | Fax: 516.466.6665

Email: rsilverman@yourlawyer.com
mmuhlstock@yourlawyer.com
jgoldstein@yourlawyer.com

*Counsel for Plaintiff Robyn Cronin*