BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: IN RE: ORAL PHENYLEPHRINE LITIGATION    :    MDL No. 3089

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that William E. Hoese hereby withdraws his appearance as an attorney for plaintiffs Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo in the following matter 2:23-cv-20370.

Respectfully submitted,

Dated:  October 3, 2023

/s/ William E. Hoese
William E Hoese
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
whoese@kohnswift.com

.

{00243257 }