**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: IN RE: ORAL PHENYLEPHRINE LITIGATION   :   MDL No. 3089

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2023, a copy of the foregoing Notice of Withdrawal of Appearance was filed on the Court's CM/ECF system, which sends notice of the same to all parties.

*/s/ William E. Hoese*
William E. Hoese

{00243261 }