BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: IN RE: ORAL PHENYLEPHRINE LITIGATION   :   MDL No. 3089

## NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiffs write to notify the Panel of the following related class action: *Viva Cohen and Joey Cohen v. Walgreens Boots Alliance, Inc.*, 1:23-cv-14155 (N.D. Ill.) (The Honorable Sara L. Ellis). The complaint and docket sheet are attached as Exhibit A.

Dated: October 3, 2023                             Respectfully submitted,

*/s/ William E. Hoese*
William E. Hoese
Kohn, Swift & Graf, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
whoese@kohnswift.com

Attorneys for the Plaintiffs

{00243256 }