## SCHEDULE OF ACTIONS

*Viva Cohen and Joey Cohen v. Walgreens Boots Alliance, Inc.*, 1:23-cv-14155 (N.D. Ill.) (The Honorable Sara L. Ellis)