BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ORAL<br>PHENYLEPHRINE LITIGATION | )<br>)<br>) | MDL No. |

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, I served the foregoing Notice of Related Action on all counsel of record via the Court's ECF Filing System.

Dated: October 3, 2023

Respectfully submitted,

/s/ William E. Hoese
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
(215) 238-1700
whoese@kohnswift.com

*Attorneys for Plaintiffs Viva Cohen and Joey Cohen*

{00243181 }