BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO.: 3089<br><br>NOTICE OF POTENTIAL TAG-ALONG ACTION |

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiffs Michelle Kasparie and Kimberly James, individually and on behalf of all others similarly situated, hereby notifies the Clerk of the JPML of the potential tag-along action listed on the attached Schedule of Potential Tag-Along Actions.

Plaintiff respectfully submits that the potential tag-along action involves common questions of law and fact with the actions currently under consideration for transfer pursuant to 28 U.S.C. § 1407, and therefore, should be considered as a related action for purposes of this pending multidistrict litigation.

Copies of the docket sheet and Complaint for the potential tag-along action are attached. Dated:  October 3, 2023

Respectfully submitted,

 */s/ Stephen R. Basser*
Stephen R. Basser
**BARRACK RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sward@barrack.com

*Counsel for Plaintiffs*
*Kasparie and James*