**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MUTIDISTRICT LITIGATION**

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO: 3089 |
|---|---|

**SCHEDULE OF POTENTIAL TAG-ALONG ACTION**

| No. | Plaintiffs | Defendants | District (Division) | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Michelle Kasparie and Kimberly James | Bayer Healthcare LLC, et al. | Eastern District of Pennsylvania | 2:23-cv-03783 | Judge Kai N. Scott |

Dated: October 3, 2023

Respectfully submitted,
*/s/ Stephen R. Basser*
Stephen R. Basser
**BARRACK RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619)230-0800
Facsimile: (619) 230–1874
sbasser@barrack.com

*Counsel for Plaintiffs Kasparie and James*