BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO.: 3089 |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2023, a copy of the foregoing Notice of Potential Tag-Along Action was filed on the Court's CM/ECF system, which sends notice of the same to all parties.

                                                         /s/ Stephen R. Basser
                                                            Stephen R. Basser