# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. __3089__ & Title - **IN RE**: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION

## NOTICE OF APPEARANCE
(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| October 3, 2023 | /s/ Adam J. Levitt |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Adam J. Levitt
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

Telephone No.: (312) 214-7900     Fax No.: (312) 253-1443

Email Address: alevitt@dicellolevitt.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which

the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

NOTICE OF APPEARANCE:
SHORT CASE CAPTION AND PARTY REPRESENTED

- Barton, et al. v. Reckitt Benckiser LLC, et al, No. 2:23-cv-20370 (D.N.J.)
  Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |
|---|---|

## CERTIFICATE OF SERVICE

I, Adam J. Levitt, counsel for Plaintiffs Erin Barton and Sam Gallo, hereby certify that on October 3, 2023, I caused the foregoing Notice of Appearance and this Certificate of Service to be electronically filed with the Clerks of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further caused this Notice of Appearance to be served via electronic mail or first-class mail to the following:

**Defendant: Albertsons Companies Inc.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
1555 W SHORELINE DR, STE 100
BOISE, ID  83702
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: Amazon.com, Inc.**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SW STE 208 MC-CSC1,
TUMWATER, WA, 98501
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: Associated Wholesale Grocers, Inc.**
*Via Certified Mail*

c/o SECRETARY OF STATE
120 SW 10TH AVENUE FIRST FLOOR MEMORIAL HALL,
TOPEKA, KS 66612
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: Bayer Healthcare LLC**

*Via Certified Mail*

c/o  CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, SUITE 160, 100 CHARLES EWING BLVD, EWING, NJ, 08628
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: CVS Pharmacy, Inc.**

*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: Church & Dwight Co., Inc.**

*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: GlaxoSmithKline LLC**

*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER,
SUITE 160, 100 CHARLES EWING BLVD
EWING, NJ, 08628
*D.N.J., No. 2:23-cv-20370-KM; E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: GSK Consumer Healthcare, Inc.**

*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER
SUITE 160, 100 CHARLES EWING BLVD
EWING, NJ, 08628
*E.D. La., No. 2:23-cv-05273-ILRL*

**Defendant: Johnson & Johnson Consumer Inc.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*D.N.J., No. 3:23-cv-20379-ZNQ; E.D.N.Y., No. 2:23-cv-06825-NGG; E.D.N.Y., No. 2:23-cv-06870; E.D. Cal., No. 2:23-cv-01965-JAC; N.D. Fla., No. 3:23-cv-24250-TKW; N.D. Ill., No. 1:23-cv-13796; C.D. Cal., No. 2:23-cv-07737*

**Defendant: Kenvue Inc.**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801
*D.N.J., No. 2:23-cv-20370-KM; C.D. Cal., No. 2:23-cv-07737; D. Minn., No. 0:23-cv-02862-PJS*

**Defendant: McNeil Consumer Healthcare**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801
*D.N.J., No. 2:23-cv-20370-KM; D. Minn., No. 0:23-cv-02862-PJS; M.D. Florida, No. 2:23-cv-00727-SPC*

**Defendant: Procter & Gamble Company**
COVINGTON & BURLING LLP
Andew Soukup
Email:  asoukup@cov.com
850 10th Street NW
Washington, District of Columbia  20001

*D.N.J., No. 2:23-cv-20370-KM; M.D. Fla., No. 2:23-cv-00727-SPC; E.D.N.Y., No. 2:23-cv-06870; E.D. Cal., No. 2:23-cv-01965-AC; E.D. La., No. 2:23-cv-05273-ILRL; E.D. La., No. 2:23-cv-05274-JTM; N.D. Fla., No. 3:23-cv-24250-TKW; C.D. Cal., No. 2:23-cv-07737; E.D. La., No. 2:23-cv-05353-EEF*

**Defendant: Reckitt Benckiser LLC**

*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, SUITE 160,
100 CHARLES EWING BLVD , EWING, NJ, 08628
*D.N.J., No. 2:23-cv-20370-KM; E.D. Cal., No. 2:23-cv-01965-AC; C.D. Cal., No. 2:23-cv-07737.*

**Defendant: Rite Aid Corporation**

*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801
*E.D. Cal., No. 2:23-cv-01965-AC*

**Defendant: Sanofi-Aventis U.S. LLC**

*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808
*E.D. Cal., No. 2:23-cv-01965-AC*

**Defendant: Target Corporation**

*Via Certified Mail*

c/o C T Corporation System
1010 Dale St N
St Paul, MN 55117–5603
*E.D. Cal., No. 2:23-cv-01965-AC; E.D. La., No. 2:23-cv-05353-EEF*

**Defendant: Walgreens, Inc.**

*Via Certified Mail*

c/o ILLINOIS CORPORATION SERVICE COMPANY

801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261
*D.N.J., No. 2:23-cv-20370-KM*

**Defendant: Walgreen Co.**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER,
SUITE 160, 100 CHARLES EWING BLVD
EWING, NJ, 08628
*E.D. Cal., No. 2:23-cv-01965-AC*

**Defendant: Walmart Inc.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*E.D. Cal., No. 2:23-cv-01965-AC*

**Defendant: Valu Merchandisers Co.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
112 SW 7TH STREET SUITE 3C,
TOPEKA, KS 66603
*E.D. La., 2:23-cv-05274-JTM*

| | |
|---|---|
| Dated: October 3, 2023 | Respectfully submitted, |
| | */s/ Adam J. Levitt* |
| | Adam J. Levitt |
| | **DICELLO LEVITT LLP** |
| | Ten North Dearborn Street, Sixth Floor |
| | Chicago, Illinois  60602 |
| | Telephone:  312-214-7900 |
| | alevitt@dicellolevitt.com |
| | |
| | *Counsel for Plaintiffs* |
| | *Erin Barton and Sam Gallo* |