BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: IN RE: ORAL PHENYLEPHRINE    :
MARKETING SELF PRACTICES LITIGATION :     MDL No. 3089

NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiffs write to notify the Panel of the following related class action: *Viva Cohen and Joey Cohen v. Walgreens Boots Alliance, Inc.*, 1:23-cv-14155 (N.D. Ill.) (The Honorable Sara L. Ellis). The complaint and docket sheet are attached as Exhibit A.

Dated: October 4, 2023                Respectfully submitted,

                                      */s/ William E. Hoese*
                                      William E. Hoese
                                      Kohn, Swift & Graf, P.C.
                                      1600 Market Street, Suite 2500
                                      Philadelphia, PA 19103
                                      (215) 238-1700
                                      whoese@kohnswift.com

                                      Attorneys for the Plaintiffs

{00243256 }