BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: IN RE: ORAL PHENYLEPHRINE　　　　:
MARKETING SELF PRACTICES LITIGATION　:　　MDL No. 3089

**AMENDED PROOF OF CERTIFICATE OF SERVICE**

I hereby certify on this 4th day of October, 2023, that the Notice of Appearance and Notice of Withdrawal of Appearance that were filed on the Court's CM/ECF system on October 3, 2023, which sends notice of the same to all parties, was served by regular mail to the following defendants listed below:

GlaxoSmithKline LLC
c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER
SUITE 160
100 CHARLES EWING BLVD
EWING, NJ 08628

Kenvue, Inc
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

McNeil Consumer Healthcare
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

Reckitt Benckiser LLC
c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER
SUITE 160
100 CHARLES EWING BLVD
EWING, NJ 08628

Walgreens, Inc.
c/o ILLINOIS CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261

　　　　　　　　　　　　　　　　　　　　　　　*/s/ William E. Hoese*
　　　　　　　　　　　　　　　　　　　　　　　William E. Hoese

{00243307 }