# BEFORE THE UNITED STATES MULTIDISTRICT JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## PLAINTIFF KRISTEN DEPAOLA
## NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Kristen DePaola hereby provides notice that the actions listed in the attached Schedule of Related Actions are related to this proceeding.

Dated: October, 4 2023        Respectfully submitted,

Marlene J. Goldenberg
NIGH GOLDENBERG RASO & VAUGHN, PLLC
14 Ridge Square, Third Floor
Washington, D.C. 20016
Telephone: (202) 978-2228
mgoldenberg@nighgoldenberg.com

*Counsel for Plaintiff Kristen DePaola*