BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: IN RE: ORAL PHENYLEPHRINE       :
MARKETING SELF PRACTICES LITIGATION    :     MDL No. 3089

NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiff writes to notify the Panel of the following related class action: *Emily Cohen v. CVS Pharmacy*, *Inc.,* 1:23-cv-00403 (D.R.I.). The complaint and docket sheet are attached as Exhibit A.

Dated: October 4, 2023                     Respectfully submitted,

                                           */s/ William E. Hoese*
                                           William E. Hoese
                                           Kohn, Swift & Graf, P.C.
                                           1600 Market Street, Suite 2500
                                           Philadelphia, PA 19103
                                           (215) 238-1700
                                           whoese@kohnswift.com

                                           Attorneys for the Plaintiff

{00243314 }