**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: IN RE: ORAL PHENYLEPHRINE    :
MARKETING SELF PRACTICES LITIGATION   :    MDL No. 3089

**SCHEDULE OF ACTIONS**

*Emily Cohen v. CVS Pharmacy*, *Inc.,* 1:23-cv-00403 (D.R.I.)

{00243315 }