BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

In compliance with J.P.M.L. R. 4.1(a), I certify that the foregoing Notice of Appearance was served on all parties to the cases as stated below:

1.  **All cases currently in this MDL**

I rely on the Panel's notice of electronic filing to serve all parties in the actions that have been added to this MDL.

2.  **Thorns, et al. v. The Procter & Gamble Company, et al., D. Oregon, No. 23-1355**

All parties to this action were served via certified mail (except counsel for Plaintiffs Amanda Thorns and Scott Collier, who are filing this Notice of Appearance):

WALGREEN CO.
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

THE PROCTER & GAMBLE COMPANY
c/o CT Corporation System
4400 Easton Commons Way
Suite 125
Columbus, OH 43219

JOHNSON & JOHNSON
c/o C T Corporation System
820 Bear Tavern Road
West Trenton, NJ 08628

Dated: October 4, 2021

*/s/ M. Ryan Casey*
**CASEY LAW FIRM, LLC**
M. Ryan Casey
ryan@rcaseylaw.com
PO Box 4577
Frisco, CO 80443
Tel: (970) 372-6509
Fax: (970) 372-6482

*Counsel for Plaintiffs Amanda Thorns and Scott Collier*