BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

THE PROCTER & GAMBLE COMPANY CORPORATE DISCLOSURE:
SHORT CASE CAPTIONS

- *Baughman v. Johnson & Johnson Consumer Inc., et al.*, No. 2:23-cv-07737 (C.D. Cal.)

- *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965 (E.D. Cal.)

- *Taylor v. Procter & Gamble Company*, No. 3:23-cv-4909 (N.D. Cal.)

- *DePaola v. The Procter & Gamble Company, et al.*, No. 2:23-cv-00727 (M.D. Fl.)

- *Audelo v. Johnson & Johnson Consumer, Inc., et al.*, No. 3:23-cv-24250 (N.D. Fl.)

- *Tlaib v. Procter & Gamble Company*, No. 1:23-cv-13840 (N.D. Ill.)

- *Noviskis v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-13926 (N.D. Ill.)

- *Juneau v. The Procter & Gamble Company, et al.*, No. 2:23-cv-05273 (E.D. La.)

- *Fichera v. The Procter & Gamble Company, et al.*, No. 2:23-cv-05274 (E.D. La.)

- *Coppock v. Procter & Gamble, et al.*, No. 2:23-cv-05353 (E.D. La.)

- *Walker v. Johnson & Johnson Consumer Inc., et al.*, No. 4:23-cv-00663 (W.D. Mo.)

- *Wright v. Johnson & Johnson Consumer Inc., et al.*, No. 5:23-cv-06120 (W.D. Mo.)

- *Barton, et al. v. Reckitt Benckiser LLC, et al.*, No 2:23-cv-20370 (D.N.J.)

- *Cronin v. Johnson & Johnson Consumer, Inc., et al.*, No. 2:23-cv-06870 (E.D.N.Y.)

- *Kleiman v. The Procter & Gamble Company*, No. 1:23-cv-590 (S.D. Ohio)

- *Thorns, et al. v. Johnson & Johnson, et al.*, No. 3:23-cv-1355 (D. Or.)

- *Kasparie, et al. v. Bayer Healthcare LLC, et al.*, No. 2:23-cv-3783 (E.D. Pa.)

- *Carrigan v. Johnson & Johnson, et al.*, No. 2:23-cv-01481 (W.D. Wash.)