BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE MARKETING    :
AND SALES PRACTICES LITIGATION               :        MDL No. 3089

## AMENDED PROOF OF CERTIFICATE OF SERVICE

I hereby certify on this 4th day of October, 2023, that the Notice of Appearance and Notice of Withdrawal of Appearance that were filed on the Court's CM/ECF system on October 3, 2023, which sends notice of the same to all parties, was served by regular mail to the following defendants listed below:

GlaxoSmithKline LLC
c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER
SUITE 160
100 CHARLES EWING BLVD
EWING, NJ 08628

Kenvue, Inc
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

McNeil Consumer Healthcare
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

Reckitt Benckiser LLC
c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER
SUITE 160
100 CHARLES EWING BLVD
EWING, NJ 08628

Walgreens, Inc.
c/o ILLINOIS CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261

*/s/ William E. Hoese*
William E. Hoese

{00243307 }