BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE MARKETING   :
AND SALES PRACTICES LITIGATION                 :          MDL No. 3089

SCHEDULE OF ACTIONS

*Viva Cohen and Joey Cohen v. Walgreens Boots Alliance, Inc.*, 1:23-cv-14155 (N.D. Ill.) (The Honorable Sara L. Ellis)