BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE MARKETING   :
AND SALES PRACTICES LITIGATION        :        MDL No. 3089

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, I served the foregoing Notice of Related Action on all counsel of record via the Court's ECF Filing System and via regular mail on defendant Walgreens Boots Alliance, Inc. 108 Wilmot Road, Deerfield, Illinois 60015

Dated: October 4, 2023

/s/ William E. Hoese
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
(215) 238-1700
whoese@kohnswift.com

*Attorneys for Plaintiff Emily Cohen*

{00243181 }