BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE MARKETING　:
AND SALES PRACTICES LITIGATION　　　　:　　　MDL No. 3089

NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiff writes to notify the Panel of the following related class action: *Emily Cohen v. CVS Pharmacy*, *Inc.,* 1:23-cv-00403 (D.R.I.). The complaint and docket sheet are attached as Exhibit A.

Dated: October 4, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ William E. Hoese*
　　　　　　　　　　　　　　　　　　　　William E. Hoese
　　　　　　　　　　　　　　　　　　　　Kohn, Swift & Graf, P.C.
　　　　　　　　　　　　　　　　　　　　1600 Market Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　(215) 238-1700
　　　　　　　　　　　　　　　　　　　　whoese@kohnswift.com

　　　　　　　　　　　　　　　　　　　　Attorneys for the Plaintiff

{00243314 }