**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING   :
AND SALES PRACTICES LITIGATION                   :         MDL No. 3089

**SCHEDULE OF ACTIONS**

*Emily Cohen v. CVS Pharmacy, Inc.,* 1:23-cv-00403 (D.R.I.)

{00243315 }