BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE MARKETING   :
AND SALES PRACTICES LITIGATION            :         MDL No. 3089

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, I served the foregoing Notice of Related Action on all counsel of record via the Court's ECF Filing System and via regular mail on defendant CVS Pharmacy, Inc., 1 CVS Drive, Woonsocket, Rhode Island 02895.

Dated: October 4, 2023

/s/ William E. Hoese
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
(215) 238-1700
whoese@kohnswift.com

*Attorneys for Plaintiff Emily Cohen*

{00243332 }