BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

## NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiffs write to notify the Panel of the following related class action: Tatiana Benjamin, et al., v. GlaxoSmithKline LLC, et al., 2:23-cv-03856 (E.D. Pa.).

Plaintiffs respectfully submit that the related action involves common questions of law and fact currently under consideration for transfer pursuant to 28 U.S.C. § 1407, and therefore should be considered as a related action for purposes of this pending MDL. A copy of the Schedule of Actions, Complaint and Docket Sheet are attached.

Dated: October 4, 2023

Respectfully submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel: 973-639-9100
cseeger@seegerweiss.com

*Attorneys for Plaintiffs*