BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |
|---|---|

## SCHEDULE OF ACTIONS

| No. | Plaintiffs | Defendants | District | Civil Action | Judge |
|---|---|---|---|---|---|
|  | Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers | GlaxoSmithKline LLC; McNeil Consumer Healthcare; Procter & Gamble Company; Reckitt Benckiser LLC; and Walmart Inc | E.D.Pa | 2:23-cv-03856 | Hon. Kai N. Scott |

Dated: October 4, 2023                                             Respectfully submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel: 973-639-9100
cseeger@seegerweiss.com

*Attorneys for Plaintiffs*