BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023 a copy of the foregoing Notice of Related Action was filed with the Clerk of the Court using the CM/ECF system, which sends notice of the same to all parties. The following defendants listed below were served by regular mail:

GlaxoSmithKline LLC
c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER
SUITE 160
100 CHARLES EWING BLVD
EWING, NJ 08628

Kenvue, Inc
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

McNeil Consumer Healthcare
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

Reckitt Benckiser LLC
c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER
SUITE 160
100 CHARLES EWING BLVD
EWING, NJ 08628

Walgreens, Inc.
c/o ILLINOIS CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE

SPRINGFIELD, IL 62703-4261

*/s/ Christopher A. Seeger*
Christopher A. Seeger
