# BEFORE THE UNITED STATES MULTIDISTRICT JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I, Marlene J. Goldenberg, counsel for Plaintiff Kristen DePaola, hereby certify that on October 4, 2023, I caused the foregoing Notice of Related Actions and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Related Actions to be served via electronic mail or first-class mail to the following:

***DePaola v. The Procter & Gamble Company, et al.*, No. 2:23-cv-00727 (M.D. Fl.)**

FARR, FARR, EMERICH, CARR & HOLMES, P.A.
George T. Williamson
Email: gwilliamson@farr.com
99 Nesbit Street
Punta Gorda, FL 33950

NIGH GOLDENBERG RASO & VAUGHN PLLC
Marlene J. Goldenberg
Email: mgoldenberg@nighgoldenberg.com
14 Ridge Square, Third Floor
Washington, D.C. 20016

HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com

1515 Market Street, Suite 1100
Philadelphia, PA 19102

KANNER & WHITELEY, L.L.C.
Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130
**Counsel for Plaintiff: Kristin DePaola**

*<u>Defendant: Procter & Gamble Company</u>*
*Via Certified Mail*

c/o CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS OH 43219

*<u>Defendant: McNeil Consumer Healthcare</u>*
*Via Email*
O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036


Dated: October 4, 2023        Respectfully submitted,

Marlene J. Goldenberg
NIGH GOLDENBERG RASO & VAUGHN, PLLC
14 Ridge Square, Third Floor
Washington, D.C. 20016
Telephone: (202) 978-2228
mgoldenberg@nighgoldenberg.com

*Counsel for Plaintiff Kristen DePaola*