**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

**<u>SCHEDULE OF ACTIONS</u>**

1. Sharon Rourk v. Haleon, PLC - District of New Jersey, 3:23-cv-20478