**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2023, a copy of the foregoing Notice of Related Action was filed on the Court's CM/ECF system, which sends notice of the same to all parties.

Respectfully submitted,

/s/ Philip Furia
Philip Furia
The Sultzer Law Group P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
furiap@thesultzerlawgroup.com

Attorneys for the Plaintiffs