**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

**<u>SCHEDULE OF ACTIONS</u>**

1.  Cathy Kleinman v. Bayer Health Care, LLC – District of New Jersey, 2:23-cv-20480