**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

## SCHEDULE OF ACTIONS

1. Kristin Lawrence v. Johnson & Johnson Consumer, Inc. – District of New Jersey, 3:23-cv-20551