**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

## SCHEDULE OF ACTIONS

1. Annette Striegel v. RB Health (US), LLC – District of New Jersey, 2:23-cv-20552