**UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

## NOTICE OF RELATED ACTIONS

In accordance with the JPML Rules, Natasha Hernandez, Jordan Nelson, and Regina Peralta write to notify you of the related actions listed on the attached Schedule of Actions.

The docket sheet and the complaint in each action are attached. Proof of service on each party to these actions is also attached.

Dated: October 4, 2023                    Respectfully submitted,

                                          By:      */s/ Sarah N. Westcot*
                                                   Sarah N. Westcot

                                          **BURSOR & FISHER, P.A.**
                                          Sarah N. Westcot (State Bar No. 264916)
                                          701 Brickell Ave., Suite 1420
                                          Miami, FL  33131-2800
                                          Telephone: (305) 330-5512
                                          Facsimile:  (305) 676-9006
                                          E-Mail: swestcot@bursor.com

                                          *Counsel for Plaintiffs Natasha Hernandez, Jordan Nelson, and Regina Peralta*