UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

**SCHEDULE OF RELATED ACTIONS**

| | Plaintiff(s) | Defendants | District Division | Case Number | Judge |
|---|---|---|---|---|---|
| 1. | • Natasha Hernandez | • Kenvue Inc.<br>• McNeil Consumer Healthcare;<br>• Johnson & Johnson Consumer, Inc. | N.D. Cal. | 3:23-cv-04817 | Hon. Trina L. Thompson |
| 2. | • Jordan Nelson<br>• Regina Peralta | • Kenvue, Inc.<br>• McNeil Consumer Healthcare;<br>• Johnson & Johnson Consumer, Inc.<br>• CVS Pharmacy, Inc.<br>• Haleon US Capital LLC<br>• GSK Plc<br>• Albertsons Companies, Inc.<br>• Target Corporation | N.D. Cal. | 4:23-cv-04875 | Hon. Haywood S. Gilliam, Jr. |

|  |  | <ul><li>Walmart Inc.</li><li>Perrigo Company Plc</li></ul> |  |  |  |
|---|---|---|---|---|---|