UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF RELATED ACTIONS, and this Proof of Service were served by U.S. Certified Mail on October 4, 2023, to the following:

**Defendant: KENVUE INC.**
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**Defendant: MCNEIL CONSUMER HEALTHCARE**
7050 Camp Hill Road
Fort Washington, PA 19034

**Defendant: JOHNSON & JOHNSON CONSUMER, INC.**
199 Grandview Road
Skillman, NJ 08558

**Defendant: CVS PHARMACY, INC.**
1 CVS Drive
Woonsocket, RI 02895

**Defendant: HALEON US CAPITAL LLC**
184 Liberty Corner Road
Warren, NJ 07059

**Defendant: GSK PLC**
2929 Walnut St.
Philadelphia, PA 19104

**Defendant: ALBERTSONS COMPANIES, INC.**
250 Parkcenter Blvd.
Boise, ID 83706

**Defendant: TARGET CORPORATION**
1000 Nicollet Mall
Minneapolis, MN 55403

**Defendant: WALMART INC.**
702 SW 8th St.
Bentonville, AR 72716

**Defendant: PERRIGO COMPANY PLC**
515 Eastern Ave.
Allegan, MI 49010


Dated:  October 4, 2023                                   Respectfully submitted,


                                                               By:      */s/ Sarah N. Westcot*
                                                                   Sarah N. Westcot

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 1420
Miami, FL  33131-2800
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: swestcot@bursor.com

*Counsel for Plaintiffs Natasha Hernandez, Jordan Nelson, and Regina Peralta*