BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

**NOTICE OF RELATED ACTION**

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiffs write to notify the Panel of the following related class action: *Pamela Joyner v. Johnson & Johnson Consumer, Inc.,* 3:23-cv-20558 (District of New Jersey). The complaint is attached as Exhibit A.

Dated: October 4, 2023

Respectfully submitted,

*/s/ Philip Furia*
Philip Furia
The Sultzer Law Group P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
furiap@thesultzerlawgroup.com

Attorneys for the Plaintiffs