**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

**SCHEDULE OF ACTIONS**

1. Pamela Joyner v. Johnson & Johnson Consumer, Inc. – District of New Jersey – 3:23-cv-20558