**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2023, a copy of the foregoing Notice of Related Action was filed on the Court's CM/ECF system, which sends notice of the same to all parties.

    Respectfully submitted,

    /s/ Philip Furia_____
    Philip Furia
    The Sultzer Law Group P.C.
    85 Civic Center Plaza, Suite 200Poughkeepsie, NY 12601
    (845) 483-7100
    furiap@thesultzerlawgroup.com

    Attorneys for the Plaintiffs