BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Oral Phenylephrine Marketing and Sales Practices Litigation       MDL NO. 3089

**PROOF OF SERVICE**

In compliance with J.P.M.L. R. 4.1(a), I certify that the foregoing Notice of Appearance was served on all parties to the cases as stated below:

1. **All cases currently in this MDL**

   I rely on the Panel's notice of electronic filing to serve all parties in the actions that have been added to this MDL.

2. **Carrigan v. The Procter & Gamble Company, et al., W.D. Washington, No. 2:23-cv-1481**

   All parties to this action were served via USPS Certified Mail as indicated below:

   THE PROCTER & GAMBLE COMPANY
   c/o CT Corporation System
   4400 Easton Commons Way
   Suite 125
   Columbus, OH 43219

   WALGREEN CO.
   c/o Illinois Corporation Service Company
   801 Adlai Stevenson Drive
   Springfield, IL 62703-4261

   JOHNSON & JOHNSON
   c/o C T Corporation System
   820 Bear Tavern Road
   West Trenton, NJ 0862

Dated this October 4, 2023               Respectfully submitted,

                                         **KU & MUSSMAN, P.A.**

                                         By: */s/ Brian T. Ku*
                                             Brian T. Ku

18501 Pines Blvd. Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
brian@kumussman.com

*Counsel for Plaintiff James Carrigan*