BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE MARKETING          MDL No. 3089
SELF PRACTICES LITIGATION

### SCHEDULE OF ACTIONS

1. Tina Tuominen v. Johnson & Johnson Consumer, Inc. - Northern Dist. Illinois - 1:23-cv-13796

2. Mohamad Tlaib v. Procter & Gamble Company - Northern Dist. Illinois - 1:23-cv-13840