**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING     MDL No. 3089
SELF PRACTICES LITIGATION

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2023, a copy of the foregoing Notice of Appearance was filed on the Court's CM/ECF system, which sends notice of the same to all parties.

                                                  */s/ Jeff Ostrow*
                                                  Jeff Ostrow
                                                  KOPELOWITZ OSTROW FERGUSON
                                                  WEISELBERG GILBERT
                                                  One West Las Olas Blvd.
                                                  Suite 500
                                                  Ft. Lauderdale, FL 33301
                                                  (954) 525-4100
                                                  ostrow@kolawyers.com

                                                  *Attorneys for Plaintiffs Tina Tuominen and Mohamad Tlaib*