# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE**: Oral Phenylephrine Marketing and Sales Practices

MDL No. 3089

## NOTICE OF APPEARANCE
## SHORT CASE CAPTIONS AND PARTIES REPRESENTED

- *Pack et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 2:23-cv-01965 (E.D. Cal.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Barton et al. v. Reckitt Benckiser LLC et al.*, No. 2:23-cv-20370 (D.N.J.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Baughman v. Johnson & Johnson Consumer Inc., et al.*, No. 2:23-cv-07737 (C.D. Cal.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Wright v. Johnson & Johnson Consumer Inc., et al.*, No. 5:23-cv-06120 (W.D. Mo.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Riccio v. Reckitt Benckiser Pharmaceuticals Inc.*, No. 1:23-cv-13897 (N.D. Ill.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser Pharmaceuticals Inc.)

- *Boonparn v. Reckitt et al.*, No. 1:23-cv-06936 (E.D.N.Y.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser Pharmaceuticals Inc. and Reckitt Benckiser LLC)

- *Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 2:23-cv-02426 (D. Kan.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser Pharmaceuticals Inc. and Reckitt Benckiser LLC)

- *Jones v. Reckitt Benckiser Pharmaceuticals Inc.*, *et al.*, No. 3:23-cv-04807 (N.D. Cal.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser Pharmaceuticals, Inc. and Reckitt Benckiser LLC)

- *Scoffier v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 2:23-cv-20529 (D.N.J.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser Pharmaceuticals Inc. and Reckitt Benckiser LLC)

- *Striegel v. RB Health (US) LLC*, No. 2:23-cv-20552 (D.N.J.)
    - Party represented: RB Health (US) LLC (incorrectly sued as RB Health (US), LLC)

- *Fong v. Johnson & Johnson Consumer Inc., et al.*, No. 2:23-cv-02430 (D. Kan.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Walker v. Johnson & Johnson Consumer Inc., et al.*, No. 4:23-cv-00663 (W.D. Mo.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Grimsley v. Reckitt Benckiser LLC*, No. 3:23-cv-24588 (N.D. Fla.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Travis v. Procter & Gamble Co., et al.*, No. 1:23-cv-00607-MWM (S.D. Ohio)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt & Benckiser LLC)

- *Adkins et al. v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 2:23-cv-20743 (D.N.J.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser Pharmaceuticals Inc.)

- *Newton's Pharmacy, Inc. v. Procter and Gamble Company, et al.*, No. 1:23-cv-00613 (S.D. Ohio)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt & Benckiser LLC)

- *Coyle v. GlaxoSmithKline LLC, et al.*, No. 1:23-cv-07311) (E.D.N.Y.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Hsieh et al. v. Reckitt Benckiser LLC, et al.*, No. 1:23-cv-14404 (N.D. Ill.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Benjamin et al. v. GlaxoSmithKline LLC, et al.*, No. 2:23-cv-03856 (E.D.Pa.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Ozuzu v. Kenvue Inc., et al.*, No. 1:23-cv-07395 (E.D.N.Y.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser, LLC)