BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I, Lauren S. Colton, counsel for Defendant RB Health (US) LLC, incorrectly sued as "RB Health (US), LLC", "Reckitt Benckiser LLC", "Reckitt & Benckiser LLC", "Reckitt Benckiser Pharmaceuticals, Inc.", and/or "Reckitt Benckiser Pharmaceuticals Inc.", hereby certify that on October 4, 2023, I caused the foregoing Notice of Appearance and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Appearance to be served via electronic mail or first-class mail to the following:

*Walker v. Johnson & Johnson Consumer Inc., et al.*, **No. 423-cv-00663 (W.D. Mo.)**

HORN, AYLWARD & BANDY, LLC
Joseph A. Kronawitter
jkronawitter@hab-law.com
Robert A. Horn
rhorn@hab-law.com
Taylor Foye
tfoye@hab-law.com
2600 Grand Boulevard
Suite 1100
Kansas City, MO 64108

1

GOZA & HONNOLD, LLC
Bradley D. Honnold
bhonnold@gohonlaw.com
Kirk J Goza
kgoza@gohonlaw.com
9500 Nall Ave Ste 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL
Thomas P. Cartmell
tcartmell@wcllp.com
Tyler Hudson
thudson@wcllp.com
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**Counsel for Plaintiff Michael Walker**

***Wright v. Johnson & Johnson Consumer Inc., et al.*, No. 5:23-cv-06120 (W.D. Mo.)**

HORN AYLWARD & BANDY, LC
Robert A. Horn
rhorn@hab-law.com
Joseph A. Kronawitter
jkronawitter@hab-law.com
Taylor P. Foye
tfoye@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
kgoza@gohonlaw.com
Bradley D. Honnold
bhonnold@gohonlaw.com
9500 Nall Avenue, Suite 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL LLP
Thomas P. Cartmell
tcartmell@wcllp.com
Tyler W. Hudson
thudson@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

**Counsel for Plaintiff Krista Wright**

*Barton, et al. v. Reckitt Benckiser LLC, et al.*, **No 2:23-cv-20370 (D.N.J.)**

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
jcecchi@carellabyrne.com
Donald A. Ecklund
decklund@carellabyrne.com
Jordan M. Steele
jsteele@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
SEEGER WEISS LLP
Christopher A. Seeger
cseeger@seegerweiss.com
David R. Buchanan
dbuchanan@seegerweiss.com
Scott A. George
sgeorge@seegerweiss.com
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
pgeller@rgrdlaw.com
Stuart A. Davidson
sdavidson@rgrdlaw.com
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432

**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gall**

*Riccio v. Reckitt Benckiser Pharmaceuticals, Inc.*, **(1:23-cv-13879) (N.D.Ill.)**

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary Klinger
gklinger@milberg.com
277 W. Monroe St., Ste. 2100
Chicago IL 60606

Nick Suciu III
nsuciu@milberg.com
6905 Telegraph Rd., Ste 115

Bloomfield Hills, MI 48301

Erin Ruben
eruben@milberg.com
900 W. Morgan St.
Raleigh, NC 27603

J. Hunter Bryson
hbryson@milberg.com
405 E 50th Street
New York, NY 10022

Karl Amelchenko
kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

Jimmy Mintz
jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134

KOPELOWITZ OSTRO P.A.
Jeff Ostrow
ostro@kolawyers.com
Jonathan M. Streisfeld
streisfeld@kolawyers.com
Kristen Lake Cardoso
cardoso@kolawyers.com
Daniel Tropin
tropin@kolawyers.com
One West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
mweiner@pwfirm.com
Ryan J. Gott
rgott@pwfirm.com
328 Barry Avenue South, Ste 200
Wayzata, Minnesota 55391

       **Counsel for Plaintiff and the Proposed Class**

*Boonparn v. Reckitt Benckiser Pharmaceuticals Inc. and Reckitt Benckiser LLC*, **No. 1:23-cv-06936 (E.D.N.Y.)**

PETER SAMBERG ATTORNEY AT LAW
Peter Samberg
psamberg@gmail.com
100 Ardsley Ave. West
P.O. Box 73
Ardlsey on Hudson, NY 10503

**Counsel for Plaintiff and the Proposed Class**

*Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, **No. 2:23-cv-02426 (D. Kan.)**

BARTON AND BURROWS, LLC
Stacy Burrows
stacy@bartonburrows.com
Seth K. Jones
seth@bartonburrows.com
5201 Johnson Dr., Ste 110
Mission, Kansas 66205

