BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on October 4, 2023, I caused a true and correct copy of my Notice of Appearance on behalf of Plaintiff Francis W. Catanese, in the Action captioned *Barton v. Reckitt Benckiser LLC, et al.*, D. New Jersey, 2:23-20370, to be served by email or certified mail to the other parties in the Action as indicated below:

**Defendant: GlaxoSmithKline LLC**
*Via Electronic Mail*

c/o Robyn Bladow, Esq.
KIRKLAND & ELLIS, LLP
555 South Flower Street
Los Angeles, CA 90071
T: (213) 680-8634
rbladow@kirkland.com


**Defendant: Kenvue Inc.**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801


**Defendant: McNeil Consumer Healthcare**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST

1

WILMINGTON, DE 19801

**Defendant: Procter & Gamble Company**
*Via Electronic Mail*

c/o Andrew Soukup, Esq.
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5066
asoukup@cov.com


**Defendant: Reckitt Benckiser LLC**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER,  SUITE 160,
100 CHARLES EWING BLVD , EWING, NJ, 08628


**Defendant: Walgreens, Inc.**
*Via Certified Mail*

c/o ILLINOIS CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261


Dated: October 4, 2023                              Respectfully submitted,

                                                   */s/ James E. Cecchi*
                                                   James E. Cecchi
                                                   CARELLA BYRNE CECCHI
                                                   BRODY & AGNELLO, PC
                                                   5 Becker Farm Road
                                                   Roseland, New Jersey 07068
                                                   T: (973) 994-1700
                                                   jcecchi@carellabyrne.com