**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

### LIST OF REPRESENTED PARTIES

1. **Sharon Rourk – Plaintiff** – Sharon Rourk v. Haleon, PLC - District of New Jersey, 3:23-cv-20478

2. **Cathy Kleinman – Plaintiff** – Cathy Kleinman v. Bayer Health Care, LLC – District of New Jersey, 2:23-cv-20480

3. **Kristin Lawrence – Plaintiff** – Kristin Lawrence v. Johnson & Johnson Consumer, Inc. – District of New Jersey, 3:23-cv-20551

4. **Annette Striegel – Plaintiff** – Annette Striegel v. RB Health (US), LLC – District of New Jersey, 2:23-cv-20552

5. **Kamonica McWhite-York** – Plaintiff – Kamonica McWhite-York v. Johnson & Johnson Consumer, Inc. – District of New Jersey, 3:23-cv-20379

6. **Pamela Joyner – Plaintiff** – Pemela Joyner v. Johnson & Johnson Consumer, Inc. – District of New Jersey – 3:23-cv-20558