**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

**SCHEDULE OF ACTIONS**

1. Sharon Rourk v. Haleon, PLC - District of New Jersey, 3:23-cv-20478

2. Cathy Kleinman v. Bayer Health Care, LLC – District of New Jersey, 2:23-cv-20480

3. Kristin Lawrence v. Johnson & Johnson Consumer, Inc. – District of New Jersey, 3:23-cv-20551

4. Annette Striegel v. RB Health (US), LLC – District of New Jersey, 2:23-cv-20552

5. Kamonica McWhite-York v. Johnson & Johnson Consumer, Inc. – District of New Jersey, 3:23-cv-20379

6. Pamela Joyner v. Johnson & Johnson Consumer, Inc. – District of New Jersey – 3:23-cv-20558