**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 4th day of October, 2023, a copy of the foregoing Notice of

Appearance was filed on the Court's CM/ECF system, which sends notice of the same to all

parties.

*/s/ Philip Furia*
Philip Furia
