BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE LITIGATION | MDL No. 3089 |

**EXHIBIT A TO BAYER HEALTHCARE LLC'S
CORPORATE DISCLOSURE STATEMENT**

Case Captions:

1. Pack v. Johnson & Johnson Consumer Companies, Inc., et al., No. 2:23-cv-01965-AC (E.D. Cal.);

2. Kleiman v. Bayer HealthCare LLC, No. 2:23-cv-20480 (D. N.J.); and

3. Kasparie and James v. Bayer HealthCare LLC, No. 2:23-cv-03783 (E.D. Pa).

Bayer HealthCare LLC's parent corporations:

1. Bayer HealthCare LLC is a nongovernmental entity.

2. Bayer HealthCare LLC is a Delaware limited liability company whose members are MiraLAX LLC, Bayer Samson I LLC, Bayer Samson II LLC, Bayer Consumer Care Holdings LLC, Bayer West Coast Corporation, Bayer Essure Inc., NippoNex Inc., Bayer Medical Care Inc., and Bayer HealthCare US Funding LLC.

3. MiraLAX LLC is a Delaware limited liability company whose sole member is Bayer HealthCare US Funding LLC.

4. Bayer Samson I LLC is a Delaware limited liability company whose sole member is Bayer HealthCare US Funding LLC.

5. Bayer Samson II LLC is a Delaware limited liability company whose sole member is Bayer HealthCare US Funding LLC.

6. Bayer Consumer Care Holdings LLC is a Delaware limited liability company whose sole preferred member is Bayer HealthCare US Funding LLC and whose sole common member is Bayer East Coast LLC, whose sole member is Bayer US Holding LP.

7. Bayer West Coast Corporation, a Delaware corporation, is wholly-owned by Bayer HealthCare Holdings LLC.

8. Bayer Essure Inc., a Delaware corporation, is wholly-owned by Bayer HealthCare Holdings LLC.

9. NippoNex Inc., a Delaware corporation, is wholly-owned by Bayer HealthCare Pharmaceuticals Inc.

10. Bayer Medical Care Inc., a Delaware corporation, is wholly-owned by Schering Berlin Inc.

11. Bayer HealthCare US Funding LLC is a Delaware limited liability company whose sole member is Bayer US Holding LP.

12. Bayer HealthCare Pharmaceuticals Inc. is a Delaware corporation, is wholly-owned by Schering Berlin Inc.

13. Schering Berlin Inc., a Delaware corporation, is wholly-owned by Bayer HealthCare Holdings LLC.

14. Bayer HealthCare Holdings LLC is a Delaware limited liability company whose sole member is Bayer Corporation.

15. Bayer Corporation, an Indiana corporation, is wholly-owned by Bayer US Holding LP.

16. Bayer US Holding LP is a Delaware limited partnership in which Bayer World Investments B.V. is the sole and controlling General Partner, and Bayer Solution B.V. is the sole Limited Partner.

17. Bayer Solution B.V., a Netherlands private company with limited liability, is wholly-owned by Bayer World Investments B.V.

18. Bayer World Investments B.V., a Netherlands private company with limited liability, is owned by Bayer Pharma AG, Bayer Intellectual Property GmbH, and Bayer CropScience AG.

19. Bayer Pharma AG, a German stock company, is wholly-owned by Bayer AG.

20. Bayer Intellectual Property GmbH, a German company with limited liability, is wholly-owned by Bayer AG.

21. Bayer CropScience AG, a German stock company, is wholly-owned by Bayer AG.

22. Bayer AG, a publicly held German stock company, has no parent company and no publicly held company owns 10 percent or more of its stock.