BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE LITIGATION

MDL No. 3089

**PROOF OF SERVICE**

This is to certify that the foregoing Corporate Disclosure Statement was served on October 4, 2023, to the following:

**Plaintiffs Kenneth Levi Pack and Min Ji Jung**
*Via Certified Mail*
Christopher Ross Rodriguez
Singleton Schreiber, LLP
1414 K Street, Suite 470
Sacramento, CA 95814

**Defendant Albertsons Companies, Inc.**
*Via Certified Mail*
CT Corporation System
1555 W Shoreline Dr., Ste 100
Boise, ID 83702

**Plaintiff Cathy Kleinman**
*Via ECF*
Philip Furia
85 Civic Center Plaza, Ste 200
Poughkeepsie, NY 12601

**Plaintiffs Michelle Kasparie and Kimberly James**
*Via ECF*
Stephen R. Basser
600 West Broadway, Ste 900
San Diego, CA 92101

**Defendant Procter & Gamble Company**
*Via ECF*
Andrew Soukup
850 10th St. NW
Washington, DC 20001

**Defendant Amazon.com, Inc.**
*Via Certified Mail*
Corporation Service Company
300 Deschutes Way SW, Ste 208 MC-CSC1
Tumwater, WA 98501

**Defendant CVS Pharmacy, Inc.**
*Via Certified Mail*

**Defendant Church & Dwight Co, Inc.**
*Via Certified Mail*

CT Corporation System
450 Veterans Memorial Parkway, Ste 7A
East Providence, RI 02914

The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

**Defendant GlaxoSmithKline, LLC**
*Via Certified Mail*
Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808

**Defendant Johnson & Johnson Consumer Companies, Inc.**
*Via Certified Mail*
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**Defendant Reckitt Benckiser, LLC**
*Via Certified Mail*
Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808

**Defendant Rite Aid Corporation**
*Via Certified Mail*
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

**Defendant Sanofi-Aventis U.S. LLC**
*Via Certified Mail*
Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808

**Defendant Target Corporation**
*Via Certified Mail*
CT Corporation
1010 Dale St. N.
St. Paul, MN 55117

**Defendant Walgreen Co.**
*Via Certified Mail*
Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

**Defendant Walmart Inc.**
*Via Certified Mail*
CT Corporation System
124 West Capitol Avenue, Ste 1900
Little Rock, AR 72201

**DLA PIPER LLP (US)**

By: /s/ *Christopher G. Campbell*
    Christopher G. Campbell
    1201 West Peachtree Street, Suite 2800
    Atlanta, Georgia 30309
    Tel: (404) 736-7800
    Fax: (404) 682-7800
    christopher.campbell@us.dlapiper.com
    *Attorney for Bayer HealthCare, LLC*