BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

NOTICE OF APPEARANCE
SCHEDULE OF ACTIONS

| | Plaintiffs | Defendants | District | Civil Action No. |
|---|---|---|---|---|
| 1. | Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo | Reckitt Benckiser LLC; Kenvue, Inc.; McNeil Consumer Healthcare; Procter & Gamble Company; GlaxoSmithKline LLC; and Walgreens Inc. | D. N. J. | 2:23-cv-20370 |