BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

# PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on October 4, 2023, I caused the foregoing NOTICE OF APPEARANCE to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents via the United States Postal Service first-class mail to the following:

**Defendant Reckitt Benckiser LLC**
c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, SUITE 160
100 CHARLES EWING BOULEVARD
EWING, NJ  08628

**Defendant Kenvue, Inc.**
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE  19801

**Defendant McNeil Consumer Healthcare**
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE  19801

**Defendant Procter & Gamble Company**
c/o CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY, SUITE 125
COLUMBUS, OH  43219

**Defendant GlaxoSmithKline LLC**
c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, SUITE 160
100 CHARLES EWING BOULEVARD
EWING, NJ  08628

**Defendant Walgreens Inc.**
c/o ILLINOIS CORPORATE SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL  62703

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  October 4, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP

    *s/ Stuart A. Davidson*
STUART A. DAVIDSON

225 NE Mizner Blvd., Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

*Counsel for Plaintiff Kimberly Buscaglia*
Case No 2:23-cv-20370-KM-JSA (D.N.J.)