**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 3089 |

**NOTICE OF ERRATA**

Plaintiffs Michelle Kasparie and Kimberly James ("Movants"), by and through their undersigned counsel, hereby provide notice that the Schedule of Potential Tag-Along Action and the Proof of Service for the Notice of Potential Tag-Along Action (Dkt. #34), did not include a complete list of all defendants and their addresses. Attached are copies of the Corrected Schedule of Potential Tag-Along Action (Exhibit 1) and the Certificate of Service for the Corrected Notice of Potential Tag-Along Action (Exhibit 2) reflecting the corrected list of all defendants.

Dated: October 4, 2023

Respectfully submitted,

**BARRACK RODOS & BACINE**

*/s/ Stephen R. Basser*
Stephen R. Basser
E-mail: sbasser@barrack.com
Samuel M. Ward
E-mail: sward@barrack.com
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan
Jeffrey A. Barrack
Andrew J. Heo
jgolan@barrack.com
jbarrack@barrack.com

aheo@barrack.com
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

John G. Emerson
E-mail: jemerson@emersonfirm.com
EMERSON FIRM, PLLC
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

*Attorneys for Plaintiffs Michelle Kasparie and Kimberly James*