## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ) | MDL Docket No. 3089 |
| ) | |
| IN RE: ORAL PHENYLEPHRINE ) | |
| MARKETING AND SALES ) | |
| PRACTICES LITIGATION ) | |

### NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiff Rebecca Lynn Reyes writes to notify the Panel of the following related class action: *Reyes v. The Procter & Gamble Company et al.*, Case No. 1:23-cv-00623-DRC (S.D. Ohio). The complaint and docket sheet are attached as Exhibit A.

Respectfully submitted,

Dated: October 4, 2023      **KELLER ROHRBACK L.L.P.**

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
Derek Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com

*Counsel for Plaintiff Rebecca Lynn Reyes*