IN RE:   ORAL PHENYLEPHRINE MARKETING AND    MDL Docket No. 3089

SALES PRACTICES LITIGATION

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | Court | Civil Action No. | Judge |
|----|------------|------------|-------|------------------|-------|
| 1. | Rebecca Lynn Reyes | The Procter & Gamble Company and Walmart Inc. | S.D. Ohio | 23-cv-00623-DRC | Judge Douglas R. Cole |

Dated: October 4, 2023 **KELLER ROHRBACK L.L.P.**

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
Derek Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com

*Counsel for Plaintiff Rebecca Lynn Reyes*