**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: ) | **MDL Docket No. 3089** |
| ) | |
| **IN RE: ORAL PHENYLEPHRINE** ) | |
| **MARKETING AND SALES** ) | |
| **PRACTICES LITIGATION** ) | |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance were served via U.S. Mail to the following:

**Defendant:**
The Procter & Gamble Company
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

**Defendant:**
Walmart Inc.
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

Respectfully submitted,

Dated: October 4, 2023      **KELLER ROHRBACK L.L.P.**

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
Derek Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com

*Counsel for Plaintiff Rebecca Lynn Reyes*