**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | MDL NO. 3089 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2023 a copy of the foregoing Notice of Appearance was

filed with the Clerk of the Court using the CM/ECF system, which sends notice of the same to all

parties.  The following defendants were served via regular mail:

GlaxoSmithKline LLC
c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, SUITE 160
100 CHARLES EWING BLVD
EWING, NJ 08628


Kenvue, Inc
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801


McNeil Consumer Healthcare
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801


Reckitt Benckiser LLC
c/o CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, SUITE 160
100 CHARLES EWING BLVD
EWING, NJ 08628

Walgreens, Inc.
c/o ILLINOIS CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261

*/s/ Christopher A. Seeger*
Christopher A. Seeger