BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

## PROOF OF SERVICE

In compliance with J.P.M.L. R. 4.1(a), I hereby certify that on October 4, 2023 a copy of the foregoing Notice of Appearance and Proof of Service were electronically filed using the CM/ECF system, which constitutes service on registered CM/ECF participants via this Panel's ECF filing system. The aforementioned documents were also served on October 4, 2023 through the U.S. Postal Service as indicated below, to the following:

**Johnson & Johnson Consumer Inc.,** Defendant in *Yousefzadeh v. Johnson & Johnson Consumer Inc.*, E.D. New York, No. 2:23-cv-06825:

>   *Via Certified Mail*
>   c/o C T Corporation System
>   820 Bear Tavern Road
>   West Trenton, NJ 08628

October 4, 2023        By:    */s/ Jason L. Lichtman*

>   Jonathan D. Selbin
>   David Stellings
>   Jason L. Lichtman
>   Daniel R. Leathers
>   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
>   250 Hudson Street, 8th Floor
>   New York, NY 10013
>   Telephone: (212) 355-9500
>   Facsimile: (212) 355-9592

2860965.2

-2-

Email:  jselbin@lchb.com
Email:  dstellings@lchb.com
Email:  jlichtman@lchb.com
Email:  kmcbride@lchb.com
Email:  dleathers@lchb.com

Elizabeth J. Cabraser (*pro hac vice* application pending)
Lexi J. Hazam
Sarah R. London (*pro hac vice* application to be filed)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
Email: ecabraser@lchb.com
Email: lhazam@lchb.com
Email: slondon@lchb.com

Darren T. Kaplan
KAPLAN GORE LLP
1979 Marcus Ave. Ste 210
Lake Success, NY 11042
Telephone: (212) 999-7370, ext. 101
Email:  dkaplan@kaplangore.com

*Counsel for Plaintiff Sandra Yousefzadeh,*
*E.D.N.Y., Case No. 2:23-cv-06825*