BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO.: 3089 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2023, I served the foregoing Notice of Appearance via the Court's CM/ECF system, which sends notice of the same to all recipients on CM/ECF system and via regular mail on the following defendants:

Bayer Healthcare LLC
100 Bayer Boulevard
Whippany, NJ 07981

GlaxoSmithKline LLC
2929 Walnut Street, Suite 1700
Philadelphia, PA 19104

Johnson & Johnson Consumer Inc.
199 Grandview Road
Skillman, NJ 08558

Kenvue Inc.
199 Grandview Road
Skillman, NJ 08558

McNeil Consumer Healthcare
7050 Camp Hill Road
Fort Washington, PA 19034

Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403

Walgreen Co.
108 Wilmot Road
Deerfield, IL 60015

Walmart Inc.
702 S.W. 8th Street
Bentonville, AR 72716

                                            */s/ Stephen R. Basser*
                                                 Stephen R. Basser

1