BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL Docket No. 3089 |

### Notice of Related Action

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, I, Ruben Honik, hereby provide notice that the actions listed in the attached Schedule of Related Actions are related to this proceeding.

*Nyanjom v. Reckitt Benckiser Pharmaceuticals, Inc., et al.* (D.Kan.)
*Scoffier v. Reckitt Benckiser Pharmaceuticals Inc.* No. 2:23-cv-20529 (D.N.J.)
*Boonparn v. Reckitt Benckiser, et al.* No.1:23-cv-6936 (E.D.N.Y.)
*Parker v. Bayer Corporation, et al.,* No. 2:23-cv-03663 (E.D. Pa.)

Dated: October 4, 2023

                                                 Respectfully submitted,
                                                 By: */s/ Ruben Honik*
                                                 Ruben Honik
                                                 HONIK LLC
                                                 1515 Market Street, Suite 1100
                                                 Philadelphia, PA 19102
                                                 (267)435-1300
                                                 ruben@honiklaw.com
                                                 *Counsel for Plaintiffs*