BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE**: Oral Phenylephrine Marketing and Sales Practices          MDL No. 3089

## NOTICE OF WITHDRAWAL OF FILING

PLEASE TAKE NOTICE that Lauren S. Colton, counsel for defendant RB Health (US) LLC (incorrectly sued as "RB Health (US), LLC, "Reckitt Benckiser LLC", "Reckitt & Benckiser LLC", Reckitt Benckiser Pharmaceuticals, Inc.", and/or Reckitt Benckiser Pharmaceuticals Inc.") hereby requests the withdrawal of Document 58 as it was filed in error.

Date: October 4, 2023                              Respectfully submitted,

                                                    /s/Lauren S. Colton

                                                   Lauren S. Colton
                                                   Hogan Lovells US LLP
                                                   100 International Drive, Suite 2000
                                                   Baltimore, Maryland 21202
                                                   Tel. No. 410-659-2733
                                                   Fax No: 410-659-2701
                                                   Lauren.colton@hoganlovells.com