**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

**SCHEDULE OF RELATED ACTIONS**

| Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Kaycie Coppock | Procter & Gamble and Target Corporation | Eastern District of Louisiana, New Orleans Division | 2:23-cv-05353-EEFKWR | Hon. Eldon E. Fallon, U.S.D.J. |
| Michelle Kasparie and Kimberly James | BAYER HEALTHCARE LLC, GLAXOSMITHKLINE LLC, JOHNSON & JOHNSON CONSUMER INC., KENVUE INC., MCNEIL CONSUMER HEALTHCARE, PROCTER & GAMBLE COMPANY, TARGET CORPORATION, WALGREEN CO., and WALMART INC. | Eastern District of Pennsylvania | 2:23-cv-03783 | Judge Kai N. Scott |
| Kenneth Levi Pack and Min Ji Jung | Johnson & Johnson Consumer Companies, Inc.; GlaxoSmithKline LLC; Reckitt Benckiser LLC; Bayer Healthcare LLC; Sanofi- Aventis U.S. LLC; The Procter & Gamble Company; Church & Dwight Co., Inc.; Walmart Inc.; | Eastern District of California, Sacramento Division | 2:23-cv-01965-AC | Magistrate Judge Allison Claire |

|  | Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; Rite Aid Corporation; Amazon.com, Inc |  |  |  |
|---|---|---|---|---|