# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____3089_____ & TITLE - IN RE: <u>Oral Phenylephrine Mktg. & Sales Pracs</u>. Litig.

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Albertsons Companies, Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Pack, et al. v. Johnson & Johnson Consumer Companies Inc., et al. No. 2:23-cv-01965 (E.D. Cal.)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **<u>Rule 4.1(c)</u>,** the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| October 4, 2023 | /s/ Amanda Groves |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Amanda L. Groves, Winston & Strawn LLP, 333 South Grand Ave., Los Angeles, CA 90071-1543

Telephone No.: 213-615-1700     Fax No.: 213-615-1750

Email Address: AGroves@winston.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format.  (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance.  Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

**PROOF OF SERVICE**

I, Amanda Groves, counsel for Defendant Albertsons Companies, Inc., hereby certify that  on October 4, 2023, 2023, I caused the foregoing Notice of Appearance and this Proof of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.  I further will cause the Notice of Appearance to be served via electronic mail or first-class mail to the following:

***Pack, et al. v. Johnson & Johnson Consumer Cos., Inc., et al.*, No. 2:23-cv-01965 (E.D. Cal.)**

**Counsel for Plaintiffs: Kenneth Levi Pack and Min Ji Jung**
*Via ECF & E-mail*

SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Andrew D. Bluth
1414 K Street, Suite 470
Sacramento, California  95814
Email: crodriguez@singletonschreiber.com
Email: abluth@singletonschreiber.com

**<u>Defendant Amazon.com, Inc.</u>**
*Via E-mail*

K&L GATES LLP
Robert W. Sparkes, III
1 Congress Street, Suite 2900
Boston, MA  02114
Phone: (617) 951-9134
Fax:  (617) 261-3175
Email: robert.sparkes@klgates.com


**<u>Defendant Bayer Healthcare LLC</u>**
*Via E-mail*

DLA PIPER LLP (US)
Christopher M. Young
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Email: christopher.young@dlapiper.com

Christopher G. Campbell
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309
Email: christopher.campbell@us.dlapiper.com

**<u>Defendant Church & Dwight Co., Inc.</u>**
*Via E-mail*

PROSKAUER ROSE LLP
Bart H. Williams
Jennifer L. Roche
2029 Century Park East, Suite 2400
Los Angeles, CA  90067
Email: bwilliams@proskauer.com
Email: jroche@proskauer.com

Baldassare Vinti
Jeffrey H. Warshafsky
11 Times Square
New York, NY  10036
Email: bvinti@proskauer.com
Email: jwarshafsky@proskauer.com

**Defendant CVS Pharmacy, Inc.**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

**Defendant GlaxoSmithKline Consumer Healthcare Holdings (US) LLC**
**(incorrectly sued as "GlaxoSmithKline LLC")**
*Via E-mail*

KIRKLAND & ELLIS LLP
Robyn E. Bladow
555 South Flower St., Suite 3700
Los Angeles, CA 90071
Email: rbladow@kirkland.com

**Defendant Johnson & Johnson Consumer Inc.**
**(incorrectly sued as "Johnson & Johnson Consumer Companies, Inc.")**
*Via E-mail*

O'MELVENY & MYERS LLP
Amy J. Laurendeau
610 Newport Center Drive, 17th Fl.
Newport Beach, CA  92660
Email: alaurendeau@omm.com

Hannah Y. Chanoine
Times Square Tower
7 Times Square
New    York,    NY    10036
Email: hchanoine@omm.com

**Defendant The Procter & Gamble Company**
*Via ECF & E-mail*

COVINGTON & BURLING LLP
Andrew Soukup
One City Center
850 Tenth Street, NW
Washington, DC 20001
Email: asoukup@cov.com

**Defendant RB Health (US) LLC**
**(incorrectly sued as "Reckitt Benckiser LLC")**
*Via E-mail*

HOGAN LOVELLS LLP
Vassi Iliadis
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Email: vassi.iliadis@hoganlovells.com

Lauren S. Colton
100 International Drive, Suite 2000
Baltimore, MD  21202
Email: lauren.colton@hoganlovells.com

**Defendant Rite Aid Corporation**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange St.
Wilmington, DE  19801

**Defendant Target Corporation**
*Via Certified Mail*

c/o CT CORPORATION SYSTEM
1010 Dale St. N.
St. Paul, MN  55117

**Defendant Walgreen Co.**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

**<u>Defendant Walmart Inc.</u>**
*Via E-mail*

KING & SPALDING LLP
Michael B. Shortnacy
Livia M. Kiser
633 West Fifth Street, Suite 1600
Los Angeles, CA  90071
Email: mshortnacy@kslaw.com
Email: lkiser@kslaw.com

Quyen L. Ta
Michael L. Resch
50 California Street, Suite 3300
San Francisco, CA 94111
Email: qta@kslaw.com
Email: mresch@kslaw.com


Dated: October 4, 2023                    Respectfully submitted,


                                          By:  */s/ Amanda L. Groves*
                                               Amanda L. Groves
                                               WINSTON & STRAWN LLP
                                               333 S. Grand Avenue
                                               Los Angeles, CA 90071
                                               Email: agroves@winston.com

                                               Jeff Wilkerson
                                               300 S. Tryon Street, 16th Floor
                                               Charlotte, NC 28202
                                               Email: jwilkerson@winston.com

                                               *Counsel for Defendant Albertsons*
                                               *Companies, Inc.*