BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for Albertsons Companies, Inc. ("ACI") certifies that ACI is a non-governmental corporate party and, pursuant to JPML Rule 5.1, that:

ACI is a publicly traded company on the New York Stock Exchange under the symbol ACI. It has no parent corporation and no publicly-held corporation owns 10% or more of its stock. The following have beneficial ownership of at least 10% of ACI stock: Cerebrus Capital Management, L.P.

ACI is a Delaware corporation with its principal place of business in Boise, Idaho.

Dated: October 4, 2023

/s/ Amanda L. Groves

WINSTON & STRAWN LLP
Amanda L. Groves
333 S. Grand Avenue
Los Angeles, CA 90071-1543
agroves@winston.com

*Counsel for Defendant ACI*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## PROOF OF SERVICE

I, Amanda Groves, counsel for Defendant Albertsons Companies, Inc., hereby certify that on October 4, 2023, I caused the foregoing Corporate Disclosure and this Proof of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Appearance to be served via electronic mail or first-class mail to the following:

***Pack, et al. v. Johnson & Johnson Consumer Cos., Inc., et al.*, No. 2:23-cv-01965 (E.D. Cal.)**

**Counsel for Plaintiffs: Kenneth Levi Pack and Min Ji Jung**
*Via ECF & E-mail*

SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Andrew D. Bluth
1414 K Street, Suite 470
Sacramento, California 95814
Email: crodriguez@singletonschreiber.com
Email: abluth@singletonschreiber.com

**Defendant Amazon.com, Inc.**
*Via E-mail*

K&L GATES LLP
Robert W. Sparkes, III
1 Congress Street, Suite 2900
Boston, MA  02114
Phone: (617) 951-9134
Fax:  (617) 261-3175
Email: robert.sparkes@klgates.com


**Defendant Bayer Healthcare LLC**
*Via E-mail*

DLA PIPER LLP (US)
Christopher M. Young
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Email: christopher.young@dlapiper.com

Christopher G. Campbell
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309
Email: christopher.campbell@us.dlapiper.com

**Defendant Church & Dwight Co., Inc.**
*Via E-mail*

PROSKAUER ROSE LLP
Bart H. Williams
Jennifer L. Roche
2029 Century Park East, Suite 2400
Los Angeles, CA  90067
Email: bwilliams@proskauer.com
Email: jroche@proskauer.com

Baldassare Vinti
Jeffrey H. Warshafsky
11 Times Square
New York, NY  10036
Email: bvinti@proskauer.com
Email: jwarshafsky@proskauer.com

**Defendant CVS Pharmacy, Inc.**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

**Defendant GlaxoSmithKline Consumer Healthcare Holdings (US) LLC (incorrectly sued as "GlaxoSmithKline LLC")**
*Via E-mail*

KIRKLAND & ELLIS LLP
Robyn E. Bladow
555 South Flower St., Suite 3700
Los Angeles, CA 90071
Email: rbladow@kirkland.com

**Defendant Johnson & Johnson Consumer Inc. (incorrectly sued as "Johnson & Johnson Consumer Companies, Inc.")**
*Via E-mail*

O'MELVENY & MYERS LLP
Amy J. Laurendeau
610 Newport Center Drive, 17th Fl.
Newport Beach, CA  92660
Email: alaurendeau@omm.com

Hannah Y. Chanoine
Times Square Tower
7 Times Square
New York, NY 10036
Email: hchanoine@omm.com


**Defendant The Procter & Gamble Company**
*Via ECF & E-mail*

COVINGTON & BURLING LLP
Andrew Soukup
One City Center
850 Tenth Street, NW
Washington, DC 20001
Email: asoukup@cov.com

**Defendant RB Health (US) LLC**
**(incorrectly sued as "Reckitt Benckiser LLC")**
*Via E-mail*

HOGAN LOVELLS LLP
Vassi Iliadis
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Email: vassi.iliadis@hoganlovells.com

Lauren S. Colton
100 International Drive, Suite 2000
Baltimore, MD  21202
Email: lauren.colton@hoganlovells.com

**Defendant Rite Aid Corporation**

*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange St.
Wilmington, DE  19801

**Defendant Target Corporation**

*Via Certified Mail*

c/o CT CORPORATION SYSTEM
1010 Dale St. N.
St. Paul, MN  55117

**Defendant Walgreen Co.**

*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

**Defendant Walmart Inc.**
*Via E-mail*

KING & SPALDING LLP
Michael B. Shortnacy
Livia M. Kiser
633 West Fifth Street, Suite 1600
Los Angeles, CA  90071
Email: mshortnacy@kslaw.com
Email: lkiser@kslaw.com

Quyen L. Ta
Michael L. Resch
50 California Street, Suite 3300
San Francisco, CA 94111
Email: qta@kslaw.com
Email: mresch@kslaw.com

Dated: October 4, 2023                             Respectfully submitted,

                                                   By:  */s/ Amanda L. Groves*
                                                        Amanda L. Groves
                                                        WINSTON & STRAWN LLP
                                                        333 S. Grand Avenue
                                                        Los Angeles, CA 90071
                                                        Email: agroves@winston.com

                                                        *Counsel for Defendant Albertsons Companies, Inc.*