# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE**: Oral Phenylephrine Marketing and Sales Practices

MDL No. 3089

## Attachment A to Corporate Disclosure Statement

The undersigned counsel for RB Health (US) LLC (incorrectly sued as "RB Health (US), LLC"[1], "Reckitt Benckiser LLC"[2], "Reckitt & Benckiser LLC", "Reckitt Benckiser Pharmaceuticals, Inc.", and/or "Reckitt Benckiser Pharmaceuticals Inc."[3]), certifies that this party is a non-governmental corporate party and that:

This party's parent corporation(s) are listed below:

RB Health (US) LLC is a direct, wholly-owned subsidiary of Mead Johnson Nutrition Company, which is an indirect wholly-owned subsidiary of Reckitt Benckiser Group plc. Reckitt Benckiser Group plc has no parent corporations.

The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

As of the current date, no shareholder owns 10% or more of Reckitt Benckiser Group plc's stock.

---

[1] "RB Health (US), LLC" is incorrectly spelled. "RB Health (US) LLC" is the correct spelling of this entity.
[2] "Reckitt Benckiser LLC" (also incorrectly named "Reckitt & Benckiser LLC") is not a proper defendant in this litigation as this entity has no products implicated in this any of the actions filed to date.
[3] "Reckitt Benckiser Pharmaceuticals Inc." (also incorrectly named "Reckitt Benckiser Pharmaceuticals, Inc.") is no longer affiliated with Reckitt Benckiser Group plc.