BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I, Lauren S. Colton, counsel for Defendant RB Health (US) LLC, incorrectly sued as "RB Health (US), LLC", "Reckitt Benckiser LLC", "Reckitt & Benckiser LLC", "Reckitt Benckiser Pharmaceuticals, Inc.", and/or "Reckitt Benckiser Pharmaceuticals Inc.", hereby certify that on October 4, 2023, I caused the foregoing Corporate Disclosure Statement, accompanying Attachments and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Appearance to be served via electronic mail or first-class mail to the following:

*Walker v. Johnson & Johnson Consumer Inc., et al.*, **No. 423-cv-00663 (W.D. Mo.)**

HORN, AYLWARD & BANDY, LLC
Joseph A. Kronawitter
jkronawitter@hab-law.com
Robert A. Horn
rhorn@hab-law.com
Taylor Foye
tfoye@hab-law.com
2600 Grand Boulevard
Suite 1100
Kansas City, MO 64108

1

GOZA & HONNOLD, LLC
Bradley D. Honnold
bhonnold@gohonlaw.com
Kirk J Goza
kgoza@gohonlaw.com
9500 Nall Ave Ste 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL
Thomas P. Cartmell
tcartmell@wcllp.com
Tyler Hudson
thudson@wcllp.com
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**Counsel for Plaintiff Michael Walker**

***Wright v. Johnson & Johnson Consumer Inc., et al.*, No. 5:23-cv-06120 (W.D. Mo.)**

HORN AYLWARD & BANDY, LC
Robert A. Horn
rhorn@hab-law.com
Joseph A. Kronawitter
jkronawitter@hab-law.com
Taylor P. Foye
tfoye@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
kgoza@gohonlaw.com
Bradley D. Honnold
bhonnold@gohonlaw.com
9500 Nall Avenue, Suite 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL LLP
Thomas P. Cartmell
tcartmell@wcllp.com
Tyler W. Hudson
thudson@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

**Counsel for Plaintiff Krista Wright**

***Barton, et al. v. Reckitt Benckiser LLC, et al.*, No 2:23-cv-20370 (D.N.J.)**

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
jcecchi@carellabyrne.com
Donald A. Ecklund
decklund@carellabyrne.com
Jordan M. Steele
jsteele@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
SEEGER WEISS LLP
Christopher A. Seeger
cseeger@seegerweiss.com
David R. Buchanan
dbuchanan@seegerweiss.com
Scott A. George
sgeorge@seegerweiss.com
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
pgeller@rgrdlaw.com
Stuart A. Davidson
sdavidson@rgrdlaw.com
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432

**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gall**

***Striegel v. RB Health (US) LLC*, No. 2:23-cv-20552 (D.N.J.)**

THE SULTZER LAW GROUP, PC
Philip Furia
furiap@thesultzerlawgroup.com
85 Civic Center Plaza, Ste. 200
Poughkeepsie, NY 12601

**Counsel for Plaintiff and the Proposed Class**

***Grimsley v. Reckitt Benckiser LLC*, No. 3:23-cv-24588 (N.D. Fla.)**

BARON & BUDD, P.C.
Russell W. Budd
rbudd@baronbudd.com
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219

Roland Tellis
rtellis@baronbudd.com
Mark Pifko
mpifko@baronbudd.com
15910 Ventura Blvd # 1600
Los Angeles, CA 91436

**Counsel for Plaintiff and the Proposed Class**

***Boonparn v. Reckitt Benckiser Pharmaceuticals Inc. and Reckitt Benckiser LLC*, No. 1:23-cv-06936 (E.D.N.Y.)**

PETER SAMBERG ATTORNEY AT LAW
Peter Samberg
psamberg@gmail.com
100 Ardsley Ave. West
P.O. Box 73
Ardlsey on Hudson, NY 10503

**Counsel for Plaintiff and the Proposed Class**

***Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 2:23-cv-02426 (D. Kan.)**

BARTON AND BURROWS, LLC
Stacy Burrows
stacy@bartonburrows.com
Seth K. Jones
seth@bartonburrows.com
5201 Johnson Dr., Ste 110
Mission, Kansas 66205

**Counsel for Plaintiff and the Proposed Class**

***Scoffier v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 2:23-cv-20529 (D.N.J.)**

HONIK LLC
Ruben Honik

ruben@honiklaw.com
David J. Stanoch, Of Counsel
david@honiklaw.com
1515 Market St., Ste 1100
Philadelphia, PA 19102

**Counsel for Plaintiff and the Proposed Class**

*Benjamin et al. v. GlaxoSmithKline LLC, et al.*, **No. 2:23-cv-03856 (E.D.Pa.)**

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
jcecchi@carellabyrne.com
Donald A. Ecklund
decklund@carellabyrne.com
Jordan M. Steele
jsteele@carellabyrne.com
5 Becker Farm Road
Roseland, NJ 07068

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
pgeller@rgrdlaw.com
Stuart A. Davidson
sdavidson@rgrdlaw.com
225 NE Mizner Blvd., Ste. 72
Boca Raton, FL 33432

**Counsel for Plaintiff and the Proposed Class**

*Defendant: CVS Pharmacy, Inc.*
*Via Certified Mail*
c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

*Defendant: Church & Dwight Co., Inc.*
*Via Certified Mail*
c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

*Defendant: GlaxoSmithKline LLC*
*Via Email*
KIRKLAND & ELLIS LLP
Robyn E. Bladow

Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

***Defendant: Johnson & Johnson***
*Via Email*
O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Johnson & Johnson Consumer Inc.***
*Via Email*
O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Kenvue Inc.***
*Via Email*
O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: McNeil Consumer Healthcare***
*Via Email*
O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Sanofi-Aventis U.S. LLC***
*Via Certified Mail*
c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

***Defendant: Walgreens, Inc.***
*Via Certified Mail*
c/o ILLINOIS CORPORATION SERVICE COMPANY
801 Adlai Stevenson Dr.
Springfield, IL 62703

***Defendant: Walgreen Co.***
*Via Certified Mail*
c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

***Defendant: Walmart, Inc.***
*Via Certified Mail*
c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

***Defendant: Wal-Mart Stores East 1 LP.***
*Via Certified Mail*
c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

Dated: October 4, 2023

Respectfully submitted,

By: */s/ Lauren S. Colton*
Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

*Counsel for Defendant RB Health (US) LLC*