BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: Oral Phenylephrine Litigation* | ) ) ) ) ) MDL No. 3089 |

NOTICE OF POTENTIAL TAG-ALONG ACTION

Per Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Tiffany Travis and Newton's Pharmacy advise of the potential tag-along actions listed on the attached Schedule of Actions.

Docket sheets and complaints for the potential tag-along actions are attached.

Dated: October 4, 2023

Respectfully submitted,

By: /s/ Alyson S. Beridon
Alyson S. Beridon, Trial Attorney (#87496)
**Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC**
600 Vine St., Suite 2720
Cincinnati, OH 45202
Ph: (513) 381-2224
Fax: (615) 994-8625
alyson@hsglawgroup.com

*Counsel for Interested Parties Tiffany Travis and Newton's Pharmacy*