**MDL No. 3089**             **In re: Oral Phenylephrine Litigation**

## SCHEDULE OF ACTIONS

| Style of Case | Case No. | Jurisdiction | Judge |
|---|---|---|---|
| *Travis v. Procter & Gamble Company, et al,* | 1:23-cv-00607 | S.D. Ohio | Hon. Matthew W. McFarland |
| *Newton's Pharmacy v. Procter & Gamble Company, et al,* | 1:23-cv-00613 | S.D. Ohio | Hon. Douglas R. Cole |