BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

NOTICE OF APPEARANCE:
SHORT CASE CAPTIONS AND PARTIES REPRESENTED

- *Baughman v. Johnson & Johnson Consumer Inc. et al.*, No. 2:2023-cv-07737 (C.D. Cal)
    - Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue Inc.)

- *Pack et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 2:2023-cv-01965 (E.D. Cal.)
    - Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Johnson & Johnson Consumer Companies, Inc.)

- *DePaola v. The Proctor & Gamble Company et al.*, No. 2:2023-cv-00727 (M.D. Fl.)
    - Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare)

- *Audelo v. Johnson & Johnson Consumer Inc. et al.*, No. 3:2023-cv-24250 (N.D. Fl.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *Tuominen v. Johnson & Johnson Consumer, Inc.*, No. 1:2023-cv-13796 (N.D. Ill.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *Noviskis v. Johnson & Johnson Consumer Inc. et al.*, No. 1:2023-cv-13926 (N.D. Ill.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *McIntyre v. Kenvue, Inc. et al.*, No. 0:2023-cv-02862 (D. Minn.)
    - Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Kenvue, Inc. and McNeil Consumer Healthcare)

- *Walker v. Johnson & Johnson Consumer Inc. et al.*, No. 4:2023-cv-00663 (W.D. Mo.)
    - Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue, Inc.)

- *Wright v. Johnson & Johnson Consumer Inc. et al.*, No. 5:2023-cv-06120 (W.D. Mo.)
    - Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue, Inc.)

- *Barton et al. v. Reckitt Benckiser LLC et al.*, No. 2:2023-cv-20370 (D.N.J.)
    - Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Kenvue, Inc. and McNeil Consumer Healthcare)

- *McWhite v. Johnson & Johnson Consumer, Inc.*, No. 3:2023-cv-20379 (D.N.J.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *Yousefzadeh v. Johnson & Johnson Consumer Inc.*, No. 2:2023-cv-06825 (E.D.N.Y.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *Cronin v. Johnson & Johnson Consumer Inc. et al.*, No. 2:2023-cv-06870 (E.D.N.Y.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *Thorns et al. v. Johnson & Johnson et al.*, No. 3:2023-cv-01355 (D. Ore.)
    - Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Johnson & Johnson)

- *Kasparie et al. v. Bayer Healthcare LLC et al.*, No. 2:2023-cv-03783 (E.D. Pa.)
    - Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Kenvue Inc. and McNeil Consumer Healthcare)

- *Carrigan v. Johnson & Johnson et al.*, No. 2:2023-cv-01481 (W.D. Wash.)
    - Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Johnson & Johnson)