BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## SCHEDULE OF ACTIONS - WALGREEN CO.

| Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo | Reckitt Benckiser LLC, Kenvue Inc., McNeil Consumer Healthcare, Procter & Gamble Company, GlaxoSmithKline LLC, and Walgreens, Inc | District of New Jersey, Newark Division | 2:23-cv-20370-KMJSA | Hon. Kevin McNulty, U.S.D.J. |
| James Carrigan | Johnson & Johnson, The Procter & Gamble Company, and Walgreen Co. | Western District of Washington | 2:23-cv-01481 | Unassigned |
| Viva Cohen and Joey Cohen | Walgreens Boots Alliance, Inc. | Northern District of Illinois | 1:23-cv-14155 | Hon. Sara L. Ellis |
| Michelle Kasparie and Kimberly James | BAYER HEALTHCARE LLC, GLAXOSMITHKLINE LLC, JOHNSON & JOHNSON CONSUMER INC., KENVUE INC., MCNEIL CONSUMER HEALTHCARE, PROCTER & GAMBLE COMPANY, TARGET CORPORATION, WALGREEN CO., and WALMART INC. | Eastern District of Pennsylvania | 2:23-cv-03783 | Judge Kai N. Scott |

| Kenneth Levi Pack and Min Ji Jung | Johnson & Johnson Consumer Companies, Inc.; GlaxoSmithKline LLC; Reckitt Benckiser LLC; Bayer Healthcare LLC; Sanofi- Aventis U.S. LLC; The Procter & Gamble Company; Church & Dwight Co., Inc.; Walmart Inc.; Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; Rite Aid Corporation; Amazon.com, Inc | Eastern District of California, Sacramento Division | 2:23-cv-01965-AC | Magistrate Judge Allison Claire |
|---|---|---|---|---|
| Amanda Thorns and Scott Collier | Johnson & Johnson, The Procter & Gamble Company, and Walgreen Co. | District of Oregon | 3:23-cv-01355 | Jolie A. Russo |