BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

CERTIFICATE OF SERVICE

I, Hannah Chanoine, counsel for Defendant Johnson & Johnson Consumer Inc., hereby certify that on October 4, 2023, I caused the foregoing Corporate Disclosure Statement and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Corporate Disclosure Statement to be served via electronic mail or first-class mail to the following:

***Audelo v. Johnson & Johnson Consumer Inc. et al.*, No. 3:2023-cv-24250 (N.D. Fl.)**
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
R. Jason Richards
Bryan F. Aylstock
jrichards@awkolaw.com
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
  **Counsel for Plaintiff Steve Audelo**

***Barton et al. v. Reckitt Benckiser LLC et al.*, No. 2:2023-cv-20370 (D.N.J.)**
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
jcecchi@carellabyrne.com
decklund@carellabyrne.com
jsteele@carellabyrne.com
5 Becker Farm Road
Roseland, NJ 07068

3

SEEGER WEISS LLP
Christopher A. Seeger
David R. Buchanan
Scott A. George
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sgeorge@seegerweiss.com
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660

DICELLO LEVITT LLP
Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dschwartz@dicellolevitt.com
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
Stuart A. Davidson
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
> **Counsel for Plaintiffs Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo**

***Baughman v. Johnson & Johnson Consumer Inc. et al.*, No. 2:2023-cv-07737 (C.D. Cal)**
BRADLEY/GROMBACHER, LLP
Marcus J. Bradley, Esq.
Kiley Lynn Grombacher, Esq.
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
31365 Oak Crest Dr., Suite 240
Westlake Village, CA 91361
> **Counsel for Plaintiff Jennifer Baughman**

***Carrigan v. Johnson & Johnson et al.*, No. 2:2023-cv-01481 (W.D. Wash.)**
KU & MUSSMAN PA
Brian Ku
brian@kumussman.com
18501 Pines Blvd., Suite 209-A
Pembroke Pines, FL 33029
  **Counsel for Plaintiff James Carrigan**

***Cronin v. Johnson & Johnson Consumer Inc. et al.*, No. 2:2023-cv-06870 (E.D.N.Y.)**
PARKER WAICHMAN LLP
Raymond C. Silverman
Melanie H. Muhlstock
Jason S. Goldstein
rsilverman@yourlawyer.com
mmuhlstock@yourlawyer.com
jgoldstein@yourlawyer.com
6 Harbor Park Drive
Port Washington, NY 11050
  **Counsel for Plaintiff Robyn Cronin**

***DePaola v. The Proctor & Gamble Company et al.*, No. 2:2023-cv-00727 (M.D. Fl.)**
FARR, FARR, EMERICH, CARR & HOLMES, P.A.
George T. Williamson
gwilliamson@farr.com
99 Nesbit Street
Punta Gorda, FL 33950

NIGH GOLDENBERG RASO & VAUGHN PLLC
Marlene J. Goldenberg
mgoldenberg@nighgoldenberg.com
14 Ridge Square, Third Floor
Washington, D.C. 20016

HONIK LLC
Ruben Honik
David J. Stanoch
ruben@honiklaw.com
david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102

KANNER & WHITELEY, L.L.C.
Conlee S. Whiteley
c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130
    **Counsel for Plaintiff Kristin DePaola**

***Kasparie et al. v. Bayer Healthcare LLC et al.*, No. 2:2023-cv-03783 (E.D. Pa.)**
BARRACK RODOS & BACINE
Jeffrey W. Golan
Jeffrey A. Barrack
Andrew J. Heo
jgolan@barrack.com
jbarrack@barrack.com
aheo@barrack.com
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

BARRACK RODOS & BACINE
Stephen R. Basser
Samuel M. Ward
sbasser@barrack.com
sward@barrack.com
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101

EMERSON FIRM, PLLC
John G. Emerson
jemerson@emersonfirm.com
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
    **Counsel for Plaintiffs Michelle Kasparie and Kimberly James**

***McIntyre v. Kenvue, Inc. et al.*, No. 0:2023-cv-02862 (D. Minn.)**
JOHNSON BECKER PLLC
Jacob R. Rusch
Zackary S. Kaylor
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com
444 Cedar Street, Suite 1800
St. Paul, MN 55101
    **Counsel for Plaintiff Miesha McIntyre**

***McWhite v. Johnson & Johnson Consumer, Inc.*, No. 3:2023-cv-20379 (D.N.J.)**
THE SULTZER LAW GROUP P.C.
Philip Furia, Esq.
furiap@thesultzerlawgroup.com
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601

POULIN | WILLEY | ANASTOPOULO, LLC
Roy T. Willey, IV
Blake G. Abbott
Paul J. Doolittle
roy.willey@poulinwilley.com
blake.abbott@poulinwilley.com
paul.doolittle@poulinwilley.com
32 Ann Street
Charleston, SC 29403
    **Counsel for Plaintiff Kamonica McWhite**

