<u>BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION</u>

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## DEFENDANTS GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC AND HALEON US CAPITAL LLC'S NOTICE OF RELATED ACTIONS

In accordance with Judicial Panel on Multidistrict Litigation Rule of Procedure 6.2(d), GlaxoSmithKline Consumer Healthcare Holdings (US) LLC and Haleon US Capital LLC hereby identify the actions listed in the attached Schedule of Actions.

Dated: October 4, 2023

Respectfully submitted,

<u>/s/ Jay P. Lefkowitz</u>
Jay P. Lefkowitz, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel:    (212) 446-4800
lefkowitz@kirkland.com

*Counsel for GlaxoSmithKline Consumer Healthcare Holdings (US) LLC and Haleon US Capital LLC*