BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

SCHEDULE OF ACTIONS

- *Riccio v. Pfizer Inc.*, 1:23-cv-13843 (N.D. Ill.)
- *De Priest v. Walgreen Co., et al*, 1:23-cv-14060 (N.D. Ill.)
- *Hsieh v. Reckitt Benckiser LLC, et al*, 1:23-cv-14404 (N.D. Ill.)
- *Fong v. Johnson & Johnson Consumer Inc., et al*, 2:23-cv-02430 (D. Kan.)
- *Coyle v. GlaxoSmithKline, LLC, et al*, No. 1:23-cv-07311 (E.D.N.Y.)