BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## GLAXOSMITHKLINE LLC CORPORATE DISCLOSURE STATEMENT
## ATTACHMENT A – SHORT CASE CAPTIONS

- *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965 (E.D. Cal.)
- *De Priest v. Walgreen Co., et al*, 1:23-cv-14060 (N.D. Ill.)
- *Hsieh v. Reckitt Benckiser LLC, et al*, 1:23-cv-14404 (N.D. Ill.)
- *Barton v. Reckitt Benckiser LLC, et al*, 2:23-cv-20370 (D.N.J.)
- *Coyle v. GlaxoSmithKline, LLC, et al*, No. 1:23-cv-07311 (E.D.N.Y.)
- *Travis v. Procter & Gamble Company, et al*, No. 1:23-cv-00607 (S.D. Ohio)
- *Kasparie v. Bayer Healthcare LLC*, 2:23-cv-03783 (E.D. Pa.)
- *Benjamin v. GlaxoSmithKline LLC*, 2:23-cv-03856 (E.D. Pa.)