<u>**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**</u>

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

## GLAXOSMITHKLINE LLC CORPORATE DISCLOSURE STATEMENT
### ATTACHMENT B

GlaxoSmithKline LLC's sole member is GlaxoSmithKline Holdings (Americas) Inc., which is a subsidiary of GSK Finance (No 2) Limited, which is a subsidiary of GlaxoSmithKline Finance plc, which is a subsidiary of GlaxoSmithKline Holdings Limited, which is a subsidiary of GSK plc.

To the knowledge of GlaxoSmithKline LLC, none of the shareholders of GSK plc owns beneficially 10% or more of its outstanding shares.  However, JPMorgan Chase Bank, N.A. ("JPM") serves as the Depositary for the Company's American Depositary Shares ("ADSs") listed on the New York Stock Exchange, each representing two Ordinary Shares in GSK plc.  In that capacity, JPM is the legal holder of more than 10% of the outstanding shares in GSK plc.