**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**ATTACHMENT TO CORPORATE DISCLOSURE STATEMENT
FOR HALEON US CAPITAL LLC AND GLAXOSMITHKLINE CONSUMER
HEALTHCARE HOLDINGS (US) LLC**

1. Haleon US Capital LLC is a wholly owned subsidiary of GlaxoSmithKline Consumer Healthcare Holdings (US) LLC.

2. GlaxoSmithKline Consumer Healthcare Holdings (US) LLC is a wholly owned subsidiary of GSK Consumer Healthcare Holdings (US) Inc.

3. GSK Consumer Healthcare Holdings (US) Inc. is a wholly owned subsidiary of Haleon UK Holdings (No.2) Limited.

4. Haleon UK Holdings (No.2) Limited is a 75.38% majority owned subsidiary of GlaxoSmithKline Consumer Healthcare Holdings Limited. The remaining 24.62% is owned by Haleon Intermediate Holdings Limited.

5. GlaxoSmithKline Consumer Healthcare Holdings Limited is a wholly owned subsidiary of Haleon Intermediate Holdings Limited.

6. Haleon Intermediate Holdings Limited is a wholly-owned subsidiary of Haleon plc.

7. The following entities own 10% or more of the stock of Haleon plc: Pfizer Inc., GSK plc and certain related undertakings, and Guaranty Nominees Ltd. as registered holder on behalf of US depositary (JP Morgan Chase Bank, N.A.).