<u>BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION</u>

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | MDL No. 3089 |

**CERTIFICATE OF SERVICE**

I, Jay P. Lefkowitz, counsel for Defendants GlaxoSmithKline Consumer Healthcare Holdings (US) LLC and Haleon US Capital LLC, hereby certify that on October 4, 2023, I caused the foregoing Corporate Disclosure Statement for Haleon US Capital LLC and GlaxoSmithKline Consumer Healthcare Hodlings (US) LLC and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Appearance to be served via electronic mail or first-class mail to the following:

***<u>Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.</u>*, No. 2:23-cv-01965 (E.D. Cal.)**
SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Email: crodriguez@singletonschreiber.com
Andrew D. Bluth
E-Mail: abluth@singletonschreiber.com
1414 K Street, Suite 470 Sacramento, California 95814
    **Counsel for Plaintiffs: Kenneth Levi Pack and Min Ji Jung**

***<u>Nelson, et al v. Kenvue, Inc., et al</u>*, 4:23-cv-04875 (N.D. Cal.)**
BURSOR & FISHER, P.A.
Sarah N. Westcot
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
E-Mail: swestcot@bursor.com

L. Timothy Fisher
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
E-Mail: ltfisher@bursor.com
    **Counsel for Plaintiff: Jordan Nelson and Regina Peralta**

***Riccio v. Pfizer Inc.*, 1:23-cv-13843 (N.D. Ill.)**
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Email: gklinger@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Email: nsuciu@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
900 W. Morgan Street
Raleigh, NC 27603
Email: eruben@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
405 E 50th Street
New York, NY 10022
Email: hbryson@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
900 W. Morgan Street
Raleigh, NC 27603
Email: kamelchenko@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
201 Sevilla Ave., 2$_{nd}$ Floor
Coral Gables, FL 33134
Email: jmintz@milberg.com

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Jonathan M. Streisfeld
Kristen Lake Cardoso
Daniel Tropin

One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Email:  ostrow@kolawyers.com
        streisfeld@kolawyers.com
        cardoso@kolawyers.com

PEARSON WARSHAW, LLP
Melissa S. Weiner
Ryan J. Gott
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391
Email:  mweiner@pwfirm.com
        rgott@pwfirm.com
        **Counsel for Plaintiff: Rose Riccio**

*De Priest v. Walgreen Co., et al*, **1:23-cv-14060 (N.D. Ill.)**
DICELLO LEVITT LLP
Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
Blake Stubbs
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Email: alevitt@dicellolevitt.com
        jtangren@dicellolevitt.com
        dschwartz@dicellolevitt.com
        bstubbs@dicellolevitt.com

SEEGER WEISS LLP
Christopher A. Seeger
David R. Buchanan
Scott A. George
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Email: cseeger@seegerweiss.com
        dbuchanan@seegerweiss.com
        sgeorge@seegerweiss.com

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
5 Becker Farm Road
Roseland, New Jersey 07068
Email: jcecchi@carellabyrne.com
        decklund@carellabyrne.com
        jsteele@carellabyrne.com

ROBBINS GELLER RUDMAN & DOWD LLP

Paul J. Geller
Stuart A. Davidson
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Email: pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
**Counsel for Plaintiffs: Hannah De Priest, Frizell Johnson, and Ruben Varela**

### *Hsieh v. Reckitt Benckiser LLC, et al*, 1:23-cv-14404 (N.D. Ill.)
TYCKO & ZAVAREEI LLP
Andrea R. Gold
Hassan A. Zavareei
Leora Friedman
2000 Pennsylvania Avenue, Northwest, Suite 1010
Washington, District of Columbia 20006
Email: agold@tzlegal.com
hzavareei@tzlegal.com
lfriedman@tzlegal.com
**Counsel for Plaintiffs: James Hsieh, Dominic Rio, Mohanad Abdelkarim, and Steven Checchia**


### *Fong v. Johnson & Johnson Consumer Inc., et al*, 2:23-cv-02430 (D. Kan.)
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
jkronawitter@hab-law.com
tfoye@hab-law.com

