BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| In re: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL-3089 |
|---|---|

**EXHIBIT A TO RUBEN HONIK NOTICE OF APPEARANCE**

Short Case Caption:

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Scoffier v. Reckitt Benckiser Pharmaceuticals Inc., et al. | District of New Jersey | No. 2:23-cv-20529 | Hon. Evelyn Padin |
| Boonparn v. Reckitt Benckiser, et al. | Eastern District of New York | No.1:23-cv-06936 | Hon. Pamela K. Chen |
| Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc., et al. | District of Kansas | No. 2:23-cv-02426 | Hon. Holly L. Teeter |
| Parker v. Bayer Corporation, et al. | Eastern District of Pennsylvania | No. 2:23-cv-03663 | Hon. Kai Niambi Scott |