## BEFORE THE UNITED STATES JUDICAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re: Oral Phenylephrine Marketing and Sales Practices Litigation** | MDL-3089 |

## Certificate of Service

I, Ruben Honik, counsel for plaintiffs, hereby certify that I caused a copy of my Notice of Appearance to be served on October 4, 2023, on the following via email and the Court's CM/ECF system:

***Baughman v. Johnson & Johnson Consumer Inc., et al.*, No. 2:23-cv-07737 (C.D. Cal.)**
BRADLEY/GROMBACHER, LLP
Marcus J. Bradley
Email: mbradley@bradleygrombacher.com
Kiley Lynn Grombacher
Email: kgrombacher@bradleygrombacher.com
31365 Oak Crest Dr., Suite 240
Westlake Village, CA 91361
**Counsel for Plaintiff: Jennifer Baughman**

***Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965 (E.D. Cal.)**
SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Email: crodriguez@singletonschreiber.com
Andrew D. Bluth
E-Mail: abluth@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, California 95814
**Counsel for Plaintiffs: Kenneth Levi Pack and Min Ji Jung**

***DePaola v. The Procter & Gamble Company, et al.*, No. 2:23-cv-00727 (M.D. Fl.)**
FARR, FARR, EMERICH, CARR & HOLMES, P.A.

George T. Williamson
Email: gwilliamson@farr.com
99 Nesbit Street
Punta Gorda, FL 33950

NIGH GOLDENBERG RASO & VAUGHN PLLC
Marlene J. Goldenberg
Email: mgoldenberg@nighgoldenberg.com
14 Ridge Square, Third Floor
Washington, D.C. 20016

HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102

KANNER & WHITELEY, L.L.C.
Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130
**Counsel for Plaintiff: Kristin DePaola**

***Audelo v. Johnson & Johnson Consumer, Inc., et al.***, **No. 3:23-cv-24250 (N.D. Fl.)**
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
R. Jason Richards
Email: jrichards@awkolaw.com
Bryan F. Aylstock
Email:baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
   **Counsel for Plaintiff: Steve Audelo**

***Tlaib v. Procter & Gamble Company***, **No. 1:23-cv-13840 (N.D. Ill.)**
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com

6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld
Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott
Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134

**Counsel for Plaintiff: Mohamad Tlaib**

***Noviskis v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-13926 (N.D. Ill.)**
MOLL LAW GROUP
Ken Moll
Email: kmoll@molllawgroup.com
180 N Stetson Ave, 35th Floor
Chicago, Illinois 60601
　　　　**Counsel for Plaintiff: Shelby Noviskis**

***Juneau v. The Procter & Gamble Company, et al.*, No. 2:23-cv-05273 (E.D. La.)**
KANNER & WHITELEY L.L.C.
Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130

BIZER & DEREUS
Andrew D. Bizer
Email: andrew@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117

HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102
　　　　**Counsel for Plaintiff: Natalie Juneau**

***Fichera v. The Procter & Gamble Company, et al.*, No. 2:23-cv-05274 (E.D. La.)**
KANNER & WHITELEY L.L.C.
Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130

BIZER & DEREUS
Andrew D. Bizer
Email: andrew@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117

HONIK LLC

Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102
  **Counsel for Plaintiff: Robert Fichera**

***Jones v. Reckitt Benckiser Pharmaceuticals Inc., et al.*, No. 3:23-cv-04 807 (N.D.Cal.)**
KANNER & WHITELEY L.L.C.
Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130
  **Counsel for Plaintiff: Mari Jones**

***Coppock v. Procter & Gamble, et al.*, No. 2:23-cv-05353 (E.D. La.)**
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
Jennifer Hoekstra
Email: jhoekstra@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
  **Counsel for Plaintiff: Kaycie Coppock**

***Walker v. Johnson & Johnson Consumer Inc., et al.*, No. 423-cv-00663 (W.D. Mo.)**
HORN, AYLWARD & BANDY, LLC
Joseph A. Kronawitter
Email: jkronawitter@hab-law.com
Robert A. Horn
Email: rhorn@hab-law.com
Taylor Foye
Email: tfoye@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Bradley D. Honnold
Email: bhonnold@gohonlaw.com
Kirk J Goza
Email: kgoza@gohonlaw.com
9500 Nall Ave Ste 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL
Thomas P. Cartmell
Email: tcartmell@wcllp.com

