**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

## SCHEDULE OF ACTIONS

1. Sharon Rourk v. Haleon, PLC - District of New Jersey, 3:23-cv-20478 - Assigned to: Judge Robert Kirsch - Referred to: Magistrate Judge Rukhsanah L. Singh

Respectfully submitted,

/s/ Philip Furia
Philip Furia
The Sultzer Law Group P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
furiap@thesultzerlawgroup.com

Attorneys for the Plaintiffs