**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

## ERRATA

I hereby certify that I made the following changes/corrections, at the Court's direction, to as filed Document 48:

1. Schedule of Actions – Judge's Name Added

2. Proof of Service – Parties and Nature of Service Listed

3. Complaint (Exhibit A) – Docket Page Added

Respectfully submitted,

/s/ Philip Furia
Philip Furia
The Sultzer Law Group P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
furiap@thesultzerlawgroup.com

Attorneys for the Plaintiffs