**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

## SCHEDULE OF ACTIONS

1. Cathy Kleinman v. Bayer Health Care, LLC – District of New Jersey, 2:23-cv-20480 - Assigned to: Judge Kevin McNulty - Referred to: Magistrate Judge Andre M. Espinosa

    Respectfully submitted,

    /s/ Philip Furia
    Philip Furia
    The Sultzer Law Group P.C.
    85 Civic Center Plaza, Suite 200
    Poughkeepsie, NY 12601
    (845) 483-7100
    furiap@thesultzerlawgroup.com

    Attorneys for the Plaintiffs