**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of October, 2023, a copy of the foregoing Notice of

Related Action was filed on the Court's CM/ECF system and sent to the Defendant listed

below via first class mail:

Bayer Health Care, LLC
100 Bayer Blvd
Whippany, NJ, 07981

Respectfully submitted,

<u>/s/ Philip Furia</u>
Philip Furia
The Sultzer Law Group P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
furiap@thesultzerlawgroup.com

Attorneys for the Plaintiffs