**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

**SCHEDULE OF ACTIONS**

Kristin Lawrence v. Johnson & Johnson Consumer, Inc. – District of New Jersey, 3:23-cv-20551 - Assigned to: Judge Georgette Castner - Referred to: Magistrate Judge J. Brendan Day

    Respectfully submitted,

    <u>/s/ Philip Furia</u>
    Philip Furia
    The Sultzer Law Group P.C.
    85 Civic Center Plaza, Suite 200
    Poughkeepsie, NY 12601
    (845) 483-7100
    furiap@thesultzerlawgroup.com

    Attorneys for the Plaintiffs