**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2023, a copy of the foregoing Notice of

Related Action was filed on the Court's CM/ECF system and sent to the Defendant listed

below via first class mail:

Johnson & Johnson Consumer, Inc.
199 Grandview Road
Skillman, NJ 08558

                       Respectfully submitted,

                       /s/ Philip Furia
                       Philip Furia
                       The Sultzer Law Group P.C.
                       85 Civic Center Plaza, Suite 200
                       Poughkeepsie, NY 12601
                       (845) 483-7100
                       furiap@thesultzerlawgroup.com

                       Attorneys for the Plaintiffs