**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

## ERRATA

I hereby certify that I made the following changes/corrections, at the Court's direction, to as filed Document 50:

1. Schedule of Actions – Judge's Name Added

2. Proof of Service – Parties and Nature of Service Listed

3. Complaint (Exhibit A) – Docket Page Added

    Respectfully submitted,

    <u>/s/ Philip Furia</u>
    Philip Furia
    The Sultzer Law Group P.C.
    85 Civic Center Plaza, Suite 200
    Poughkeepsie, NY 12601
    (845) 483-7100
    furiap@thesultzerlawgroup.com

    Attorneys for the Plaintiffs