**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

**SCHEDULE OF ACTIONS**

1. Annette Striegel v. RB Health (US), LLC – District of New Jersey, 2:23-cv-20552 - Assigned to: Judge Kevin McNulty - Referred to: Magistrate Judge Cathy L. Waldor

> Respectfully submitted,
>
> /s/ Philip Furia
> Philip Furia
> The Sultzer Law Group P.C.
> 85 Civic Center Plaza, Suite 200
> Poughkeepsie, NY 12601
> (845) 483-7100
> furiap@thesultzerlawgroup.com
>
> Attorneys for the Plaintiffs