**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

### SCHEDULE OF ACTIONS

1. Pamela Joyner v. Johnson & Johnson Consumer, Inc. – District of New Jersey – 3:23-cv-20558 - Assigned to: Judge Georgette Castner - Referred to: Magistrate Judge J. Brendan Day

Respectfully submitted,

/s/ Philip Furia
Philip Furia
The Sultzer Law Group P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
furiap@thesultzerlawgroup.com

Attorneys for the Plaintiffs