BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2023, a copy of the foregoing Notice of Related Action was filed on the Court's CM/ECF system and sent to the Defendant listed below via first class mail:

Johnson & Johnson Consumer, Inc.
199 Grandview Road
Skillman, NJ 08558

    Respectfully submitted,

    /s/ Philip Furia
    Philip Furia
    The Sultzer Law Group P.C.
    85 Civic Center Plaza, Suite 200
    Poughkeepsie, NY 12601
    (845) 483-7100
    furiap@thesultzerlawgroup.com

    Attorneys for the Plaintiffs