**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING   :
AND SALES PRACTICES LITIGATION                :         MDL No. 3089

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of October, 2023, that the foregoing Notice of Appearance was filed on the Court's CM/ECF system which sends notice of the same to all parties, and was served by regular mail to the following defendant listed below:

>McNeil Consumer Healthcare
>c/o THE CORPORATION TRUST COMPANY
>CORPORATION TRUST CENTER
>1209 ORANGE ST
>WILMINGTON, DE 19801

>*/s/ William E. Hoese*
>William E. Hoese

{00243410 }