**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:<br><br>ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**NOTICE OF RELATED ACTION**

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiffs Shawn L. Thomas and Charles Geoffrey Woods write to notify the Panel of the following related class action: *Thomas, et al. v. Kenvue, Inc., et al.*, Case No. 3:23-cv-20895 (D.N.J.). The complaint and docket sheet are attached as Exhibit A.

Dated:  October 5, 2023　　　　　　　　　　**KESSLER TOPAZ
　　　　　　　　　　　　　　　　　　　　　　 MELTZER & CHECK LLP**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Melissa L. Yeates*
　　　　　　　　　　　　　　　　　　　　　　Melissa L. Yeates
　　　　　　　　　　　　　　　　　　　　　　280 King of Prussia Road
　　　　　　　　　　　　　　　　　　　　　　Radnor, PA  19087
　　　　　　　　　　　　　　　　　　　　　　Tel:  610-667-7706
　　　　　　　　　　　　　　　　　　　　　　Fax:  610-667-7056
　　　　　　　　　　　　　　　　　　　　　　Email: myeates@ktmc.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Shawn L. Thomas
　　　　　　　　　　　　　　　　　　　　　　and Charles Geoffrey Woods*