**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

**SCHEDULE OF RELATED ACTION**

| Case Name | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Shawn L. Thomas and Charles Geoffrey Woods<br><br>**Defendants:** Kenvue, Inc., McNeil Consumer Healthcare, Proctor & Gamble Co., Bayer Corporation, and Bayer Healthcare LLC | District of New Jersey | 3:23-cv-20895 | |

Dated:  October 5, 2023

**KESSLER TOPAZ
 MELTZER & CHECK LLP**

*/s/ Melissa L. Yeates*
Melissa L. Yeates
280 King of Prussia Road
Radnor, PA 19087
Tel:  610-667-7706
Fax:  610-667-7056
Email: myeates@ktmc.com

*Counsel for Plaintiffs Shawn L. Thomas and Charles Geoffrey Woods*