BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on October 5, 2023, I caused the foregoing Notice of Related Action to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents via the United States Postal Service first-class mail to the following:

**Defendant Kenvue, Inc.**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Defendant McNeil Consumer Healthcare**
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Dated: October 5, 2023            **KESSLER TOPAZ**
                                                 **MELTZER & CHECK, LLP**

                                         */s/ Melissa L. Yeates*
                                         Melissa L. Yeates
                                         280 King of Prussia Road
                                         Radnor, PA  19087
                                         Tel:  610-667-7706
                                         Fax:  610-667-7056
                                         Email: myeates@ktmc.com

                                         ***Counsel for Plaintiffs Shawn L. Thomas and Geoffrey Woods***
                                         Case No. 3:23-cv-20895, D.N.J.