BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## PROOF OF SERVICE

This is to certify that the foregoing Notice of Appearance of Christopher G. Campbell was served on October 4, 2023, to the following:

**Plaintiffs Kenneth Levi Pack and Min Ji Jung**
*Via Certified Mail*
Christopher Ross Rodriguez
Singleton Schreiber, LLP
1414 K Street, Suite 470
Sacramento, CA 95814

**Defendant Albertsons Companies, Inc.**
*Via Certified Mail*
CT Corporation System
1555 W Shoreline Dr., Ste 100
Boise, ID 83702

**Defendant Procter & Gamble Company**
*Via ECF*
Andrew Soukup
850 10th St. NW
Washington, DC 20001

**Defendant Amazon.com, Inc.**
*Via Certified Mail*
Corporation Service Company
300 Deschutes Way SW, Ste 208 MC-CSC1
Tumwater, WA 98501

**Defendant CVS Pharmacy, Inc.**
*Via Certified Mail*
CT Corporation System
450 Veterans Memorial Parkway, Ste 7A
East Providence, RI 02914

**Defendant Church & Dwight Co, Inc.**
*Via Certified Mail*
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

**Defendant GlaxoSmithKline, LLC**
*Via Certified Mail*
Corporation Service Company

**Defendant Johnson & Johnson Consumer Companies, Inc.**
*Via Certified Mail*

251 Little Falls Dr.  
Wilmington, DE 19808

One Johnson & Johnson Plaza  
New Brunswick, NJ 08933

**Defendant Reckitt Benckiser, LLC**  
*Via Certified Mail*  
Corporation Service Company  
251 Little Falls Dr.  
Wilmington, DE 19808

**Defendant Rite Aid Corporation**  
*Via Certified Mail*  
The Corporation Trust Company  
1209 Orange St.  
Wilmington, DE 19801

**Defendant Sanofi-Aventis U.S. LLC**  
*Via Certified Mail*  
Corporation Service Company  
251 Little Falls Dr.  
Wilmington, DE 19808

**Defendant Target Corporation**  
*Via Certified Mail*  
CT Corporation  
1010 Dale St. N.  
St. Paul, MN 55117

**Defendant Walgreen Co.**  
*Via Certified Mail*  
Illinois Corporation Service Company  
801 Adlai Stevenson Dr.  
Springfield, IL 62703

**Defendant Walmart Inc.**  
*Via Certified Mail*  
CT Corporation System  
124 West Capitol Avenue, Ste 1900  
Little Rock, AR 72201

**DLA PIPER LLP (US)**

By: /s/ *Christopher G. Campbell*
    Christopher G. Campbell  
    1201 West Peachtree Street, Suite 2800  
    Atlanta, Georgia 30309  
    Tel: (404) 736-7800  
    Fax: (404) 682-7800  
    christopher.campbell@us.dlapiper.com  
    *Attorney for Bayer HealthCare, LLC*