### BEFORE THE UNITED STATES JUDICIAL PANEL ON
### MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | MDL NO. 3089 |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023 a Notice of Related Action (Dkt. No. 45) and a Notice of Appearance (Dkt. No. 66) were filed with the Clerk of the Court using the CM/ECF system.  On October 5, 2023, a copy of both filings was sent via regular mail to the following defendants inadvertently omitted:

Walmart Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Procter & Gamble Company
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus OH 43219

Dated: October 5, 2023
                                                        _/s/ Christopher A. Seeger_
                                                        Christopher A. Seeger