BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: Oral Phenylephrine Marketing and Sales Practices Litigation* ) ) ) ) | MDL No. 3089 |

## ERRATA

Tiffany Travis and Newton's Pharmacy now serve errata to show the following changes/corrections made, at the Court's discretion, to Docket Number 82.

1. Notice of Potential Tag Along – case caption corrected to include the full case name;

2. Schedule of Actions - case caption corrected to include the full case name, schedule of action cases corrected to include full case name;

3. Proof of Service – updated to include today's date of filing.

Dated: October 5, 2023

Respectfully submitted,

By: /s/ Alyson S. Beridon
Alyson S. Beridon, Trial Attorney (#87496)
**Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC**
600 Vine St., Suite 2720
Cincinnati, OH 45202
Ph: (513) 381-2224
Fax: (615) 994-8625
alyson@hsglawgroup.com

*Counsel for Interested Parties Tiffany Travis and Newton's Pharmacy*