## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| *In re: Oral Phenylephrine* | ) | |
| *Marketing and Sales Practices* | ) | **MDL No. 3089** |
| *Litigation* | ) | |
| | ) | |

## SCHEDULE OF ACTIONS

| Style of Case | Case No. | Jurisdiction | Judge |
|---|---|---|---|
| *Travis v. Procter & Gamble Company; Kenvue, Inc.; McNeil Consumer Healthcare; Reckitt & Benckiser LLC; and Glaxosmithkline LLC* | 1:23-cv-00607 | S.D. Ohio | Hon. Matthew W. McFarland |
| *Newton's Pharmacy v. Procter & Gamble Company; Kenvue, Inc.; McNeil Consumer Healthcare; Reckitt & Benckiser LLC; and Glaxosmithkline LLC* | 1:23-cv-00613 | S.D. Ohio | Hon. Douglas R. Cole |