**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. _____ & TITLE - IN RE: _____

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**


**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____

Date                                                                    Signature of Attorney or Designee

**Name and Address of Designated Attorney:**


Telephone No.: _____         Fax No.: _____

Email Address: _____

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE LITIGATION

MDL No. 3089

**EXHIBIT A TO WALMART INC.'S**
**NOTICE OF APPEARANCE**

Case Captions:

1. *Adkins, et al. v. Reckitt Benckiser Pharmaceuticals Inc., et al.*, No. 2:23-CV-20743 (D. N.J.);

2. *Benjamin, et al. v. GlaxoSmithKline LLC, et al.*, No. 2:23-cv-03856 (E.D. Pa);

3. *Emmons, et al. v. McNeil Consumer Healthcare, et al.*, No. 2:23-cv-03874 (E.D. Pa);

4. *Fong v. Johnson & Johnson Consumer Inc., et al.*, No. 2:23-cv-02430 (D. Kan);

5. *Holmes v. Walmart Inc., et al.*, No. 5:23-cv-05165-TLB (W.D. Ark.);

6. *Kasparie, et al. v. Bayer HealthCare LLC, et al.*, No. 2:23-cv-03783 (E.D. Pa);

7. *Nelson, et al. v. Kenvue, Inc., et al.*, No. 4:23-cv-04875 (N.D. Cal.);

8. *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965-AC (E.D. Cal.);

9. *Reyes v. Procter & Gamble, et al.*, No. 1:23-cv-00623-DRC (S.D. Ohio);

10. *Walker v. Johnson & Johnson Consumer Company, Inc., et al.*, No. 4:23-cv-00663-FJG (W.D. Mo.); and

11. *Wright v. Johnson & Johnson Consumer Company, Inc., et al.*, No. 5:23-cv-06120-LMC (W.D. Mo.).

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE LITIGATION | MDL No. 3089 |

## PROOF OF SERVICE

This is to certify that the foregoing Notice of Appearance was served on October 5, 2023, to the following:

**Plaintiffs Kenneth Levi Pack and Min Ji Jung**
Case No. 2:23cv1965 (E.D. Cal.)
**(Via Email)**
SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Andrew D. Bluth
1414 K Street, Suite 470
Sacramento, CA 95814
Email: crodriguez@singletonschreiber.com
Email: abluth@singletonschreiber.com

**Plaintiff Krista Wright**
Case No. 5:23cv6120 (W.D. Mo.)
**(Via Email)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2800 Grand Blvd., Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
Email: jkronawitter@hab-law.com
Email: tfoye@hab-law.com

Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

Thomas P. Cartmell
Tyler W. Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
Email: thudson@wcllp.com

**Plaintiff Heather Fong**
Case No. 2:23cv2430 (D. Kan.)
**(Via Email)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2800 Grand Blvd., Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
Email: jkronawitter@hab-law.com
Email: tfoye@hab-law.com

Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

Thomas P. Cartmell
Tyler W. Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
Email: thudson@wcllp.com
**Plaintiff Michael Walker**

Case No. 4:23cv663 (W.D. Mo.)
**(Via Email)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2800 Grand Blvd., Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
Email: jkronawitter@hab-law.com
Email: tfoye@hab-law.com

Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

Thomas P. Cartmell
Tyler W. Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
Email: thudson@wcllp.com

**Plaintiffs Jordan Nelson and Regina Peralta**
Case No. 4:23cv4875 (N.D. Cal.)
**(Via Email)**
BURSOR & FISHER, P.A.
Sarah N. Westcot
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
E-Mail: swestcot@bursor.com

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
E-Mail: ltfisher@bursor.com

**Plaintiffs Michelle Kasparie and Kimberly James**
Case No. 2:23cv3783 (E.D. Pa.)
**(Via Email)**
BARRACK, RODOS & BACINE
Jeffrey W. Golan

Jeffrey A. Barrack
Andrew J. Heo
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Email: jgolan@barrack.com
Email: jbarrack@barrack.com
Email: aheo@barrack.com

Stephen R. Basser
Samuel M. Ward
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Email: sbasser@barrack.com
Email: sward@barrack.com

EMERSON FIRM, PLLC
John G. Emerson
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Email: jemerson@emersonfirm.com

**Plaintiffs Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, and Tina Haluszka**
Case No. 2:23cv20743 (D.N.J.)
**(Via Email)**
LEVIN SEDRAN & BERMAN
Charles E. Schaffer
Michael M. Weinkowitz
Nicholas J. Elia
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Email: cschaffer@lfsblaw.com
Email: mweinkowitz@lfsblaw.com
Email: nelia@lfsblaw.com

ROBERT PIERCE & ASSOCIATES
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Email: arihn@peircelaw.com

**Plaintiff Jamieka Holmes**
Case No. 5:23cv5165 (W.D. Ark.)
**(Via Email)**
TAYLOR KING LAW

Jacob Dylan White
10 N. Thompson St., Suite B
Springdale, AR 72764
email: jacobwhite@taylorkinglaw.com

POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Paul J. Doolittle
Blake G. Abbott
32 Ann Street
Charleston, SC 29403
Email: roy.willey@poulinwilley.com
Email: paul.doolittle@poulinwilley.com
Email: blake.abbott@poulinwilley.com

**Plaintiff Rebecca Lynn Reyes**
Case No. 1:23cv623 (S.D. Ohio)
**(Via Email)**
KELLER ROHRBACK L.L.P.
Derek W. Loeser
Cari Campen Laufenberg
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Email: dloeser@kellerrohrback.com
Email: claufenberg@kellerrohrback.com

