**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE LITIGATION** | **MDL NO. 3089** |

**NOTICE OF WITHDRAWAL OF FILING**

PLEASE TAKE NOTICE that Adam J. Levitt, Counsel for Plaintiffs Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo, hereby requests the withdrawal of Document 35 as it was filed in error.

Date: October 5, 2023                          Respectfully submitted,

                                               */s/ Adam J. Levitt*
                                               Adam J. Levitt
                                               **DICELLO LEVITT LLP**
                                               Ten North Dearborn Street, Sixth Floor
                                               Chicago, Illinois 60602
                                               Telephone: (312) 214-7900
                                               alevitt@dicellolevitt.com

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

## CERTIFICATE OF SERVICE

I, Adam J. Levitt, counsel for Plaintiffs Erin Barton and Sam Gallo, hereby certify that on October 5, 2023, I caused the foregoing Notice of Withdrawal of Appearance and this Certificate of Service to be electronically filed with the Clerks of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further caused this Notice of Withdrawal of Appearance to be served via electronic mail or first-class mail to the following:

**Defendant: Albertsons Companies Inc.**
WINSTON & STRAWN LLP
Amanda L. Groves
Email: agroves@winston.com
333 South Grand Avenue, 38th Floor
Los Angeles, California  90071
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: Amazon.com, Inc.**
K&L GATES LLP
Robert W. Sparkes III
Email: robert.sparkes@klgates.com
1 Congress Street, Suite 2900
Boston, Massachusetts  02114
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: Associated Wholesale Grocers, Inc.**
*Via Certified Mail*

c/o SECRETARY OF STATE
120 SW 10TH AVENUE FIRST FLOOR MEMORIAL HALL,
TOPEKA, KS 66612
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: Bayer Healthcare LLC**
DLA PIPER LLP (US)
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1210 West Peachtree Street, Suite 2800
Atlanta, Georgia  30309
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: CVS Pharmacy, Inc.**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: sara.thompson@gtlaw.com
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: Church & Dwight Co., Inc.**
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: GlaxoSmithKline LLC**
KIRKLAND & ELLIS LLP
Jay P. Lefkowitz
Email: lefkowitz@kirkland.com
601 Lexington Avenue
New York, New York  10022
*D.N.J., No. 2:23-cv-20370-KM; E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: GSK Consumer Healthcare, Inc.**
KIRKLAND & ELLIS LLP

Jay P. Lefkowitz
Email: lefkowitz@kirkland.com
601 Lexington Avenue
New York, New York  10022
*E.D. La., No. 2:23-cv-05273-ILRL*


**Defendant: Johnson & Johnson Consumer Inc.**
O'MELVENY & MYERS LLP
Hannah Chanoine
Email: hchanoine@omm.com
7 Times Square
New York, New York  10036
*D.N.J., No. 3:23-cv-20379-ZNQ; E.D.N.Y., No. 2:23-cv-06825-NGG; E.D.N.Y., No. 2:23-cv-06870; E.D. Cal., No. 2:23-cv-01965-JAC; N.D. Fla., No. 3:23-cv-24250-TKW; N.D. Ill., No. 1:23-cv-13796; C.D. Cal., No. 2:23-cv-07737*


**Defendant: Kenvue Inc.**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801
*D.N.J., No. 2:23-cv-20370-KM; C.D. Cal., No. 2:23-cv-07737; D. Minn., No. 0:23-cv-02862-PJS*


**Defendant: McNeil Consumer Healthcare**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801
*D.N.J., No. 2:23-cv-20370-KM; D. Minn., No. 0:23-cv-02862-PJS; M.D. Florida, No. 2:23-cv-00727-SPC*


**Defendant: Procter & Gamble Company**
COVINGTON & BURLING LLP
Andew Soukup
Email:  asoukup@cov.com
850 10th Street NW
Washington, District of Columbia  20001
*D.N.J., No. 2:23-cv-20370-KM; M.D. Fla., No. 2:23-cv-00727-SPC; E.D.N.Y., No. 2:23-cv-06870; E.D. Cal., No. 2:23-cv-01965-AC; E.D. La., No. 2:23-cv-05273-ILRL; E.D. La., No.*

2:23-cv-05274-JTM; N.D. Fla., No. 3:23-cv-24250-TKW; C.D. Cal., No. 2:23-cv-07737; E.D. La., No. 2:23-cv-05353-EEF

**Defendant: Reckitt Benckiser LLC**
HOGAN LOVELLS US LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Drive, Suite 2000
Baltimore, Maryland  21202
*D.N.J., No. 2:23-cv-20370-KM; E.D. Cal., No. 2:23-cv-01965-AC; C.D. Cal., No. 2:23-cv-07737.*

**Defendant: Rite Aid Corporation**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: sara.thompson@gtlaw.com
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
*E.D. Cal., No. 2:23-cv-01965-AC*

**Defendant: Sanofi-Aventis U.S. LLC**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808
*E.D. Cal., No. 2:23-cv-01965-AC*

**Defendant: Target Corporation**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: sara.thompson@gtlaw.com
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
*E.D. Cal., No. 2:23-cv-01965-AC; E.D. La., No. 2:23-cv-05353-EEF*

**Defendant: Walgreens, Inc.**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: sara.thompson@gtlaw.com
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
*D.N.J., No. 2:23-cv-20370-KM*

**Defendant: Walgreen Co.**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: sara.thompson@gtlaw.com
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
*E.D. Cal., No. 2:23-cv-01965-AC*

**Defendant: Walmart Inc.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*E.D. Cal., No. 2:23-cv-01965-AC*

**Defendant: Valu Merchandisers Co.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
112 SW 7TH STREET SUITE 3C,
TOPEKA, KS 66603
*E.D. La., 2:23-cv-05274-JTM*

Dated: October 5, 2023                    Respectfully submitted,

*/s/ Adam J. Levitt*
Adam J. Levitt
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Telephone:  312-214-7900
alevitt@dicellolevitt.com

*Counsel for Plaintiffs*
*Erin Barton and Sam Gallo*