BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE LITIGATION | MDL No. 3089 |

EXHIBIT A TO WALMART INC.'S
CORPORATE DISCLOSURE STATEMENT

Case Captions:

1. *Adkins, et al. v. Reckitt Benckiser Pharmaceuticals Inc., et al.*, No. 2:23-CV-20743 (D. N.J.);

2. *Benjamin, et al. v. GlaxoSmithKline LLC, et al.*, No. 2:23-cv-03856 (E.D. Pa);

3. *Emmons, et al. v. McNeil Consumer Healthcare, et al.*, No. 2:23-cv-03874 (E.D. Pa);

4. *Fong v. Johnson & Johnson Consumer Inc., et al.*, No. 2:23-cv-02430 (D. Kan);

5. *Holmes v. Walmart Inc., et al.*, No. 5:23-cv-05165-TLB (W.D. Ark.);

6. *Kasparie, et al. v. Bayer HealthCare LLC, et al.*, No. 2:23-cv-03783 (E.D. Pa);

7. *Nelson, et al. v. Kenvue, Inc., et al.*, No. 4:23-cv-04875 (N.D. Cal.);

8. *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965-AC (E.D. Cal.);

9. *Reyes v. Procter & Gamble, et al.*, No. 1:23-cv-00623-DRC (S.D. Ohio);

10. *Walker v. Johnson & Johnson Consumer Company, Inc., et al.*, No. 4:23-cv-00663-FJG (W.D. Mo.); and

11. *Wright v. Johnson & Johnson Consumer Company, Inc., et al.*, No. 5:23-cv-06120-LMC (W.D. Mo.).

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE LITIGATION | MDL No. 3089 |

## PROOF OF SERVICE

This is to certify that the foregoing Corporate Disclosure Statement was served on October 5, 2023, to the following:

**Plaintiffs Kenneth Levi Pack and Min Ji Jung**
Case No. 2:23cv1965 (E.D. Cal.)
**(Via Email)**
SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Andrew D. Bluth
1414 K Street, Suite 470
Sacramento, CA 95814
Email: crodriguez@singletonschreiber.com
Email: abluth@singletonschreiber.com

**Plaintiff Krista Wright**
Case No. 5:23cv6120 (W.D. Mo.)
**(Via Email)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2800 Grand Blvd., Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
Email: jkronawitter@hab-law.com
Email: tfoye@hab-law.com

Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

Thomas P. Cartmell
Tyler W. Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
Email: thudson@wcllp.com

**Plaintiff Heather Fong**
Case No. 2:23cv2430 (D. Kan.)
**(Via Email)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2800 Grand Blvd., Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
Email: jkronawitter@hab-law.com
Email: tfoye@hab-law.com

Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

Thomas P. Cartmell
Tyler W. Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
Email: thudson@wcllp.com

**Plaintiff Michael Walker**
Case No. 4:23cv663 (W.D. Mo.)
**(Via Email)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2800 Grand Blvd., Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
Email: jkronawitter@hab-law.com
Email: tfoye@hab-law.com

Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

Thomas P. Cartmell
Tyler W. Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
Email: thudson@wcllp.com

**Plaintiffs Jordan Nelson and Regina Peralta**
Case No. 4:23cv4875 (N.D. Cal.)
**(Via Email)**
BURSOR & FISHER, P.A.
Sarah N. Westcot
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
E-Mail: swestcot@bursor.com

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
E-Mail: ltfisher@bursor.com

**Plaintiffs Michelle Kasparie and Kimberly James**
Case No. 2:23cv3783 (E.D. Pa.)
**(Via Email)**
BARRACK, RODOS & BACINE

Jeffrey W. Golan
Jeffrey A. Barrack
Andrew J. Heo
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Email: jgolan@barrack.com
Email: jbarrack@barrack.com
Email: aheo@barrack.com

Stephen R. Basser
Samuel M. Ward
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Email: sbasser@barrack.com
Email: sward@barrack.com

EMERSON FIRM, PLLC
John G. Emerson
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Email: jemerson@emersonfirm.com

**Plaintiffs Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, and Tina Haluszka**
Case No. 2:23cv20743 (D.N.J.)
**(Via Email)**
LEVIN SEDRAN & BERMAN
Charles E. Schaffer
Michael M. Weinkowitz
Nicholas J. Elia
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Email: cschaffer@lfsblaw.com
Email: mweinkowitz@lfsblaw.com
Email: nelia@lfsblaw.com

ROBERT PIERCE & ASSOCIATES
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Email: arihn@peircelaw.com

**Plaintiff Jamieka Holmes**
Case No. 5:23cv5165 (W.D. Ark.)
**(Via Email)**

TAYLOR KING LAW
Jacob Dylan White
10 N. Thompson St., Suite B
Springdale, AR 72764
email: jacobwhite@taylorkinglaw.com

POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Paul J. Doolittle
Blake G. Abbott
32 Ann Street
Charleston, SC 29403
Email: roy.willey@poulinwilley.com
Email: paul.doolittle@poulinwilley.com
Email: blake.abbott@poulinwilley.com

**Plaintiff Rebecca Lynn Reyes**
Case No. 1:23cv623 (S.D. Ohio)
**(Via Email)**
KELLER ROHRBACK L.L.P.
Derek W. Loeser
Cari Campen Laufenberg
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Email: dloeser@kellerrohrback.com
Email: claufenberg@kellerrohrback.com

**Plaintiffs Tatiania Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers**
Case No. 2:23cv3856 (E.D. Pa.)
**(Via Email)**
DICELLO LEVITT LLP
Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
Blake Stubbs
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Email: alevitt@dicellolevitt.com
Email: jtangren@dicellolevitt.com
Email: dschwartz@dicellolevitt.com
Email: bstubbs@dicellolevitt.com

