**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023 a copy of the foregoing Corrected Notice of Appearance was filed with the Clerk of the Court using the CM/ECF system, which sends notice of the same to all parties. A copy was sent to the following defendants via regular mail:

Kenvue, Inc
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington DE 19801

McNeil Consumer Healthcare
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington DE 19801

Procter & Gamble Company
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus OH 43219

Dated: October 6, 2023                    */s/ Christopher A. Seeger*
                                          Christopher A. Seeger