BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023 a copy of the foregoing Notice of Appearance was filed with the Clerk of the Court using the CM/ECF system, which sends notice of the same to all parties.

Dated: October 6, 2023

*/s/ Christopher A. Seeger*
Christopher A. Seeger