BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: Oral Phenylephrine Marketing and Sales Practices Litigation* | MDL No. 3089 |

| Party Type | Name |
|---|---|
| Plaintiff | Tiffany Travis |
| Plaintiff | Newton's Pharmacy |