BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| *In re: Oral Phenylephrine Marketing and Sales Practices Litigation* | ) ) ) ) | MDL No. 3089 |
|---|---|---|

### SCHEDULE OF ACTIONS

| Style of Case | Case No. | Jurisdiction | Judge |
|---|---|---|---|
| *Travis v. Procter & Gamble Company; Kenvue, Inc.; McNeil Consumer Healthcare; Reckitt & Benckiser LLC; and Glaxosmithkline LLC* | 1:23-cv-00607 | S.D. Ohio | Hon. Matthew W. McFarland |
| *Newton's Pharmacy v. Procter & Gamble Company; Kenvue, Inc.; McNeil Consumer Healthcare; Reckitt & Benckiser LLC; and Glaxosmithkline LLC* | 1:23-cv-00613 | S.D. Ohio | Hon. Douglas R. Cole |