BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: Oral Phenylephrine Marketing and Sales Practices Litigation* )<br>)<br>)<br>) | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2023, a copy of the foregoing document was filed on the Court's CM/ECF system, which sends notice of the same to all parties. I further caused the foregoing to be served on the following in the manner indicated:

**Defendant: GlaxoSmithKline LLC Via Certified Mail**
Corporation Service Company
3366 Riverside Drive, Suite 103
Upper Arlington, OH 43221

**Defendant: Kenvue Inc. Via Certified Mail**
c/o THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

**Defendant: McNeil Consumer Healthcare Via Certified Mail**
c/o THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

**Defendant: Procter & Gamble Company**
COVINGTON & BURLING LLP
Andew Soukup
Email: asoukup@cov.com
850 10th Street NW
Washington, District of Columbia 20001

**Defendant: Reckitt Benckiser LLC**
HOGAN LOVELLS US LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Drive, Suite 2000

Baltimore, MD 21202

*/s/ Alyson S. Beridon*
Alyson S. Beridon