BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## SCHEDULE OF ACTIONS

| Case Title | Case No. | Court | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|
| *Riccio v. Pfizer Inc.* | 1:23-cv-13843 | Northern District of Illinois | Rose Riccio | Pfizer Inc. |
| *De Priest v. Walgreen Co., et al* | 1:23-cv-14060 | Northern District of Illinois | Hannah De Priest, Frizell Johnson, Ruben Varela | Walgreen Co.; Publix Super Markets, Inc.; Kenvue, Inc.; McNeil Consumer Healthcare; Procter & Gamble Company; CVS Pharmacy, Inc.; GlaxoSmithKline LLC |
| *Hsieh v. Reckitt Benckiser LLC, et al* | 1:23-cv-14404 | Northern District of Illinois | James Hsieh, Dominc Rio, Mohanad Abdelkarim, Steven Checchia | Reckitt Benckiser LLC; Kenvue, Inc.; Procter & Gamble Company; GlaxoSmithKline LLC; Johnson & Johnson Consumer Inc.; Walgreen Co.; and CVS Pharmacy |
| *Fong v. Johnson & Johnson Consumer Inc., et al* | 2:23-cv-02430 | District of Kansas | Heather Fong | Johnson & Johnson Consumer Inc.; Kenvue, Inc.; Reckitt Benckiser LLC; Pfizer Inc.; Wal-Mart, Inc.; Wal-Mart Stores East, LP |
| *Coyle v. GlaxoSmithKline, LLC, et al* | 1:23-cv-07311 | Eastern District of New York | John Coyle | GlaxoSmithKline LLC; Johnson & Johnson Consumer Companies, Inc.; Johnson & Johnson Consumer Inc. (f/k/a McNeil-PPC, Inc.); Kenvue Inc.; Reckitt Benckiser LLC |