# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Related Action from JPML

**Date Received: 10/6/2023**

**JPML has been notified of the attached action(s) for potential inclusion in the proposed MDL.**

**Number of Actions: 2**

**Complaints and Docket Sheets are attached.**

*Tiffaney D. Pete*
CLERK OF THE PANEL