BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE MARKETING        MDL No. 3089
SELF PRACTICES LITIGATION

## AMENDED PROOF OF SERVICE

I, Jeff Ostrow, counsel for Plaintiffs Tina Touminen and Mohamad Tlaib, hereby certify that on October 6, 2023, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Appearance to be served via regular mail to the following:

Defendant: Procter & Gamble Company
c/o CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS OH 43219

Defendant: Johnson & Johnson Consumer Inc.
c/o CT CORPORATION SYSTEM
820 Bear Tavern Road
West Trenton, NJ 08628

/s/ Jeff Ostrow
Jeff Ostrow
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
One West Las Olas Blvd.
Suite 500
Ft. Lauderdale, FL 33301
(954) 525-4100
ostrow@kolawyers.com

*Attorneys for Plaintiffs Tina Tuominen and Mohamad Tlaib*