BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

## PROOF OF SERVICE

In compliance with J.P.M.L. R. 4.1(a), I hereby certify that on October 6, 2023 a copy of the foregoing Notice of Appearance and Proof of Service were electronically filed using the CM/ECF system, which constitutes service on registered CM/ECF participants via this Panel's ECF filing system. The Notice of Appearance and Proof of Service have been corrected to reflect the updated MDL title, In re: Oral Phenylephrine Marketing and Sales Practices Litigation, from those previously filed at ECF 67 on October 4, 2023.

The aforementioned corrected documents were also served on October 6, 2023 through the U.S. Postal Service as indicated below, to the following:

**Johnson & Johnson Consumer Inc.,** Defendant in *Yousefzadeh v. Johnson & Johnson Consumer Inc.*, E.D. New York, No. 2:23-cv-06825:

>*Via Certified Mail*
>c/o C T Corporation System
>820 Bear Tavern Road
>West Trenton, NJ 08628

October 6, 2023          By:   */s/ Jason L. Lichtman*

                               Jonathan D. Selbin
                               David Stellings
                               Jason L. Lichtman

2860965.2

Daniel R. Leathers
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592
Email:  jselbin@lchb.com
Email:  dstellings@lchb.com
Email:  jlichtman@lchb.com
Email:  kmcbride@lchb.com
Email:  dleathers@lchb.com

Elizabeth J. Cabraser (*pro hac vice* application pending)
Lexi J. Hazam
Sarah R. London (*pro hac vice* application to be filed)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
Email: ecabraser@lchb.com
Email: lhazam@lchb.com
Email: slondon@lchb.com

Darren T. Kaplan
KAPLAN GORE LLP
1979 Marcus Ave. Ste 210
Lake Success, NY 11042
Telephone: (212) 999-7370, ext. 101
Email:  dkaplan@kaplangore.com

*Counsel for Plaintiff Sandra Yousefzadeh,*
*E.D.N.Y., Case No. 2:23-cv-06825*