**BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: Oral Phenylephrine Marketing and Sales Practices Litigation** | **MDL Docket No. 3089** |

**NOTICE WITHDRAWAL OF FILING**

To the Clerk:

Kindly withdraw the filings at Docket Nos. 70 & 92, which were inadvertently filed with my CM/ECF credentials. Mr. Honik will be filing corrected pleadings of both of the foregoing using his own CM/ECF credentials.

Dated: October 9, 2023

                                                Respectfully submitted,
                                                By: */s/ Conlee S. Whiteley*
                                                Conlee S. Whiteley
                                                Kanner & Whiteley, L.L.C.
                                                701 Camp Street
                                                New Orleans, LA 70130
                                                (504) 524-5777