BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL Docket No. 3089 |

**Notice of Related Action**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, I, Conlee Whiteley, hereby provide notice that the actions listed in the attached Schedule of Related Actions are related to this proceeding.

*Jones v. Reckitt Benckiser Pharmaceuticals, Inc. and Reckitt Benckiser LLC, No. 3:23-cv-04807 (N.D. Cal.)*
*Robert Fichera v. The Procter & Gamble, Associated Wholesale Grocers, Inc. and Valu Merchandisers Co.,* No. 2:23-cv-05274 (E.D. LA.)
*Natalie Juneau v. The Procter & Gamble and GSK Consumer Healthcare, Inc,* No. 2:23-cv-05273 (E.D. LA.)

Dated:  October 9, 2023

Respectfully submitted,
By: */s/ Conlee Whiteley*
Conlee Whiteley
KANNER & WHITELEY, LLC
701 Camp St.
New Orleans, LA 70130
(504)524-5777
c.whiteley@kanner-law.com
*Counsel for Plaintiffs*

1