BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

**In re: Oral Phenylephrine Marketing and Sales Practices Litigation**

MDL-3089

**Schedule of Actions**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Natalie Juneau v. The Procter & Gamble and GSK Consumer Healthcare, Inc. | Eastern District of Louisiana | No. 2:23-cv-05273 | Hon. Ivan L.R. Lamelle |
| Robert Fichera v. The Procter & Gamble, Associated Wholesale Grocers, Inc. and Valu Merchandisers Co. | Eastern District of Louisiana | No. 2:23-cv-05274 | Hon. Jane Triche Milazzo |
| Mari Jones v. Reckitt Benckiser Pharmaceuticals, Inc. and Reckitt Benckiser LLC | Northern District of California | No. 3:23-cv-04807 | Hon. Sallie Kim |