BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL Docket No. 3089 |

**Notice of Related Action**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, I, Ruben Honik, hereby provide notice that the actions listed in the attached Schedule of Related Actions are related to this proceeding.

*Nyanjom v. Reckitt Benckiser Pharmaceuticals, Inc., Reckitt Benckiser LLC, and Bayer Corporation*  No. 2:23-cv-02426 *et al. (D.Kan.)*
*Scoffier v. Reckitt Benckiser Pharmaceuticals Inc. and Reckitt Benckiser LLC No. 2:23-cv-20529 (D.N.J.)*
*Boonparn v. Reckitt Benckiser Pharmaceuticals Inc. and Reckitt Benckiser LLC,* No. 1:23-cv-6936 (E.D.N.Y.)
*Parker v. Bayer Corporation, GSK Consumer Healthcare, Inc. Rite Aid Corporation, and Walgreen Co.,* No. 2:23-cv-03663 (E.D. Pa.)

Dated: October 9, 2023

Respectfully submitted,
By: */s/ Ruben Honik*
Ruben Honik
HONIK LLC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
(267)435-1300
ruben@honiklaw.com
*Counsel for Plaintiffs*

1