**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

## CERTIFICATE OF SERVICE

I, Lauren S. Colton, counsel for Defendant RB Health (US) LLC, incorrectly sued as "RB Health (US), LLC", "Reckitt Benckiser LLC", "Reckitt & Benckiser LLC", "Reckitt Benckiser Pharmaceuticals, Inc.", and/or "Reckitt Benckiser Pharmaceuticals Inc.", hereby certify that on October 10, 2023, I caused the foregoing Notice of Appearance and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Appearance to be served first-class mail to the following:

***Riccio v. Reckitt Benckiser Pharmaceuticals Inc.*, No. 1:23-cv-13879 (N.D. Ill.)**
**Counsel for Plaintiff Rose Riccio**
Via First-Class Mail

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
Erin J. Ruben
eruben@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

PEARSON WARSHAW, LLP
Melissa S. Weiner

Ryan J. Gott
328 Barry Avenue South, Ste 200
Wayzata, Minnesota 55391
mweiner@pwfirm.com
rgott@pwfirm.com

*__Wright v. Johnson & Johnson Consumer Inc., et al.__*, No. 5:23-cv-06120 (W.D. Mo.)
**Counsel for Plaintiff Krista Wright**
Via First-Class Mail

HORN AYLWARD & BANDY, LC
Robert A. Horn
rhorn@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
kgoza@gohonlaw.com
Bradley D. Honnold
bhonnold@gohonlaw.com
9500 Nall Avenue, Suite 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL LLP
Thomas P. Cartmell
tcartmell@wcllp.com
Tyler W. Hudson
thudson@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

*__Boonparn v. Reckitt et al.__*, No. 1:23-cv-06936 (E.D.N.Y.)
**Counsel for Archanatep Boonparn**
Via First-Class Mail

Peter Samberg
psamberg@gmail.com
100 Ardsley Ave. West
P.O. Box 73
Ardsley on Hudson, NY 10503

*__Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.__*, No. 2:23-cv-02426 (D. Kan.)
**Counsel for Harold Nyanjom**

Via First-Class Mail

BARTON AND BUROWS, LLC
Stacy Burrows
stacy@bartonburrows.com
5201 Johnson Drive, Suite 110
Mission, Kansas 66205

***Jones v. Reckitt Benckiser Pharmaceuticals, Inc. et al., No. 3:23-cv-04807 (N.D. Cal.)***
**Counsel for Mari Jones**
Via First-Class Mail

KANNER & WHITELEY
Allan Kanner
a.kanner@kanner-law.com
701 Camp Street
New Orleans, LA 70130

***Fong v. Johnson & Johnson Consumer Inc. et al.***, No. 2:23-cv-02430 (D. Kan.)
**Counsel for Heather Fong**
Via First-Class Mail

HORN AYLWARD & BANDY, LC
Robert Horn
rhorn@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Phone: 913-451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

WAGSTAFF & CARTMELL LLP
Thomas Cartmell
Tyler W. Hudson
4700 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
tcartmell@wellp.com

thudson@wellp.com

***Walker v. Johnson & Johnson Consumer Inc., et al.*, No. 423-cv-00663 (W.D. Mo.)**
**Counsel for Plaintiff Michael Walker**
Via First-Class Mail

HORN, AYLWARD & BANDY, LLC
Robert A. Horn
2600 Grand Boulevard
Suite 1100
Kansas City, MO 64108
rhorn@hab-law.com

GOZA & HONNOLD, LLC
Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Phone: 913-451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

WAGSTAFF & CARTMELL LLP
Thomas Cartmell
Tyler W. Hudson
4700 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
tcartmell@wellp.com
thudson@wellp.com

***Grimsley v. Reckitt Benckiser LLC*, No. 3:23-cv-24588 (N.D. Fla.)**
**Counsel for Darrell Grimsley, Jr.**
Via First-Class Mail

BARON & BUDD, P.C.
Russell W. Budd
rbudd@baronbudd.com
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219

4

***Newton's Pharmacy, Inc. v. Procter and Gamble Company et al.*, No. 1:23-cv-00613 (S.D. Ohio)**
**Counsel for Newton's Pharmacy**
Via First-Class Mail

STREETT LAW FIRM, P.A
James A. Streett
107 West Main Russellville, AR 72801
james@streettlaw.com

***Coyle v. GlaxoSmithKline LLC et al.*, No. 1:23-cv-07311 (E.D.N.Y.)**
**Counsel for John Coyle**
Via First-Class Mail

DOUGLAS & LONDON, P.C.
Gary J. Douglas
gdouglas@douglasandlondon.com
59 Maiden Lane, 6th Floor
New York, NY 10038

***Hsieh et al. v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-14404 (N.D. Ill.)**
**Counsel for James Hsieh, Dominic Rio, Mohanad Abdelkarim, and Steven Checchia**
Via First-Class Mail

TYCKO & ZAVAREEI LLP
Andrea R. Gold
agold@tzlegal.com
200 Pennsylvania Ave. Northwest, Suite 1010
Washington, DC 20006


**_Defendant: Church & Dwight Co., Inc._**
Via First-Class Mail

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628


**_Defendant: Sanofi-Aventis U.S. LLC_**
Via First-Class Mail

c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

**_Defendant: Pfizer Inc._**
Via First-Class Mail

c/o C T CORPORATION SYSTEM
28 Liberty Street
New York, NY 10005

Dated: October 10, 2023

Respectfully submitted,

By: */s/ Lauren S. Colton*
Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

*Counsel for Defendant RB Health (US) LLC*