**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Christopher A. Seeger hereby withdraws his appearance as attorney for Plaintiff Samuel Gallo in the following matter *Barton, et al. v. Reckitt Benckiser LLC, et al.*, D. New Jersey, 2:23-cv-20370-KM-JSA.

Dated: October 10, 2023

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel: 973-639-9100
cseeger@seegerweiss.com