**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | MDL NO. 3089 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023 a copy of the foregoing Withdrawal of Appearance was filed with the Clerk of the Court using the CM/ECF system, which sends notice of the same to all parties.

Dated: October 10, 2023                                    */s/ Christopher A. Seeger*
                                                                                 Christopher A. Seeger