BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

CORRECTED NOTICE OF APPEARANCE:
SHORT CASE CAPTIONS AND PARTIES REPRESENTED

- Barton, et al. v. Reckitt Benckiser LLC, et al, No. 2:23-cv-20370-KM-JSA (D.N.J.)
  Counsel for Plaintiff: Sam Gallo

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE
MARKETING AND SALES PRACTICES
LITIGATION

MDL NO. 3089

## CERTIFICATE OF SERVICE

I, Adam J. Levitt, counsel for Plaintiffs Sam Gallo, hereby certify that on October 10, 2023, I caused the foregoing Corrected Notice of Appearance and this Certificate of Service to be electronically filed with the Clerks of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further caused this Corrected Notice of Appearance to be served via electronic mail or first-class mail to the following:

**Defendant: Albertsons Companies Inc.**
WINSTON & STRAWN LLP
Amanda L. Groves
Email: agroves@winston.com
333 South Grand Avenue, 38th Floor
Los Angeles, California  90071
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: Amazon.com, Inc.**
K&L GATES LLP
Robert W. Sparkes III
Email: robert.sparkes@klgates.com
1 Congress Street, Suite 2900
Boston, Massachusetts  02114
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: Associated Wholesale Grocers, Inc.**
*Via Certified Mail*

c/o SECRETARY OF STATE
120 SW 10TH AVENUE FIRST FLOOR MEMORIAL HALL,
TOPEKA, KS 66612
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: Bayer Healthcare LLC**
DLA PIPER LLP (US)
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1210 West Peachtree Street, Suite 2800
Atlanta, Georgia  30309
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: CVS Pharmacy, Inc.**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: sara.thompson@gtlaw.com
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: Church & Dwight Co., Inc.**
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 BEAR TAVERN ROAD
WEST TRENTON, NJ, 08628
*E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: GlaxoSmithKline LLC**
KIRKLAND & ELLIS LLP
Jay P. Lefkowitz
Email: lefkowitz@kirkland.com
601 Lexington Avenue
New York, New York  10022
*D.N.J., No. 2:23-cv-20370-KM; E.D. Cal., No. 2:23-cv-01965-JAC*

**Defendant: GSK Consumer Healthcare, Inc.**
KIRKLAND & ELLIS LLP

Jay P. Lefkowitz
Email: lefkowitz@kirkland.com
601 Lexington Avenue
New York, New York  10022
*E.D. La., No. 2:23-cv-05273-ILRL*

**Defendant: Johnson & Johnson Consumer Inc.**
O'MELVENY & MYERS LLP
Hannah Chanoine
Email: hchanoine@omm.com
7 Times Square
New York, New York  10036
*D.N.J., No. 3:23-cv-20379-ZNQ; E.D.N.Y., No. 2:23-cv-06825-NGG; E.D.N.Y., No. 2:23-cv-06870; E.D. Cal., No. 2:23-cv-01965-JAC; N.D. Fla., No. 3:23-cv-24250-TKW; N.D. Ill., No. 1:23-cv-13796; C.D. Cal., No. 2:23-cv-07737*

**Defendant: Kenvue Inc.**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801
*D.N.J., No. 2:23-cv-20370-KM; C.D. Cal., No. 2:23-cv-07737; D. Minn., No. 0:23-cv-02862-PJS*

**Defendant: McNeil Consumer Healthcare**
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801
*D.N.J., No. 2:23-cv-20370-KM; D. Minn., No. 0:23-cv-02862-PJS; M.D. Florida, No. 2:23-cv-00727-SPC*

**Defendant: Procter & Gamble Company**
COVINGTON & BURLING LLP
Andew Soukup
Email:  asoukup@cov.com
850 10th Street NW
Washington, District of Columbia  20001
*D.N.J., No. 2:23-cv-20370-KM; M.D. Fla., No. 2:23-cv-00727-SPC; E.D.N.Y., No. 2:23-cv-06870; E.D. Cal., No. 2:23-cv-01965-AC; E.D. La., No. 2:23-cv-05273-ILRL; E.D. La., No.*

2:23-cv-05274-JTM; N.D. Fla., No. 3:23-cv-24250-TKW; C.D. Cal., No. 2:23-cv-07737; E.D. La., No. 2:23-cv-05353-EEF

**Defendant: Reckitt Benckiser LLC**
HOGAN LOVELLS US LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Drive, Suite 2000
Baltimore, Maryland  21202
*D.N.J., No. 2:23-cv-20370-KM; E.D. Cal., No. 2:23-cv-01965-AC; C.D. Cal., No. 2:23-cv-07737.*

**Defendant: Rite Aid Corporation**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: sara.thompson@gtlaw.com
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
*E.D. Cal., No. 2:23-cv-01965-AC*

**Defendant: Sanofi-Aventis U.S. LLC**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808
*E.D. Cal., No. 2:23-cv-01965-AC*

**Defendant: Target Corporation**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: sara.thompson@gtlaw.com
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
*E.D. Cal., No. 2:23-cv-01965-AC; E.D. La., No. 2:23-cv-05353-EEF*

**Defendant: Walgreens, Inc.**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: sara.thompson@gtlaw.com
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
*D.N.J., No. 2:23-cv-20370-KM*

**Defendant: Walgreen Co.**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: sara.thompson@gtlaw.com
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
*E.D. Cal., No. 2:23-cv-01965-AC*

**Defendant: Walmart Inc.**
KING & SPALDING LLP
Livia M. Kiser
Email: lkiser@kslaw.com
110 North Wacker Drive, Suite 3800
Chicago, Illinois  60606
*E.D. Cal., No. 2:23-cv-01965-AC*

**Defendant: Valu Merchandisers Co.**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
112 SW 7TH STREET SUITE 3C,
TOPEKA, KS 66603
*E.D. La., 2:23-cv-05274-JTM*

| | |
|---|---|
| Dated: October 10, 2023 | Respectfully submitted,<br><br>*/s/ Adam J. Levitt*<br>Adam J. Levitt<br>**DICELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois  60602<br>Telephone:  312-214-7900<br>alevitt@dicellolevitt.com<br><br>*Counsel for Plaintiff*<br>*Sam Gallo* |