**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | MDL NO. 3089 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023 a copy of the foregoing Notice of Appearance was filed with the Clerk of the Court using the CM/ECF system, which sends notice of the same to all parties.

Dated: October 10, 2023                      */s/ Christopher A. Seeger*
                                                                               Christopher A. Seeger