**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| |
|---|
| **IN RE ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** |

**MDL No. 3089**

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Defendants Walmart Inc., The Procter & Gamble Company, Bayer Healthcare, LLC, Amazon.com, Inc., RB Health (US) LLC, Albertsons Companies, Inc., Target Corporation, Rite Aid Corporation, CVS Pharmacy, Inc., Walgreen Co., Walgreens Boots Alliance, Inc., Kenvue Inc., Haleon US Capital LLC, GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, GSK Consumer Healthcare, Inc., GlaxoSmithKline LLC, and Pfizer Inc. jointly move for a two-week extension of the deadline to respond to the Motion for Transfer filed by Plaintiffs Erin Barton, Sam Gallo, Kimberly Buscaglia, and Francis Catanese ("Plaintiffs"). Counsel for Defendant Walmart Inc. conferred with Plaintiffs' counsel who do not oppose the requested extension.

On September 20, 2023, the Panel set a briefing schedule including the following deadlines: Responses to the Motion for Transfer due on or before October 11, 2023; and Reply, if any, due on or before October 18, 2023. (Dkt. No. 4). The Panel will not sit again until November30, 2023, and as this matter has not yet been listed for argument, it is not clear whether it will be considered in November or later.

Defendants request a *two-week extension* of the briefing schedule, which would make Responses to the Motion for Transfer due on or before *October 25, 2023*, and Reply, if any, due on or before *November 1, 2023*. Defendants respectfully suggest this brief extension should have

no impact on any party's or the Panel's ability to prepare for argument. The bases for the requested extension are as follows:

1.     The Motion seeks to transfer 13 putative consumer fraud class actions (listed in Plaintiffs' accompanying Schedule of Actions), as well as "subsequent tag-along actions" to the United States District Court for the District of New Jersey for coordination and pretrial proceedings. The first-filed of the listed actions was filed as recently as September 2023 and service has not yet been fully effectuated as to many defendants and cases. Further, several defendants remain named in only a handful of actions.

2.     Recognizing the very early stage of these proceedings and this developing landscape, Defendants are seeking to consolidate views into a single response paper, which will be easier and more efficient for the Panel and Plaintiffs than having each Defendant provide its own views separately. In the meantime, no Defendant has yet answered, moved to dismiss, or otherwise filed any substantive respond to any complaint.

3.     Under these circumstances, Defendants and interested parties, including any plaintiffs who may seek to respond to the Motion for Transfer and any current or future defendants who are not parties to this motion, reasonably need additional time to analyze and evaluate the myriad issues raised by the Motion for Transfer.

4.     This two-week extension of dates will not result in any prejudice to Plaintiffs or, Defendants respectfully submit, unduly burden the Panel. The Motion for Transfer will not be heard by the Panel before the November 30 sitting, and perhaps not until 2024, and, under Defendants' proposed extended schedule, all briefing will be completed approximately one month before the November 30 panel sitting.

WHEREFORE, Defendants respectfully request that the Panel grant the requested extensions of time for all parties to respond and reply to the Motion for Transfer.

Dated:  October 10, 2023

By: /s/  Livia M. Kiser

Livia M. Kiser
KING & SPALDING, LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone:  (312) 764-6911
Facsimile: (312) 995-6330
Email: lkiser@kslaw.com

*Counsel for Walmart Inc.*

By: /s/ Andrew Soukup

Andrew Soukup
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-5066
Facsimile: (202) 778-5066
Email: asoukup@cov.com

*Counsel for The Procter & Gamble Company*

By: /s/ Christopher G. Campbell

Christopher G. Campbell
DLA PIPER LLP (US)
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 736-7808
Facsimile: (404) 682-7800
Email: christopher.campbell@us.dlapiper.com

*Counsel for Bayer Healthcare, LLC*

By: /s/ Robert W. Sparkes

Robert W. Sparkes, III
K&L GATES LLP
1 Congress St., Suite 2900
Boston, MA 02114
Telephone: (617) 951-9134
Facsimile: (617) 261-3175
Email: robert.sparkes@klgates.com

*Counsel for Amazon.com, Inc.*

By: /s/ Lauren S. Colton

Lauren S. Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, Maryland 21202

Telephone: (410) 659-2733
Facsimile: (410) 659-2701
Email: lauren.colton@hoganlovells.com

*Counsel for RB Health (US) LLC*

By: /s/ Amanda L. Groves
Amanda L. Groves
WINSTON & STRAWN LLP
333 South Grand Ave.
Lose Angeles, CA 90071
Telephone: (312) 615-1700
Facsimile: (213) 615-1750
Email: agroves@winston.com

