**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

**PLAINTIFF CODY MORGAN'S NOTICE OF RELATED ACTION**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Cody Morgan hereby provides notice that the action listed in the attached Schedule of Related Action is related to this proceedings.

Dated  October 10, 2023

By: /s/ Kiley L. Grombacher, Esq.
Kiley L. Grombacher, Esq. (Ca Bar No. 245960)
**BRADLEY/GROMBACHER, LLP**
(*Pro Hac Vice* forthcoming)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
T: 805-270-7100
F: 805-270-7589
kgrombacher@bradleygrombacher.com

/s/ Michael A. Burns
Michael A. Burns
Florida State Bar. No. 0973130
**BURNS LAW LLC**
362 Gulf Breeze Parkway #294
Gulf Breeze, FL 32561
T: 850-572-9187
mike@maburns.com

/s/ Michael A. Sacchet
Michael A. Sacchet (MN #0395817)
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
T: 612-361-8220
F: 612-314-4760
mas@ciresiconlin.com