BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |
|---|---|

## PLAINTIFF'S SCHEDULE OF ACTIONS

| CAPTION AND PARTIES | DISTRICT /DIVISION | CASE NUMBER | JUDGE |
|---|---|---|---|
| *Cody Morgan v. Proctor & Gamble* | N.D. Fl. | 3:23-cv-24628-MCR-ZCB | M. Casey Rodgers |