**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL NO. 3089** |

## PROOF OF SERVICE

We hereby certify that a copy of the foregoing Notice of Related Action and this Proof of Service were served by U.S. Certified Mail or electronic mail (as indicated below) on October 10, 2023, to the following:

**Defendant: Johnson & Johnson Consumer Inc.**
*Via ECF*
Hannah Y. Chanoine
O'Melveny & Meyers LLP
7 Times Square
New York, NY 10036
T: 212-326-2128
F: 212-326-2061
Email: hchanoine@omm.com
*D. New Jersey, No. 3:23-cv-20379-ZNQ; E.D. New York, No. 2:23-cv-06825-NGG; E.D. New York, No. 2:23-cv-06870; E.D. California, No. 2:23-cv-01965-JAC; N.D. Florida, No. 3:23- cv-24250-TKW; N.D. Illinois, No. 1:23-cv-13796; C.D. California, No. 2:23-cv-07737*

**Defendant: Procter & Gamble Company**
Andrew Soukup
*Via ECF*
850 10th St. NW
Washington, DC 20001
T: 202-662-5066
F: 202-778-5066
Email: asoukup@cov.com
*D. New Jersey, No. 2:23-cv-20370-KM; E.D. Louisiana, No. 2:23-cv-05273-ILRL;*

**Defendant: Kenvue Inc.**
*Via Certified Mail*
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST WILMINGTON, DE 19801
*D. New Jersey, No. 2:23-cv-20370-KM; C.D. California, No. 2:23-cv-07737; D. Minnesota, No. 0:23-cv-02862-PJS*

14

**Defendant: McNeil Consumer Healthcare**
*Via Certified Mail*
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801
*D. New Jersey, No. 2:23-cv-20370-KM; D. Minnesota, No. 0:23-cv-02862-PJS; M.D. Florida, No. 2:23-cv-00727-SPC*

**Defendant: Reckitt Benckiser LLC**
*Via ECF*
Lauren S Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
T: 410-659-2733
F: 410-659-2701
Email: lauren.colton@hoganlovells.com
*D. New Jersey, No. 2:23-cv-20370-KM; E.D. California, No. 2:23-cv-01965-AC; C.D. California, No. 2:23-cv-07737*

**Defendant: Target Corporation**
*Via ECF*
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
T: 678-553-2392
F: 678-553-2393
Sara.Thompson@gtlaw.com

Dated: October 10, 2023         By: /s/ Kiley L. Grombacher, Esq.
                                    Kiley L. Grombacher, Esq. (Ca Bar No. 245960)
                                    **BRADLEY/GROMBACHER, LLP**
                                    (*Pro Hac Vice*
                                    forthcoming) 31365 Oak
                                    Crest Drive, Suite 240
                                    Westlake Village, California
                                    91361 T: 805-270-7100
                                    F: 805-270-7589
                                    kgrombacher@bradleygrombacher.com

                                    /s/ Michael A.
                                    Burns Michael
                                    A. Burns
                                    Florida State Bar. No. 0973130
                                    **BURNS LAW LLC**
                                    362 Gulf Breeze
                                    Parkway #294 Gulf

14

Breeze, FL 32561
T: 850-572-9187
mike@maburns.com


/s/ Michael A. Sacchet
Michael A. Sacchet (MN #0395817)
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
T: 612-361-8220
F: 612-314-4760
mas@ciresiconlin.com