**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

**NOTICE OF ERRATA**

Please take notice that the exhibit filed in connection with Plaintiff Cody Morgan's Notice of Related Case (ECF No. 137) was missing the docket for the related case.

Attached hereto as Exhibit A is the docket and Complaint for the related case.

Dated: October 11, 2023

By: /s/ Kiley L. Grombacher, Esq.
Kiley L. Grombacher, Esq. (Ca Bar No. 245960)
**BRADLEY/GROMBACHER, LLP**
(*Pro Hac Vice* forthcoming) 31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361 T: 805-270-7100
F: 805-270-7589
kgrombacher@bradleygrombacher.com

/s/ Michael A. Burns
Michael A. Burns
Florida State Bar. No. 0973130
**BURNS LAW LLC**
362 Gulf Breeze Parkway #294 Gulf Breeze, FL 32561
T: 850-572-9187
mike@maburns.com

/s/ Michael A. Sacchet
Michael A. Sacchet (MN #0395817)
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
T: 612-361-8220
F: 612-314-4760
mas@ciresiconlin.com