BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

### PROOF OF SERVICE

We hereby certify that a copy of the foregoing Notice of Appearance was served by U.S. Certified Mail or electronic mail (as indicated below) on October 11, 2023, to the following:

**Defendant: Johnson & Johnson Consumer Inc.**
*Via ECF*
Hannah Y. Chanoine
O'Melveny & Meyers LLP
7 Times Square
New York, NY 10036
T: 212-326-2128
F: 212-326-2061
Email: hchanoine@omm.com
*N.D. Florida, No. 3:23-cv-24628-MCR-ZCB*

**Defendant: Procter & Gamble Company**
Andrew Soukup
*Via ECF*
850 10th St. NW
Washington, DC 20001
T: 202-662-5066
F: 202-778-5066
Email: asoukup@cov.com
*N.D. Florida, No. 3:23-cv-24628-MCR-ZCB*

**Defendant: Kenvue Inc.**
*Via Certified Mail*
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST WILMINGTON, DE 19801
*N.D. Florida, No. 3:23-cv-24628-MCR-ZCB*

14

**Defendant: McNeil Consumer Healthcare**
*Via Certified Mail*
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801
*N.D. Florida, No. 3:23-cv-24628-MCR-ZCB*

**Defendant: Reckitt Benckiser LLC**
*Via ECF*
Lauren S Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
T: 410-659-2733
F: 410-659-2701
Email:  lauren.colton@hoganlovells.com
*N.D. Florida, No. 3:23-cv-24628-MCR-ZCB*

**Defendant: Target Corporation**
*Via Certified Mail*
c/o C T Corporation System 1010
Dale St N
St Paul, MN 55117–5603
*N.D. Florida, No. 3:23-cv-24628-MCR-ZCB*

Dated: October 11, 2023        By: /s/ Kiley L. Grombacher, Esq.
                                   Kiley L. Grombacher, Esq. (Ca Bar No. 245960)
                                   **BRADLEY/GROMBACHER, LLP**
                                   (*Pro Hac Vice*
                                   forthcoming) 31365 Oak
                                   Crest Drive, Suite 240
                                   Westlake Village, California
                                   91361 T: 805-270-7100
                                   F: 805-270-7589
                                   kgrombacher@bradleygrombacher.com

                                   /s/ Michael A.
                                   Burns Michael
                                   A. Burns
                                   Florida State Bar. No. 0973130
                                   **BURNS LAW LLC**
                                   362 Gulf Breeze
                                   Parkway #294 Gulf
                                   Breeze, FL 32561
                                   T: 850-572-9187
                                   mike@maburns.com

14

/s/ Michael A. Sacchet
Michael A. Sacchet (MN #0395817)
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
T: 612-361-8220
F: 612-314-4760
mas@ciresiconlin.com