BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |
|---|---|

**PLAINTIFF'S SCHEDULE OF ACTIONS**

| CAPTION AND PARTIES | DISTRICT /DIVISION | CASE NUMBER | JUDGE |
|---|---|---|---|
| *Sandra Yousefzadeh v. Johnson & Johnson Consumer Inc.* | E.D.N.Y. | No. 2:23-cv-06825 | Hon. Nicholas G. Garaufis |

2864626.2