BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

## PROOF OF SERVICE

In compliance with J.P.M.L. R. 4.1(a), I hereby certify that on October 11, 2023 a copy of the foregoing Interested Party Response of Plaintiff Yousefzadeh, Schedule of Actions, and Proof of Service were electronically filed using the CM/ECF system, which constitutes service on registered CM/ECF participants via this Panel's ECF filing system. The aforementioned documents were also served on October 11, 2023 through the U.S. Postal Service as indicated below, to the following:

**Johnson & Johnson Consumer Inc.,** Defendant in *Yousefzadeh v. Johnson & Johnson Consumer Inc.*, E.D. New York, No. 2:23-cv-06825:

*Via Certified Mail*
c/o C T Corporation System
820 Bear Tavern Road
West Trenton, NJ 08628

October 11, 2023         By:   */s/   Jason L. Lichtman*

                                         Jonathan D. Selbin
                                         Jason L. Lichtman
                                         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                         250 Hudson Street, 8th Floor
                                         New York, NY 10013
                                         212.355.9500
                                         jselbin@lchb.com
                                         jlichtman@lchb.com

2864627.3

Darren T. Kaplan
KAPLAN GORE LLP
1979 Marcus Ave. Ste 210
Lake Success, NY 11042
212.999.7370
dkaplan@kaplangore.com

*Counsel for Plaintiff Sandra Yousefzadeh, E.D.N.Y.*, No. 2:23-cv-6825