BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## NOTICE OF RELATED ACTIONS

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Defendant Walmart Inc. writes to notify the Panel of the following related actions: *Emmons, et al. v. McNeil Consumer Healthcare, et al.*, No. 2:23-cv-03874 (E.D. Pa) and *Holmes v. Walmart Inc.*, No. 5:23-cv-05165-TLB (W.D. Ark.). The complaints and docket sheets are attached as Exhibit A.

Dated:  October 11, 2023

By: /s/ Livia M. Kiser
Livia M. Kiser
KING & SPALDING, LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6911
Facsimile: (312) 995-6330
Email: lkiser@kslaw.com