**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**Notice of Related Actions**

**Schedule of Actions**

1. *Emmons, et al. v. McNeil Consumer Healthcare, et al.*, No. 2:23cv03874 (E.D. Pa.); and

2. *Holmes v. Walmart, Inc.*, No. 5:23cv05165 (W.D. Ark.).