**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## PROOF OF SERVICE

I hereby certify that on October 11, 2023, I caused a copy of the foregoing Notice of Related Cases and this Proof of Service to be filed with the Court's CN/ECF system, which sends a service copy to all counsel in the action at their associated email addresses.

In addition, on October 11, 2023, I caused true and correct copies of those filings to be served by email or First Class U.S. Mail on all persons on the attached list.

Dated: October 11, 2023

By: /s/ Livia M. Kiser
Livia M. Kiser
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, Illinois
Tel: (312) 764-6911
Fax: (312) 995-6330
lkiser@kslaw.com

*Attorney for Walmart, Inc.*

**Parties and Counsel**

**Plaintiff Krista Wright**
Case No. 5:23cv6120 (W.D. Mo.)
**(Via Email)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2800 Grand Blvd., Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
Email: jkronawitter@hab-law.com
Email: tfoye@hab-law.com

Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

Thomas P. Cartmell
Tyler W. Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
Email: thudson@wcllp.com

**Plaintiff Heather Fong**
Case No. 2:23cv2430 (D. Kan.)
**(Via Email)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2800 Grand Blvd., Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
Email: jkronawitter@hab-law.com
Email: tfoye@hab-law.com

Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC

9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

Thomas P. Cartmell
Tyler W. Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
Email: thudson@wcllp.com

**Plaintiff Michael Walker**
Case No. 4:23cv663 (W.D. Mo.)
**(Via Email)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2800 Grand Blvd., Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
Email: jkronawitter@hab-law.com
Email: tfoye@hab-law.com

Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

Thomas P. Cartmell
Tyler W. Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
Email: thudson@wcllp.com

**Defendant Church & Dwight Co., Inc.**
**(Via E-Mail)**
PROSKAUER ROSE LLP
Bart H. Williams

Jennifer L. Roche
2029 Century Park East, Suite 2400 Los Angeles, CA 90067
Email: bwilliams@proskauer.com Email: jroche@proskauer.com

Baldassare Vinti
Jeffrey H. Warshafsky
11 Times Square
New York, NY 10036
Email: bvinti@proskauer.com
Email: jwarshafsky@proskauer.com

**Defendant Diersbergs Markets, Inc.**
**(Via Certified Mail)**
Robert J. Dierberg
16690 Swingley Ridge Road
Chesterfield, MO 63017

**Defendant The Kroger Company**
**(Via E-Mail)**
c/o CSC Lawyers Incorporating Service
2710 Gateway Oaks Dr.
Sacramento, CA 95833

**Defendant The Perrigo Co.**
c/o CSC Lawyers Incorporating Service
2710 Gateway Oaks Dr.
Sacramento, CA 95833

**Defendant Price Chopper Foods, Incorporated**
Twyla Ramsey
3401 W Hwy
Thayer, MO 65791-9379

**Defendant Publix Super Markets, Inc.**
**(Via Certified Mail)**
c/o CORPORATE CREATIONS NETWORK, INC.
801 US Highway 1
North Palm Beach, FL 33408

**Defendant Sanofi-Aventis U.S. LLC**
**(Via Certified Mail)**
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808