BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

NOTICE OF APPEARANCE:
SHORT CASE CAPTIONS AND PARTIES REPRESENTED[1]

- *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965 (E.D. Cal.)
    - o   Party Represented: GlaxoSmithKline Consumer Healthcare Holdings (US) LLC (substituted for GlaxoSmithKline LLC)

- *Nelson, et al v. Kenvue, Inc., et al*, 4:23-cv-04875 (N.D. Cal.)
    - o   Party Represented: Haleon US Capital LLC, GSK Plc

- *Riccio v. Pfizer Inc.*, 1:23-cv-13843 (N.D. Ill.)
    - o   Party Represented: Pfizer Inc.

- *De Priest v. Walgreen Co., et al*, 1:23-cv-14060 (N.D. Ill.)
    - o   Party Represented: GlaxoSmithKline LLC

- *Hsieh v. Reckitt Benckiser LLC, et al*, 1:23-cv-14404 (N.D. Ill.)
    - o   Party Represented: GlaxoSmithKline LLC

- *Fong v. Johnson & Johnson Consumer Inc., et al*, 2:23-cv-02430 (D. Kan.)
    - o   Party Represented: Pfizer Inc.

- *Juneau v. The Procter & Gamble Co., et al*, 2:23-cv-05273 (E.D. La.)
    - o   Party Represented: GSK Consumer Healthcare, Inc.

- *Barton v. Reckitt Benckiser LLC, et al*, 2:23-cv-20370 (D.N.J.)
    - o   Party Represented: GlaxoSmithKline LLC

- *Rourk v. Haleon, Plc*, 3:23-cv-20478 (D.N.J.)
    - o   Party Represented: Haleon, Plc

---

[1] Counsel appears for GlaxoSmithKline Consumer Healthcare Holdings (US) LLC and Haleon US Capital LLC, and on behalf of improperly-named defendants GlaxoSmithKline Consumer Healthcare, Inc. (which does not exist), GlaxoSmithKline LLC and Pfizer Inc. This schedule also identifies actions in which foreign entities GSK plc and Haleon plc have been named as defendants, although these entities are not properly served nor subject to jurisdiction in US courts. By listing any matter herein, no party waives any jurisdictional defense or proper service of process.

- *Coyle v. GlaxoSmithKline, LLC, et al*, No. 1:23-cv-07311 (E.D.N.Y.)
    - Party Represented: GlaxoSmithKline LLC

- *Travis v. Procter & Gamble Company, et al*, No. 1:23-cv-00607 (S.D. Ohio)
    - Party Represented: GlaxoSmithKline LLC

- *Parker v. Bayer Corp.*, 2:23-cv-03663 (E.D. Pa.)
    - Party Represented: GSK Consumer Healthcare, Inc.

- *Kasparie v. Bayer Healthcare LLC*, 2:23-cv-03783 (E.D. Pa.)
    - Party Represented: GlaxoSmithKline LLC

- *Benjamin v. GlaxoSmithKline LLC*, 2:23-cv-03856 (E.D. Pa.)
    - Party Represented: GlaxoSmithKline LLC