<u>**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**</u>

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**CERTIFICATE OF SERVICE**

I, Jay P. Lefkowitz, counsel for Defendants GlaxoSmithKline Consumer Healthcare Holdings (US) LLC and Haleon US Capital LLC[1], hereby certify that on October 11, 2023, I caused the foregoing Notice of Appearance and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Appearance to be served via electronic mail or first-class mail to the following:

***Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965 (E.D. Cal.)**
SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Email: crodriguez@singletonschreiber.com
Andrew D. Bluth
E-Mail: abluth@singletonschreiber.com
1414 K Street, Suite 470 Sacramento, California 95814
    **Counsel for Plaintiffs: Kenneth Levi Pack and Min Ji Jung**

***Nelson, et al v. Kenvue, Inc., et al*, 4:23-cv-04875 (N.D. Cal.)**
BURSOR & FISHER, P.A.
Sarah N. Westcot
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800

---

[1] Counsel represents GlaxoSmithKline Consumer Healthcare Holdings (US) LLC and Haleon US Capital LLC, and appears on behalf of improperly-named defendants GlaxoSmithKline Consumer Healthcare, Inc. (which does not exist), GlaxoSmithKline LLC and Pfizer Inc.

E-Mail: swestcot@bursor.com

L. Timothy Fisher
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
E-Mail: ltfisher@bursor.com
   **Counsel for Plaintiff: Jordan Nelson and Regina Peralta**

### *Riccio v. Pfizer Inc.*, 1:23-cv-13843 (N.D. Ill.)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Email: gklinger@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Email: nsuciu@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
900 W. Morgan Street
Raleigh, NC 27603
Email: eruben@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
405 E 50th Street
New York, NY 10022
Email: hbryson@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
900 W. Morgan Street
Raleigh, NC 27603
Email: kamelchenko@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
Email: jmintz@milberg.com

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Jonathan M. Streisfeld

Kristen Lake Cardoso
Daniel Tropin
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Email:  ostrow@kolawyers.com
           streisfeld@kolawyers.com
           cardoso@kolawyers.com

PEARSON WARSHAW, LLP
Melissa S. Weiner
Ryan J. Gott
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391
Email:  mweiner@pwfirm.com
           rgott@pwfirm.com
           **Counsel for Plaintiff: Rose Riccio**

***De Priest v. Walgreen Co., et al*, 1:23-cv-14060 (N.D. Ill.)**
DICELLO LEVITT LLP
Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
Blake Stubbs
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Email: alevitt@dicellolevitt.com
           jtangren@dicellolevitt.com
           dschwartz@dicellolevitt.com
           bstubbs@dicellolevitt.com

SEEGER WEISS LLP
Christopher A. Seeger
David R. Buchanan
Scott A. George
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Email: cseeger@seegerweiss.com
           dbuchanan@seegerweiss.com
           sgeorge@seegerweiss.com

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
5 Becker Farm Road
Roseland, New Jersey 07068
Email: jcecchi@carellabyrne.com
           decklund@carellabyrne.com
           jsteele@carellabyrne.com

3

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
Stuart A. Davidson
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Email: pgeller@rgrdlaw.com
      sdavidson@rgrdlaw.com
    **Counsel for Plaintiffs: Hannah De Priest, Frizell Johnson, and Ruben Varela**

*Hsieh v. Reckitt Benckiser LLC, et al*, **1:23-cv-14404 (N.D. Ill.)**
TYCKO & ZAVAREEI LLP
Andrea R. Gold
Hassan A. Zavareei
Leora Friedman
2000 Pennsylvania Avenue, Northwest, Suite 1010
Washington, District of Columbia 20006
Email: agold@tzlegal.com
      hzavareei@tzlegal.com
      lfriedman@tzlegal.com
    **Counsel for Plaintiffs: James Hsieh, Dominic Rio, Mohanad Abdelkarim, and Steven Checchia**

*Fong v. Johnson & Johnson Consumer Inc., et al*, **2:23-cv-02430 (D. Kan.)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
      jkronawitter@hab-law.com
      tfoye@hab-law.com

GOZA & HONNOLD, LLC
Kirk J. Goza
Bradley D. Honnold
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com
      bhonnold@gohonlaw.com

