**BEFORE THE UNITED STATES JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL NO. 3089** |

**INTERESTED PARTY CODY MORGAN'S RESPONSE TO MOTION TO TRANSFER**

Plaintiff Cody Morgan ("Plaintiff Morgan") respectfully submits this interested party response to the Barton Plaintiffs'[1] motion for transfer. Specifically, Plaintiff Morgan submits that all pending Actions should be transferred for consolidation or coordination of pretrial proceedings to the Honorable Judge M. Casey Rodgers in the United States District Court for the Northern District of Florida.

I. ARGUMENT

    A. **All Pending Actions Are Against Companies That Sold and/or Marketed Oral Purported Decongestants That Contain the Compound Phenylephrine.**

Plaintiff Morgan agrees that all pending Actions against companies that have sold and/or marketed oral purported decongestants that contain the compound phenylephrine should be transferred for coordinated or consolidated pretrial proceedings. As noted in the *Barton* application, the Actions are related because (i) they "involv[e] one or more common questions of fact," (ii) transfer will further "the convenience of the parties and witnesses," and (iii) transfer "will promote the just and efficient conduct of the action." 28 U.S.C. § 1407(a).

---

[1] Capitalized terms herein are used as defined in the *Barton* Plaintiffs' motion unless otherwise defined herein.

1

### B. The Actions Should Be Transferred to Judge Rodgers in the Northern District of Florida.

As discussed below, a variety of the factors the Panel has considered in prior litigation favors transfer of all pending Actions for coordination or consolidation in the Northern District of Florida before Judge Rodgers.

#### 1. The Honorable M. Casey Rodgers Is Exceptionally Qualified and Experienced to Handle This MDL.

The Honorable M. Casey Rodgers is a highly qualified judge who is remarkably well suited to hear this litigation. Judge Rodgers has served the United States District Court for the Northern District of Florida since 2003. She served as Chief Judge from 2011 to 2018. Judge Rodgers has significant experience with complex litigation and has been lauded for her efficient management of her docket. She has most recently presided over *In re 3M Combat Arms Earplug Products Liability Litigation*, No. 19-md-2885 (N.D. Fla.), consolidated in 2019. With over 250,000 actions, the *In re 3M* litigation ranks as the largest MDL in American history. In large part due to her skill and strong management style, an historic global settlement has recently been achieved. That Judge Rodgers was able to preside over the largest MDL ever and see it through to a successful resolution—*in only four years*—is unprecedented.

Prior to being assigned the *In re 3M* litigation, Judge Rodgers presided over another complex MDL involving the pharmaceutical drug Abilify. *See In re Abilify (Aripiprazole) Prods. Liab. Litig.*, 232 F. Supp. 3d 1342 (J.P.M.L. 2016). *In re Abilify* also involved a myriad of scientifically and legally complex issues that Judge Rodgers was able to clearly grasp, culminating in an exhaustive *Daubert* opinion addressing a number of experts. Once again, due in large part to her efficient case-management style, a global settlement was achieved *within three years*. *See In re: Abilify (Aripiprazole) Products Liability*, Case No. 3:16-md-2734 (N.D. Fla.).

There are few jurists in the entire federal judiciary who are more respected and efficient at managing their docket than Judge Rodgers. Judge Rodgers' credentials are beyond dispute, and her results speak for themselves. The JPML typically considers the potential transferee judge's previous MDL experience as a factor in the JPML's selection determination. Given her unprecedented track record of efficiently and successfully managing large and complicated MDLs, in conjunction with her astute qualifications as a federal judge, Judge Rodgers is exceptionally equipped and qualified to preside over this complex litigation. *See, e.g.*, *In re Qualcomm Antitrust Litig.*, 273 F. Supp. 3d 1373, 1376 (J.P.M.L. 2017) ("[W]e select a jurist with multidistrict litigation experience and the ability to steer this complicated litigation on an efficient and prudent course."); *In re Chrysler-Dodge-Jeep EcoDiesel Mktg. Sales Practices & Prods. Liab. Litig.*, 273 F. Supp. 3d 1377, 1379 (J.P.M.L. 2017) (judge selected was "well-versed in the nuances of complex and multidistrict litigation").

## 2. The Northern District of Florida Is a Convenient Forum For All Parties and Witnesses.

Transferring cases involving one or more common questions of fact to a single district "promote[s] the just and efficient conduct of such actions." 28 U.S.C. § 1407. The Northern District of Florida is widely regarded as one of the most efficient federal districts in the country. In transferring the *In re 3M* litigation to the Northern District of Florida, this Panel stated that the "forum [had] the necessary judicial resources and expertise to manage this litigation efficiently and in a manner convenient for the parties and witnesses," even though only a small fraction of the parties wished for transfer to this court. *In re 3M*, 366 F. Supp. 3d at 1369-70. The Northern District of Florida, and Judge Rodgers in particular, validated the Panel's *In Re 3M Litigation* transfer decision by efficiently managing and eventually overseeing the global resolution of *In re 3M* in approximately four years. The Northern District of Florida has repeatedly demonstrated that

it has the necessary judicial resources and expertise to efficiently manage large, consolidated litigations, including cases like the present one.

Moreover, the Northern District of Florida includes the city of Pensacola with a population of over 500,000 in the metro area. The Pensacola International Airport is the largest market along the Gulf Coast between New Orleans and Tampa, serving over 2 million passengers annually. The Pensacola International Airport is served by six major airlines with flights and connections throughout the United States. It has direct flights on major airline carriers to Houston, Dallas, Denver, Chicago, Kansas City, Charlotte, Atlanta, Nashville, Philadelphia, Washington D.C., Boston, and more, and offers multiple convenient connection flights from other locations. The district offers plentiful hotel accommodations and transportation options. The Northern District of Florida thus presents a convenient and readily accessible transferee forum for this consolidated nationwide litigation.

## II.   CONCLUSION

Wherefore, for all the foregoing reasons, the Plaintiff Morgan respectfully requests an Order transferring all related Actions to Judge Rodgers in the Northern District of Florida.

Dated:  October 11, 2023

> By: /s/ Kiley L. Grombacher, Esq.
> Kiley L. Grombacher, Esq. (Ca Bar No. 245960)
> **BRADLEY/GROMBACHER, LLP**
> (*Pro Hac Vice* forthcoming)
> 31365 Oak Crest Drive, Suite 240
> Westlake Village, California 91361
> T: 805-270-7100
> F: 805-270-7589
> kgrombacher@bradleygrombacher.com
>
> *Attorney for Plaintiff Cody Morgan*