BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing *Interested Party Cody Morgan's Response to Motion or Transfer* and this Proof of Service were served by U.S. Certified Mail or electronic mail (as indicated below) on October 11, 2023, to the following:

**Defendant: Johnson & Johnson Consumer Inc.**
*Via ECF*
Hannah Y. Chanoine
O'Melveny & Meyers LLP
7 Times Square
New York, NY 10036
T: 212-326-2128
F: 212-326-2061
Email: hchanoine@omm.com
*N.D. Florida, No. 3:23-cv-24628-MCR-ZCB*

**Defendant: Procter & Gamble Company**
Andrew Soukup
*Via ECF*
850 10th St. NW
Washington, DC 20001
T: 202-662-5066
F: 202-778-5066
Email: asoukup@cov.com
*N.D. Florida, No. 3:23-cv-24628-MCR-ZCB*

**Defendant: Kenvue Inc.**
*Via Certified Mail*
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST WILMINGTON, DE 19801
*N.D. Florida, No. 3:23-cv-24628-MCR-ZCB*

**Defendant: McNeil Consumer Healthcare**
*Via Certified Mail*
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801
*N.D. Florida, No. 3:23-cv-24628-MCR-ZCB*

**Defendant: Reckitt Benckiser LLC**
*Via ECF*
Lauren S Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
T: 410-659-2733
F: 410-659-2701
Email: lauren.colton@hoganlovells.com
*N.D. Florida, No. 3:23-cv-24628-MCR-ZCB*

**Defendant: Target Corporation**
*Via Certified Mail*
c/o C T Corporation System 1010
Dale St N
St Paul, MN 55117–5603
*N.D. Florida, No. 3:23-cv-24628-MCR-ZCB*

Dated: October 11, 2023          By: /s/ Kiley L. Grombacher, Esq.
                                 Kiley L. Grombacher, Esq. (Ca Bar No. 245960)
                                 **BRADLEY/GROMBACHER, LLP**
                                 (*Pro Hac Vice*
                                 forthcoming) 31365 Oak
                                 Crest Drive, Suite 240
                                 Westlake Village, California
                                 91361 T: 805-270-7100
                                 F: 805-270-7589
                                 kgrombacher@bradleygrombacher.com
                                 *Attorney for Plaintiff Cody Morgan*