**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

## SCHEDULE OF RELATED ACTIONS

| Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Emily Cohen | CVS Pharmacy, Inc. | District of Rhode Island | 1:23-cv-00403 | District Judge William E. Smith |
| Kenneth Levi Pack and Min Ji Jung | Johnson & Johnson Consumer Companies, Inc.; GlaxoSmithKline LLC; Reckitt Benckiser LLC; Bayer Healthcare LLC; Sanofi-Aventis U.S. LLC; The Procter & Gamble Company; Church & Dwight Co., Inc.; Walmart Inc.; Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; Rite Aid Corporation; Amazon.com, Inc | Eastern District of California, Sacramento Division | 2:23-cv-01965-AC | Magistrate Judge Allison Claire |
| Hannah De Priest; Frizell Johnson; Ruben Varela | Walgreen Co.; Publix Super Markets, Inc.; Kenvue, Inc.; | Northern District of Illinois | 1:23-cv-14060 | District Judge Jorge J. Alonso |

| | | | | |
|---|---|---|---|---|
| | McNeil Consumer Healthcare; Procter & Gamble Company; CVS Pharmacy, Inc.; GlaxoSmithKline LLC | | | |
| James Hsieh; Dominic Rio; Mohanad Abdelkarim; Steven Chechia | Reckitt Benckiser LLC; Kenvue, Inc.; Procter & Gamble Company; GlaxoSmithKline LLC; Johnson & Johnson Consumer Inc.; Walgreen Co.; CVS Pharmacy, Inc. | Northern District of Illinois | 1:23-cv-14404 | District Judge John J. Tharp |
| Jordan Nelson; Regina Peralta | Kenvue Inc.; McNeil Consumer Healthcare; Johnson & Johnson Consumer, Inc.; CVS Pharmacy, Inc.; Haleon US Capital LLC; GSK Plc; Albertsons Companies, Inc.; Target Corporation; Walmart Inc.; Perrigo Company Plc | Northern District of California | 4:23-cv-04875 | District Judge Haywood S. Gilliam |