**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

**SCHEDULE OF RELATED ACTIONS**

| Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Kenneth Levi Pack and Min Ji Jung | Johnson & Johnson Consumer Companies, Inc.; GlaxoSmithKline LLC; Reckitt Benckiser LLC; Bayer Healthcare LLC; Sanofi-Aventis U.S. LLC; The Procter & Gamble Company; Church & Dwight Co., Inc.; Walmart Inc.; Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; Rite Aid Corporation; Amazon.com, Inc | Eastern District of California, Sacramento Division | 2:23-cv-01965-AC | Magistrate Judge Allison Claire |
| Rachel Parker | Rite Aid Corporation; Bayer Corporation; GSK Consumer Healthcare, Inc.; Walgreen Co. | Eastern District of Pennsylvania | 2:23-cv-03663 | District Judge Kai N. Scott |