BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## SCHEDULE OF RELATED ACTIONS

| Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Kaycie Coppock | Procter & Gamble and Target Corporation | Eastern District of Louisiana, New Orleans Division | 2:23-cv-05353-EEFKWR | District Judge Eldon E. Fallon |
| Michelle Kasparie and Kimberly James | Bayer Healthcare LLC, Glaxosmithkline LLC, Johnson & Johnson Consumer Inc., Kenvue Inc., McNeil Consumer Healthcare, Procter & Gamble Company, Target Corporation, Walgreen Co., and Walmart Inc. | Eastern District of Pennsylvania | 2:23-cv-03783 | District Judge Kai N. Scott |
| Kenneth Levi Pack and Min Ji Jung | Johnson & Johnson Consumer Companies, Inc.; GlaxoSmithKline LLC; Reckitt Benckiser LLC; Bayer Healthcare LLC; Sanofi- Aventis U.S. LLC; The Procter & Gamble Company; Church & Dwight Co., Inc.; Walmart Inc.; Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; Rite Aid Corporation; Amazon.com, Inc | Eastern District of California, Sacramento Division | 2:23-cv-01965-AC | Magistrate Judge Allison Claire |

| Jordan Nelson; Regina Peralta | Kenvue Inc.; McNeil Consumer Healthcare; Johnson & Johnson Consumer, Inc.; CVS Pharmacy, Inc.; Haleon US Capital LLC; GSK Plc; Albertsons Companies, Inc.; Target Corporation; Walmart Inc.; Perrigo Company Plc | Northern District of California | 4:23-cv-04875 | District Judge Haywood S. Gilliam |
|---|---|---|---|---|