**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## SCHEDULE OF RELATED ACTIONS

| Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo | Reckitt Benckiser LLC, Kenvue Inc., McNeil Consumer Healthcare, Procter & Gamble Company, GlaxoSmithKline LLC, and Walgreens, Inc | District of New Jersey, Newark Division | 2:23-cv-20370-KMJSA | Hon. Kevin McNulty, U.S.D.J. |
| James Carrigan | Johnson & Johnson, The Procter & Gamble Company, and Walgreen Co. | Western District of Washington | 2:23-cv-01481 | Unassigned |
| Viva Cohen and Joey Cohen | Walgreens Boots Alliance, Inc. | Northern District of Illinois | 1:23-cv-14155 | Hon. Sara L. Ellis |
| Michelle Kasparie and Kimberly James | Bayer Healthcare LLC, Glaxosmithkline LLC, Johnson & Johnson Consumer Inc., Kenvue Inc., McNeil Consumer Healthcare, Procter & Gamble Company, Target Corporation, Walgreen Co., Walmart Inc. | Eastern District of Pennsylvania | 2:23-cv-03783 | Judge Kai N. Scott |
| Kenneth Levi Pack and Min Ji Jung | Johnson & Johnson Consumer Companies, Inc.; GlaxoSmithKline LLC; Reckitt Benckiser LLC; Bayer Healthcare LLC; Sanofi- Aventis U.S. LLC; The Procter & Gamble Company; | Eastern District of California, Sacramento Division | 2:23-cv-01965-AC | Magistrate Judge Allison Claire |

| | Church & Dwight Co., Inc.; Walmart Inc.; Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; Rite Aid Corporation; Amazon.com, Inc | | | |
|---|---|---|---|---|
| Amanda Thorns and Scott Collier | Johnson & Johnson, The Procter & Gamble Company, and Walgreen Co. | District of Oregon | 3:23-cv-01355 | Jolie A. Russo |
| Hannah De Priest; Frizell Johnson; Ruben Varela | Walgreen Co.; Publix Super Markets, Inc.; Kenvue, Inc.; McNeil Consumer Healthcare; Procter & Gamble Company; CVS Pharmacy, Inc.; GlaxoSmithKline LLC | Northern District of Illinois | 1:23-cv-14060 | District Judge Jorge J. Alonso |
| James Hsieh; Dominic Rio; Mohanad Abdelkarim; Steven Chechia | Reckitt Benckiser LLC; Kenvue, Inc.; Procter & Gamble Company; GlaxoSmithKline LLC; Johnson & Johnson Consumer Inc.; Walgreen Co.; CVS Pharmacy, Inc. | Northern District of Illinois | 1:23-cv-14404 | District Judge John J. Tharp |
| Rachel Parker | Rite Aid Corporation; Bayer Corporation; GSK Consumer Healthcare, Inc.; Walgreen Co. | Eastern District of Pennsylvania | 2:23-cv-03663 | District Judge Kai N. Scott |