BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

CERTIFICATE OF SERVICE

I, Sara K. Thompson, counsel for Defendant Walgreen Co. (incorrectly named in certain cases as Walgreens Boots Alliance, Inc.), hereby certifies that on October 11, 2023, I caused the foregoing Notice of Appearance and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.  I further will cause the Notice of Appearance to be served via electronic mail or first-class mail to the following:

***Barton, et al. v. Reckitt Benckiser LLC, et al.*, No. 2:23-cv-20370-KMJSA**
*Via ECF*

James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
jsteele@carellabyrne.com

Christopher A. Seeger
David R. Buchanan
Scott A. George
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100

cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sgeorge@seegerweiss.com

Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dschwartz@dicellolevitt.com

Paul J. Geller
Stuart A. Davidson
ROBBINS GELLER RUDMAN & DOWD LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Telephone: (561) 750-3000
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com

**Counsel for Plaintiffs Erin Barton, Kimberly Buscaglia, Francis Catanese, Samuel Gallo**

***Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965-AC**
*Via Certified Mail*

Christopher Ross Rodriguez
Singleton Schreiber, LLP
1414 K Street, Suite 470
Sacramento, CA 95814

**Counsel for Plaintiffs Kenneth Levi Pack and Min Ji Jung**

***Thorns, et al. v. Johnson & Johnson, et al.*, No. 3:23-cv-1355**
*Via ECF*

THE CASEY LAW FIRM, LLC
M. Ryan Casey
Email: ryan@rcaseylaw.com
PO Box 4577
Frisco, Colorado 80443

**Counsel for Plaintiffs Amanda Thorns and Scott Collier**

***Kasparie, et al. v. Bayer Healthcare LLC, et al.*, No. 2:23-cv-3783**
*Via ECF*

BARRACK, RODOS & BACINE
Jeffrey W. Golan
Jeffrey A. Barrack
Andrew J. Heo
jgolan@barrack.com
jbarrack@barrack.com
aheo@barrack.com
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

BARRACK RODOS & BACINE
Stephen R. Basser
Samuel M. Ward
sbasser@barrack.com
sward@barrack.com
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101

EMERSON FIRM, PLLC
John G. Emerson
jemerson@emersonfirm.com
2500 Wilcrest Drive, Suite 300
Houston, TX 77042

**Counsel for Plaintiffs Michelle Kasparie and Kimberly James**

***Carrigan v. Johnson & Johnson, et al.*, No.2:23-cv-01481 (W.D. Wash.)**
*Via ECF*

KU & MUSSMAN PA
Brian Ku
Email: brian@kumussman.com
18501 Pines Blvd., Suite 209-A
Pembroke Pines, FL 33029

**Counsel for Plaintiff James Carrigan**

***Cohen, et al. v. Walgreens Boots Alliance, Inc.*, No. 1:23-cv-14155**
*Via ECF*

Steven A. Kanner

William H. London
Nia Barberousse Binns
FREED KANNER LONDON & MILLEN, LLC
100 Tri-State International Drive, Suite 128
Lincolnshire, IL 60069
(224) 632-4500

**Counsel for Plaintiffs Viva Cohen and Joey Cohen**

***Hsieh, et al. v. Reckitt Benckiser LLC, et al.*, No. 1:23-cv-14404**
*Via ECF*

Andrea Gold
Tycko and Zavareei LLP
2000 Pennsylvania NW Suite 1010
Washington, DC 20006
agold@tzlegal.com

**Counsel for Plaintiffs James Hsieh, Dominic Rio, Mohanad Abdelkarim & Steven Chechia**

***Hannah DePriest, et al. v. Walgreen Co., et al.*, No. 1:23-cv-14060**
*Via ECF*

James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
jsteele@carellabyrne.com

Christopher A. Seeger
David R. Buchanan
Scott A. George
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sgeorge@seegerweiss.com

Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dschwartz@dicellolevitt.com

Paul J. Geller
Stuart A. Davidson
ROBBINS GELLER RUDMAN & DOWD LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Telephone: (561) 750-3000
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com

**Counsel for Plaintiffs Hannah De Priest, Frizell Johnson and Ruben Varela**

***Parker v. Kenvue, Inc. et al.*, No. 2-23-cv-03663**
*Via ECF*

Ruben Honik
David J. Stanoch, Of Counsel
HONIK LLC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
E-mail: ruben@honiklaw.com
david@honiklaw.com

**Counsel for Plaintiff Rachel Parker**

***Defendant: Albertsons Companies Inc.***
*Via ECF*

Amanda L. Groves
WINSTON & STRAWN LLP
333 South Grand Ave.
Los Angeles, CA 90071
Email: agroves@winston.com

***Defendant: Amazon.com, Inc.***
*Via ECF*

K&L GATES LLP
Robert W. Sparkes III
Email: robert.sparkes@klgates.com
1 Congress St.
Boston, MA 02114

***Defendant: Associated Wholesale Grocers, Inc.***
*Via Certified Mail*

c/o SECRETARY OF STATE
120 SW 10th Avenue First Floor Memorial Hall
Topeka, KS 66612

***Defendant: Bayer Healthcare LLC***
*Via ECF*

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

***Defendant: CVS Pharmacy, Inc.***
*Via Email*

GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305

***Defendant: Church & Dwight Co., Inc.***
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

***Defendant: GlaxoSmithKline LLC***
*Via Email*

KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

***Defendant: GSK Consumer Healthcare, Inc.***
*Via Email*

KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

***Defendant: Johnson & Johnson***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Johnson & Johnson Consumer Inc.***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Kenvue Inc.***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: McNeil Consumer Healthcare***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower

7 Times Square
New York, NY 10036

***Defendant: Reckitt Benckiser LLC***
*Via ECF*

HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

***Defendant: Rite Aid Corporation***
*Via Email*

GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305

***Defendant: Sanofi-Aventis U.S. LLC***
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

***Defendant: Target Corporation***
*Via Email*

GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305

***Defendant: Valu Merchandisers Co.***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
112 SW 7th Street, Suite 3C Topeka, KS 66603

***Defendant: Walgreens Boots Alliance, Inc.***
*Via Email*

GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305

***Defendant: Walgreen Co.***
*Via Email*

GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305

***Defendant: Walmart, Inc.***
*Via ECF*

Livia M. Kiser
KING & SPALDING, LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: lkiser@kslaw.com

***Defendant: Wal-Mart Stores East 1 LP.***
*Via ECF*

Livia M. Kiser
KING & SPALDING, LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: lkiser@kslaw.com

Dated: October 11, 2023

Respectfully submitted,

By: */s/ Sara K. Thompson*
Sara K. Thompson
GREENBERG TRAURIG LLP
3333 Piedmont Rd NE, Suite 2500
Atlanta GA 30305
Tel: 678-553-2392
Fax: 678-553-2393
Sara.Thompson@gtlaw.com

*Counsel for Defendant Walgreen Co.*