**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

**CERTIFICATE OF SERVICE**

I, Sara K. Thompson, counsel for Defendant Rite Aid Corporation, hereby certify that on October 11, 2023, I caused the foregoing Amended Corporate Disclosure Statement and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.  I further will cause the Amended Corporate Disclosure Statement to be served via electronic mail or first-class mail to the following:

***Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965-AC**
*Via Certified Mail*

Christopher Ross Rodriguez
Singleton Schreiber, LLP
1414 K Street, Suite 470
Sacramento, CA 95814

**Counsel for Plaintiffs Kenneth Levi Pack and Min Ji Jung**

***Parker v. Kenvue, Inc. et al.*, No. 2-23-cv-03663**
*Via ECF*

Ruben Honik
David J. Stanoch, Of Counsel
HONIK LLC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
E-mail: ruben@honiklaw.com
david@honiklaw.com

**_Defendant: Albertsons Companies Inc._**
*Via ECF*

Amanda L. Groves
WINSTON & STRAWN LLP
333 South Grand Ave.
Los Angeles, CA 90071
Email: agroves@winston.com

**_Defendant: Amazon.com, Inc._**
*Via ECF*

K&L GATES LLP
Robert W. Sparkes III
Email: robert.sparkes@klgates.com
1 Congress St.
Boston, MA 02114

**_Defendant: Associated Wholesale Grocers, Inc._**
*Via Certified Mail*

c/o SECRETARY OF STATE
120 SW 10th Avenue First Floor Memorial Hall
Topeka, KS 66612

**_Defendant: Bayer Healthcare LLC_**
*Via ECF*

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

**_Defendant: CVS Pharmacy, Inc._**
*Via Email*

GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305

**_Defendant: Church & Dwight Co., Inc._**
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

**_Defendant: GlaxoSmithKline LLC_**
*Via Email*

KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

**_Defendant: GSK Consumer Healthcare, Inc._**
*Via Email*

KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

**_Defendant: Johnson & Johnson_**
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

**_Defendant: Johnson & Johnson Consumer Inc._**
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

**_Defendant: Kenvue Inc._**
*Via Email*

O'MELVENY & MYERS LLP

Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: McNeil Consumer Healthcare***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Reckitt Benckiser LLC***
*Via ECF*

HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

***Defendant: Rite Aid Corporation***
*Via Email*

GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305

***Defendant: Sanofi-Aventis U.S. LLC***
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

***Defendant: Target Corporation***
*Via Email*

GREENBERG TRAURIG LLP
Sara K. Thompson

Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305

***Defendant: Valu Merchandisers Co.***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
112 SW 7th Street, Suite 3C
Topeka, KS 66603

***Defendant: Walgreens Boots Alliance, Inc.***
*Via Email*

GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305

***Defendant: Walgreen Co.***
*Via Email*

GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305

***Defendant: Walmart, Inc.***
*Via ECF*

Livia M. Kiser
KING & SPALDING, LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: lkiser@kslaw.com

***Defendant: Wal-Mart Stores East 1 LP.***
*Via ECF*

Livia M. Kiser
KING & SPALDING, LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: lkiser@kslaw.com

Dated:      October 11, 2023

Respectfully submitted,

By: */s/ Sara K. Thompson*
Sara K. Thompson
GREENBERG TRAURIG LLP
3333 Piedmont Rd NE, Suite 2500
Atlanta GA 30305
Tel: 678-553-2392
Fax: 678-553-2393
Sara.Thompson@gtlaw.com

*Counsel for Defendant Rite Aid*
*Corporation*