BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

CERTIFICATE OF SERVICE

I, Lauren S. Colton, counsel for Defendant RB Health (US) LLC, incorrectly sued as "RB Health (US), LLC", "Reckitt Benckiser LLC", "Reckitt & Benckiser LLC", "Reckitt Benckiser Pharmaceuticals, Inc.", and/or "Reckitt Benckiser Pharmaceuticals Inc.", hereby certify that on October 10, 2023, I caused my Notice of Appearance (ECF No. 130) to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further caused and/or will cause the same Notice of Appearance to be served first-class mail to the following:

*Riccio v. Reckitt Benckiser Pharmaceuticals Inc.*, **No. 1:23-cv-13879 (N.D. Ill.)**
**Counsel for Plaintiff Rose Riccio**
Via First-Class Mail

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
Erin J. Ruben
eruben@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

PEARSON WARSHAW, LLP
Melissa S. Weiner
Ryan J. Gott
328 Barry Avenue South, Ste 200

1

Wayzata, Minnesota 55391
mweiner@pwfirm.com
rgott@pwfirm.com

***Wright v. Johnson & Johnson Consumer Inc., et al.*, No. 5:23-cv-06120 (W.D. Mo.)**
**Counsel for Plaintiff Krista Wright**
Via First-Class Mail

HORN AYLWARD & BANDY, LC
Robert A. Horn
rhorn@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
kgoza@gohonlaw.com
Bradley D. Honnold
bhonnold@gohonlaw.com
9500 Nall Avenue, Suite 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL LLP
Thomas P. Cartmell
tcartmell@wcllp.com
Tyler W. Hudson
thudson@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, MO 64112


***Boonparn v. Reckitt et al.*, No. 1:23-cv-06936 (E.D.N.Y.)**
**Counsel for Archanatep Boonparn**
Via First-Class Mail

Peter Samberg
psamberg@gmail.com
100 Ardsley Ave. West
P.O. Box 73
Ardsley on Hudson, NY 10503


***Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 2:23-cv-02426 (D. Kan.)**
**Counsel for Harold Nyanjom**
Via First-Class Mail

BARTON AND BUROWS, LLC
Stacy Burrows
stacy@bartonburrows.com
5201 Johnson Drive, Suite 110
Mission, Kansas 66205

***Jones v. Reckitt Benckiser Pharmaceuticals, Inc. et al.*, No. 3:23-cv-04807 (N.D. Cal.)**
**Counsel for Mari Jones**
Via First-Class Mail

KANNER & WHITELEY
Allan Kanner
a.kanner@kanner-law.com
701 Camp Street
New Orleans, LA 70130

***Fong v. Johnson & Johnson Consumer Inc. et al.*, No. 2:23-cv-02430 (D. Kan.)**
**Counsel for Heather Fong**
Via First-Class Mail

HORN AYLWARD & BANDY, LC
Robert Horn
rhorn@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Phone: 913-451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

WAGSTAFF & CARTMELL LLP
Thomas Cartmell
Tyler W. Hudson
4700 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
tcartmell@wellp.com
thudson@wellp.com

***Walker v. Johnson & Johnson Consumer Inc., et al.*, No. 423-cv-00663 (W.D. Mo.)**
**Counsel for Plaintiff Michael Walker**
Via First-Class Mail

HORN, AYLWARD & BANDY, LLC
Robert A. Horn
2600 Grand Boulevard
Suite 1100
Kansas City, MO 64108
rhorn@hab-law.com

GOZA & HONNOLD, LLC
Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Phone: 913-451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

WAGSTAFF & CARTMELL LLP
Thomas Cartmell
Tyler W. Hudson
4700 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
tcartmell@wellp.com
thudson@wellp.com

***Grimsley v. Reckitt Benckiser LLC*, No. 3:23-cv-24588 (N.D. Fla.)**
**Counsel for Darrell Grimsley, Jr.**
Via First-Class Mail

BARON & BUDD, P.C.
Russell W. Budd
rbudd@baronbudd.com
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219

***Newton's Pharmacy, Inc. v. Procter and Gamble Company et al.*, No. 1:23-cv-00613 (S.D. Ohio)**
**Counsel for Newton's Pharmacy**
Via First-Class Mail

STREETT LAW FIRM, P.A

4

James A. Streett
107 West Main Russellville, AR 72801
james@streettlaw.com

***Coyle v. GlaxoSmithKline LLC et al.*, No. 1:23-cv-07311 (E.D.N.Y.)**
**Counsel for John Coyle**
Via First-Class Mail

DOUGLAS & LONDON, P.C.
Gary J. Douglas
gdouglas@douglasandlondon.com
59 Maiden Lane, 6th Floor
New York, NY 10038

***Hsieh et al. v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-14404 (N.D. Ill.)**
**Counsel for James Hsieh, Dominic Rio, Mohanad Abdelkarim, and Steven Checchia**
Via First-Class Mail

TYCKO & ZAVAREEI LLP
Andrea R. Gold
agold@tzlegal.com
200 Pennsylvania Ave. Northwest, Suite 1010
Washington, DC 20006

***Defendant: Church & Dwight Co., Inc.***
Via First-Class Mail

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628


***Defendant: Sanofi-Aventis U.S. LLC***
Via First-Class Mail

c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808


***Defendant: Pfizer Inc.***
Via First-Class Mail

c/o C T CORPORATION SYSTEM
28 Liberty Street
New York, NY 10005

*Defendant: GlaxoSmithKline LLC*
Via First-Class Mail

Corporation Service Company
3366 Riverside Drive, Suite 103
Upper Arlington, OH 43221


*Defendant: Kenvue Inc.*
Via First-Class Mail

The Corporation Trust Company Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

C T Corporation System
28 Liberty Street
New York, NY 10005


*Defendant: McNeil Consumer Healthcare*
Via First-Class Mail

The Corporation Trust Company Corporation Trust Center
1209 Orange St
Wilmington, De 19801

99 Washington Avenue, 6th Floor
Albany, NY 12231

7050 Camp Hill Road
Fort Washington, PA 19034


*Defendant: Walgreen Co.*
Via First-Class Mail

c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

6

***Defendant: CVS Pharmacy, Inc.***
Via First-Class Mail

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd. West Trenton, NJ, 08628

Dated: October 11, 2023

Respectfully submitted,

By: */s/ Lauren S. Colton*
Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

*Counsel for Defendant RB Health (US) LLC*