BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Chemed Corporation Shareholder
Derivation Litigation

MDL No. **2000**

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion and Brief to Vacate CTO-1 were served on all parties in the following cases electronically via ECF, or as indicated below, on January 7, 2014.

**Monica A. Smith v. Chemed Corporation, et al., D. Delaware, C.A. No. 1:13-1522**

| **Served via Email** | |
|---|---|
| Jeffrey Prescott, Esq | Stanford Douglass, Esq |
| Dinsmore & Shohl LLP | Cravath, Swaine & Moore, LLP |
| 255 E. Fifth Street | Worldwide Plaza - 825 Eighth Avenue |
| Cincinnati, Ohio 45202 | New York, NY 10019 |
| Telephone: (555) 555-5555 | Telephone: (555) 555-5555 |
| Facsimile: (555) 555-5555 | Facsimile: (555) 555-5555 |
| Email Address: JP@DS.com | Email Address: SDouglass@Cravath.com |
| **Counsel for Defendant Chemed Corporation** | **Counsel for Defendant DH Limited** |

**Monica A. Smith v. Stem Cell Unity Inc., et al., S.D. Ohio, C.A. No. 1:13-0800**

| **Served via US Mail** | |
|---|---|
| Jeffrey Prescott, Esq | Stanford Douglass, Esq. |
| Dinsmore & Shohl LLP | Cravath, Swaine & Moore, LLP |
| 255 E. Fifth Street | Worldwide Plaza - 825 Eighth Avenue |
| Cincinnati, Ohio 45202 | New York, NY 10019 |
| **Counsel for Defendant Stem Cell Unity Inc.** | **Counsel for Defendant Cell Research, Inc.** |

**Served via First Class Mail**
**(Counsel has not yet appeared)**
Pharma Corporation
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324
**Corporation served for Defendants Pharma Corporation and Pharma Incorporation**

*Not Served (Foreign Defendants)*
*Akzo Nobel NV & Organon Biosciences NV*

Dated this 7th day of January 2014

*Respectfully Submitted,*

    /s/ John Doe
John Doe, Esq
Bottini & Bottini, Inc.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (555) 555-5555
Facsimile: (555) 555-5555
jdoe@b&b.com
**Counsel for Plaintiffs Monica A. Smith**