BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Oral Phenylephrine-Marketing and Sales Practices Litigation

MDL No. **3089**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Amended Notice were served on all parties in the following cases electronically via ECF, or as indicated below, on October 11, 2023

**Wright v. Johnson & Johnson Consumer Inc. et al., WD Missouri No. 5:23-cv-06120**

**Walker v. Johnson & Johnson Consumer Inc. et al., WD Missouri No. 4:23-cv-00663**

Respectfully Submitted,

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell        MO Bar #45366
Wagstaff & Cartmell LLP
4740 Grand Ave., Ste. 300
Kansas City, MO 64112
Telephone:  816-701-1100
Fax:  816-531-2372
tcartmell@wcllp.com