# Exhibit 1

**Filters:**     **Advanced filter:**   Show Class Actions

## Motion analytics



© 2023 Thomson Reuters. No claim to original U.S. Government Works.

# Overview



© 2023 Thomson Reuters. No claim to original U.S. Government Works.



© 2023 Thomson Reuters. No claim to original U.S. Government Works.

# Overview



© 2023 Thomson Reuters. No claim to original U.S. Government Works.



© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for Hon. Brian C. Wimes



© 2023 Thomson Reuters. No claim to original U.S. Government Works.



© 2023 Thomson Reuters. No claim to original U.S. Government Works.