# Exhibit 2

**United States District Courts — National Judicial Caseload Profile**

| | | | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 |
| **Overall Caseload Statistics** | Filings [1] | | 387,190 | 405,236 | 519,341 | 469,750 | 385,613 | 384,488 |
| | Terminations | | 345,155 | 429,308 | 380,391 | 353,351 | 383,834 | 408,133 |
| | Pending | | 488,658 | 461,481 | 599,049 | 715,242 | 716,286 | 692,219 |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -0.7 | -5.1 | -26.0 | -18.2 | -0.3 | |
| | Number of Judgeships | | 677 | 677 | 677 | 677 | 677 | 677 |
| | Vacant Judgeship Months [2] | | 1,523.6 | 1,558.7 | 1,012.6 | 783.0 | 898.1 | 758.2 |
| **Actions per Judgeship** | Filings | Total | 572 | 599 | 767 | 694 | 570 | 568 |
| | | Civil | 415 | 434 | 622 | 553 | 434 | 436 |
| | | Criminal Felony | 116 | 125 | 110 | 106 | 96 | 93 |
| | | Supervised Release Hearings | 41 | 40 | 35 | 35 | 39 | 39 |
| | Pending Cases [2] | | 722 | 682 | 885 | 1,056 | 1,058 | 1,022 |
| | Weighted Filings [2] | | 507 | 528 | 632 | 605 | 501 | 503 |
| | Terminations | | 510 | 634 | 562 | 522 | 567 | 603 |
| | Trials Completed | | 16 | 17 | 13 | 12 | 16 | 16 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.2 | 7.0 | 6.4 | 10.2 | 10.8 | 11.0 |
| | | Civil [2] | 7.8 | 12.2 | 8.9 | 8.6 | 10.4 | 10.4 |
| | From Filing to Trial [2] (Civil Only) | | 26.9 | 27.2 | 28.4 | 28.3 | 33.8 | 35.7 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 90,864 22.9 | 58,659 16.1 | 54,664 10.9 | 68,193 11.3 | 84,477 13.9 | 197,152 33.5 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.2 | 1.3 | 1.3 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 52.0 | 52.3 | 51.5 | 47.9 | 51.6 | 51.0 |
| | | Percent Not Selected or Challenged | 37.3 | 38.1 | 39.6 | 38.0 | 41.2 | 41.1 |

| 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | |
|---|---|---|---|
| Total Civil | 295,215 | Total Criminal[1] | 62,985 |
| A-Social Security | 14,911 | A-Marijuana | 732 |
| B-Personal Injury/Product Liability | 66,428 | B-All Other Drugs | 17,564 |
| C-Prisoner Petitions | 49,995 | C-Immigration | 19,535 |
| D-Forfeitures and Penalties | 853 | D-Firearms and Explosives | 10,337 |
| E-Real Property | 4,249 | E-Fraud | 5,362 |
| F-Labor Suits | 13,447 | F-Violent Offenses | 2,348 |
| G-Contracts | 31,469 | G-Sex Offenses | 3,060 |
| H-Torts (other than Personal Injury/Product Liability) | 23,929 | H-Forgery and Counterfeiting | 142 |
| Intellectual Property Rights | 13,694 | I-Larceny and Theft | 787 |
| J-Civil Rights | 39,700 | J-Justice System Offenses | 624 |
| K-Antitrust | 403 | K-Regulatory Offenses | 800 |
| L-All Other Civil | 36,137 | L-All Other Criminal | 1,694 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

