BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: Oral Phenylephrine Marketing and Sales Practices Litigation** | **MDL DOCKET NO. 3089** |

## PROOF OF SERVICE

We hereby certify that a copy of the foregoing Memorandum, and this Proof of Service were served by U.S. Certified Mail or electronic mail (as indicated below) on October 11, 2023, to the following:

**Defendant: Bayer Healthcare LLC**
*Via ECF*
Christopher G. Campbell
1201 West Peachtree Street, Suit 2800
Atlanta, GA 30309
T: 404-736-7808
F: 404-682-7800
*E.D. California, No. 2:23-cv-01965-JAC*

**Defendant: Haleon, PLC**
*Via ECF*
Jay P. Lefkowitz
601 Lexington Avenue
New York, NY 10022
T: 212-446-4970
Email: lefkowitz@kirkland.com


Dated: October 11, 2023              Respectfully Submitted,

                                     */s/Paul J. Doolittle*
                                     Paul J. Doolittle
                                     Roy T. Willey, IV
                                     Blake G. Abbott
                                     **POULIN | WILLEY**

1

**ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Email: roy.willey@poulinwilley.com
paul.doolittle@poulinwilley.com
blake.abbott@poulinwilley.com
cmad@poulinwilley.com