BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL DOCKET NO. 3089 |
|---|---|

PLAINTIFFS' SCHEDULE OF ACTIONS

| CAPTION AND PARTIES | DISTRICT | CASE NUMBER | JUDGE |
|---|---|---|---|
| *Kleiman v. Bayer Health Care, LLC* | (D.N.J) | 2:23-cv-20480 | Judge Kevin McNulty |
| *Rourk v. Haleon, PLC* | (D.N.J.) | 3:23-cv-20478 | Judge Robert Kirsch |