# EXHIBIT A

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

LIST OF RELATED ACTIONS

| Plaintiff(s) | Defendant(s) | District | Case No. | Judge |
|---|---|---|---|---|
| Steve Audelo | Johnson & Johnson Consumer, Inc. and Procter & Gamble | N.D. Fla. | 3:23-cv-24250 | Hon. T. Kent Wetherell II |
| Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo | Reckitt Benckiser LLC, Kenvue Inc., McNeil Consumer Healthcare, Procter & Gamble Company, GlaxoSmithKline LLC, and Walgreens, Inc. | D.N.J. | 2:23-cv-20370 | Hon. Kevin McNulty |
| Jennifer Baughman | Johnson & Johnson Consumer Inc., Kenvue, Inc., Reckitt Benckiser LLC; and Procter & Gamble | C.D. Cal. | 2:23-cv-07737 | Hon. Fernando M Olguin |
| Kaycie Coppock | Procter & Gamble and Target Corporation | E.D. La. | 2:23-cv-05353 | Hon. Eldon E. Fallon |
| Robyn Cronin | Johnson & Johnson Consumer, Inc and Procter & Gamble | E.D.N.Y. | 2:23-cv-06870 | Hon. Gary R. Brown |
| Kristen DePaola | The Procter & Gamble Company and McNeil Consumer Healthcare | M.D. Fla. | 2:23-cv-00727 | Hon. Sheri Polster Chappell |

| Plaintiff(s) | Defendant(s) | District | Case No. | Judge |
|---|---|---|---|---|
| Robert Fichera | The Procter & Gamble Company, Associated Wholesale Grocers, Inc., and Valu Merchandisers Co. | E.D. La. | 2:23-cv-05274 | Hon. Jane Triche Milazzo |
| Natalie Juneau | The Procter & Gamble Company and GSK Consumer Healthcare, Inc | E.D. La. | 2:23-cv-05273 | Hon. Ivan L.R. Lemelle |
| Miesha McIntyre | Kenvue Inc., and McNeil Consumer Healthcare | D. Minn. | 0:23-cv-02862 | Chief Judge Patrick J. Schiltz |
| Kamonica McWhite | Johnson & Johnson Consumer, Inc. | D.N.J. | 3:23-cv-20379 | Hon. Zahid N. Quraishi |
| Kenneth Levi Pack and Min Ji Jung | Johnson & Johnson Consumer Companies, Inc.; GlaxoSmithKline LLC; Reckitt Benckiser LLC; Bayer Healthcare LLC; Sanofi- Aventis U.S. LLC; The Procter & Gamble Company; Church & Dwight Co., Inc.; Walmart Inc.; Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; Rite Aid Corporation; Amazon.com, Inc. | E.D. Cal. | 2:23-cv-01965 | Magistrate Judge Allison Claire |
| Tina Tuominen | Johnson & Johnson Consumer, Inc. | N.D. Ill. | 1:23-cv-13796 | Hon. Nancy L. Maldonado |
| Sandra Yousefzadeh | Johnson & Johnson Consumer, Inc. | E.D.N.Y. | 2:23-cv-06825 | Hon. Nicholas G. Garaufis |
| Richard Scoffier | Reckitt Benckiser Pharmaceuticals Inc. and Reckitt Benckiser LLC | D.N.J. | 2:23-cv-20529 | Hon. Evelyn Padin |
| Archanatep Boonparn | Reckitt Benckiser Pharmaceuticals Inc. and Reckitt Benckiser LLC | E.D.N.Y. | 1:23-cv-06936 | Hon. Pamela K. Chen |
| Harold Nyanjom | Reckitt Benckiser Pharmaceuticals, Inc., | D. Kan. | 2:23-cv-02426 | Hon. Holly L. Teeter |

