BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on October 11, 2023, I caused the foregoing document to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List, additionally, I hereby certify that I am mailing the foregoing documents via the United States Postal Service first-class mail to the following:

**Defendant Procter & Gamble Company**
c/o CT Corporation System 4
400 Easton Commons Way, Suite 125
Columbus, OH 43219

**Defendant Kenvue, Inc.**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Defendant McNeil Consumer Healthcare**
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Defendant Bayer HealthCare LLC**
c/o Corporation Service Company
Princeton South Corporate Center, Suite 160
100 Charles Ewing Blvd
Ewing, NJ, 08628

**Defendant Bayer Corporation**
c/o Corporation Service Company

135 North Pennsylvania St., Suite 1610
Indianapolis, IN 46204

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 11, 2023                     **KESSLER TOPAZ**
                                            **MELTZER & CHECK, LLP**

                                            */s/ Melissa L. Yeates*
                                            Melissa L. Yeates
                                            280 King of Prussia Road
                                            Radnor, PA  19087
                                            Tel:  610-667-7706
                                            Fax:  610-667-7056
                                            Email: myeates@ktmc.com

                                            *Counsel for Plaintiffs Shawn L. Thomas, Charles Geoffrey Woods and the Putative Classes*
                                            Case No. 3:23-cv-20895, D.N.J.