**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## NOTICE OF ERRATA

Defendant Walmart Inc. is serving errata to correct an error in its Notice of Related Actions filed October 11, 2023 (Dkt. 141). Specifically, the Schedule of Actions attached to the Notice omitted the parties and judges assigned to the actions.

Dated: October 12, 2023

By: /s/ Livia M. Kiser
Livia M. Kiser
KING & SPALDING, LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6911
Facsimile: (312) 995-6330
Email: lkiser@kslaw.com

*Counsel for Walmart Inc.*