BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

| | | |
|---|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | | MDL No. 3089 |

**Notice of Related Actions**

**Schedule of Actions**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Kathleen Emmons & Nathan Jackson | McNeil Consumer Healthcare, Johnson & Johnson Consumer Inc., Kenvue Inc., Procter & Gamble Company, Reckitt Benckiser LLC, Walgreen Co., and Walmart Inc. | E. D. Pennsylvania | 2:23cv3874 | Judge Kai N. Scott |
| **2.** | Jamieka Holmes | Walmart, Inc. | W. D. Arkansas | 5:23cv5165 | Judge Timothy L. Brooks |