**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## <u>PROOF OF SERVICE</u>

I hereby certify that on October 12, 2023, I caused a copy of the foregoing Notice of Related Actions and this Proof of Service to be filed with the Court's CM/ECF system, which sends a service copy to all counsel in the action at their associated email addresses.

In addition, on October 12, 2023, I caused true and correct copies of those filings to be served by email or First Class U.S. Mail on all persons on the attached list.

Dated: October 12, 2023

By: _/s/ Livia M. Kiser_____
Livia M. Kiser
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, Illinois
Tel: (312) 764-6911
Fax: (312) 995-6330
lkiser@kslaw.com

*Attorney for Walmart, Inc.*

## Parties and Counsel

**Case #1**

**Plaintiffs  Kathleen Emmons and Nathan Jackson**
Case No. 2:23cv03874 (E.D. Pa.)

**Clerk of the Court**
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**(Service on all parties via email and, where indicated (*), counsel is already listed in ECF for one or more cases in MDL No. 3089)**
BARRACK, RODOS & BACINE
Jeffrey W. Golan*
Jeffrey A. Barrack*
Andrew J. Heo*
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Email: jgolan@barrack.com
Email: jbarrack@barrack.com
Email: aheo@barrack.com
Tel.: (215) 963-0838
Fax: (215) 963-0838

BARRACK RODOS & BACINE
Stephen R. Basser*
Samuel M. Ward*
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Email: sbasser@barrack.com
Email: sward@barrack.com
Tel.: (619) 230-0800
Fax: (619) 230-1874

EMERSON FIRM, PLLC
John G. Emerson*
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Email: jemerson@emersonfirm.com
Tel.: (800) 551-8649
Fax: (501) 286-4659

**Defendant McNeil Consumer Healthcare**
O'MELVENY & MYERS LLP
Hannah Y. Chanoine*
7 Times Square
New York, NY 10036
Email: hchanoine@omm.com
Tel.: (212) 326-2128
Fax: (212) 326-2062

**Defendant Johnson & Johnson Consumer Inc.**
O'MELVENY & MYERS LLP
Hannah Y. Chanoine*
7 Times Square
New York, NY 10036
Email: hchanoine@omm.com
Tel.: (212) 326-2128
Fax: (212) 326-2062

**Defendant Kenvue Inc.**
O'MELVENY & MYERS LLP
Hannah Y. Chanoine*
7 Times Square
New York, NY 10036
Email: hchanoine@omm.com
Tel.: (212) 326-2128
Fax: (212) 326-2062

**Defendant Procter & Gamble Company**
**COVINGTON & BURLING LLP**
Andrew Soukup*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Email: asoukup@cov.com
Tel.: (202) 662-5066
Fax: (202) 778-5066

**Defendant Reckitt Benckiser LLC**
Hogan Lovells US LLP
Lauren S. Colton*
100 International Drive, Suite 2000
Baltimore, MD 21202
Email: lauren.colton@hoganlovells.com
Tel.: (410) 659-2733
Fax: (410) 659-2701

**Defendant Walgreen Co.**
GREENBERG TRAURIG LLP
Sara K. Thompson*
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Email: Sara.Thompson@gtlaw.com
Tel.: (678) 553-2392
Fax: 678-553-2393

**Defendant Walmart Inc. (the party filing this Notice of Related Action)**
KING & SPALDING LLP
Livia Kiser*
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: lkiser@kslaw.com
Tel.: (312) 764-6911
Fax: (312) 995-6330

**<u>Case #2</u>**

**Plaintiff Jamieka Holmes**
Case No. 5:23cv05165 (W.D. Ark.)

**Clerk of the Court**
Western District of Arkansas
John Paul Hammersmith Federal Building
35 East Mountain Street, Room 510
Fayetteville, AR 72701-5354

**(Service on all parties via email and, where indicated (*), counsel is already listed in ECF for one or more cases in MDL No. 3089)**
TAYLOR KING LAW
Jacob Dylan White
410 N. Thompson St., Suite B
Springdale, AR 72764
Email: jacobwhite@taylorkinglaw.com
Tel.: (479) 935-1761
Fax: (479) 935-5069

POULIN | WILLEY | ANASTOPOULO, LLC
Roy T. Willey, IV*
Paul J. Doolittle*
Blake G. Abbott*
32 Ann Street

Charleston, SC 29403
Email: roy.willey@poulinwilley.com
Email: paul.doolittle@poulinwilley.com
Email: blake.abbott@poulinwilley.com
Tel.: (803) 222-2222

**Defendant Walmart, Inc. (the party filing this Notice of Related Action)**
KING & SPALDING LLP
Livia Kiser*
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: lkiser@kslaw.com
Tel.: (312) 764-6911
Fax: (312) 995-6330