BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

## EXHIBIT A

Case Captions:

1. Pack v. Johnson & Johnson Consumer Companies, Inc., et al., No. 2:23-cv-01965-AC (E.D. Cal.);

2. Kleiman v. Bayer HealthCare LLC, No. 2:23-cv-20480 (D. N.J.); and

3. Kasparie and James v. Bayer HealthCare LLC, No. 2:23-cv-03783 (E.D. Pa).