**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## **PROOF OF SERVICE**

I hereby certify that on October 12, 2023, I caused a copy of the foregoing Notice of Appearance and this Proof of Service to be filed with the Court's CM/ECF system, which sends a service copy to all counsel in the action at their associated email addresses.

In addition, on October 12, 2023, I caused true and correct copies of those filings to be served by email or First Class U.S. Mail on all persons on the attached list.

Dated: October 12, 2023

By: /s/ Livia M. Kiser
Livia M. Kiser
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, Illinois
Tel: (312) 764-6911
Fax: (312) 995-6330
lkiser@kslaw.com

*Attorney for Walmart Inc.
(erroneously sued as Walmart,
Inc. and Wal-Mart, Inc.)*

**Parties and Counsel Not Yet Found on ECF for MDL No. 3089**

**Defendant Church & Dwight Co., Inc.**
**(Via E-Mail)**
PROSKAUER ROSE LLP
Bart H. Williams
Jennifer L. Roche
2029 Century Park East, Suite 2400 Los Angeles, CA 90067
Email: bwilliams@proskauer.com Email: jroche@proskauer.com

Baldassare Vinti
Jeffrey H. Warshafsky
11 Times Square
New York, NY 10036
Email: bvinti@proskauer.com
Email: jwarshafsky@proskauer.com

**Defendant The Perrigo Co.**
c/o CSC Lawyers Incorporating Service
2710 Gateway Oaks Dr.
Sacramento, CA 95833

**Defendant Sanofi-Aventis U.S. LLC**
**(Via Certified Mail)**
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808