**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**EXHIBIT A TO WALMART INC.'S[1]
CORPORATE DISCLOSURE**

Case Captions:

1. *Benjamin, et al. v. GlaxoSmithKline LLC, et al.*, No. 2:23-cv-03856 (E.D. Pa);

2. *Emmons, et al. v. McNeil Consumer Healthcare, et al.*, No. 2:23-cv-03874 (E.D. Pa);

3. *Fong v. Johnson & Johnson Consumer Inc., et al.*, No. 2:23-cv-02430 (D. Kan);

4. *Holmes v. Walmart, Inc.*, No. 5:23-cv-05165-TLB (W.D. Ark.);

5. *Kasparie, et al. v. Bayer HealthCare LLC, et al.*, No. 2:23-cv-03783 (E.D. Pa);

6. *Nelson, et al. v. Kenvue, Inc., et al.*, No. 4:23-cv-04875 (N.D. Cal.);

7. *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965-AC (E.D. Cal.);

8. *Reyes v. Procter & Gamble, et al.*, No. 1:23-cv-00623-DRC (S.D. Ohio);

9. *Walker v. Johnson & Johnson Consumer Company, Inc., et al.*, No. 4:23-cv-00663-FJG (W.D. Mo.); and

10. *Wright v. Johnson & Johnson Consumer Company, Inc., et al.*, No. 5:23-cv-06120-LMC (W.D. Mo.).

---

[1] Erroneously sued as Walmart, Inc. and Wal-Mart, Inc.