BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**EXHIBIT A TO WAL-MART STORES EAST, LP'S[1]**
**CORPORATE DISCLOSURE STATEMENT**

Case Captions:

1. *Fong v. Johnson & Johnson Consumer Inc., et al.*, No. 2:23-cv-02430 (D. Kan);

2. *Walker v. Johnson & Johnson Consumer Company, Inc., et al.*, No. 4:23-cv-00663-FJG (W.D. Mo.); and

3. *Wright v. Johnson & Johnson Consumer Company, Inc., et al.*, No. 5:23-cv-06120-LMC (W.D. Mo.).

Wal-Mart Stores East, LP's Parent Corporations:

1. Wal-Mart Stores East, LP, is a non-governmental corporate entity, specifically a Delaware limited partnership with its principal place of business being Bentonville, Arkansas.

2. The sole general partner of Wal-Mart Stores East, LP is WSE Management, LLC.

3. The sole limited partner of Wal-Mart Stores East, LP is WSE Investment, LLC.

4. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC.

5. The parent company and sole member of Wal-Mart Stores East, LLC, is Walmart Inc.

---

[1] Erroneously sued as Wal-Mart Stores East 1, LP.

1

2

6. Wal-Mart Inc. has no parent company and no publicly held company owns 10 percent or more of its stock.