BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL Docket No. 3089 |

## Notice of Related Action

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, I, Conlee Whiteley, hereby provide notice that the actions listed in the attached Schedule of Related Actions are related to this proceeding.

*Jones v. Reckitt Benckiser Pharmaceuticals, Inc. and Reckitt Benckiser LLC*, No. 3:23-cv-04807 (N.D. Cal.)

| | |
|---|---|
| Dated: October 13, 2023 | Respectfully submitted,<br>By: */s/ Conlee Whiteley*<br>Conlee Whiteley<br>KANNER & WHITELEY, LLC<br>701 Camp St.<br>New Orleans, LA 70130<br>(504)524-5777<br>c.whiteley@kanner-law.com<br>*Counsel for Plaintiffs* |

1