BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| In re: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL-3089 |
|---|---|

**Schedule of Actions**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Mari Jones v. Reckitt Benckiser Pharmaceuticals, Inc. and Reckitt Benckiser LLC | Northern District of California | No. 3:23-cv-04807 | Hon. Sallie Kim |