**BEFORE THE**
**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 3089 |
|---|---|

## NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE

Attorney Philip Furia hereby withdraws his Notice of Appearance on behalf of Plaintiffs Sharon Rourk and Cathy Kleinman, filed on October 4, 2023 as Docket No. 61.

Dated:   October 13, 2023                         THE SULTZER LAW GROUP, P.C.

/s/ Philip Furia
Philip Furia, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
furiap@thesultzerlawgroup.com