**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

**SCHEDULE OF ACTIONS**

1. Sharon Rourk v. Haleon, PLC - District of New Jersey, 3:23-cv-20478 - Assigned to: Judge Robert Kirsch - Referred to: Magistrate Judge Rukhsanah L. Singh

2. Cathy Kleinman v. Bayer Health Care, LLC – District of New Jersey, 2:23-cv-20480 - Assigned to: Judge Kevin McNulty - Referred to: Magistrate Judge Andre M. Espinosa