**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES

LITIGATION:

MDL No. 3089

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2023, a copy of the foregoing Notice of Withdrawal of Attorney Appearance was filed on the Court's CM/ECF system and sent to the Defendants listed below via first class mail:

Haleon, PLC
184 Liberty Corner
Road Warren, NJ 07059

Bayer Health Care, LLC
100 Bayer Blvd
Whippany, NJ, 07981

Respectfully submitted,

/s/ Philip Furia
Philip Furia
The Sultzer Law Group P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
furiap@thesultzerlawgroup.com

Attorneys for the Plaintiffs