**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES | MDL No. 3089 |

## REPRESENTED PARTIES

Attorney Andrea R. Gold represents the Plaintiffs in Hsieh et al v. Reckitt Benckiser LLC et al, N.A., N.D. Ill., 1:23-cv-14404:

- James Hsieh
- Dominic Rio
- Mohanad Abdelkarim
- Steven Checchia