# BEFORE THE UNITED STATES JUDICAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE
MARKETING AND SALES PRACTICES
LITIGATION

MDL 3089

## <u>Certificate of Service</u>

Pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I, Andrea R. Gold, hereby certify that on this 13th day of October 2023, I caused a true and correct copy of the foregoing document to be filed electronically via the CM/ECF System, and I served on all parties in the matter indicated on the below service list.

***<u>Baughman v. Johnson & Johnson Consumer Inc., et al.,</u> No. 2:23-cv-07737 (C.D. Cal.)***
BRADLEY/GROMBACHER, LLP
Marcus J. Bradley
Email: mbradley@bradleygrombacher.com
Kiley Lynn Grombacher
Email: kgrombacher@bradleygrombacher.com
31365 Oak Crest Dr., Suite 240
Westlake Village, CA 91361
**Counsel for Plaintiff: Jennifer Baughman**

***<u>Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.,</u> No. 2:23-cv-01965 (E.D. Cal.)***
SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Email: crodriguez@singletonschreiber.com
Andrew D. Bluth
E-Mail: abluth@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, California 95814
**Counsel for Plaintiffs: Kenneth Levi Pack and Min Ji Jung**

***<u>DePaola v. The Procter & Gamble Company, et al.,</u> No. 2:23-cv-00727 (M.D. Fl.)***
FARR, FARR, EMERICH, CARR & HOLMES, P.A.

George T. Williamson
Email: gwilliamson@farr.com
99 Nesbit Street
Punta Gorda, FL 33950

NIGH GOLDENBERG RASO & VAUGHN PLLC
Marlene J. Goldenberg
Email: mgoldenberg@nighgoldenberg.com
14 Ridge Square, Third Floor
Washington, D.C. 20016

HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102

KANNER & WHITELEY, L.L.C.
Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130
**Counsel for Plaintiff: Kristin DePaola**

***Audelo v. Johnson & Johnson Consumer, Inc., et al., No. 3:23-cv-24250 (N.D. Fl.)***
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
R. Jason Richards
Email: jrichards@awkolaw.com
Bryan F. Aylstock
Email:baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
**Counsel for Plaintiff: Steve Audelo**

***Tlaib v. Procter & Gamble Company, No. 1:23-cv-13840 (N.D. Ill.)***
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.

Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld
Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott
Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134

**Counsel for Plaintiff: Mohamad Tlaib**

***Noviskis v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-13926 (N.D. Ill.)**
MOLL LAW GROUP
Ken Moll

Email: kmoll@molllawgroup.com
180 N Stetson Ave, 35th Floor
Chicago, Illinois 60601
**Counsel for Plaintiff: Shelby Noviskis**

**_Juneau v. The Procter & Gamble Company, et al._, No. 2:23-cv-05273 (E.D. La.)**
KANNER & WHITELEY L.L.C.
Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130

BIZER & DEREUS
Andrew D. Bizer
Email: andrew@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117

HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102
**Counsel for Plaintiff: Natalie Juneau**

**_Fichera v. The Procter & Gamble Company, et al._, No. 2:23-cv-05274 (E.D. La.)**
KANNER & WHITELEY L.L.C.
Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130

BIZER & DEREUS
Andrew D. Bizer
Email: andrew@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117

HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100

Philadelphia, PA 19102
**Counsel for Plaintiff: Robert Fichera**

### _Jones v. Reckitt Benckiser Pharmaceuticals Inc., et al._, No. 3:23-cv-04807 (N.D.Cal.)
KANNER & WHITELEY L.L.C.
Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130
**Counsel for Plaintiff: Mari Jones**

### _Coppock v. Procter & Gamble, et al._, No. 2:23-cv-05353 (E.D. La.)
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
Jennifer Hoekstra
Email: jhoekstra@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
**Counsel for Plaintiff: Kaycie Coppock**

### _Walker v. Johnson & Johnson Consumer Inc., et al._, No. 423-cv-00663 (W.D. Mo.)
HORN, AYLWARD & BANDY, LLC
Joseph A. Kronawitter
Email: jkronawitter@hab-law.com
Robert A. Horn
Email: rhorn@hab-law.com
Taylor Foye
Email: tfoye@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Bradley D. Honnold
Email: bhonnold@gohonlaw.com
Kirk J Goza
Email: kgoza@gohonlaw.com
9500 Nall Ave Ste 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL
Thomas P. Cartmell
Email: tcartmell@wcllp.com
Tyler Hudson
Email: thudson@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
**Counsel for Plaintiff: Michael Walker**

