BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 3089 |

**NOTICE OF RELATED ACTIONS**

PLEASE TAKE NOTICE that Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, two (2) new case was filed which the undersigned submits relates to the actions subject to the pending Motion for Transfer of Actions in the above-captioned matter. The following cases actions are currently pending in a federal district court:

- Millard, et al. v. Reckitt Benckiser, et al., No. 2:23-cv-21051 (United States District Court for the District of New Jersey).

- Anderson, et al. v. The Procter & Gamble Company, et al., No. 2:23-cv-03899 (United States District Court for the Eastern District of Pennsylvania).

A schedule of actions listing the new cases is attached, as well as the current docket reports and complaints.

Respectfully submitted,

Dated: October 13, 2023

**LEVIN SEDRAN & BERMAN LLP**

By: */s/ Charles Schaffer*
Charles E. Schaffer, Esquire
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215)592-1500
Facsimile: (215)592-4663
cschaffer@lfsblaw.com

1

*Counsel for Plaintiffs Millard Adkins, et al. in Case No. 2:23-cv-21051. (D. NJ)*
*Counsel for Plaintiffs Rosalyn Anderson, et al. in Case No. 2:23-cv-03899 (E.D. P.A.)*