BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO.: 3089 |

CERTIFICATE OF SERVICE

I, Stephen Basser, counsel for Plaintiffs Michelle Kasparie and Kimberly James, hereby certify that on October 13, 2023, I caused the foregoing Interested Party Response of Plaintiffs Michelle Kasparie And Kimberly James In Opposition to Motion By The Barton Plaintiffs for Transfer of Actions to The United States District Court For The District Of New Jersey and In Support of Transfer of Actions to The United States District Court For The Eastern District Of Pennsylvania For Coordinated or Consolidated Pre-Trial Proceedings Pursuant To 28. U.S.C. § 1407 to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes

1

service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.

Dated: October 13, 2023

Respectfully submitted,

*/s/ Stephen R. Basser*

Stephen R, Basser
BARRACK, RODOS & BACINE
Stephen R. Basser
Samuel M. Ward
sbasser@barrack.com
sward@barrack.com
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

BARRACK RODOS & BACINE

Jeffrey W. Golan
Jeffrey A. Barrack
Andrew J. Heo
jgolan@barrack.com
jbarrack@barrack.com
aheo@barrack.com
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

EMERSON FIRM, PLLC

John G. Emerson
jemerson@emersonfirm.com
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

Attorneys for Plaintiffs, Michelle Kasparie and Kimberly James