BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO.: 3089 |

CERTIFICATE OF SERVICE

I, Stephen Basser, counsel for Plaintiffs Michelle Kasparie and Kimberly James, hereby certify that on October 13, 2023, I caused the foregoing Interested Party Response of Plaintiffs Michelle Kasparie And Kimberly James In Opposition to Motion By The Barton Plaintiffs for Transfer of Actions to The United States District Court For The District Of New Jersey and In Support of Transfer of Actions to The United States District Court For The Eastern District Of Pennsylvania For Coordinated or Consolidated Pre-Trial Proceedings Pursuant To 28. U.S.C. § 1407 to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants

1

via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.

| | |
|---|---|
| Dated: October 13, 2023 | Respectfully submitted, |
| | /s/ Stephen R. Basser |
| | Stephen R, Basser<br>BARRACK, RODOS & BACINE<br>Stephen R. Basser<br>Samuel M. Ward<br>sbasser@barrack.com<br>sward@barrack.com<br>One America Plaza<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>Telephone: (619) 230-0800<br>Facsimile: (619) 230-1874 |
| | BARRACK RODOS & BACINE |
| | Jeffrey W. Golan<br>Jeffrey A. Barrack<br>Andrew J. Heo<br>jgolan@barrack.com<br>jbarrack@barrack.com<br>aheo@barrack.com<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-0600<br>Facsimile: (215) 963-0838 |
| | EMERSON FIRM, PLLC |
| | John G. Emerson<br>jemerson@emersonfirm.com<br>2500 Wilcrest Drive, Suite 300<br>Houston, TX 77042<br>Telephone: (800) 551-8649<br>Facsimile: (501) 286-4659 |
| | Attorneys for Plaintiffs, Michelle Kasparie and Kimberly James |