**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**CERTIFICATE OF SERVICE**

I, Baldassare Vinti, counsel for Defendants Church & Dwight Co. Inc., hereby certify that on this 16th day of October 2023, I caused the foregoing Corporate Disclosure Statement and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Corporate Disclosure Statement to be served via electronic mail or first-class mail to the following:

***Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965 (E.D. Cal.)**
*Via ECF*

SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Email: crodriguez@singletonschreiber.com
Andrew D. Bluth
E-Mail: abluth@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, California 95814
    **Counsel for Plaintiffs: Kenneth Levi Pack and Min Ji Jung**


**Defendant: Albertsons Companies Inc**.
*Via ECF*

WINSTON & STRAWN LLP
Amanda L. Groves
333 S. Grand Avenue

Los Angeles, CA 90071
Email: agroves@winston.com

**Defendant Amazon.com, Inc.**
*Via ECF*

K&L GATES LLP
Robert W. Sparkes, III
1 Congress Street, Suite 2900
Boston, MA 02114
Email: robert.sparkes@klgates.com

**Defendant Bayer Healthcare LLC**
*Via ECF*

DLA PIPER LLP (US)
Christopher G. Campbell
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309
Email: christopher.campbell@us.dlapiper.com

**Defendant CVS Pharmacy, Inc.**
*Via ECF*

GREENBERG TRAURIG
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Email: sara.thompson@gtlaw.com

**Defendant GlaxoSmithKline Consumer Healthcare Holdings (US) LLC**
**(incorrectly sued as "GlaxoSmithKline LLC")**
*Via ECF*

KIRKLAND & ELLIS LLP
Jay P. Lefkowitz
601 Lexington Avenue
New York, NY 10022
Email: lefkowitz@kirkland.com

**Defendant Johnson & Johnson Consumer Inc.**
**(incorrectly sued as "Johnson & Johnson Consumer Companies, Inc.")**
*Via ECF*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine

Times Square Tower
7 Times Square
New York, NY 10036
Email: hchanoine@omm.com

**Defendant The Procter & Gamble Company**
*Via ECF*

COVINGTON & BURLING LLP
Andrew Soukup
One City Center
850 Tenth Street, NW
Washington, DC 20001
Email: asoukup@cov.com

**Defendant RB Health (US) LLC**
**(incorrectly sued as "Reckitt Benckiser LLC")**
*Via ECF*

HOGAN LOVELLS LLP
Lauren S. Colton
100 International Drive, Suite 2000
Baltimore, MD 21202
Email: lauren.colton@hoganlovells.com

**Defendant Rite Aid Corporation**
*Via ECF*

GREENBERG TRAURIG
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Email: sara.thompson@gtlaw.com

**Defendant Sanofi-Aventis U.S. LLC**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

**Defendant Target Corporation**
*Via ECF*

GREENBERG TRAURIG
Sara K. Thompson

3

3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Email: sara.thompson@gtlaw.com

**Defendant Walgreen Co.**
*Via ECF*

GREENBERG TRAURIG
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Email: sara.thompson@gtlaw.com

**Defendant Walmart Inc.**
*Via ECF*

KING & SPALDING LLP
Michael B. Shortnacy
Livia M. Kiser
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Email: mshortnacy@kslaw.com
Email: lkiser@kslaw.com

Quyen L. Ta
Michael L. Resch
50 California Street, Suite 3300
San Francisco, CA 94111
Email: qta@kslaw.com
Email: mresch@kslaw.co

Dated: October 16, 2023

Respectfully submitted,

**PROSKAUER ROSE LLP**

*/s Baldassare Vinti*
Baldassare Vinti
Jeffrey H. Warshafsky
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
p: 212-969-3249
f: 212-969-2900
bvinti@proskauer.com

*Attorneys for Church & Dwight Co. Inc.*

4