BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLPHRINE MARKETING and SALES PRACTICES LITIGATION | MDL DOCKET NO. 3089 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, counsel for Plaintiffs Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, Tina Haluszka, hereby certifies that the *Interested Plaintiffs' Brief In Support of Motion for Transfer* was filed electronically with the Clerk of the Court using the CM/ECF system on October 16, 2023, and served on all recipients in the manner indicated on the attached service list:

Respectfully submitted,

Dated: October 16, 2023         **LEVIN SEDRAN & BERMAN LLP**

By:    */s/ Charles Schaffer*
Charles E. Schaffer, Esquire
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215)592-1500
Facsimile: (215)592-4663
cschaffer@lfsblaw.com

*Counsel for Plaintiffs Millard Adkins, et al. in Case No. 2:23-cv-21051. (D. NJ)*
*Counsel for Plaintiffs Rosalyn Anderson, et al. in Case No. 2:23-cv-03899 (E.D. P.A.)*

**SERVICE LIST**

| VIA ELECTRONIC MAIL/ECF ||
|---|---|
| **PARTY** | **COUNSEL** |
| Defendant Procter & Gamble Company | ***Via ECF***<br>Andrew Soukup<br>850 10th St. NW<br>Washington, DC 20001<br>asoukup@cov.com |
| Defendant GlaxoSmithKline LLC | ***Via ECF***<br>Jay P. Lefkowitz<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>lefkowitz@kirkland.com |
| Defendant Target Corporation | ***Via ECF***<br>Sara K. Thompson<br>3333 Piedmont Rd. NE, Suite 2500<br>Atlanta, GA 30305<br>Sara.thompson@gtlaw.com |
| Defendant Walmart Inc. | ***Via ECF***<br>Livia M. Kiser<br>King & Spalding LLP<br>110 N. Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>lkiser@kslaw.com |
| Defendant Reckitt Benckiser Pharmaceuticals Inc. | ***Via ECF***<br>Lauren S. Colton<br>Hogan Lovells US LLP<br>100 International Drive, Suite 2000<br>Baltimore, Maryland 21202<br>Lauren.colton@hoganlovells.com |
| Defendant Johnson & Johnson Consumer Inc. | ***Via ECF***<br>Hannah Chanoine<br>O'Melveny & Meyers LLP<br>7 Times Square<br>New York, NY 10036<br>hchanoine@omm.com |

| VIA ELECTRONIC MAIL/ECF ||
|---|---|
| **PARTY** | **COUNSEL** |
|  |  |
| Defendant Bayer Corporation | ***Via ECF***<br>Christopher G. Cambell<br>DLA Piper LLP (US)<br>1201 West Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>Christopher.campbell@us.dlapiper.com |
| Defendant GSK Consumer Health, Inc. d/b/a Haleon | ***Via ECF***<br>Jay P. Lefkowitz<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>lefkowitz@kirkland.com |

| VIA CERTIFIED MAIL ||
|---|---|
| **PARTY** | **COUNSEL** |
| Defendant The Kroger Co. | ***Via Certified Mail***<br>1014 Vine St.<br>Cincinnati, OH 45201 |
| Defendant Kenvue Inc. | ***Via Certified Mail***<br>199 Grandview Road<br>Skillman, NJ 08558 |