**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules and Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the Notice of Appearance and Proof of Service were electronically filed with the Clerk of the Panel using the CM/ECF system, which will send notice of this filing to all parties of record. The aforementioned documents were also served through the U.S. Postal Service, as indicated below, to the following:

**Defendant: Procter & Gamble**
*Via ECF*
Andrew Soukup
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
asoukup@cov.com

**Defendants: Johnson & Johnson Consumer Inc. and Kenvue Inc.**
*Via ECF*
Hannah Y. Chanoine
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
hchanoine@omm.com

**Defendant: Reckitt Benckiser LLC**
*Via ECF*
Lauren S. Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
lauren.colton@hoganlovells.com

**Defendant: McNeil Consumer Healthcare**
*Via Certified Mail*
7050 Camp Hill Road
Fort Washington, PA 19034

**Defendant: McNeil Consumer Healthcare**
*Via Certified Mail*
c/o Secretary of State of the State of New York
99 Washington Avenue, 6th Floor
Albany, NY 12231

Dated: October 16, 2023

           Respectfully submitted,

           /s/ Raymond C. Silverman
           Raymond C. Silverman
           Melanie H. Muhlstock
           Jason S. Goldstein
           **PARKER WAICHMAN LLP**
           6 Harbor Park Drive
           Port Washington, New York 11050
           Tel.: 516.466.6500 | Fax: 516.466.6665
           Email: rsilverman@yourlawyer.com
                   mmuhlstock@yourlawyer.com
                   jgoldstein@yourlawyer.com

*Counsel for Plaintiffs Robyn Cronin and Chioma Ozuzu*