BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

IN RE: Oral Phenylephrine Marketing and Sales
Practices Litigation

MDL No. **3089**

NOTICE OF RELATED ACTIONS

PLEASE TAKE NOTICE that Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, two (2) new cases were filed which the undersigned submits relates to the actions subject to the pending Motion for Transfer of Actions in the above-captioned matter. The following cases actions are currently pending in a federal district court:

- Richard Chavez, et al. v. Johnson & Johnson Consumer, Inc., et al., No. 1:23-cv-00883 (United States District Court for the District of New Mexico).

- Christopher McPhee, et al. and Justin Vorise, et al. v. Johnson & Johnson Consumer, Inc., et al., No. 3:23-cv-05128 (United States District Court for the Northern District of California).

A schedule of actions listing the new cases is attached, as well as the current docket reports and complaints.

Dated: October 18, 2023

Respectfully submitted,

*/s/ Andrew D. Bluth*
Andrew D. Bluth (CA Bar No. 232387)
SINGLETON SCHREIBER LLP
1414 K Street, Suite 470
Sacramento, CA 95834
Telephone: (916) 248-8478
Facsimile: (619) 255-1515
abluth@singletonschreiber.com