**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION**

**IN RE:** Oral Phenylephrine Marketing and Sales
Practices Litigation

**MDL No.  3089**

**SCHEDULE OF ACTIONS**

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| Richard Chavez, on behalf of himself and all others similarly situated vs. Johnson & Johnson Consumer, Inc., a New Jersey corporation; GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, a Delaware corporation; RB Health (US) LLC, a Delaware corporation; Bayer Healthcare LLC, a Delaware limited liability corporation; The Procter & Gamble Company, an Ohio corporation; Church & Dwight Co., Inc., a Delaware corporation; Walmart Inc., a Delaware corporation; Target Corporation, a Minnesota corporation; CVS Pharmacy, Inc., a Delaware corporation; Walgreen Co., an Illinois corporation; Albertsons Companies Inc., a Delaware corporation; Amazon.com, Inc., a Delaware corporation; and John Does 1-200 | United States District Court for the District of New Mexico | 1:23-cv-00883 | Judge Matthew L. Garcia |
| Christopher McPhee, an individual, on behalf of himself and all others similarly situated; Justin Vorise, an individual, on behalf of himself and all others similarly situated vs. Johnson & Johnson Consumer, Inc., a | United States District Court for the Northern District of California | 4:23-cv-05128 | Judge Haywood S. Gilliam, Jr. |

1

| | | | |
|---|---|---|---|
| New Jersey corporation; GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, a Delaware corporation; RB Health (US) LLC, a Delaware corporation; Bayer Healthcare LLC, a Delaware limited liability corporation; The Procter & Gamble Company, an Ohio corporation; Church & Dwight Co., Inc., a Delaware corporation; Walmart Inc., a Delaware corporation; Target Corporation, a Minnesota corporation; CVS Pharmacy, Inc., a Delaware corporation; Walgreen Co., an Illinois corporation; Albertsons Companies Inc., a Delaware corporation; Amazon.com, Inc., a Delaware corporation; and DOES 1-200 | | | |