BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

IN RE: Oral Phenylephrine Marketing and Sales
Practices Litigation

MDL No. **3089**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of Notice of Related Actions, Schedule of Actions, docket reports, complaints and this Certificate of Service were served on all parties in the following case electronically via ECF, or as indicated below, on October 17, 2023.

**Pack, et al., v. Johnson & Johnson Consumer Companies, Inc., et al., Eastern District of California No. 2:23-cv-01965**

**Served Via ECF**
Johnson & Johnson Consumer Companies, Inc.
c/o Hannah Chanoine
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
Email: hchanoine@aomm.com

**Served Via ECF**
GlaxoSmithKline LLC
c/o Jay P. Lefkowitz
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Email: lefkowitz@kirkland.com

**Served Via ECF**
Reckitt Benckiser LLC
c/o Lauren S. Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
lauren.colton@hoganlovells.com

**Served Via ECF**
Bayer Healthcare LLC
c/o Christopher G. Campbell
DLA Piper
1201 West Peachtree Street, Suite 2800
Atlanta, GA 30309
christopher.campbell@us.dlapiper.com

**Served Via ECF**
The Procter & Gamble Company
Andrew Soukup, Esq.
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Email: asoukup@cov.com

**Served Via ECF**
Church & Dwight Co., Inc.
c/o Baldassare Vinti
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
bvinti@proskauer.com

**Served Via ECF**
Walmart Inc.
c/o Livia M. Kiser
King & Spalding
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
lkiser@kslaw.com

**Served Via ECF**
Target Corporation
c/o Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Served Via ECF**
CVS Pharmacy, Inc.
c/o Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Served Via ECF**
Walgreen Co.
c/o Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Served Via ECF**
Albertsons Companies Inc.
c/o Amanda Groves
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
agroves@winston.com

**Served Via ECF**
Rite Aid Corporation
c/o Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Served Via ECF**
Amazon.com, Inc.
c/o Robert W. Sparkes, III
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
robert.sparkes@klgates.com

**Served Via USPS Certified Mail**
Sanofi-Aventis U.S. LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Dated: October 18, 2023 Respectfully submitted,

*/s/ Andrew D. Bluth*
Andrew D. Bluth (CA Bar No. 232387)
SINGLETON SCHREIBER LLP
1414 K Street, Suite 470
Sacramento, CA 95834
Telephone: (916) 248-8478
Facsimile: (619) 255-1515
abluth@singletonschreiber.com

**Counsel for Plaintiffs Levi Kenneth Pack, Min Ji Jung, Christopher McPhee, Justin Vorise and Richard Chavez**