BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

IN RE: Oral Phenylephrine Marketing and Sales
Practices Litigation

MDL No. **3089**

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of Notice of Related Actions, Schedule of Actions, docket reports, complaints and this Certificate of Service were served on all parties in the following case electronically via ECF, or as indicated below, on October 17, 2023.

**Richard Chavez, et al. v. Johnson & Johnson Consumer, Inc., et al., District of New Mexico No. 1:23-cv-00883**

**Served Via ECF**
Johnson & Johnson Consumer, Inc.
c/o Hannah Chanoine
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
Email: hchanoine@aomm.com

**Served Via ECF**
GlaxoSmithKline Consumer Healthcare Holdings (US) LLC
c/o Jay P. Lefkowitz
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Email: lefkowitz@kirkland.com

**Served Via ECF**
RB Health (US) LLC
c/o Lauren S. Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
lauren.colton@hoganlovells.com

1

**Served Via ECF**
Bayer Healthcare LLC
c/o Christopher G. Campbell
DLA Piper
1201 West Peachtree Street, Suite 2800
Atlanta, GA 30309
christopher.campbell@us.dlapiper.com

**Served Via ECF**
The Procter & Gamble Company
Andrew Soukup, Esq.
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Email: asoukup@cov.com

**Served Via ECF**
Church & Dwight Co., Inc.
c/o Baldassare Vinti
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
bvinti@proskauer.com

**Served Via ECF**
Walmart Inc.
c/o Livia M. Kiser
King & Spalding
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
lkiser@kslaw.com

**Served Via ECF**
Target Corporation
c/o Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Served Via ECF**
CVS Pharmacy, Inc.
c/o Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Served Via ECF**
Walgreen Co.
c/o Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Served Via ECF**
Albertsons Companies Inc.
c/o Amanda Groves
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
agroves@winston.com

**Served Via ECF**
Amazon.com, Inc.
c/o Robert W. Sparkes, III
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
robert.sparkes@klgates.com

**Christopher McPhee, et al. and Justin Vorise, et al. v. Johnson & Johnson Consumer, Inc., et al., Northern District of California No. 4:23-cv-05128**

**Served Via ECF**
Johnson & Johnson Consumer, Inc.
c/o Hannah Chanoine
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
Email: hchanoine@aomm.com

3

**Served Via ECF**
GlaxoSmithKline Consumer Healthcare Holdings (US) LLC
c/o Jay P. Lefkowitz
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Email: lefkowitz@kirkland.com

**Served Via ECF**
RB Health (US) LLC
c/o Lauren S. Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
lauren.colton@hoganlovells.com

**Served Via ECF**
Bayer Healthcare LLC
c/o Christopher G. Campbell
DLA Piper
1201 West Peachtree Street, Suite 2800
Atlanta, GA 30309
christopher.campbell@us.dlapiper.com

**Served Via ECF**
The Procter & Gamble Company
Andrew Soukup, Esq.
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Email: asoukup@cov.com

**Served Via ECF**
Church & Dwight Co., Inc.
c/o Baldassare Vinti
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
bvinti@proskauer.com

**Served Via ECF**
Walmart Inc.
c/o Livia M. Kiser
King & Spalding
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
lkiser@kslaw.com

**Served Via ECF**
Target Corporation
c/o Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Served Via ECF**
CVS Pharmacy, Inc.
c/o Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Served Via ECF**
Walgreen Co.
c/o Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Served Via ECF**
Albertsons Companies Inc.
c/o Amanda Groves
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
agroves@winston.com

**Served Via ECF**
Amazon.com, Inc.
c/o Robert W. Sparkes, III
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
robert.sparkes@klgates.com

Dated: October 18, 2023					Respectfully submitted,


							*/s/ Andrew D. Bluth*
							Andrew D. Bluth (CA Bar No. 232387)
							SINGLETON SCHREIBER LLP
							1414 K Street, Suite 470
							Sacramento, CA 95834
							Telephone: (916) 248-8478
							Facsimile: (619) 255-1515
							abluth@singletonschreiber.com

							**Counsel for Plaintiffs Christopher McPhee, Justin Vorise and Richard Chavez**