BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

SCHEDULE OF POTENTIAL TAG-ALONG ACTIONS

| Plaintiff(s) | Defendants(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Thomas Lewis, Dena Fichot | Johnson & Johnson, Johnson & Johnson Consumer Inc., Kenvue Inc., McNeil Consumer Healthcare Inc. | District of New Jersey | 3:23-cv-20816 | Georgette Castner |
| John Jeffrey Ward, Ruta Taito, Karen Schwartz | Johnson & Johnson, Johnson & Johnson Consumer Inc., Kenvue Inc., McNeil Consumer Healthcare Inc. | District of New Jersey | 3:23-cv-20818 | Michael A. Shipp |
| Jacob Reinkraut | Johnson & Johnson Consumer Inc. and Kenvue Inc. | District of New Jersey | 2:23-cv-20444 | Kevin McNulty |