BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL NO. 3089 |

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing APPEARANCE FORM, and this Proof of Service were served by U.S. Certified Mail or electronic mail (as indicated below) on October 19, 2023, to the following:

**Defendant: HALEON, PLC**
*Via Certified Mail:*
184 Liberty Corner Road, Suite 200
Warren NJ 07059

**Defendant: HALEON, PLC**
*Via email and ECF*
Jay P. Lefkowitz
601 Lexington Avenue
New York, NY 10022
T: 212-446-4970
Email: lefkowitz@kirkland.com

Dated: October 19, 2023

*/s/Paul J. Doolittle*
Paul J. Doolittle, Esq.
SC Fed. Bar No. 6012
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street Charleston, SC 29403
(T): (803) 222-2222
(F): (843) 494-5536
Email: paul.doolittle@poulinwilley.com