BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL NO. 3089 |

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing APPEARANCE FORM, and this Proof of Service were served by U.S. Certified Mail or electronic mail (as indicated below) on October 19, 2023, to the following:

**Defendant Bayer Healthcare, LLC:**
*Via Certified Mail:*
100 Bayer Blvd Whippany, NJ, 07981-1544

**Counsel for Bayer Healthcare, LLC:**
*Via Email and ECF:*
Christopher G. Campbell
Email:
christopher.campbell@us.dlapiper.com

Dated: October 19, 2023

*/s/Paul J. Doolittle*
Paul J. Doolittle, Esq.
SC Fed. Bar No. 6012
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street Charleston, SC 29403
(T): (803) 222-2222
(F): (843) 494-5536
Email:
paul.doolittle@poulinwilley.com