BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

**IN RE**: Oral Phenylephrine Marketing and Sales Practices     MDL No. 3089

NOTICE OF APPEARANCE

SHORT CASE CAPTIONS AND PARTIES REPRESENTED

- *Emmons v. McNeil Consumer Healthcare, et al.*, No. 2:23-cv-03874 (E.D. Pa)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *McPhee et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 4:23-cv-05128 (N.D. Cal.)
    - Party represented: RB Health (US) LLC

- *Chavez v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-00883 (D.N.M.)
    - Party represented: RB Health (US) LLC

- *Adkins et al. v. Reckitt Benckiser Pharmaceuticals et al.*, No. 2:23-cv-21051 (D.N.J.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser Pharmaceuticals Inc.)