**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL DOCKET NO. 3089** |

**PLAINTIFFS KLEIMAN AND ROURK'S NOTICE OF RELATED ACTIONS**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the above Plaintiffs hereby provide notice that the actions listed in the attached Schedule of Related Actions are related to this proceeding. The complaints are attached as Exhibit 1, 2, and 3.

Dated: October 19, 2023

Respectfully Submitted,

*/s/Paul J. Doolittle*
Paul J. Doolittle
Blake G. Abbott
**POULIN | WILLEY
ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Email: paul.doolittle@poulinwilley.com
          blake.abbott@poulinwilley.com