**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 3089 |
|---|---|

**PLAINTIFFS' SCHEDULE OF ACTIONS**

| CAPTION AND PARTIES | DISTRICT | CASE NUMBER | JUDGE |
|---|---|---|---|
| *Rampalli v. Walgreen Co.* | (N.D. Ill.) | 1:23-cv-14015 | Judge Mish S. Shah |
| *Rampalli v. Target Corporation* | (D. Minn.) | 0:23-cv-02915 | Chief Judge Patrick J. Schiltz |
| *Rampalli v. Publix Super Markets, Inc.* | (M.D. Fla.) | 8:23-cv-02226 | Judge Virginia M. Hernandez Covington |