BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

**IN RE**: Oral Phenylephrine Marketing and Sales Practices   MDL No. 3089

### Attachment B to Corporate Disclosure Statement – List of Actions

- *Riccio v. Reckitt Benckiser Pharmaceuticals Inc.*, No. 1:23-cv-13879 (N.D. Ill.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser Pharmaceuticals Inc.)

- *Fong et al. v. Johnson & Johnson Consumer Inc. et al.*, No. 2:23-cv-02430 (D. Kan.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Travis v. Procter & Gamble Co., et al.*, No. 1:23-cv-00607 (S.D. Ohio)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt & Benckiser LLC)

- *Newton's Pharmacy, Inc. v. Procter & Gamble Company, et al.*, No. 1:23-cv-00613 (S.D. Ohio)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt & Benckiser LLC)

- *Coyle v. GlaxoSmithKline LLC, et al.*, No. 1:23-cv-07311 (E.D.N.Y)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Hsieh et al. v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-14404 (N.D. Ill.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Ozuzu v. Kenvue Inc. et al.*, No. 1:23-cv-07395 (E.D.N.Y.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser, LLC)

- *Emmons v. McNeil Consumer Healthcare, et al.*, No. 2:23-cv-03874 (E.D. Pa)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *McPhee et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 4:23-cv-05128 (N.D. Cal.)
    - Party represented: RB Health (US) LLC

- *Chavez v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-00883 (D.N.M.)
    - Party represented: RB Health (US) LLC

- *Adkins et al. v. Reckitt Benckiser Pharmaceuticals et al.*, No. 2:23-cv-21051 (D.N.J.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser Pharmaceuticals Inc.)