BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I, Lauren S. Colton, counsel for Defendant RB Health (US) LLC, incorrectly sued as "Reckitt Benckiser LLC", "Reckitt Benckiser, LLC", "Reckitt & Benckiser LLC", and/or "Reckitt Benckiser Pharmaceuticals Inc.", hereby certify that on October 19, 2023, I caused the foregoing Corporate Disclosure Statement, accompanying Attachments and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Corporate Disclosure Statement and accompanying Attachments to be served via electronic mail or first-class mail to the following:

*Riccio v. Reckitt Benckiser Pharmaceuticals Inc.*, **No. 1:23-cv-13879 (N.D. Ill.)**
**Counsel for Plaintiff Rose Riccio**
Via First-Class Mail

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
Erin J. Ruben
eruben@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

PEARSON WARSHAW, LLP
Melissa S. Weiner

1

Ryan J. Gott
328 Barry Avenue South, Ste 200
Wayzata, Minnesota 55391
mweiner@pwfirm.com
rgott@pwfirm.com

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
ostrow@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301

*Fong et al. v. Johnson & Johnson Consumer Inc. et al.*, **No. 2:23-cv-02430 (D. Kan.)**
**Counsel for Heather Fong**
Via First-Class Mail

HORN AYLWARD & BANDY, LC
Robert Horn
rhorn@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Phone: 913-451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

WAGSTAFF & CARTMELL LLP
Thomas Cartmell
Tyler W. Hudson
4700 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
tcartmell@wellp.com
thudson@wellp.com

*Newton's Pharmacy, Inc. v. Procter and Gamble Company et al.*, **No. 1:23-cv-00613 (S.D. Ohio)**
**Counsel for Newton's Pharmacy**
Via First-Class Mail

STREETT LAW FIRM, P.A
James A. Streett
107 West Main Russellville, AR 72801
james@streettlaw.com

*Coyle v. GlaxoSmithKline LLC, et al.*, **No. 1:23-cv-07311 (E.D.N.Y)**
**Counsel for John Coyle**
Via First-Class Mail

DOUGLAS & LONDON, P.C.
Gary J. Douglas
gdouglas@douglasandlondon.com
59 Maiden Lane, 6th Floor
New York, NY 10038

*Hsieh et al. v. Reckitt Benckiser LLC et al.*, **No. 1:23-cv-14404 (N.D. Ill.)**
**Counsel for James Hsieh, Dominic Rio, Mohanad Abdelkarim, and Steven Checchia**
Via First-Class Mail

TYCKO & ZAVAREEI LLP
Andrea R. Gold
agold@tzlegal.com
200 Pennsylvania Ave. Northwest, Suite 1010
Washington, DC 20006

*Emmons v. McNeil Consumer Healthcare, et al.*, **No. 2:23-cv-03874 (E.D. Pa)**
**Counsel for Plaintiffs Kathleen Emmons and Nathan Jackson**
Via First-Class Mail

BARRACK, RODOS & BACINE
Jeffrey W. Golan
jgolan@barrack.com
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

EMERSON FIRM, PLLC
John G. Emerson
jemerson@emersonfirm.com
2500 Wilcrest Drive, Suite 300
Houston, TX 77042

*McPhee et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, **No. 4:23-cv-05128 (N.D. Cal.)**
**Counsel for Plaintiffs Christopher McPhee and Justin Vorise**
Via First-Class Mail

SINGLETON SCHREIBER LLP
Andrew D. Bluth
abluth@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, CA 95834

***Chavez v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-00883 (D.N.M.)**
**Counsel for Plaintiff Richard Chavez**
Via First-Class Mail

SINGLETON SCHREIBER LLP
Andrew D. Bluth
abluth@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, CA 95834

***Adkins et al. v. Reckitt Benckiser Pharmaceuticals et al.*, No. 2:23-cv-21051 (D.N.J.)**
**Counsel for Plaintiffs Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, and Tina Haluszka**
Via First-Class Mail

ROBERT PEIRCE & ASSOCIATES
D. Aaron Rihn
arihn@peircelaw.com
707 Grant Street, Suite 125
Pittsburgh, PA 15219

Dated: October 19, 2023

Respectfully submitted,

By: */s/ Lauren S. Colton*
Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

*Counsel for Defendant RB Health (US) LLC*