BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## SCHEDULE OF RELATED ACTIONS

| Plaintiff(s) | Defendants | District | Case Number | Judge |
|---|---|---|---|---|
| Kenneth Levi Pack<br>Min Ji Jung | Johnson & Johnson Consumer Inc.<br>GlaxoSmithKline Consumer Healthcare Holdings (US) LLC<br>RB Health (US) LLC<br>Bayer HealthCare LLC<br>Sanofi- Aventis U.S. LLC<br>The Procter & Gamble Company<br>Church & Dwight Co., Inc.<br>Walmart Inc.<br>Target Corporation<br>CVS Pharmacy, Inc.<br>Walgreen Co.<br>Albertsons Companies Inc.<br>Rite Aid Corporation<br>Amazon.com, Inc. | E.D. Cal. | 2:23-cv-01965 | Judge Troy L. Nunley |
| Jordan Nelson<br>Regina Peralta | Kenvue Inc.<br>McNeil Consumer Healthcare<br>Johnson & Johnson Consumer, Inc.<br>CVS Pharmacy, Inc.<br>Haleon US Capital LLC<br>GSK Plc<br>Albertsons Companies, Inc.<br>Target Corporation<br>Walmart Inc.<br>Perrigo Company Plc | N.D. Cal. | 4:23-cv-04875 | Judge Haywood S. Gilliam, Jr. |
| Christopher McPhee;<br>Justin Vorise | Johnson & Johnson Consumer Companies, Inc.<br>GlaxoSmithKline Consumer Healthcare Holdings (US) LLC<br>RB Health (US) LLC<br>Bayer Healthcare LLC<br>The Procter & Gamble Company<br>Church & Dwight Co., Inc.<br>Walmart Inc.<br>Target Corporation<br>CVS Pharmacy, Inc.<br>Walgreen Co.<br>Albertsons Companies Inc.<br>Amazon.com, Inc. | N.D. Cal. | 4:23-cv-05128 | Judge Haywood S. Gilliam, Jr. |

| Plaintiff(s) | Defendants | District | Case Number | Judge |
|---|---|---|---|---|
| | DOES 1-200 | | | |
| Richard Chavez | Johnson & Johnson Consumer, Inc.<br>GlaxoSmithKline Consumer Healthcare Holdings (US) LLC<br>RB Health (US) LLC<br>Bayer Healthcare LLC<br>The Procter & Gamble Company<br>Church & Dwight Co., Inc.<br>Walmart Inc.<br>Target Corporation<br>CVS Pharmacy, Inc.<br>Walgreen Co.<br>Albertsons Companies Inc.<br>Amazon.com, Inc.<br>John Does 1-200 | D. N.M. | 1:23-cv-00883 | Judge Matthew L. Garcia |