BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**PROOF OF SERVICE**

I, Amanda Groves, counsel for Defendant Albertsons Companies, Inc., hereby certify that on October 19, 2023, I caused the foregoing Appearance and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.  I will further cause the same Notice of Related Actions to be served via electronic mail or first-class mail to the following:

*<u>Pack, et al. v. Johnson & Johnson Consumer Cos., Inc., et al.</u>*, **No. 2:23-cv-01965 (E.D. Cal.)**

**Counsel for Plaintiffs: Kenneth Levi Pack and Min Ji Jung**
*Via E-mail*

SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Andrew D. Bluth
1414 K Street, Suite 470
Sacramento, California  95814
Email: crodriguez@singletonschreiber.com
Email: abluth@singletonschreiber.com

*<u>Nelson, et al. v. Kenvue, Inc., et al.</u>*, **No. 4:23-cv-04875 (N.D. Cal.)**

**Counsel for Plaintiffs: Jordan Nelson and Regina Peralta**
*Via E-mail*

BURSOR & FISHER, P.A.
Sarah N. Westcot
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
E-Mail: swestcot@bursor.com

L. Timothy Fisher
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
E-Mail: ltfisher@bursor.com

***Chavez v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:23-cv-00883 (D. N.M.)**

**Counsel for Plaintiff Richard Chavez**
*Via E-mail*

SINGLETON SCHREIBER, LLP
Brian S. Colón
Robert J. Sánchez
Jacob Payne
6501 Americas Parkway NE, Suite 670
Albuquerque, New Mexico 87110
Email: bcolon@singletonschreiber.com
Email: rsanchez@singletonschreiber.com
Email: jpayne@singletonschreiber.com

***McPhee, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 4:23-cv-05128 (N.D. Cal.)**

**Counsel for Plaintiffs Christopher McPhee and Justin Vorise**
*Via E-mail*

Christopher Ross Rodriguez
Singleton Schreiber, LLP
1414 K Street
Suite 470
Sacramento, CA 95814
916-256-2312
Email: crodriguez@singletonschreiber.com

**Defendant Amazon.com, Inc.**
*Via E-mail*

K&L GATES LLP
Robert W. Sparkes, III
1 Congress Street, Suite 2900
Boston, MA  02114
Phone: (617) 951-9134
Fax:  (617) 261-3175

Email: robert.sparkes@klgates.com

**Defendant Bayer Healthcare LLC**
*Via E-mail*

DLA PIPER LLP (US)
Christopher M. Young
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Email: christopher.young@dlapiper.com

Christopher G. Campbell
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309
Email: christopher.campbell@us.dlapiper.com

**Defendant Church & Dwight Co., Inc.**
*Via E-mail*

PROSKAUER ROSE LLP
Bart H. Williams
Jennifer L. Roche
2029 Century Park East, Suite 2400
Los Angeles, CA  90067
Email: bwilliams@proskauer.com
Email: jroche@proskauer.com

Baldassare Vinti
Jeffrey H. Warshafsky
11 Times Square
New York, NY  10036
Email: bvinti@proskauer.com
Email: jwarshafsky@proskauer.com

**Defendant CVS Pharmacy, Inc.**
*Via E-mail*

GREENBERG TRAURIG LLP
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta GA 30305
Email: Sara.Thompson@gtlaw.com

**Defendant GlaxoSmithKline Consumer Healthcare Holdings (US) LLC (incorrectly sued as "GlaxoSmithKline LLC")**
*Via E-mail*

KIRKLAND & ELLIS LLP
Jay P. Lefkowitz
601 Lexington Ave.
New York, NY 10022

Email: lefkowitz@kirkland.com

Robyn E. Bladow
555 South Flower St., Suite 3700
Los Angeles, CA 90071
Email: rbladow@kirkland.com

**Defendant GSK Plc**
*Via E-mail*

KIRKLAND & ELLIS LLP
Jay P. Lefkowitz
601 Lexington Ave.
New York, NY 10022
Email: lefkowitz@kirkland.com

