BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Albertsons Companies, Inc. ("ACI") certifies that ACI is a non-governmental corporate party and, pursuant to JPML Rule 5.1, that:

ACI is a publicly traded company on the New York Stock Exchange under the symbol ACI. It has no parent corporation and no publicly-held corporation owns 10% or more of its stock. The following have beneficial ownership of at least 10% of ACI stock: Cerebrus Capital Management, L.P.

ACI is a Delaware corporation with its principal place of business in Boise, Idaho.

Dated: October 19, 2023                                Respectfully submitted,

                                                                        By:

                                                                         /s/ *Amanda L. Groves*
                                                                        Amanda L. Groves
                                                                        WINSTON & STRAWN LLP
                                                                        333 S. Grand Avenue
                                                                        Los Angeles, CA 90071
                                                                        Email: agroves@winston.com