BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## DEFENDANT JOHNSON & JOHNSON CONSUMER INC.'S AMENDED NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Johnson & Johnson Consumer Inc. hereby provides notice that the actions listed in the attached Schedule of Potential Tag-along Actions are related to this proceeding.

Dated:  October 19, 2023

Respectfully Submitted:

By: */s/ Hannah Chanoine*
Hannah Chanoine
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: hchanoine@omm.com

*Counsel for Defendant Johnson & Johnson Consumer Inc. and improperly named Defendants Johnson & Johnson, Kenvue Inc., and McNeil Consumer Healthcare Inc.*