BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a true and correct copy of DEFENDANT JOHNSON & JOHNSON CONSUMER INC.'S AMENDED NOTICE OF POTENTIAL TAG-ALONG ACTIONS was served upon the counsel listed on the attached Service List via the means described therein on October 19, 2023.

Dated: October 19, 2023

Respectfully Submitted:

By: */s/ Hannah Chanoine*

Hannah Chanoine
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: hchanoine@omm.com

*Counsel for Defendant Johnson & Johnson Consumer Inc. and improperly named Defendants Johnson & Johnson, Kenvue Inc., and McNeil Consumer Healthcare Inc.*

# SERVICE LIST

*Lewis et al. v. McNeil Consumer Healthcare et al.* **#: 3:23-cv-20816-GC-RLS (D.N.J.)**

<u>Served via CM/ECF Notification or Email:</u>

LYNCH CARPENTER LLP
Todd D. Carpenter
todd@lcllp.com
Scott G. Braden
scott@lcllp.com
1234 Camino del Mar
Del Mar, CA 92014
Tel:619-762-1910
Fax:724-656-1556

LYNCH CARPENTER LLP
Katrina Carroll
katrina@lcllp.com
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: 312.750.1265

LYNCH CARPENTER LLP
Gary Lynch
gary@lcllp.com
Kelly K. Iverson
kelly@lcllp.com
Patrick Donathen
Patrick@lcllp.com
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412.322.9243
Facsimile 412.231.0246

*Counsel for Plaintiffs Thomas Lewis and Dena Fichot*

***Ward et al. v. Johnson & Johnson et al.*  #:3:23-cv-20818-MAS-RLS (D.N.J.)**

<u>Served via CM/ECF Notification or Email:</u>

LYNCH CARPENTER LLP
Todd D. Carpenter
todd@lcllp.com
Scott G. Braden
scott@lcllp.com
1234 Camino del Mar
Del Mar, CA 92014
Tel:619-762-1910
Fax:724-656-1556

LYNCH CARPENTER LLP
Katrina Carroll
katrina@lcllp.com
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: 312.750.1265

LYNCH CARPENTER LLP
Gary Lynch
gary@lcllp.com
Kelly K. Iverson
kelly@lcllp.com
Patrick Donathen
Patrick@lcllp.com
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412.322.9243
Facsimile 412.231.0246

*Counsel for Plaintiffs John Jeffrey Ward, Ruta Taito, and Karen Schwartz*

*Reinkraut v. Johnson & Johnson Consumer Inc. et al. #:2:23-cv-20444 (D.N.J.)*

<u>Served via CM/ECF Notification or Email:</u>

STEPHEN J. FEARON, JR.
PAUL SWEENY
SQUITIERI & FEARON, LLP
305 BROADWAY
7TH FLOOR
NEW YORK, NY 10007
212-421-6492
Fax: 212-421-6553
Email: stephen@sfclasslaw.com; paul@sfclasslaw.com

*Counsel for Plaintiff Jacob Reinkraut*