BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

CERTIFICATE OF SERVICE

I, Lauren S. Colton, counsel for Defendant RB Health (US) LLC, incorrectly sued as "Reckitt Benckiser LLC" and/or "Reckitt Benckiser Pharmaceuticals Inc.", hereby certify that on October 19, 2023, I caused my Notice of Appearance (ECF No. 193) to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further caused and/or will cause the same Notice of Appearance to be served via first-class mail to the following:

*Emmons v. McNeil Consumer Healthcare, et al.*, No. 2:23-cv-03874 (E.D. Pa)
**Counsel for Plaintiffs Kathleen Emmons and Nathan Jackson**
Via First-Class Mail

BARRACK, RODOS & BACINE
Jeffrey W. Golan
jgolan@barrack.com
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

EMERSON FIRM, PLLC
John G. Emerson
jemerson@emersonfirm.com
2500 Wilcrest Drive, Suite 300
Houston, TX 77042

*McPhee et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, **No. 4:23-cv-05128 (N.D. Cal.)**
**Counsel for Plaintiffs Christopher McPhee and Justin Vorise**
Via First-Class Mail

SINGLETON SCHREIBER LLP
Andrew D. Bluth
abluth@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, CA 95834

*Chavez v. Johnson & Johnson Consumer, Inc. et al.*, **No. 1:23-cv-00883 (D.N.M.)**
**Counsel for Plaintiff Richard Chavez**
Via First-Class Mail

SINGLETON SCHREIBER LLP
Andrew D. Bluth
abluth@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, CA 95834

*Adkins et al. v. Reckitt Benckiser Pharmaceuticals et al.*, **No. 2:23-cv-21051 (D.N.J.)**
**Counsel for Plaintiffs Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, and Tina Haluszka**
Via First-Class Mail

ROBERT PEIRCE & ASSOCIATES
D. Aaron Rihn
arihn@peircelaw.com
707 Grant Street, Suite 125
Pittsburgh, PA 15219

*Defendant: Kenvue Inc.*
Via First-Class Mail

The Corporation Trust Company Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

C T Corporation System
28 Liberty Street
New York, NY 10005

| | |
|---|---|
| Dated: October 20, 2023 | Respectfully submitted, |
| | By: */s/ Lauren S. Colton* |
| | Lauren S. Colton |
| | HOGAN LOVELLS US LLP |
| | 100 International Drive |
| | Suite 2000 |
| | Baltimore, MD 21202 |
| | Telephone: (410) 659-2733 |
| | Lauren.colton@hoganlovells.com |
| | |
| | *Counsel for Defendant RB Health (US) LLC* |