BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I, Lauren S. Colton, counsel for Defendant RB Health (US) LLC, incorrectly sued as "Reckitt Benckiser LLC", "Reckitt Benckiser, LLC", "Reckitt & Benckiser LLC", and/or "Reckitt Benckiser Pharmaceuticals Inc.", hereby certify that on October 19, 2023, I caused a Corporate Disclosure Statement (ECF No. 196) and accompanying Attachments to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further caused and/or will cause the same Corporate Disclosure Statement and accompanying Attachments to be served via first-class mail to the following:

***Riccio v. Reckitt Benckiser Pharmaceuticals Inc.*, No. 1:23-cv-13879 (N.D. Ill.)**
**Counsel for Plaintiff Rose Riccio**
Via First-Class Mail

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
Erin J. Ruben
eruben@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

PEARSON WARSHAW, LLP
Melissa S. Weiner

1

Ryan J. Gott
328 Barry Avenue South, Ste 200
Wayzata, Minnesota 55391
mweiner@pwfirm.com
rgott@pwfirm.com

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
ostrow@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301

*Fong et al. v. Johnson & Johnson Consumer Inc. et al.*, **No. 2:23-cv-02430 (D. Kan.)**
**Counsel for Heather Fong**
Via First-Class Mail

HORN AYLWARD & BANDY, LC
Robert Horn
rhorn@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
Bradley D. Honnold
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Phone: 913-451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

WAGSTAFF & CARTMELL LLP
Thomas Cartmell
Tyler W. Hudson
4700 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
tcartmell@wellp.com
thudson@wellp.com

*Newton's Pharmacy, Inc. v. Procter and Gamble Company et al.*, **No. 1:23-cv-00613 (S.D. Ohio)**
**Counsel for Newton's Pharmacy**
Via First-Class Mail

STREETT LAW FIRM, P.A
James A. Streett
107 West Main Russellville, AR 72801
james@streettlaw.com

***Coyle v. GlaxoSmithKline LLC, et al.*, No. 1:23-cv-07311 (E.D.N.Y)**
**Counsel for John Coyle**
Via First-Class Mail

DOUGLAS & LONDON, P.C.
Gary J. Douglas
gdouglas@douglasandlondon.com
59 Maiden Lane, 6th Floor
New York, NY 10038

***Hsieh et al. v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-14404 (N.D. Ill.)**
**Counsel for James Hsieh, Dominic Rio, Mohanad Abdelkarim, and Steven Checchia**
Via First-Class Mail

TYCKO & ZAVAREEI LLP
Andrea R. Gold
agold@tzlegal.com
200 Pennsylvania Ave. Northwest, Suite 1010
Washington, DC 20006

***Emmons v. McNeil Consumer Healthcare, et al.*, No. 2:23-cv-03874 (E.D. Pa)**
**Counsel for Plaintiffs Kathleen Emmons and Nathan Jackson**
Via First-Class Mail

BARRACK, RODOS & BACINE
Jeffrey W. Golan
jgolan@barrack.com
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

EMERSON FIRM, PLLC
John G. Emerson
jemerson@emersonfirm.com
2500 Wilcrest Drive, Suite 300
Houston, TX 77042

***McPhee et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 4:23-cv-05128 (N.D. Cal.)**
**Counsel for Plaintiffs Christopher McPhee and Justin Vorise**
Via First-Class Mail

SINGLETON SCHREIBER LLP
Andrew D. Bluth
abluth@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, CA 95834

***Chavez v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-00883 (D.N.M.)**
**Counsel for Plaintiff Richard Chavez**
Via First-Class Mail

SINGLETON SCHREIBER LLP
Andrew D. Bluth
abluth@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, CA 95834

***Adkins et al. v. Reckitt Benckiser Pharmaceuticals et al.*, No. 2:23-cv-21051 (D.N.J.)**
**Counsel for Plaintiffs Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, and Tina Haluszka**
Via First-Class Mail

ROBERT PEIRCE & ASSOCIATES
D. Aaron Rihn
arihn@peircelaw.com
707 Grant Street, Suite 125
Pittsburgh, PA 15219

***Defendant: Kenvue Inc.***
Via First-Class Mail

The Corporation Trust Company Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

C T Corporation System
28 Liberty Street
New York, NY 10005

***Defendant: McNeil Consumer Healthcare***
Via First-Class Mail

The Corporation Trust Company Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

99 Washington Avenue, 6th Floor
Albany, NY 12231

7050 Camp Hill Road
Fort Washington, PA 19034

Dated: October 20, 2023

Respectfully submitted,

By: */s/ Lauren S. Colton*
Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

*Counsel for Defendant RB Health (US) LLC*