**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL NO. 3089** |

## PLAINTIFF JESSICA THOMPSON'S NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Jessica Thompson hereby provides notice that the action listed in the attached Schedule of Related Action is related to this proceeding.

Dated October 23, 2023

By: */s/ Jacob R. Rusch*
Jacob R. Rusch (MN Bar No. 0391892)
**JOHNSON BECKER PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800 (phone)
(612) 436-4801 (fax)
jrusch@johnsonbecker.com

*Attorney for Plaintiff*