BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |
|---|---|

**PLAINTIFF'S SCHEDULE OF ACTIONS**

| CAPTION AND PARTIES | DISTRICT /DIVISION | CASE NUMBER | JUDGE |
|---|---|---|---|
| *Thompson v. Reckkit Benckiser* | W.D. Wash. | 23-cv-01606 | Unassigned |