**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL NO. 3089** |

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Related Action and this Proof of Service were served by U.S. Certified Mail or electronic mail (as indicated below) on October 23, 2023, to the following:

**Defendant: Reckitt Benckiser LLC**
Via ECF
Lauren S Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
T: 410-659-2733
F: 410-659-2701
Email: lauren.colton@hoganlovells.com

Dated: October 23, 2023

/s/ Jacob R. Rusch
Jacob R. Rusch (MN Bar No. 0391892)
**JOHNSON BECKER PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800 (phone)
(612) 436-4801 (fax)
jrusch@johnsonbecker.com