BEFORE THE UNITED STATE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |
|---|---|

## SCHEDULE OF RELATED ACTION

| Caption and Parties | Court | Civil Action No. | Judge |
|---|---|---|---|
| Murdock v. RB Health (US) LLC<br><br>Plaintiffs<br>Lateef Murdock, Lorette Kenney, Gwen Lewi, Marcel Perez Pirio, Layne Barter, Jose Cortez Hernandez, Robert Lundin, Jaedon Daniels, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, and Lauran Debeliso<br><br>Defendants<br>RB Health (US) LLC; Bayer HealthCare, LLC; GlaxoSmithKline Consumer Healthcare Holdings (US), LLC; Johnson & Johnson Consumer, Inc.; Kenvue, Inc.; Procter & Gamble Company; Haleon plc, and Pfizer, Inc. | E.D. La. | 2:23-cv-05846 | Hon. Jay C. Zainey |

Dated: October 23, 2023

CLARKSON LAW FIRM, P.C.

*/s/ Glenn A. Danas*
Glenn A. Danas
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (312) 788-4050
Fax: (312) 788-4070
Email: gdanas@clarksonlawfirm.com

1

*Counsel for Plaintiffs Lateef Murdock, Lorette Kenney, Gwen Lewi, Marcel Perez Pirio, Layne Barter, Jose Cortez Hernandez, Robert Lundin, Jaedon Daniels, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, and Lauren Debeliso*