BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 3089 |

**PROOF OF SERVICE**

We hereby certify that a copy of the foregoing Notice, Schedule of Actions, and this Proof of Service were served by U.S. Certified Mail or electronic mail (as indicated below) on October 24, 2023, to the following:

**Defendant: Walgreen Co.**
*Via Certified Mail*
200 Wilmot Rd
Deerfield, IL 60015


**Defendant: Target Corporation**
*Via Certified Mail*
1000 Nicollet Mall
TPS-3165
Minneapolis, MN 55403

**Defendant: Publix Supermarkets, Inc.**
*Via Certified Mail*
3300 Publix Corporate Parkway
Lakeland, FL 22811


Dated: October 24, 2023                    Respectfully Submitted,

                                          */s/Paul J. Doolittle*
                                          Paul J. Doolittle

1

Roy T. Willey, IV
Blake G. Abbott
**POULIN | WILLEY**
**ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Email: paul.doolittle@poulinwilley.com
       roy@poulinwilley.com
       blake.abbott@poulinwilley.com