**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL No. 3089 |
|---|---|

**SCHEDULE OF ACTIONS**

| Plaintiff | Defendants | District Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Robyn Cronin | Johnson & Johnson Consumer Inc. and Procter & Gamble | Eastern District of New York | 2:23-cv-6870 | Hon. Gary R. Brown |
| Chioma Ozuzu | Kenvue Inc., McNeil Consumer Healthcare and Reckitt Benckiser LLC | Eastern District of New York | 1:23-cv-7395 | Hon. Ramon E. Reyes, Jr. |