BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL No. 3089 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules and Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a true and correct copy of the Interested Party Response of Plaintiffs Cronin and Ozuzu was electronically filed with the Clerk of the Panel using the CM/ECF system, which will send notice of this filing to all parties of record as follows:

**Defendant: Procter & Gamble**
*Via ECF*
Andrew Soukup
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
asoukup@cov.com

**Defendants: Johnson & Johnson Consumer Inc., Kenvue Inc. and McNeil Consumer Healthcare**
*Via ECF*
Hannah Y. Chanoine
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
hchanoine@omm.com

**Defendant: Reckitt Benckiser LLC**
*Via ECF*
Lauren S. Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
lauren.colton@hoganlovells.com

Dated: October 24, 2023

Respectfully submitted,

/s/ Raymond C. Silverman
Raymond C. Silverman
Melanie H. Muhlstock
Jason S. Goldstein
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, New York 11050
Tel.: 516.466.6500 | Fax: 516.466.6665
Email: rsilverman@yourlawyer.com
mmuhlstock@yourlawyer.com
jgoldstein@yourlawyer.com

*Counsel for Plaintiffs Robyn Cronin and Chioma Ozuzu*

Dated: October 24, 2023

        Respectfully submitted,

        /s/ Raymond C. Silverman
        Raymond C. Silverman
        Melanie H. Muhlstock
        Jason S. Goldstein
        **PARKER WAICHMAN LLP**
        6 Harbor Park Drive
        Port Washington, New York 11050
        Tel.: 516.466.6500 | Fax: 516.466.6665
        Email: rsilverman@yourlawyer.com
                mmuhlstock@yourlawyer.com
                jgoldstein@yourlawyer.com

*Counsel for Plaintiffs Robyn Cronin and Chioma Ozuzu*