BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## DEFENDANT CVS PHARMACY, INC.'S NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), Defendant CVS Pharmacy, Inc. hereby notifies the Clerk of the JPML of the potential related action listed on the attached Schedule of Related Actions. A copy of the docket sheet and Complaint are attached.

Dated: October 24, 2023

Respectfully Submitted,

By: */s/ Sara K. Thompson*
Sara K. Thompson
**GREENBERG TAURIG LLP**
3333 Piedmont Rd NE, Suite 2500
Atlanta GA 30305
Tel: 678-553-2392
Fax: 678-553-2393
Sara.Thompson@gtlaw.com

*Counsel for Defendant CVS Pharmacy, Inc.*