BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

**SCHEDULE OF RELATED ACTIONS**

| Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Rhonda Nitto, on Behalf of Herself and All Others Similarly Situated | CVS Pharmacy, Inc. | Northern District of Illinois | 1:23-cv-13998 | District Judge Sharon Johnson Coleman |