BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

CERTIFICATE OF SERVICE

I, Sara K. Thompson, counsel for Defendant CVS Pharmacy, Inc., hereby certify that on October 24, 2023, I caused the foregoing Notice of Related Actions and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Related Actions to be served via electronic mail or first-class mail to the following:

***Nitto v. CVS Pharmacy, Inc. (*No. 1:23-cv-13998):**

Gary M. Klinger
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com

Nick Suciu III
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Telephone: (313) 303-3472
Email: nsuciu@milberg.com

Melissa S. Weiner
Ryan J. Gott
PEARSON WARSHAW, LLP
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
Email: mweiner@pwfirm.com
    rgott@pwfirm.com

Jeff Ostrow
Jonathan M. Streisfeld
Kristen Lake Cardoso
Daniel Tropin
Kenneth Grunfeld
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

Telephone: (954) 525-4100  
Email: ostrow@kolawyers.com  
      streisfeld@kolawyers.com  
      cardoso@kolawyers.com  
      tropin@kolawyers.com  

Erin Ruben  
Karl Amelchenko  
MILBERG COLEMAN BRYSON  
PHILLIPS GROSSMAN PLLC  
900 W. Morgan Street  
Raleigh, NC 27603  
Telephone: (919) 600-5000  
Email: eruben@milberg.com  
      kamelchenko@milberg.com  

J. Hunter Bryson  
MILBERG COLEMAN BRYSON  
PHILLIPS GROSSMAN, PLLC  
405 E 50th Street  
New York, NY 10022  
Telephone: (630) 796-0903  
Email: hbryson@milberg.com  

Jimmy Mintz  
MILBERG COLEMAN BRYSON  
PHILLIPS GROSSMAN, PLLC  
201 Sevilla Ave., 2nd Floor  
Coral Gables, FL 33134  
Telephone: (786) 876-8200  
Email: jmintz@milberg.com  

*Attorneys for Plaintiff*

Dated:  October 24, 2023

    Respectfully submitted,

    By: */s/ Sara K. Thompson*  
    Sara K. Thompson  
    GREENBERG TRAURIG LLP  
    3333 Piedmont Rd NE, Suite 2500  
    Atlanta GA 30305  
    Tel: 678-553-2392  
    Fax: 678-553-2393  
    Sara.Thompson@gtlaw.com

    *Counsel for Defendant CVS Pharmacy, Inc.*