BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | MDL No. 3089 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules and Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a true and correct copy of the Interested Party Response of Plaintiffs Amanda Thorns and Scott Collier was electronically mailed and/or electronically filed with the Clerk of the Panel using the CM/ECF system, which will send notice of this filing to all parties of record as follows:

**Defendant: The Procter & Gamble Company**
*Via ECF*
Andrew Soukup
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
asoukup@cov.com

**Defendant: Johnson & Johnson**
*Via ECF and Email*
Hannah Y. Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
hchanoine@omm.com

**Defendant: Walgreen Co.**
*Via ECF*
Sara K. Thompson
GREENBERG TRAURIG LLP
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Sara.Thompson@gtlaw.com

October 25, 2023                                  Respectfully submitted,

                                        **THE CASEY LAW FIRM, LLC**

                              By: */s/ M. Ryan Casey*
                                    M. Ryan Casey (OSB # 152824)
                                    ryan@rcaseylaw.com
                                    PO Box 4577
                                    Frisco, Colorado 80443
                                    Tel: (970) 372-6509
                                    Fax: (970) 372-6482

                                    *Counsel for Plaintiffs Amanda Thorns and Scott Collier*