BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules and Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a true and correct copy of the Interested Party Response of Plaintiff James Carrigan was electronically mailed and/or electronically filed with the Clerk of the Panel using the CM/ECF system, which will send notice of this filing to all parties of record as follows:

**Defendant: The Procter & Gamble Company**
*Via ECF*
Andrew Soukup
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
asoukup@cov.com

**Defendant: Johnson & Johnson**
*Via ECF*
Hannah Y. Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
hchanoine@omm.com

**Defendant: Walgreen Co.**
*Via ECF*
Sara K. Thompson
GREENBERG TRAURIG LLP
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Sara.Thompson@gtlaw.com

October 25, 2023                                     Respectfully submitted,

                                                       **KU & MUSSMAN, P.A.**

                         By: */s/ Brian T. Ku*
                              Brian T. Ku
                              18501 Pines Blvd. Suite 209-A
                              Pembroke Pines, FL 33029
                              Tel: (305) 891-1322
                              Fax: (954) 686-3976
                              brian@kumussman.com

                              *Counsel for Plaintiff James Carrigan*