**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: | )    **MDL Docket No. 3089** |
| | ) |
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | ) ) ) |

**NOTICE OF RELATED ACTION**

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiff Martha A. Page writes to notify the Panel of the following related class action: *Page v. RB Health (US) LLC et al.,* Case No. 2:23-cv-20962-MEF-CLW (D. N.J.). The complaint and docket sheet are attached as Exhibit A.

                                      Respectfully submitted,

Dated: October 25, 2023            */s/ Cari Campen Laufenberg*
                                              Cari Campen Laufenberg
                                              claufenberg@kellerrohrback.com
                                              Derek W. Loeser
                                              dloeser@kellerrohrback.com
                                              **KELLER ROHRBACK L.L.P.**
                                              1201 Third Avenue, Suite 3200
                                              Seattle, WA 98101-3052
                                              Tel.: (206) 623-1900
                                              Fax: (206) 623-3384

                                              **CARELLA, BYRNE, CECCHI,
BRODY, & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

                                              *Attorneys for Plaintiff*