IN RE:   ORAL PHENYLEPHRINE MARKETING AND                MDL Docket No. 3089

SALES PRACTICES LITIGATION

## SCHEDULE OF ACTIONS

|    | Plaintiffs       | Defendants                                                                                  | Court            | Civil Action No.           | Judge                           |
|----|------------------|---------------------------------------------------------------------------------------------|------------------|----------------------------|---------------------------------|
| 1. | Martha A. Page   | RB Health (US) LLC<br>Kenvue Inc.<br>McNeil Consumer Healthcare<br>Johnson & Johnson Consumer, Inc. | D.C. New Jersey  | 2:23-cv-20962-MEF-CLW      | Judge Michael E. Farbiarz       |