BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ) | MDL Docket No. 3089 |
| ) | |
| IN RE: ORAL PHENYLEPHRINE ) | |
| MARKETING AND SALES ) | |
| PRACTICES LITIGATION ) | |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Action were served via U.S. Mail to the following:

**Defendant:**
McNeil Consumer Healthcare
7050 Camp Hill Road
Fort Washington, PA 19034

**Defendant:**
Johnson & Johnson Consumer Inc.
c/o Corporation Service Company
1209 Orange Street
Wilmington, DE 19801

**Defendant:**
Kenvue Inc.
c/o Corporation Service Company
1209 Orange Street
Wilmington, DE 19801

**Defendant:**
RB Health (US) LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

                                    Respectfully submitted,

Dated: October 25, 2023                **KELLER ROHRBACK L.L.P.**

                                    */s/ Cari Campen Laufenberg*
                                    Cari Campen Laufenberg
                                    Derek Loeser
                                    KELLER ROHRBACK L.L.P.
                                    1201 Third Avenue, Suite 3200
                                    Seattle, WA 98101
                                    Tel: (206) 623-1900
                                    Fax: (206) 623-3384
                                    claufenberg@kellerrohrback.com
                                    dloeser@kellerrohrback.com

                                    ***Counsel for Plaintiff Martha A. Page***