**Counsel for Plaintiff and the Proposed Class**

*Jones v. Reckitt Benckiser Pharmaceuticals Inc., et al.*, **No. 3:23-cv-04807 (N.D. Cal.)**

KANNER & WHITELEY, L.L.C.
Allan Kanner
a.kanner@kanner-law.com
701 Camp St.
New Orleans, LA 70130

**Counsel for Plaintiff and the Proposed Class**

*Scoffier v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, **No. 2:23-cv-20529 (D.N.J.)**

HONIK LLC
Ruben Honik
ruben@honiklaw.com
David J. Stanoch, Of Counsel
david@honiklaw.com
1515 Market St., Ste 1100
Philadelphia, PA 19102

**Counsel for Plaintiff and the Proposed Class**

*Striegel v. RB Health (US) LLC*, **No. 2:23-cv-20552 (D.N.J.)**

THE SULTZER LAW GROUP, PC
Philip Furia
furiap@thesultzerlawgroup.com
85 Civic Center Plaza, Ste. 200
Poughkeepsie, NY 12601

    **Counsel for Plaintiff and the Proposed Class**


*Fong v. Johnson & Johnson Consumer Inc., et al.*, **No. 2:23-cv-02430 (D. Kan.)**

HORN AYLWARD & BANDY, LLC
Joseph A. Kronawitter
jkronawitter@hab-law.com
Robert A. Horn
rhorn@hab-law.com
Taylor P. Foye
tfoye@hab-law.com
2600 Grand Blvd., Ste. 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
kgoza@gohonlaw.com
Bradley D. Honnold
bhonnold@gohonlaw.com
9500 Nall Avenue, Suite 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL LLP
Thomas Cartmell
tcartmell@wellp.com
Tyler W. Hudson
thudson@wellp.com
4700 Grand Avenue, Suite 300
Kansas City, MO 64112

    **Counsel for Plaintiff**

*Grimsley v. Reckitt Benckiser LLC*, **No. 3:23-cv-24588 (N.D. Fla.)**

BARON & BUDD, P.C.
Russell W. Budd
rbudd@baronbudd.com
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219

Roland Tellis
rtellis@baronbudd.com
Mark Pifko
mpifko@baronbudd.com
15910 Ventura Blvd # 1600
Los Angeles, CA 91436

**Counsel for Plaintiff and the Proposed Class**

*Travis v. Procter & Gamble Co., et al.*, **No. 1:23-cv-00607-MWM (S.D. Ohio)**

HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL PLLC
Alyson S. Beridon
alyson@hsglawgroup.com
600 Vine St., Ste. 2720
Cincinnati, OH 45202

Benjamin A. Gastel
ben@hsglaw.com
Joey Leniski
joey@hsglaw.com
223 Rosa L. Parks Ave., Ste. 300
Nashville, TN 37203

**Counsel for Plaintiff and the Proposed Class**

*Adkins et al. v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, **No. 2:23-cv-20743 (D.N.J.)**

LEVIN SEDRAN & BERMAN
Charles E. Schaffer
cschaffer@lfsblaw.com
Michael M. Weinkowitz
mweinkowitz@lfsblaw.com
Nicholas J. Elia
nelia@lfsblaw.com
510 Walnut St., Ste. 500
Philadelphia, PA, 19106

7

ROBERT PIERCE & ASSOCIATES, PC
D. Aaron Rihn
arihn@piecelaw.com
707 Grant St., Ste. 125
Pittsburgh, PA 15219

**Counsel for Plaintiffs and the Proposed Class**

*Newton's Pharmacy, Inc. v. Procter and Gamble Company, et al.*, **No. 1:23-cv-00613 (S.D. Ohio)**

HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL PLLC
Alyson S. Beridon
alyson@hsglawgroup.com
600 Vine St., Ste. 2720
Cincinnati, OH 45202

Benjamin A. Gastel
ben@hsglaw.com
Joey Leniski
joey@hsglaw.com
223 Rosa L. Parks Ave., Ste. 300
Nashville, TN 37203

STREETT LAW FIRM, P.A.
James A. Streett
james@streettlaw.com
107 West Main
Russellville, AR 72801

**Counsel for Plaintiff and the Proposed Class**

*Coyle v. GlaxoSmithKline LLC, et al.*, **No. 1:23-cv-07311) (E.D.N.Y.)**

DOUGLAS & LONDON P.C.
Gary J. Douglas
gdouglas@douglasandlondon.com
Michael A. London
mlondon@douglasandlondon.com
Virginia e. Anello
vanello@douglasandlondon.com
Anne E. Accettella
aaccettella@douglasandlondon.com
59 Maiden Lane, 6th Floor
New York, NY 10038