***Noviskis v. Johnson & Johnson Consumer Inc. et al.*, No. 1:2023-cv-13926 (N.D. Ill.)**
MOLL LAW GROUP
Ken Moll
kmoll@molllawgroup.com
180 N Stetson Ave, 35th Floor
Chicago, Illinois 60601
    **Counsel for Plaintiff Shelby Noviskis**

***Pack et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 2:2023-cv-01965 (E.D. Cal.)**
SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Andrew D. Bluth
crodriguez@singletonschreiber.com
abluth@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, California 95814
    **Counsel for Plaintiffs Kenneth Levi Pack and Min Ji Jung**

***Thorns et al. v. Johnson & Johnson et al.*, No. 3:2023-cv-01355 (D. Ore.)**
THE CASEY LAW FIRM, LLC
M. Ryan Casey
ryan@rcaseylaw.com
PO Box 4577
Frisco, Colorado 80443
    **Counsel for Plaintiffs Amanda Thorns and Scott Collier**

***Tuominen v. Johnson & Johnson Consumer, Inc.*, No. 1:2023-cv-13796 (N.D. Ill.)**
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Jonathan M. Streisfeld
Kristen Lake Cardoso
ostrow@kolawyers.com
streisfeld@kolawyers.com
cardoso@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Ryan J. Gott
mweiner@pwfirm.com
rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, MN 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
eruben@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
hbryson@milberg.com
405 E 50th Street
New York, NY 10022
   **Counsel for Plaintiff Tina Tuominen**

***Walker v. Johnson & Johnson Consumer Inc. et al.*, No. 4:2023-cv-00663 (W.D. Mo.)**
HORN, AYLWARD & BANDY, LLC
Joseph A. Kronawitter
Robert A. Horn
Taylor Foye
jkronawitter@hab-law.com
rhorn@hab-law.com
tfoye@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
Bradley D. Honnold
kgoza@gohonlaw.com
bhonnold@gohonlaw.com
9500 Nall Ave Ste 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL
Thomas P. Cartmell
Tyler Hudson
tcartmell@wcllp.com
thudson@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
   **Counsel for Plaintiff Michael Walker**

***Wright v. Johnson & Johnson Consumer Inc. et al.*, No. 5:2023-cv-06120 (W.D. Mo.)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
rhorn@hab-law.com
jkronawitter@hab-law.com
tfoye@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
Bradley D. Honnold
kgoza@gohonlaw.com
bhonnold@gohonlaw.com
9500 Nall Avenue, Suite 400
Overland Park, KS 66207

9

WAGSTAFF & CARTMELL LLP
Thomas P. Cartmell
Tyler W. Hudson
tcartmell@wcllp.com
thudson@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
  **Counsel for Plaintiff Krista Wright**

***Yousefzadeh v. Johnson & Johnson Consumer Inc.*, No. 2:2023-cv-06825 (E.D.N.Y.)**
KAPLAN GORE LLP
Darren T. Kaplan
dkaplan@kaplangore.com
1979 Marcus Ave., Suite 201
Lake Success, NY 11042
  **Counsel for Plaintiff Sandra Yousefzadeh**

***Defendant: Albertsons Companies Inc.***
  *Via Certified Mail*
c/o C T CORPORATION SYSTEM
1555 W Shoreline Dr. Suite 100
Boise, ID 83702

***Defendant: Amazon.com, Inc.***
K&L GATES LLP
Robert W. Sparkes III
robert.sparkes@klgates.com
1 Congress St.
Boston, MA 02114

***Defendant: Bayer Healthcare LLC***
DLA PIPER
Christopher G. Campbell
christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

***Defendant: Church & Dwight Co., Inc.***
  *Via Certified Mail*
c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ 08628

***Defendant: CVS Pharmacy, Inc.***
    *Via Certified Mail*
c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ 08628

***Defendant: GlaxoSmithKline LLC***
KIRKLAND & ELLIS LLP
Robyn E. Bladow
rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

***Defendant: The Proctor & Gamble Company***
COVINGTON & BURLING LLP
Andrew Soukup
asoukup@cov.com
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

***Defendant: Reckitt Benckiser LLC***
HOGAN LOVELLS LLP
Lauren S. Colton
lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

***Defendant: Rite Aid Corporation***
    *Via Certified Mail*
c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

***Defendant: Sanofi-Aventis U.S. LLC***
    *Via Certified Mail*
c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

***Defendant: Target Corporation***
    *Via Certified Mail*
c/o C T CORPORATION SYSTEM
1010 Dale St. N.
St. Paul, MN 55117

***Defendant: Walgreen Co.***
    *Via Certified Mail*
c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

***Defendant: Walgreens Inc.***
    *Via Certified Mail*
c/o ILLINOIS CORPORATION SERVICE COMPANY
801 Adlai Stevenson Dr.
Springfield, IL 62703

***Defendant: Walmart Inc.***
    *Via Certified Mail*
c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

Dated:  October 4, 2023

Respectfully submitted,

/s/ *Hannah Chanoine*
Hannah Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Tel.: +1 (212) 326-2128
hchanoine@omm.com

*Counsel for Defendant Johnson & Johnson Consumer Inc.*