GOZA & HONNOLD, LLC
Kirk J. Goza
Bradley D. Honnold
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
bhonnold@gohonlaw.com

WAGSTAFF & CARTMELL LLP
Thomas P. Cartmell
Tyler W. Hudson
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
thudson@wcllp.com

**Counsel for Plaintiff: Heather Fong**

***Juneau v. The Procter & Gamble Company, et al.*, No. 2:23-cv-05273 (E.D. La.)**
KANNER & WHITELEY L.L.C.
Conlee S. Whiteley
701 Camp Street
New Orleans, LA 70130
Email: c.whiteley@kanner-law.com

BIZER & DEREUS
Andrew D. Bizer
3319 St. Claude Ave.
New Orleans, LA 70117
Email: andrew@bizerlaw.com

HONIK LLC
Ruben Honik
David J. Stanoch
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Email: ruben@honiklaw.com
          david@honiklaw.com
     **Counsel for Plaintiff: Natalie Juneau**

***Barton, et al. v. Reckitt Benckiser LLC, et al.*, No 2:23-cv-20370 (D.N.J.)**
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
5 Becker Farm Road
Roseland, New Jersey 07068
Email: jcecchi@carellabyrne.com
          decklund@carellabyrne.com
          jsteele@carellabyrne.com


DICELLO LEVITT LLP
Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Email: alevitt@dicellolevitt.com
          jtangren@dicellolevitt.com
          dschwartz@dicellolevitt.com

SEEGER WEISS LLP

5

Christopher A. Seeger
David R. Buchanan
Scott A. George
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Email: cseeger@seegerweiss.com
         dbuchanan@seegerweiss.com
         sgeorge@seegerweiss.com

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
Stuart A. Davidson
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Email: pgeller@rgrdlaw.com
         sdavidson@rgrdlaw.com
         **Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo**

*Rourk v. Haleon, Plc*, 3:23-cv-20478 (D.N.J.)
THE SULTZER LAW GROUP P.C.
Philip Furia
85 Civi Center Plaza, Suite 200
Poughkeepsie, NY 12601
Email: furiap@thesultzerlawgroup.com

POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Paul J. Doolittle
Blake G. Abbott
32 Ann Street
Charleston, SC 29403
Email: roy.willey@poulinwilley.com
         paul.doolittle@poulinwilley.com
         blake.abbott@poulinwilley.com
         **Counsel for Plaintiff: Sharon Rourk**

*Coyle v. GlaxoSmithKline, LLC, et al*, No. 1:23-cv-07311 (E.D.N.Y.)
DOUGLAS & LONDON, P.C.
Gary J. Douglas, Esq.
Michael A. London, Esq.
Virginia E. Anello, Esq.
Anne E. Accettella, Esq.
59 Maiden Lane, 6th Floor
New York, NY 10038
Email: gdouglas@douglasandlondon.com
         mlondon@douglasandlondon.com

6

    vanello@douglasandlondon.com
    aaccettella@douglasandlondon.com
    **Counsel for Plaintiff: John Coyle**

***Travis v. Procter & Gamble Company, et al*, No. 1:23-cv-00607 (S.D. Ohio)**
HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
Alyson S. Beridon
600 Vine St., Suite 2720
Cincinnati, OH 45202
Email: alyson@hsglawgroup.com

HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
Benjamin A. Gastel
Joey Leniski
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Email: ben@hsglawgroup.com
    joey@hsglawgroup.com
    **Counsel for Plaintiff: Tiffany Travis**

***Parker v. Bayer Corp.*, 2:23-cv-03663 (E.D. Pa.)**
HONIK LLC
Ruben Honik
David J. Stanoch, Of Counsel
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Email: ruben@honiklaw.com
    david@honiklaw.com
    **Counsel for Plaintiff: Rachel Parker**