Tyler Hudson
Email: thudson@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
       **Counsel for Plaintiff: Michael Walker**

***Wright v. Johnson & Johnson Consumer Inc., et al.*, No. 5:23-cv-06120 (W.D. Mo.)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Email: rhorn@hab-law.com
Joseph A. Kronawitter
Email: jkronawitter@hab-law.com
Taylor P. Foye
Email: tfoye@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
Email: kgoza@gohonlaw.com
Bradley D. Honnold
Email: bhonnold@gohonlaw.com
9500 Nall Avenue, Suite 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL LLP
Thomas P. Cartmell
Email: tcartmell@wcllp.com
Tyler W. Hudson
Email: thudson@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
       **Counsel for Plaintiff: Krista Wright**

***Barton, et al. v. Reckitt Benckiser LLC, et al.*, No 2:23-cv-20370 (D.N.J.)**
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
Email: jcecchi@carellabyrne.com
Donald A. Ecklund
Email: decklund@carellabyrne.com
Jordan M. Steele
Email: jsteele@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068

DICELLO LEVITT LLP

Adam J. Levitt
Email: alevitt@dicellolevitt.com
John E. Tangren
Email: jtangren@dicellolevitt.com
Daniel R. Schwartz
Email: dschwartz@dicellolevitt.com
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

SEEGER WEISS LLP
Christopher A. Seeger
Email: cseeger@seegerweiss.com
David R. Buchanan
Email: dbuchanan@seegerweiss.com
Scott A. George
Email: sgeorge@seegerweiss.com
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
Email: pgeller@rgrdlaw.com
Stuart A. Davidson
Email: sdavidson@rgrdlaw.com
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
  **Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and**
  **Samuel Gallo**

***Cronin v. Johnson & Johnson Consumer, Inc., et al.*, No. 2:23-cv-06870 (E.D.N.Y.)**
PARKER WAICHMAN LLP
Raymond C. Silverman
Email: rsilverman@yourlawyer.com
Melanie H. Muhlstock
Email: mmuhlstock@yourlawyer.com
Jason S. Goldstein
Email: jgoldstein@yourlawyer.com
6 Harbor Park Drive
Port Washington, NY 11050
  **Counsel for Plaintiff: Robyn Cronin**

***Kleiman v. The Procter & Gamble Company*, No. 1:23-cv-590 (S.D. Ohio)**
THE BAKER LAW GROUP
Andrew S. Baker
Email: andrew.baker@bakerlawgroup.net
89 E Nationwide Blvd. 2nd Floor

Columbus, OH 43215

POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403
    **Counsel for Plaintiff: Cathy Kleiman**


***Thorns, et al. v. Johnson & Johnson, et al.*, No. 3:23-cv-1355 (D. Or.)**
THE CASEY LAW FIRM, LLC
M. Ryan Casey
Email: ryan@rcaseylaw.com
PO Box 4577
Frisco, Colorado 80443
    **Counsel for Plaintiffs: Amanda Thorns and Scott Collier**


***Carrigan v. Johnson & Johnson, et al.*, No.2:23-cv-01481 (W.D. Wash.)**
KU & MUSSMAN PA
Brian Ku
Email: brian@kumussman.com
18501 Pines Blvd., Suite 209-A
Pembroke Pines, FL 33029
    **Counsel for Plaintiffs: James Carrigan**


***Parker v. Bayer Corporation, et al.*, No. 2:23-cv-03663 (E.D. Pa.)**
HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102
    **Counsel for Plaintiff:**


***Scoffier v. Reckitt Benckiser Pharmaceuticals Inc. No. 2:23-cv-20529 (D.N.J.)***
HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100

Philadelphia, PA 19102
**Counsel for Plaintiff: Richard Scoffier**

**_Hernandez v. Kenvue, Inc., et al. No. 4:23-cv-04817 (N.D. Cal.)_**
BURSOR & FISHER, P.A.
L. Timothy Fisher
ltfisher@bursor.com
Sarah Nicole Westcot
swestcot@bursor.com
1990 North California Blvd. Ste. 940
Walnut Creek, CA 94596
**Counsel for Plaintiff:**