**Plaintiffs Tatiania Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers**
Case No. 2:23cv3856 (E.D. Pa.)
**(Via Email)**
DICELLO LEVITT LLP
Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
Blake Stubbs
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Email: alevitt@dicellolevitt.com
Email: jtangren@dicellolevitt.com
Email: dschwartz@dicellolevitt.com
Email: bstubbs@dicellolevitt.com
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
James E. Cecchi
Donald A. Ecklund
Jordan M. Steele

5 Becker Farm Road
Roseland, New Jersey 07068
Email: jcecchi@carellabyrne.com
Email: decklund@carellabyrne.com
Email: jsteele@carellabyrne.com

SEEGER WEISS LLP
Scott A. George
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
Email: sgeorge@seegerweiss.com

Christopher A. Seeger
David R. Buchanan
Scott A. George
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Email: cseeger@seegerweiss.com
Email: dbuchanan@seegerweiss.com
Email: sgeorge@seegerweiss.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
Paul J. Geller
Stuart A. Davidson
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Email: pgeller@rgrdlaw.com
Email: sdavidson@rgrdlaw.com

**Plaintiffs Kathleen Emmons and Nathan Jackson**
Case No. 2:23cv3874 (E.D. Pa.)
**(Via Email)**
BARRACK, RODOS & BACINE
Jeffrey W. Golan
Jeffrey A. Barrack
Andrew J. Heo
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Email: jgolan@barrack.com
Email: jbarrack@barrack.com
Email: aheo@barrack.com

Stephen R. Basser
Samuel M. Ward

One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Email: sbasser@barrack.com
Email: sward@barrack.com

EMERSON FIRM, PLLC
John G. Emerson
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Email: jemerson@emersonfirm.com

**Defendant Albertsons Companies, Inc.**
**(Via E-Mail)**
WINSTON & STRAWN LLP
Amanda Groves
333 South Grand Ave.
Los Angeles, CA 90081-1543
AGroves@winston.com

**Defendant Amazon.com, Inc.**
**(Via E-mail)**
K&L GATES LLP
Robert W. Sparkes, III
1 Congress Street, Suite 2900 Boston, MA 02114
Phone: (617) 951-9134
Fax: (617) 261-3175
Email: robert.sparkes@klgates.com

**Defendant Bayer Healthcare LLC, Bayer AG, and other Bayer entities**
**(Via E-mail)**
DLA PIPER LLP (US)
Christopher M. Young
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Email: christopher.young@dlapiper.com

Christopher G. Campbell
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309
Email: christopher.campbell@us.dlapiper.com

**Defendant Church & Dwight Co., Inc.**
**(Via E-Mail)**
PROSKAUER ROSE LLP
Bart H. Williams

Jennifer L. Roche
2029 Century Park East, Suite 2400 Los Angeles, CA 90067
Email: bwilliams@proskauer.com Email: jroche@proskauer.com

Baldassare Vinti
Jeffrey H. Warshafsky
11 Times Square
New York, NY 10036
Email: bvinti@proskauer.com
Email: jwarshafsky@proskauer.com

**Defendant CVS Pharmacy, Inc.**
**(Via Certified Mail)**
c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center 1209 Orange Street Wilmington, DE 19801

**Defendant GlaxoSmithKline Consumer Healthcare Holdings (US) LLC**
(incorrectly sued as "GlaxoSmithKline LLC")
**(Via E-Mail)**
KIRKLAND & ELLIS LLP
Robyn E. Bladow
555 South Flower St., Suite 3700
Los Angeles, CA 90071
Email: rbladow@kirkland.com

**Defendants Johnson & Johnson Consumer Inc.**
(incorrectly sued as "Johnson & Johnson Consumer Companies, Inc."), **Kenvue Inc., and McNeil Consumer Healthcare**
**(Via E-Mail)**
O'MELVENY & MYERS LLP
Amy J. Laurendeau
610 Newport Center Drive, 17th Fl.
Newport Beach, CA 92660
Email: alaurendeau@omm.com

Hannah Y. Chanoine
Times Square Tower
7 Times Square
New York, NY 10036
Email: hchanoine@omm.com

**Defendant Pfizer Inc.**
**(Via E-Mail)**
KIRKLAND & ELLIS
Jay P. Lefkowitz
601 Lexington Avenue

New York, NY 10022
Email: lefkowitz@kirkland.com

**Defendant The Procter & Gamble Company**
**(Via ECF and E-Mail)**
COVINGTON & BURLING LLP
Andrew Soukup
One City Center
850 Tenth Street, NW
Washington, DC 20001
Email: asoukup@cov.com

**Defendant Publix Super Markets, Inc.**
**(Via Certified Mail)**
c/o CORPORATE CREATIONS NETWORK, INC.
801 US Highway 1
North Palm Beach, FL 33408

**Defendant RB Health (US) LLC**
(incorrectly sued as "Reckitt Benckiser LLC")
**(Via E-mail)**
HOGAN LOVELLS LLP
Vassi Iliadis
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Email: vassi.iliadis@hoganlovells.com

Lauren S. Colton
100 International Drive, Suite 2000
Baltimore, MD 21202
Email: lauren.colton@hoganlovells.com

**Defendant Rite Aid Corporation**
**(Via Certified Mail)**
c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

**Defendant Sanofi-Aventis U.S. LLC**
**(Via Certified Mail)**
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808

**Defendant Target Corporation**

**(Via Certified Mail)**
c/o CT CORPORATION SYSTEM
1010 Dale St. N.
St. Paul, MN 55117

**Defendant Walgreen Co.**
**(Via Certified Mail)**
c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

**KING & SPALDING LLP**
By: /s/ Livia M. Kiser
Livia M. Kiser
110 N. Wacker Drive, Suite 3800
Chicago, Illinois
Tel: (312) 764-6911
Fax: (312) 995-6330
lkiser@kslaw.com

*Attorney for Walmart, Inc.*