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
James E. Cecchi

Donald A. Ecklund
Jordan M. Steele
5 Becker Farm Road
Roseland, New Jersey 07068
Email: jcecchi@carellabyrne.com
Email: decklund@carellabyrne.com
Email: jsteele@carellabyrne.com

SEEGER WEISS LLP
Scott A. George
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
Email: sgeorge@seegerweiss.com

Christopher A. Seeger
David R. Buchanan
Scott A. George
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Email: cseeger@seegerweiss.com
Email: dbuchanan@seegerweiss.com
Email: sgeorge@seegerweiss.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
Paul J. Geller
Stuart A. Davidson
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Email: pgeller@rgrdlaw.com
Email: sdavidson@rgrdlaw.com

**Plaintiffs Kathleen Emmons and Nathan Jackson**
Case No. 2:23cv3874 (E.D. Pa.)
**(Via Email)**
BARRACK, RODOS & BACINE
Jeffrey W. Golan
Jeffrey A. Barrack
Andrew J. Heo
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Email: jgolan@barrack.com
Email: jbarrack@barrack.com
Email: aheo@barrack.com

Stephen R. Basser*
Samuel M. Ward*
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Email: sbasser@barrack.com
Email: sward@barrack.com

EMERSON FIRM, PLLC
John G. Emerson
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Email: jemerson@emersonfirm.com

**Defendant Albertsons Companies, Inc.**
**(Via E-Mail)**
WINSTON & STRAWN LLP
Amanda Groves
333 South Grand Ave.
Los Angeles, CA 90081-1543
AGroves@winston.com

**Defendant Amazon.com, Inc.**
**(Via E-mail)**
K&L GATES LLP
Robert W. Sparkes, III
1 Congress Street, Suite 2900 Boston, MA 02114
Phone: (617) 951-9134
Fax: (617) 261-3175
Email: robert.sparkes@klgates.com

**Defendant Bayer Healthcare LLC, Bayer AG, and other Bayer entities**
**(Via E-mail)**
DLA PIPER LLP (US)
Christopher M. Young
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Email: christopher.young@dlapiper.com

Christopher G. Campbell
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309
Email: christopher.campbell@us.dlapiper.com

**Defendant Church & Dwight Co., Inc.**
**(Via E-Mail)**

PROSKAUER ROSE LLP
Bart H. Williams
Jennifer L. Roche
2029 Century Park East, Suite 2400 Los Angeles, CA 90067
Email: bwilliams@proskauer.com Email: jroche@proskauer.com

Baldassare Vinti
Jeffrey H. Warshafsky
11 Times Square
New York, NY 10036
Email: bvinti@proskauer.com
Email: jwarshafsky@proskauer.com

**Defendant CVS Pharmacy, Inc.**
**(Via Certified Mail)**
c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center 1209 Orange Street Wilmington, DE 19801

**Defendant GlaxoSmithKline Consumer Healthcare Holdings (US) LLC**
(incorrectly sued as "GlaxoSmithKline LLC")
**(Via E-Mail)**
KIRKLAND & ELLIS LLP
Robyn E. Bladow
555 South Flower St., Suite 3700
Los Angeles, CA 90071
Email: rbladow@kirkland.com

**Defendants Johnson & Johnson Consumer Inc.**
(incorrectly sued as "Johnson & Johnson Consumer Companies, Inc."), **Kenvue Inc., and McNeil Consumer Healthcare**
**(Via E-Mail)**
O'MELVENY & MYERS LLP
Amy J. Laurendeau
610 Newport Center Drive, 17th Fl.
Newport Beach, CA 92660
Email: alaurendeau@omm.com

Hannah Y. Chanoine
Times Square Tower
7 Times Square
New York, NY 10036
Email: hchanoine@omm.com

**Defendant Pfizer Inc.**
**(Via E-Mail)**
KIRKLAND & ELLIS

Jay P. Lefkowitz
601 Lexington Avenue
New York, NY 10022
Email: lefkowitz@kirkland.com

**Defendant The Procter & Gamble Company**
**(Via E-Mail)**
COVINGTON & BURLING LLP
Andrew Soukup
One City Center
850 Tenth Street, NW
Washington, DC 20001
Email: asoukup@cov.com

**Defendant Publix Super Markets, Inc.**
**(Via Certified Mail)**
c/o CORPORATE CREATIONS NETWORK, INC.
801 US Highway 1
North Palm Beach, FL 33408

**Defendant RB Health (US) LLC**
(incorrectly sued as "Reckitt Benckiser LLC")
**(Via E-mail)**
HOGAN LOVELLS LLP
Vassi Iliadis
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Email: vassi.iliadis@hoganlovells.com

Lauren S. Colton
100 International Drive, Suite 2000
Baltimore, MD 21202
Email: lauren.colton@hoganlovells.com

**Defendant Rite Aid Corporation**
**(Via Certified Mail)**
c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

**Defendant Sanofi-Aventis U.S. LLC**
**(Via Certified Mail)**
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808

**Defendant Target Corporation**
**(Via Certified Mail)**
c/o CT CORPORATION SYSTEM
1010 Dale St. N.
St. Paul, MN 55117

**Defendant Walgreen Co.**
**(Via Certified Mail)**
c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

 

                                             **KING & SPALDING LLP**
                                             By: /s/ Livia M. Kiser
                                             Livia M. Kiser
                                             110 N. Wacker Drive, Suite 3800
                                             Chicago, Illinois
                                             Tel: (312) 764-6911
                                             Fax: (312) 995-6330
                                             lkiser@kslaw.com

                                             *Attorney for Walmart, Inc.*