*Counsel for Albertsons Companies, Inc.*

By: /s/ Sara K. Thompson
Sara K. Thompson
GREENBERG TRAURIG, LLP
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2392
Facsimile: (678) 553-2393
Email: sarah.thompson@gtlw.com

*Counsel for Target Corporation, Rite Aid
Corporation, CVS Pharmacy, Inc., Walgreen Co.,
and (improperly named) Walgreens Boots Alliance,
Inc.*

By: /s/ Hannah Chanoine
Hanna Chanoine
O'MELVENY & MEYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2128
Facsimile: (212) 326-2061
Email: hchanoine@omm.com

*Counsel for Kenvue Inc.*

By: /s/ Jay P. Lefkowitz
Jay P. Lefkowitz
KIRKLAND & ELLIS
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4970
Facsimile: (212) 446-4900
Email: lefkowitz@kirkland.com

*Counsel for Haleon US Capital LLC,
GlaxoSmithKline Consumer Healthcare Holdings
(US) LLC, and (improperly named) GSK Consumer
Healthcare, Inc., GlaxoSmithKline LLC and Pfizer
Inc.*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

## PROOF OF SERVICE

I hereby certify that on October 10, 2023, I caused a copy of the foregoing Unopposed Motion for Extension of Time and this Proof of Service to be filed with the Court's CM/ECF system, which sends a service copy to all counsel in the action at their associated email addresses.

In addition, on October 10, 2023, I caused true and correct copies of those filings to be served by email or First Class U.S. Mail on all persons on the attached list.

Dated:  October 10, 2023

**KING & SPALDING, LLP**

By: /s/ Livia M. Kiser
Livia M. Kiser
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone:  312.764.6911
Facsimile: 312.995.6330
Email: lkiser@kslaw.com

*Counsel for Walmart Inc.*

## Parties and Counsel

**Plaintiff Krista Wright**
Case No. 5:23cv6120 (W.D. Mo.)
**(Via Email)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2800 Grand Blvd., Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
Email: jkronawitter@hab-law.com
Email: tfoye@hab-law.com

Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

Thomas P. Cartmell
Tyler W. Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
Email: thudson@wcllp.com

**Plaintiff Heather Fong**
Case No. 2:23cv2430 (D. Kan.)
**(Via Email)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2800 Grand Blvd., Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
Email: jkronawitter@hab-law.com
Email: tfoye@hab-law.com

Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC

9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

Thomas P. Cartmell
Tyler W. Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
Email: thudson@wcllp.com

**Plaintiff Michael Walker**
Case No. 4:23cv663 (W.D. Mo.)
**(Via Email)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2800 Grand Blvd., Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
Email: jkronawitter@hab-law.com
Email: tfoye@hab-law.com

Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

Thomas P. Cartmell
Tyler W. Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
Email: thudson@wcllp.com

**Plaintiffs Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, and Tina Haluszka**
Case No. 2:23cv20743 (D.N.J.)
**(Via Email)**
LEVIN SEDRAN & BERMAN
Charles E. Schaffer

Michael M. Weinkowitz
Nicholas J. Elia
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Email: cschaffer@lfsblaw.com
Email: mweinkowitz@lfsblaw.com
Email: nelia@lfsblaw.com

ROBERT PEIRCE & ASSOCIATES
D. Aaron Rihn
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Email: arihn@peircelaw.com

**Defendant Church & Dwight Co., Inc.**
**(Via E-Mail)**
PROSKAUER ROSE LLP
Bart H. Williams
Jennifer L. Roche
2029 Century Park East, Suite 2400 Los Angeles, CA 90067
Email: bwilliams@proskauer.com Email: jroche@proskauer.com

Baldassare Vinti
Jeffrey H. Warshafsky
11 Times Square
New York, NY 10036
Email: bvinti@proskauer.com
Email: jwarshafsky@proskauer.com

**Defendant Dierbergs Markets, Inc.**
**(via Certified Mail)**
Robert J. Dierberg
16690 Swingley Ridge Road
Chesterfield, MO 63017

**Defendant The Kroger Company**
**(Via Certified Mail)**
c/o CSC Lawyers Incorporating Service
2710 Gateway Oaks Dr.
Sacramento, CA 95833

**Defendant Perrigo Co.**
**(Via Certified Mail)**
c/o CSC Lawyers Incorporating Service
2710 Gateway Oaks Dr.
Sacramento, CA 95833

**Defendant Price Chopper Foods, Incorporated**

**(Via Certified Mail)**
Twyla Ramsey
3401 W Hwy
Thayer, MO 65791-9379

**Defendant Publix Super Markets, Inc.**
**(Via Certified Mail)**
c/o CORPORATE CREATIONS NETWORK, INC.
801 US Highway 1
North Palm Beach, FL 33408

**Defendant Sanofi-Aventis U.S. LLC**
**(Via Certified Mail)**
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808