WAGSTAFF & CARTMELL LLP
Thomas P. Cartmell
Tyler W. Hudson
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com

thudson@wcllp.com
**Counsel for Plaintiff: Heather Fong**

***Juneau v. The Procter & Gamble Company, et al.*, No. 2:23-cv-05273 (E.D. La.)**
KANNER & WHITELEY L.L.C.
Conlee S. Whiteley
701 Camp Street
New Orleans, LA 70130
Email: c.whiteley@kanner-law.com

BIZER & DEREUS
Andrew D. Bizer
3319 St. Claude Ave.
New Orleans, LA 70117
Email: andrew@bizerlaw.com

HONIK LLC
Ruben Honik
David J. Stanoch
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Email: ruben@honiklaw.com
　　　david@honiklaw.com
**Counsel for Plaintiff: Natalie Juneau**

***Barton, et al. v. Reckitt Benckiser LLC, et al.*, No 2:23-cv-20370 (D.N.J.)**
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
5 Becker Farm Road
Roseland, New Jersey 07068
Email: jcecchi@carellabyrne.com
　　　decklund@carellabyrne.com
　　　jsteele@carellabyrne.com


DICELLO LEVITT LLP
Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Email: alevitt@dicellolevitt.com
　　　jtangren@dicellolevitt.com
　　　dschwartz@dicellolevitt.com

SEEGER WEISS LLP
Christopher A. Seeger
David R. Buchanan
Scott A. George
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Email: cseeger@seegerweiss.com
　　　　dbuchanan@seegerweiss.com
　　　　sgeorge@seegerweiss.com

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
Stuart A. Davidson
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Email: pgeller@rgrdlaw.com
　　　　sdavidson@rgrdlaw.com
　　　　**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo**

*Rourk v. Haleon, Plc*, 3:23-cv-20478 (D.N.J.)
THE SULTZER LAW GROUP P.C.
Philip Furia
85 Civi Center Plaza, Suite 200
Poughkeepsie, NY 12601
Email: furiap@thesultzerlawgroup.com

POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Paul J. Doolittle
Blake G. Abbott
32 Ann Street
Charleston, SC 29403
Email: roy.willey@poulinwilley.com
　　　　paul.doolittle@poulinwilley.com
　　　　blake.abbott@poulinwilley.com
　　　　**Counsel for Plaintiff: Sharon Rourk**

*Coyle v. GlaxoSmithKline, LLC, et al*, No. 1:23-cv-07311 (E.D.N.Y.)
DOUGLAS & LONDON, P.C.
Gary J. Douglas, Esq.
Michael A. London, Esq.
Virginia E. Anello, Esq.
Anne E. Accettella, Esq.
59 Maiden Lane, 6th Floor
New York, NY 10038
Email: gdouglas@douglasandlondon.com

6

mlondon@douglasandlondon.com
vanello@douglasandlondon.com
aaccettella@douglasandlondon.com
**Counsel for Plaintiff: John Coyle**

***Travis v. Procter & Gamble Company, et al*, No. 1:23-cv-00607 (S.D. Ohio)**
HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
Alyson S. Beridon
600 Vine St., Suite 2720
Cincinnati, OH 45202
Email: alyson@hsglawgroup.com

HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
Benjamin A. Gastel
Joey Leniski
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Email: ben@hsglawgroup.com
         joey@hsglawgroup.com
**Counsel for Plaintiff: Tiffany Travis**

***Parker v. Bayer Corp.*, 2:23-cv-03663 (E.D. Pa.)**
HONIK LLC
Ruben Honik
David J. Stanoch, Of Counsel
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Email: ruben@honiklaw.com
         david@honiklaw.com
**Counsel for Plaintiff: Rachel Parker**

***Kasparie v. Bayer Healthcare LLC*, 2:23-cv-03783 (E.D. Pa.)**
BARRACK, RODOS & BACINE
Jeffrey W. Golan
Jeffrey A. Barrack
Andrew J. Heo
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Email: jgolan@barrack.com
         jbarrack@barrack.com
         aheo@barrack.com

BARRACK, RODOS & BACINE
Stephen R. Basser
Samuel M. Ward
One America Plaza
600 West Broadway, Suite 900

San Diego, CA 92101
Email: sbasser@barrack.com
          sward@barrack.com

EMERSON FIRM, PLLC
John G. Emerson
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Email: jemerson@emersonfirm.com
          **Counsel for Plaintiffs: Michele Kasparie and Kimberly James**

***Benjamin v. GlaxoSmithKline LLC*, 2:23-cv-03856 (E.D. Pa.)**
DICELLO LEVITT LLP
Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
Blake Stubbs
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Email: alevitt@dicellolevitt.com
          jtangren@dicellolevitt.com
          dschwartz@dicellolevitt.com
          bstubbs@dicellolevitt.com