### NEW JERSEY

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 22,554 | 25,179 | 19,232 | 28,150 | 14,268 | 9,351 | | |
| | | Terminations | 10,227 | 14,108 | 12,217 | 10,285 | 10,041 | 10,765 | | |
| | | Pending | 24,750 | 35,832 | 42,746 | 60,624 | 64,852 | 63,445 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -58.5 | -62.9 | -51.4 | -66.8 | -34.5 | | 92 | 6 |
| | | Number of Judgeships | 17 | 17 | 17 | 17 | 17 | 17 | | |
| | | Vacant Judgeship Months [2] | 36.5 | 57.3 | 72.0 | 37.7 | 57.0 | 25.8 | | |
| **Actions per Judgeship** | **Filings** | Total | 1,327 | 1,481 | 1,131 | 1,656 | 839 | 550 | 23 | 1 |
| | | Civil | 1,280 | 1,422 | 1,069 | 1,600 | 783 | 494 | 16 | 1 |
| | | Criminal Felony | 36 | 48 | 53 | 46 | 44 | 44 | 71 | 3 |
| | | Supervised Release Hearings | 10 | 11 | 10 | 10 | 12 | 12 | 82 | 3 |
| | Pending Cases [2] | | 1,456 | 2,108 | 2,514 | 3,566 | 3,815 | 3,732 | 2 | 1 |
| | Weighted Filings [2] | | 987 | 1,031 | 780 | 1,198 | 659 | 454 | 35 | 2 |
| | Terminations | | 602 | 830 | 719 | 605 | 591 | 633 | 15 | 1 |
| | Trials Completed | | 6 | 8 | 5 | 3 | 7 | 7 | 86 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.8 | 8.2 | 8.5 | 11.1 | 12.5 | 14.7 | 48 | 2 |
| | | Civil [2] | 7.5 | 5.0 | 9.8 | 9.8 | 7.6 | 10.8 | 64 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 54.4 | 47.9 | 39.4 | - | 50.2 | 56.5 | 58 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,199 5.0 | 1,026 2.9 | 1,912 4.6 | 11,385 19.2 | 23,459 37.1 | 30,520 49.3 | 88 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 126.8 | 104.8 | 99.4 | 97.0 | 130.6 | 93.0 | | |
| | | Percent Not Selected or Challenged | 39.7 | 37.4 | 43.4 | 39.2 | 45.1 | 43.0 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 8,393 | 271 | 1,221 | 1,215 | 9 | 89 | 449 | 811 | 1,078 | 496 | 1,285 | 20 | 1,449 |
| Criminal [1] | 754 | 54 | 243 | 35 | 107 | 154 | 46 | 37 | 1 | 11 | 11 | 6 | 49 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**MISSOURI WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | | 3,299 | 3,236 | 3,031 | 3,183 | 2,977 | 2,911 | | |
| | Terminations | | 3,426 | 3,110 | 2,886 | 2,770 | 3,381 | 3,032 | | |
| | Pending | | 2,699 | 2,799 | 2,936 | 3,334 | 2,923 | 2,795 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -11.8 | -10.0 | -4.0 | -8.5 | -2.2 | | 75 | 8 |
| | Number of Judgeships | | 6 | 6 | 6 | 6 | 6 | 6 | | |
| | Vacant Judgeship Months ² | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | Filings | Total | 550 | 539 | 505 | 531 | 496 | 485 | 35 | 4 |
| | | Civil | 366 | 339 | 333 | 317 | 321 | 320 | 42 | 3 |
| | | Criminal Felony | 127 | 153 | 121 | 157 | 114 | 106 | 25 | 8 |
| | | Supervised Release Hearings | 57 | 47 | 51 | 57 | 61 | 59 | 22 | 6 |
| | Pending Cases ² | | 450 | 467 | 489 | 556 | 487 | 466 | 46 | 3 |
| | Weighted Filings ² | | 489 | 509 | 456 | 494 | 473 | 409 | 45 | 5 |
| | Terminations | | 571 | 518 | 481 | 462 | 564 | 505 | 31 | 4 |
| | Trials Completed | | 33 | 27 | 26 | 19 | 22 | 17 | 37 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.4 | 16.1 | 15.0 | 18.4 | 20.0 | 23.6 | 89 | 9 |
| | | Civil ² | 6.6 | 6.8 | 7.2 | 7.6 | 7.3 | 6.6 | 12 | 1 |
| | From Filing to Trial ² (Civil Only) | | 27.0 | 23.6 | 26.1 | 20.4 | 27.3 | 21.1 | 2 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 82 / 5.5 | 112 / 7.8 | 127 / 8.5 | 141 / 8.6 | 118 / 8.8 | 128 / 9.2 | 38 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.3 | 1.5 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 39.0 | 43.2 | 42.6 | 40.8 | 49.8 | 35.6 | | |
| | | Percent Not Selected or Challenged | 29.8 | 19.5 | 19.3 | 33.9 | 32.5 | 18.6 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1,922 | 222 | 40 | 369 | 19 | 13 | 117 | 181 | 251 | 31 | 297 | 1 | 381 |
| Criminal ¹ | 636 | 1 | 217 | 8 | 228 | 43 | 20 | 69 | - | 21 | 9 | 4 | 16 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."