2

| Plaintiff(s) | Defendant(s) | District | Case No. | Judge |
| --- | --- | --- | --- | --- |
|  | Reckitt Benckiser LLC, and Bayer Corporation |  |  |  |
| Rachel Parker | Bayer Corporation, GSK Consumer Healthcare, Inc. Rite Aid Corporation, and Walgreen Co. | E.D. Pa. | 2:23-cv-03663 | Hon. Kai Niambi Scott |
| Mari Jones | Reckitt Benckiser Pharmaceuticals, Inc. and Reckitt Benckiser LLC | N.D. Cal. | 3:23-cv-04807 | Hon. Sallie Kim |
| Mohanad Abdelkarim, Dominic Rio, Steven Chechia, and James Hsieh | Reckitt Benckiser LLC, Kenvue, Inc.; Procter & Gamble Company; GlaxoSmithKline LLC; Johnson & Johnson Consumer Inc.; Walgreen Co.; And CVS Pharmacy, Inc | N.D. Ill. | 1:23-cv-14404 | Hon. John J Tharp, Jr |
| Emily Cohen | CVS Pharmacy, Inc. | D.R.I. | 1:23-cv-00403 | Hon. William E. Smith |
| Chioma Ozuzu | Kenvue Inc., McNeill Consumer Healthcare, Reckitt Benckiser LLC | E.D.N.Y. | 1:23-cv-07395 | Hon. Ramon E Reyes, Jr |
| Shawn L. Thomas and Charles Geoffrey Woods | Kenvue, Inc., McNeil Consumer Healthcare, Procter & Gamble Co., Bayer Corporation, and Bayer Healthcare LLC | D.N.J. | 3:23-cv-20895 | Hon. Zahid N Quraishi |
| Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers | GlaxoSmithKline LLC; Kenvue, Inc.; McNeil Consumer Healthcare; Procter & Gamble Company; Reckitt Benckiser LLC; And Walmart, Inc. | E.D. Pa. | 2:23-cv-03856 | Hon. Kai N. Scott |
| Kathleen Emmons and Nathan Jackson | McNeil Consumer Healthcare, Johnson & Johnson Consumer Inc., Kenvue Inc., Procter & Gamble Company, Reckitt Benckiser LLC, Walgreen Co., and Walmart Inc. | E.D. Pa. | 2:23-cv-03874 | Hon Kai N. Scott |

3

| Plaintiff(s) | Defendant(s) | District | Case No. | Judge |
|---|---|---|---|---|
| Natasha Hernandez | Kenvue Inc., McNeill Consumer Healthcare, Johnson & Johnson Consumer, Inc. | N.D. Cal. | 3:23-cv-04817 | Hon. Trina L. Thompson |
| Joy Taylor | Procter & Gamble Co. | N.D. Cal. | 3:23-cv-04909 | Hon. Jacqueline S. Corley |
| Jordan Nelson and Regina Peralta | Kenvue Inc., McNeill Consumer Healthcare, Johnson & Johnson Consumer, Inc., CVS Pharmacy, Inc., Haleon US Capital, LLC, GSK Plc, Albertsons Companies, Inc., Target Corp., Walmart Inc., Perrigo Co. Plc | N.D. Cal. | 4:23-cv-04875 | Hon. Haywood S. Gilliam, Jr. |
| Darrell Wayne Grimsley, Jr. | Reckitt Benckiser LLC | N.D. Fla. | 3:23-cv-24588 | Hon. M. Casey Rodgers |
| Cody Morgan | Procter & Gamble | N.D. Fla. | 3:23-cv-24628 | Hon. M. Casey Rodgers |
| Mohamad Tlaib | Procter & Gamble Co. | N.D. Ill. | 1:23-cv-13840 | Hon. Franklin Valderrama |
| Rose Riccio | Pfizer Inc. | N.D. Ill. | 1:23-cv-13843 | Hon. Joan B. Gottschall |
| Rose Riccio | Reckitt Benckiser Pharmaceuticals, Inc. | N.D. Ill. | 1:23-cv-13879 | Hon. Harry D. Leinenweber |
| Shelby Noviskis | Johnson & Johnson Consumer Inc. and Procter & Gamble | N.D. Ill. | 1:23-cv-13926 | Hon. Jorge L. Alonso |
| Hannah De Priest, Frizell Johnson, Ruben Varela | Walgreen Co.; Publix Super Markets, Inc., Kenvue, Inc.; McNeil Consumer Healthcare; Procter & Gamble Company; CVS Pharmacy, Inc.; GlaxoSmithKline LLC | N.D. Ill. | 1:23-cv-14060 | Hon. Jorge L. Alonso |
| Viva Cohen and Joey Cohen | Walgreens Boots Alliance, Inc. | N.D. Ill. | 1:23-cv-14155 | Hon. Sara L. Ellis |
| Heather Fong | Johnson & Johnson Consumer Inc.; Kenvue, Inc.; Reckitt Benckiser LLC; Pfizer Inc.; Wal-Mart, Inc.; Wal-Mart Stores East, LP | D. Kan. | 2:23-cv-02430 | Hon. John W. Broomes |
| Michael Walker | Johnson & Johnson Consumer Inc., Kenvue, Inc., Reckitt Benckiser | W.D. Mo. | 4:23-cv-00663 | Hon. Fernando J. Gaitan, Jr. |