***Wright v. Johnson & Johnson Consumer Inc., et al.,* No. 5:23-cv-06120 (W.D. Mo.)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Email: rhorn@hab-law.com
Joseph A. Kronawitter
Email: jkronawitter@hab-law.com
Taylor P. Foye
Email: tfoye@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
Email: kgoza@gohonlaw.com
Bradley D. Honnold
Email: bhonnold@gohonlaw.com
9500 Nall Avenue, Suite 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL LLP
Thomas P. Cartmell
Email: tcartmell@wcllp.com
Tyler W. Hudson
Email: thudson@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
**Counsel for Plaintiff: Krista Wright**

***Barton, et al. v. Reckitt Benckiser LLC, et al.,* No 2:23-cv-20370 (D.N.J.)**
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
Email: jcecchi@carellabyrne.com
Donald A. Ecklund
Email: decklund@carellabyrne.com
Jordan M. Steele
Email: jsteele@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068

DICELLO LEVITT LLP
Adam J. Levitt
Email: alevitt@dicellolevitt.com
John E. Tangren
Email: jtangren@dicellolevitt.com
Daniel R. Schwartz

Email: dschwartz@dicellolevitt.com
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

SEEGER WEISS LLP
Christopher A. Seeger
Email: cseeger@seegerweiss.com
David R. Buchanan
Email: dbuchanan@seegerweiss.com
Scott A. George
Email: sgeorge@seegerweiss.com
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
Email: pgeller@rgrdlaw.com
Stuart A. Davidson
Email: sdavidson@rgrdlaw.com
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo**

***Cronin v. Johnson & Johnson Consumer, Inc., et al.*, No. 2:23-cv-06870 (E.D.N.Y.)**
PARKER WAICHMAN LLP
Raymond C. Silverman
Email: rsilverman@yourlawyer.com
Melanie H. Muhlstock
Email: mmuhlstock@yourlawyer.com
Jason S. Goldstein
Email: jgoldstein@yourlawyer.com
6 Harbor Park Drive
Port Washington, NY 11050
**Counsel for Plaintiff: Robyn Cronin**

***Kleiman v. The Procter & Gamble Company*, No. 1:23-cv-590 (S.D. Ohio)**
THE BAKER LAW GROUP
Andrew S. Baker
Email: andrew.baker@bakerlawgroup.net
89 E Nationwide Blvd. 2nd Floor
Columbus, OH 43215

POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com

Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403
**Counsel for Plaintiff: Cathy Kleiman**

### *Thorns, et al. v. Johnson & Johnson, et al.*, No. 3:23-cv-1355 (D. Or.)

THE CASEY LAW FIRM, LLC
M. Ryan Casey
Email: ryan@rcaseylaw.com
PO Box 4577
Frisco, Colorado 80443
**Counsel for Plaintiffs: Amanda Thorns and Scott Collier**

### *Carrigan v. Johnson & Johnson, et al.*, No.2:23-cv-01481 (W.D. Wash.)

KU & MUSSMAN PA
Brian Ku
Email: brian@kumussman.com
18501 Pines Blvd., Suite 209-A
Pembroke Pines, FL 33029
**Counsel for Plaintiffs: James Carrigan**

### *Parker v. Bayer Corporation, et al.*, No. 2:23-cv-03663 (E.D. Pa.)

HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102
**Counsel for Plaintiff: Rachel Parker**

### *Scoffier v. Reckitt Benckiser LLC et al.*, No. 2:23-cv-20529 (D. NJ)

HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102

**Counsel for Plaintiff: Richard Scoffier**

### *Hernandez v. Kenvue, Inc., et al.*, No. 3:23-cv-04817 (N.D. Cal.)

BURSOR & FISHER, P.A.