**Defendant Haleon US Capital LLC**
*Via E-mail*

KIRKLAND & ELLIS LLP
Jay P. Lefkowitz
601 Lexington Ave.
New York, NY 10022
Email: lefkowitz@kirkland.com

**Defendant Johnson & Johnson Consumer Inc.**
*Via E-mail*

O'MELVENY & MYERS LLP
Amy J. Laurendeau
610 Newport Center Drive, 17th Fl.
Newport Beach, CA  92660
Email: alaurendeau@omm.com

Hannah Y. Chanoine
Times Square Tower
7 Times Square
New York, NY 10036
Email: hchanoine@omm.com

**Johnson & Johnson Consumer Companies, Inc.**
*Via E-mail*

O'MELVENY & MYERS LLP
Amy J. Laurendeau
610 Newport Center Drive, 17th Fl.
Newport Beach, CA  92660
Email: alaurendeau@omm.com

Hannah Y. Chanoine
Times Square Tower

7 Times Square
New York, NY 10036
Email: hchanoine@omm.com

**Kenvue Inc.**
*Via E-mail*

O'MELVENY & MYERS LLP
Amy J. Laurendeau
610 Newport Center Drive, 17th Fl.
Newport Beach, CA 92660
Email: alaurendeau@omm.com

Hannah Y. Chanoine
Times Square Tower
7 Times Square
New York, NY 10036
Email: hchanoine@omm.com

**McNeil Consumer Health**
*Via E-mail*

O'MELVENY & MYERS LLP
Amy J. Laurendeau
610 Newport Center Drive, 17th Fl.
Newport Beach, CA 92660
Email: alaurendeau@omm.com

Hannah Y. Chanoine
Times Square Tower
7 Times Square
New York, NY 10036
Email: hchanoine@omm.com

**Defendant Perrigo Company Plc**
*Via Certified Mail*

PERRIGO COMPANY PLC
515 Eastern Ave.
Allegan, MI 49010

**Defendant The Procter & Gamble Company**
*Via E-mail*

COVINGTON & BURLING LLP
Andrew Soukup
One City Center
850 Tenth Street, NW
Washington, DC 20001
Email: asoukup@cov.com

**Defendant RB Health (US) LLC**
**(incorrectly sued as "Reckitt Benckiser LLC")**
*Via E-mail*

HOGAN LOVELLS LLP
Vassi Iliadis
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Email: vassi.iliadis@hoganlovells.com

Lauren S. Colton
100 International Drive, Suite 2000
Baltimore, MD  21202
Email: lauren.colton@hoganlovells.com

**Defendant Rite Aid Corporation**
*Via E-mail*

GREENBERG TRAURIG LLP
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta GA 30305
Email: Sara.Thompson@gtlaw.com

**Defendant Sanofi-Aventis U.S. LLC**
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
251 Little Falls Drive
Wilmington, DE 19808

**Defendant Target Corporation**
*Via E-mail*

GREENBERG TRAURIG LLP
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta GA 30305
Email: Sara.Thompson@gtlaw.com

**Defendant Walgreen Co.**
*Via E-mail*

GREENBERG TRAURIG LLP
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta GA 30305
Email: Sara.Thompson@gtlaw.com

**Defendant Walmart Inc.**
*Via E-mail*

KING & SPALDING LLP
Michael B. Shortnacy
Livia M. Kiser
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Email: mshortnacy@kslaw.com
Email: lkiser@kslaw.com

Quyen L. Ta
Michael L. Resch
50 California Street, Suite 3300
San Francisco, CA 94111
Email: qta@kslaw.com
Email: mresch@kslaw.com

Dated: October 19, 2023                                    Respectfully submitted,

                                                     By:   */s/ Amanda L. Groves*
Amanda L. Groves
WINSTON & STRAWN LLP
333 S. Grand Avenue Los Angeles, CA 90071
Email: agroves@winston.com

Jeff Wilkerson
300 S. Tryon Street, 16th Floor Charlotte, NC 28202
Email: jwilkerson@winston.com

*Counsel for Defendant Albertsons Companies, Inc.*