**Counsel for Plaintiff and the Proposed Class**

*Hsieh et al. v. Reckitt Benckiser LLC, et al.*, **No. 1:23-cv-14404 (N.D. Ill.)**

TYCKO & ZAVAREEI LLP
Andrea R. Gold
agold@tzlegal.com
Hassan A. Zavareei
hzavareei@tzlegal.com
Leora Friedman
lfriedman@tzlegal.com
2000 Pennsylvania Ave, NW, Ste. 1010
Washington, District of Columbia 20006

**Counsel for Plaintiffs**

*Benjamin et al. v. GlaxoSmithKline LLC, et al.*, **No. 2:23-cv-03856 (E.D.Pa.)**

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
jcecchi@carrellabyrne.com
Donald A. Ecklund
decklund@carellabyrne.com
Jordan M. Steele
jsteele@carellabyrne.com
5 Becker Farm Road
Roseland, NJ 07068

SEEGER WEISS LLP
Christopher A. Seeger
cseeger@seegerweiss.com
David R. Buchanan
dbuchanan@seegerweiss.com
Scott A. George
sgeorge@seegerweiss.com
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ 07660

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
pgeller@rgrdlaw.com
Stuart A. Davidson
sdavidson@rgrdlaw.com
225 NE Mizner Blvd., Ste. 72
Boca Raton, FL 33432

**Counsel for Plaintiff and the Proposed Class**

<u>*Ozuzu v. Kenvue Inc., et al.*, No. 1:23-cv-07395 (E.D.N.Y.)</u>

PARKER | WAICHMAN LLP
Raymond S. Silverman
rsilverman@yourlawyer.com
Melanie H. Muhlstock
mmuhlstock@yourlawyer.com
Jason S. Goldstein
jgoldstein@yourlawyer.com
6 Harbor Park Drive
Port Washington, NY 11050

<u>*Defendant: Albertsons Companies Inc.*</u>
*Via Certified Mail*
c/o C T CORPORATION SYSTEM
1555 W Shoreline Dr. Suite 100
Boise, ID 83702

<u>*Defendant: Amazon.com, Inc.*</u>
*Via Email*
K&L GATES LLP
Robert W. Sparkes III
Email: robert.sparkes@klgates.com
1 Congress St.
Boston, MA 02114

<u>*Defendant: Associated Wholesale Grocers, Inc.*</u>
*Via Certified Mail*
c/o SECRETARY OF STATE
120 SW 10th Avenue First Floor Memorial Hall
Topeka, KS 66612

<u>*Defendant: Bayer Healthcare LLC*</u>
*Via Email*
DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

*Defendant: CVS Pharmacy, Inc.*
*Via Certified Mail*
c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

*Defendant: Church & Dwight Co., Inc.*
*Via Certified Mail*
c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

*Defendant: GlaxoSmithKline LLC*
*Via Email*
KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

*Defendant: GSK Consumer Healthcare, Inc.*
*Via Email*
KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

*Defendant: Johnson & Johnson*
*Via Email*
O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

*Defendant: Johnson & Johnson Consumer Inc.*
*Via Email*
O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

*Defendant: Kenvue Inc.*
*Via Email*
O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

*Defendant: McNeil Consumer Healthcare*
*Via Email*
O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

*Defendant: Rite Aid Corporation*
*Via Certified Mail*
c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

*Defendant: Sanofi-Aventis U.S. LLC*
*Via Certified Mail*
c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

*Defendant: Target Corporation*
*Via Certified Mail*
c/o C T CORPORATION SYSTEM
1010 Dale St. N.
St Paul, MN 55117

*Defendant: Valu Merchandisers Co.*
*Via Certified Mail*
c/o C T CORPORATION SYSTEM
112 SW 7th Street, Suite 3C
Topeka, KS 66603

*Defendant: Walgreens, Inc.*
*Via Certified Mail*
c/o ILLINOIS CORPORATION SERVICE COMPANY
801 Adlai Stevenson Dr.

Springfield, IL 62703

***Defendant: Walgreen Co.***
*Via Certified Mail*
c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

***Defendant: Walmart, Inc.***
*Via Certified Mail*
c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

***Defendant: Wal-Mart Stores East 1 LP.***
*Via Certified Mail*
c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

Dated: October 4, 2023

Respectfully submitted,

By: */s/ Lauren S. Colton*
Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

*Counsel for Defendant RB Health (US) LLC*