***Kasparie v. Bayer Healthcare LLC*, 2:23-cv-03783 (E.D. Pa.)**
BARRACK, RODOS & BACINE
Jeffrey W. Golan
Jeffrey A. Barrack
Andrew J. Heo
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Email: jgolan@barrack.com
    jbarrack@barrack.com
    aheo@barrack.com

BARRACK, RODOS & BACINE
Stephen R. Basser
Samuel M. Ward
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101

Email: sbasser@barrack.com
       sward@barrack.com

EMERSON FIRM, PLLC
John G. Emerson
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Email: jemerson@emersonfirm.com
      **Counsel for Plaintiffs: Michele Kasparie and Kimberly James**

***Benjamin v. GlaxoSmithKline LLC*, 2:23-cv-03856 (E.D. Pa.)**
DICELLO LEVITT LLP
Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
Blake Stubbs
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Email: alevitt@dicellolevitt.com
      jtangren@dicellolevitt.com
      dschwartz@dicellolevitt.com
      bstubbs@dicellolevitt.com

SEEGER WEISS LLP
Christopher A. Seeger
David R. Buchanan
Scott A. George
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Email: cseeger@seegerweiss.com
      dbuchanan@seegerweiss.com
      sgeorge@seegerweiss.com

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
5 Becker Farm Road
Roseland, New Jersey 07068
Email: jcecchi@carellabyrne.com
      decklund@carellabyrne.com
      jsteele@carellabyrne.com

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
Stuart A. Davidson
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Email: pgeller@rgrdlaw.com

sdavidson@rgrdlaw.com
**Counsel for Plaintiffs: Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers**

### *Defendant: Albertsons Companies Inc.*
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
1555 W Shoreline Dr. Suite 100
Boise, ID 83702

### *Defendant: Amazon.com, Inc.*
*Via Email*

K&L GATES LLP
Robert W. Sparkes III
Email: robert.sparkes@klgates.com
1 Congress St.
Boston, MA 02114

### *Defendant: Bayer Corporation*
*Via Email*

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

### *Defendant: Bayer Healthcare LLC*
*Via Email*

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

### *Defendant: CVS Pharmacy, Inc.*
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

### *Defendant: Church & Dwight Co., Inc.*
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

***Defendant: Johnson & Johnson Consumer Companies Inc.***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Kenvue Inc.***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: The Kroger Co.***
*Via Certified Mail*

THE KROGER CO.
1014 Vine Street
Cincinnati, Ohio 45202-1100

***Defendant: McNeil Consumer Healthcare***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Perrigo Company plc***
*Via Certified Mail*

The Sharp Building
Hogan Place
Dublin, Co. Dublin D02 TY74
Ireland

***Defendant: The Procter and Gamble Company***
*Via Email*

COVINGTON & BURLING LLP
Andrew Soukop
Email: asoukup@cov.com
850 Tenth Street NW
Washington, D.C. 20001

***Defendant: Publix Super Markets, Inc.***
*Via Certified Mail*

c/o CORPORATE CREATIONS NETWORK, INC.
801 US Highway 1
North Palm Beach, FL 33408

***Defendant: Reckitt Benckiser LLC***
*Via Email*

HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

***Defendant: Rite Aid Corporation***
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

***Defendant: Sanofi-Aventis U.S. LLC***
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

***Defendant: Target Corporation***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
1010 Dale St. N.
St Paul, MN 55117

***Defendant: Walgreens, Inc.***
*Via Certified Mail*

c/o ILLINOIS CORPORATION SERVICE COMPANY
801 Adlai Stevenson Dr.
Springfield, IL 62703

***Defendant: Walgreen Co.***
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

***Defendant: Walmart, Inc.***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

***Defendant: Wal-Mart Stores East 1 LP.***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628


Dated: October 4, 2023                                   Respectfully submitted,

*/s/ Jay P. Lefkowitz*
Jay P. Lefkowitz, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel:    (212) 446-4800
lefkowitz@kirkland.com

*Counsel for GlaxoSmithKline Consumer Healthcare Holdings (US) LLC and Haleon US Capital LLC*