**_Nelson, Et. Al. V. Kenvue, Inc., et al. No. 4:23-cv-04875 (N.D.Cal.)_**
BURSOR & FISHER, P.A.
L. Timothy Fisher
ltfisher@bursor.com
Sarah Nicole Westcot
swestcot@bursor.com
1990 North California Blvd. Ste. 940
Walnut Creek, CA 94596
**Counsel for Plaintiff:**

**_Taylor v. Procter & Gamble Company, No. 3:23-cv-04909 (N.D.Cal.)_**
BARON & BUDD, P.C.
Mark Philip Pifko
mpifko@baronbudd.com
Roland Tellis
rtellis@baronbudd.com
15910 Ventura Boulevard
Encino Plaza, Suite 1600
Encino, CA 91436
**Counsel for Plaintiff: Joy Taylor**

**_Grimsley v. Reckitt Benckiser, LCC, No. 3:23-cv-24588 (N.D.Fla.)_**
LEVIN PAPANTONIO RAFFERTY, LLC
Peter J Mougey
pmougey@levinlaw.com
316 S BAYLEN STREET
PENSACOLA, FL 32502
**Counsel for Plaintiff: Darrell Wayne Grimsley, Jr.**

**_DePriest et al v. Walgreen Co. et al. No. 1:23-cv-14060 (N.D.Ill.)_**
DICELLO LEVITT GUTZLER LLC

Adam J. Levitt
alevitt@dicellolevitt.com
John E Tangren
jtangren@dicellolevitt.com
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
      **Counsel for Plaintiff:** Hannah DePriest, Frizell Johnson, Ruben Varela

### *ReinKraut v. Johnson &Johnson Consumer, Inc., et al. No. 2:23-cv-20444 (D.N.J.)*

SQUITIERI & FEARON, LLP
Stephen J Fearon, Jr
stephen@sfclasslaw.com
Paul V Sweeny
paul@sfclasslaw.com
305 Broadway, 7th Floor
New York, NY 10007
      **Counsel for Plaintiff: Jacob Reinkraut**

### *McIntyre v. Kenvue, Inc. et al. No. 0:23-cv-02862 (D. Minn.)*

JOHNSON BECKER PLLC
Timothy J Becker
tbecker@johnsonbecker.com
Zackary S, Kaylor
zkaylor@johnsonbecker.com
Jacob Robert Rusch
jrusch@johnsonbecker.com
444 Cedar St., Ste. 1800
St. Paul, MN 55101
      **Counsel for Plaintiff:**

### *McWhite v. Johnson & Johnson Consumer, Inc. No. 3:23-cv-20379 (D.N.J)*

POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403

THE SULTZER LAW GROUP, P.C.
Philip Furia

furiap@thesultzerlawgroup.com
85 Civic Plaza, Suite 200
Poughkeepsie, Ny 12601
   **Counsel for Plaintiff: Kamonica McWhite**

***Tuominen v. Johnson &Johnson Consumer, Inc. No. 1:23-cv-13796 (N.D. Ill.)***
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld
Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott
Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson

Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
**Counsel for Plaintiff: Tina Tuominen**

***Riccio v. Pfizer, Inc. No. 1:23-cv-13843 (N.D. Ill.)***
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld
Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott

Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
      **Counsel for Plaintiff: Rose Riccio**

***Riccio v. Reckitt Benckiser Pharmaceuticals Inc., No. 1:23-cv-1379 (N.D. Ill.)***
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld

Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott
Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
**Counsel for Plaintiff: Rose Riccio**

***Nitto v. CVS Pharmacy, Inc. No. 1:23-cv-13998 (N.D.Ill.)***
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100

Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld
Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott
Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
      **Counsel for Plaintiff: Rhonda Nitto**

***Rampalli v. Walgreens Co. No. 1:23-cv-14015 (N.D.Ill.)***
POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403
      **Counsel for Plaintiff: Krystal Rampalli**

***Travis v. Procter & Gamble Company et al.***, **No.1:23-cv-00607**
HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL, PLLC
Alyson S. Beridon
Email: alson@hsglawgroup.com
600 Vine St. Ste. 2720
Cincinnati, OH 45202
      **Counsel for Plaintiff: Tiffany Travis**