SEEGER WEISS LLP
Christopher A. Seeger
David R. Buchanan
Scott A. George
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Email: cseeger@seegerweiss.com
          dbuchanan@seegerweiss.com
          sgeorge@seegerweiss.com

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
5 Becker Farm Road
Roseland, New Jersey 07068
Email: jcecchi@carellabyrne.com
          decklund@carellabyrne.com
          jsteele@carellabyrne.com

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
Stuart A. Davidson
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432

Email: pgeller@rgrdlaw.com
       sdavidson@rgrdlaw.com
       **Counsel for Plaintiffs: Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers**

***Defendant: Albertsons Companies Inc.***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
1555 W Shoreline Dr. Suite 100
Boise, ID 83702

***Defendant: Amazon.com, Inc.***
*Via Email*

K&L GATES LLP
Robert W. Sparkes III
Email: robert.sparkes@klgates.com
1 Congress St.
Boston, MA 02114

***Defendant: Bayer Corporation***
*Via Email*

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

***Defendant: Bayer Healthcare LLC***
*Via Email*

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

***Defendant: CVS Pharmacy, Inc.***
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

***Defendant: Church & Dwight Co., Inc.***
*Via Certified Mail*

9

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

***Defendant: Johnson & Johnson Consumer Inc.***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Johnson & Johnson Consumer Companies Inc.***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Kenvue Inc.***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: The Kroger Co.***
*Via Certified Mail*

THE KROGER CO.
1014 Vine Street
Cincinnati, Ohio 45202-1100

***Defendant: McNeil Consumer Healthcare***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower

7 Times Square
New York, NY 10036

***Defendant: Perrigo Company plc***
*Via Certified Mail*

The Sharp Building
Hogan Place
Dublin, Co. Dublin D02 TY74
Ireland

***Defendant: The Procter and Gamble Company***
*Via Email*

COVINGTON & BURLING LLP
Andrew Soukop
Email: asoukup@cov.com
850 Tenth Street NW
Washington, D.C. 20001

***Defendant: Publix Super Markets, Inc.***
*Via Certified Mail*

c/o CORPORATE CREATIONS NETWORK, INC.
801 US Highway 1
North Palm Beach, FL 33408

***Defendant: Reckitt Benckiser LLC***
*Via Email*

HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

***Defendant: Rite Aid Corporation***
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

***Defendant: Sanofi-Aventis U.S. LLC***
*Via Certified Mail*

11

7 Times Square
New York, NY 10036

***Defendant: Perrigo Company plc***
*Via Certified Mail*

The Sharp Building
Hogan Place
Dublin, Co. Dublin D02 TY74
Ireland

***Defendant: The Procter and Gamble Company***
*Via Email*

COVINGTON & BURLING LLP
Andrew Soukop
Email: asoukup@cov.com
850 Tenth Street NW
Washington, D.C. 20001

***Defendant: Publix Super Markets, Inc.***
*Via Certified Mail*

c/o CORPORATE CREATIONS NETWORK, INC.
801 US Highway 1
North Palm Beach, FL 33408

***Defendant: Reckitt Benckiser LLC***
*Via Email*

HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

***Defendant: Rite Aid Corporation***
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

***Defendant: Sanofi-Aventis U.S. LLC***
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

***Defendant: Target Corporation***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
1010 Dale St. N.
St Paul, MN 55117

***Defendant: Walgreens, Inc.***
*Via Certified Mail*

c/o ILLINOIS CORPORATION SERVICE COMPANY
801 Adlai Stevenson Dr.
Springfield, IL 62703

***Defendant: Walgreen Co.***
Via Certified Mail

c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

***Defendant: Walmart, Inc.***
Via Certified Mail

c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

***Defendant: Wal-Mart Stores East 1 LP.***
Via Certified Mail

c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

Dated: October 11, 2023                           Respectfully submitted,

                                                  */s/ Jay P. Lefkowitz*
                                                  Jay P. Lefkowitz, P.C.
                                                  KIRKLAND & ELLIS LLP
                                                  601 Lexington Avenue

New York, NY 10022  
Tel:     (212) 446-4800  
lefkowitz@kirkland.com

*Counsel for GlaxoSmithKline Consumer Healthcare Holdings (US) LLC and Haleon US Capital LLC*