4

| Plaintiff(s) | Defendant(s) | District | Case No. | Judge |
|---|---|---|---|---|
| | LLC, Procter & Gamble, Wal-Mart, Inc., and Wal-Mart Stores East 1, LP | | | |
| Krista Wright | Johnson & Johnson Consumer Inc., Kenvue, Inc., Reckitt Benckiser LLC, Procter & Gamble, Wal-Mart, Inc., and Wal-Mart Stores East 1, LP | W.D. Mo. | 5:23-cv-06120 | Hon. Stephen R. Bough |
| Cathy Kleinman | Bayer Health Care, LLC | D.N.J. | 2:23-cv-20480 | Judge Kevin McNulty |
| Annette Striegel | RB Health (US), LLC | D.N.J. | 2:23-cv-20552 | Judge Kevin McNulty |
| Sharon Rourk | Haleon, PLC | D.N.J. | 3:23-cv-20478 | Hon. Robert Kirsch |
| Kristin Lawrence | Johnson & Johnson Consumer, Inc. | D.N.J. | 3:23-cv-20551 | Hon. Georgette Castner |
| Pamela Joyner | Johnson & Johnson Consumer, Inc. | D.N.J. | 3:23-cv-20558 | Hon. Georgette Castner |
| John Coyle | GlaxoSmithKline LLC; Johnson & Johnson Consumer Companies, Inc.; Johnson & Johnson Consumer Inc. (f/k/a McNeil-PPC, Inc.); Kenvue Inc., Reckitt Benckiser LLC | E.D.N.Y. | 1:23-cv-07311 | Hon. Nicholas G Garaufis |
| Cathy Kleiman | The Procter & Gamble Company | S.D. Ohio | 1:23-cv-00590 | Hon. Douglas R. Cole |
| Tiffany Travis | Procter & Gamble Company; Kenvue, Inc.; Mcneil Consumer Healthcare; Reckitt & Benckiser LLC; And GlaxoSmithKline, LLC | S.D. Ohio | 1:23-cv-00607 | Hon. Matthew W. McFarland |
| Newton's Pharmacy | Procter & Gamble Company; Kenvue, Inc.; McNeil Consumer Healthcare; Reckitt & Benckiser LLC; And GlaxoSmithKline, LLC | S.D. Ohio | 1:23-cv-00613 | Hon. Douglas R. Cole |
| Rebecca Lynn Reyes | The Procter & Gamble Company and Walmart Inc. | S.D. Ohio | 1:23-cv-00623 | Judge Douglas R. Cole |

| Plaintiff(s) | Defendant(s) | District | Case No. | Judge |
|---|---|---|---|---|
| Amanda Thorns and Scott Collier | Johnson & Johnson, The Procter & Gamble Company, and Walgreen Co | D. Or. | 3:23-cv-01355 | Hon. Jolie A. Russo |
| Michelle Kasparie and Kimberly James | Bayer Healthcare LLC, GlaxoSmithKline LLC, Johnson & Johnson Consumer Inc., Kenvue Inc., McNeil Consumer Healthcare, Procter & Gamble Company, Target Corporation, Walgreen Co., And Walmart Inc. | E.D. Pa. | 2:23-cv-03783 | Hon. Kai N. Scott |
| James Carrigan | Johnson & Johnson, The Procter & Gamble Company, and Walgreen Co. | W.D. Wash. | 2:23-cv-01481 | Hon. Thomas S Zilly |