L. Timothy Fisher
ltfisher@bursor.com
Sarah Nicole Westcot
swestcot@bursor.com
1990 North California Blvd. Ste. 940 Walnut Creek, CA 94596
**Counsel for Plaintiff: Natasha Hernandez**

***Nelson, Et. Al. V. Kenvue, Inc., et al., No. 3:23-cv-04875 (N.D.Cal.)***
BURSOR & FISHER, P.A.
L. Timothy Fisher
ltfisher@bursor.com
Sarah Nicole Westcot
swestcot@bursor.com
1990 North California Blvd. Ste. 940
Walnut Creek, CA 94596
**Counsel for Plaintiffs Jordan Nelson and Regina Peralta**

***Taylor v. Procter & Gamble Company, No. 3:23-cv-04909 (N.D.Cal.)***
BARON & BUDD, P.C.
Mark Philip Pifko
mpifko@baronbudd.com
Roland Tellis
rtellis@baronbudd.com
15910 Ventura Boulevard Encino Plaza, Suite 1600
Encino, CA 91436
**Counsel for Plaintiff: Joy Taylor**

***Grimsley v. Reckitt Benckiser, LCC, No. 3:23-cv-24588 (N.D.Fla.)***
LEVIN PAPANTONIO RAFFERTY, LLC
Peter J Mougey
pmougey@levinlaw.com
316 S BAYLEN STREET PENSACOLA, FL 32502
**Counsel for Plaintiff: Darrell Wayne Grimsley, Jr.**

***DePriest et al v. Walgreen Co, et al. No. 1:23-cv-14060 (N.D.Ill.)***
DICELLO LEVITT GUTZLER LLC
Adam J. Levitt
alevitt@dicellolevitt.com
John E Tangren
jtangren@dicellolevitt.com
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
**Counsel for Plaintiff: Hannah DePriest, Frizell Johnson, Ruben Varela**

***ReinKraut v. Johnson &Johnson Consumer, Inc., et al. No. 2:23-cv-20444 (D.N.J.)***

SQUITIERI & FEARON, LLP
Stephen J Fearon, Jr
stephen@sfclasslaw.com
Paul V Sweeny
paul@sfclasslaw.com
305 Broadway, 7th Floor
New York, NY 10007
**Counsel for Plaintiff: Jacob Reinkraut**

***McIntyre v. Kenvue, Inc. et al.* No. 0:23-cv-02862 (D. Minn.)**
JOHNSON BECKER PLLC
Timothy J Becker
tbecker@johnsonbecker.com
Zackary S, Kaylor
zkaylor@johnsonbecker.com
Jacob Robert Rusch
jrusch@johnsonbecker.com
444 Cedar St., Ste. 1800
St. Paul, MN 55101
**Counsel for Plaintiff: Miesha McIntyre**

***McWhite v. Johnson & Johnson Consumer, Inc.* No. 3:23-cv-20379 (D.N.J)**
POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403

THE SULTZER LAW GROUP, P.C.
Philip Furia
furiap@thesultzerlawgroup.com
85 Civic Plaza, Suite 200
Poughkeepsie, Ny 12601
**Counsel for Plaintiff: Kamonica McWhite**

***Tuominen v. Johnson &Johnson Consumer, Inc.* No. 1:23-cv-13796 (N.D. Ill.)**
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld
Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott
Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz

Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
**Counsel for Plaintiff: Tina Tuominen**

***Riccio v. Pfizer, Inc.* No. 1:23-cv-13843 (N.D. Ill.)**
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld
Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott
Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
Email: hbryson@milberg.com

405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
**Counsel for Plaintiff: Rose Riccio**

***Riccio v. Reckitt Benckiser Pharmaceuticals Inc.*, No. 1:23-cv-1379 (N.D. Ill.)**
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld
Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott
Email: rgott@pwfirm.com

328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
**Counsel for Plaintiff: Rose Riccio**

### _Nitto v. CVS Pharmacy, Inc._ No. 1:23-cv-13998 (N.D.Ill.)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld
Email: streisfeld@kolawyers.com
Kristen Lake Cardoso

Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott
Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor Coral Gables, FL 33134
**Counsel for Plaintiff: Rhonda Nitto**

***Rampalli v. Walgreens Co.* No. 1:23-cv-14015 (N.D.Ill.)**
POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street

Charleston, SC 29403
**Counsel for Plaintiff: Krystal Rampalli**

***Travis v. Procter & Gamble Company et al., No.1:23-cv-00607***
HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL, PLLC
Alyson S. Beridon
Email: alson@hsglawgroup.com
600 Vine St. Ste. 2720
Cincinnati, OH 45202
**Counsel for Plaintiff: Tiffany Travis**