***Boonparn v. Reckitt Benckiser, et al.*** **No.1:23-cv-6936 (E.D.N.Y.)**
PETER SAMBERG ATTORNEY AT LAW
Peter Samberg
Email: psamberg@gmail.com
100 Ardsley Ave. West
P.O. Box 73
Ardsley on Hudson, NY 10503
      **Counsel for Plaintiff: Archanatep Boonparn**

***Nyanjom v. Reckitt Benckiser Pharmaceuticals, Inc., et al.***
BARTON AND BURROWS LLC
Stacy Burrows
stacy@bartonburrows.com
Seth K. Jones
seth@bartonburrows.com
5201 Johnson Drive, Suite 110
Mission, Kansas 66205
      **Counsel for Plaintiff: Harold Nyanjom**

*Yousefzadeh v. Johnson & Johnson Consumer Inc. No. 2:23-cv-06825 (E.D.N.Y.)*
KAPLAN GORE LLP
Darren T. Kaplan
Dkaplan@kaplangore.com
1979 Marcus Ave. , Ste. 201
Lake Success, NY 11042
      **Counsel for Plaintiff: Sandra Yousefzadeh**

*Striegel v. RB Health (US), LLC No. 2:23-cv-20552 (D.N.J.)*
THE SULTZER LAW GROUP, P.C.
Philip Furia
furiap@thesultzerlawgroup.com
85 Civic Plaza, Suite 200
Poughkeepsie, Ny 12601
      **Counsel for Plaintiff: Annette Striegel**

*Joyner v. Johnson & Johnson Consumer, Inc. No 3:23-cv-20558 (D.N.J.)*
POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403
      **Counsel for Plaintiff: Pamela Joyner**

*Rourk v. Haleon, PLC No. 3:23-cv-20478 (D.N.J.)*
POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403
      **Counsel for Plaintiff: Sharon Rourk**

*Defendant: Albertsons Companies Inc.*
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
1555 W Shoreline Dr. Suite 100
Boise, ID 83702

***Defendant: Amazon.com, Inc.***
*Via Email*

K&L GATES LLP
Robert W. Sparkes III
Email: robert.sparkes@klgates.com
1 Congress St. Suite 2900
Boston, MA 02114

***Defendant: Associated Wholesale Grocers, Inc.***
*Via Certified Mail*

c/o SECRETARY OF STATE
120 SW 10th Avenue First Floor Memorial Hall
Topeka, KS 66612

***Defendant: Bayer Healthcare LLC***
*Via Email*

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

***Defendant: CVS Pharmacy, Inc.***
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

***Defendant: Church & Dwight Co., Inc.***
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

***Defendant: GlaxoSmithKline LLC***
*Via Email*

KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com

555 South Flower St., Suite 3700
Los Angeles, CA 90071

**_Defendant: GSK Consumer Healthcare, Inc._**
*Via Email*

KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

**_Defendant: Johnson & Johnson_**
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

**_Defendant: Johnson & Johnson Consumer Inc._**
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

**_Defendant: Kenvue Inc._**
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

**_Defendant: McNeil Consumer Healthcare_**
*Via Email*

O'MELVENY & MYERS LLP

Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

**_Defendant: Reckitt Benckiser LLC_**
_Via Email_

HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

**_Defendant: Rite Aid Corporation_**
_Via Certified Mail_

c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

**_Defendant: Sanofi-Aventis U.S. LLC_**
_Via Certified Mail_

c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

**_Defendant: Target Corporation_**
_Via Certified Mail_

c/o C T CORPORATION SYSTEM
1010 Dale St. N.
St Paul, MN 55117

**_Defendant: Valu Merchandisers Co._**
_Via Certified Mail_

c/o C T CORPORATION SYSTEM
112 SW 7th Street, Suite 3C
Topeka, KS 66603

**_Defendant: Walgreens, Inc._**
_Via Certified Mail_

c/o ILLINOIS CORPORATION SERVICE COMPANY
801 Adlai Stevenson Dr.
Springfield, IL 62703

**_Defendant: Walgreen Co._**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

**_Defendant: Walmart, Inc._**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

**_Defendant: Wal-Mart Stores East 1 LP._**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628


Dated: October 4, 2023

Respectfully submitted,
By: */s/ Ruben Honik*
Ruben Honik
HONIK LLC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
(267)435-1300
ruben@honiklaw.com
*Counsel for Plaintiffs*