***Boonparn v. Reckitt Benckiser, et al. No.1:23-cv-6936 (E.D.N.Y.)***
PETER SAMBERG ATTORNEY AT LAW
Peter Samberg
Email: psamberg@gmail.com
100 Ardsley Ave. West
P.O. Box 73
Ardsley on Hudson, NY 10503
**Counsel for Plaintiff: Archanatep Boonparn**

***Nyanjom v. Reckitt Benckiser Pharmaceuticals, Inc., et al. No. 2:23-cv-02426 (D. Kansas)***
BARTON AND BURROWS LLC
Stacy Burrows
stacy@bartonburrows.com
Seth K. Jones
seth@bartonburrows.com
5201 Johnson Drive, Suite 110
Mission, Kansas 66205
**Counsel for Plaintiff: Harold Nyanjom**

***Yousefzadeh v. Johnson & Johnson Consumer Inc. No. 2:23-cv-06825 (E.D.N.Y.)***
KAPLAN GORE LLP
Darren T. Kaplan
Dkaplan@kaplangore.com
1979 Marcus Ave. , Ste. 201
Lake Success, NY 11042
**Counsel for Plaintiff: Sandra Yousefzadeh**

***Striegel v. RB Health (US), LLC No. 2:23-cv-20552 (D.N.J.)***
THE SULTZER LAW GROUP, P.C.
Philip Furia
furiap@thesultzerlawgroup.com
85 Civic Plaza, Suite 200
Poughkeepsie, Ny 12601
**Counsel for Plaintiff: Annette Striegel**

***Joyner v. Johnson & Johnson Consumer, Inc.* No 3:23-cv-20558 (D.N.J.)**
POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403
**Counsel for Plaintiff: Pamela Joyner**

***Rourk v. Haleon, PLC* No. 3:23-cv-20478 (D.N.J.)**
POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403
**Counsel for Plaintiff: Sharon Rourk**

**_Defendant: Albertsons Companies Inc._**
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
1555 W Shoreline Dr. Suite 100
Boise, ID 83702

**_Defendant: Amazon.com, Inc._**
*Via Email*

K&L GATES LLP
Robert W. Sparkes III
Email: robert.sparkes@klgates.com
1 Congress St. Suite 2900
Boston, MA 02114

**_Defendant: Associated Wholesale Grocers, Inc._**
*Via Certified Mail*

c/o SECRETARY OF STATE
120 SW 10th Avenue First Floor
Memorial Hall Topeka, KS 66612

***Defendant: Bayer Healthcare LLC***
*Via Email*

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

***Defendant: Bayer Corporation***
*Via Email*

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309


***Defendant: CVS Pharmacy, Inc.***
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

***Defendant: Church & Dwight Co., Inc.***
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

***Defendant: GlaxoSmithKline LLC***
*Via Email*

KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

***Defendant: GSK Consumer Healthcare, Inc.***
*Via Email*

KIRKLAND & ELLIS LLP

Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

***Defendant: Johnson & Johnson***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Johnson & Johnson Consumer Inc.***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Kenvue Inc.***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: McNeil Consumer Healthcare***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Reckitt Benckiser LLC***

*Via Email*

HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

### ***Defendant: Reckitt Benckiser Pharmaceuticals***
*Via Email*

HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

### ***Defendant: Rite Aid Corporation***
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

### ***Defendant: Sanofi-Aventis U.S. LLC***
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

### ***Defendant: Target Corporation***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
1010 Dale St. N.
St Paul, MN 55117

### ***Defendant: Valu Merchandisers Co.***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
112 SW 7th Street, Suite 3C
Topeka, KS 66603

### ***Defendant: Walgreens, Inc.***

*Via Certified Mail*

c/o ILLINOIS CORPORATION SERVICE COMPANY
801 Adlai Stevenson Dr.
Springfield, IL 62703

### ***Defendant: Walgreen Co.***
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

### ***Defendant: Walmart, Inc.***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

### ***Defendant: Wal-Mart Stores East 1 LP.***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

Dated: October 13, 2023

Respectfully submitted,

By: */s/ Andrea R. Gold*
Andrea R. Gold
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Ave NW
Suite 1010
Washington, DC 20006

*Counsel for Plaintiffs*