# EXHIBIT A

| Doc. No. | Plaintiff(s) | District(s) Suggested | Reasons for Suggestion(s) |
|---|---|---|---|
| Doc. 1, MDL No. 3089 | Barton, et al. | D.N.J. | • multiple defendants have NJ headquarters<br>• experienced handling pharmaceutical litigation<br>• geographically convenient with respect to headquarters of major manufacturer defendants (NJ, Pa.)<br>• major airports in and close to D.N.J. |
| Doc. 5, Case NJ/3:23-cv-20845 | Thomas/Woods | D.N.J. | • major defendants headquartered in NJ<br>• NJ defendants named in numerous cases<br>• qualified judges assigned to cases who do not currently have an MDL |
| Doc. 17, Case No. MOW/5:23-cv-06120 | Wight/Walker | W.D. Mo. | • central location<br>• experienced MDL judges<br>• lighter caseload than D.N.J.<br>• fewer MDLs than D.N.J. |
| Doc. 140, MDL No. 3089 | Yousefzaheh | E.D.N.Y. or N.D. Cal. | E.D.N.Y.<br>• accessible<br>• experienced judges<br>• less congested docket<br><br>N.D. Cal.<br>• lighter caseload than some other proposed districts, even with 16 current MDLs<br>• experienced, sophisticated judges<br>• experience with marketing and sales MDLs |
| Doc. 144, MDL No. 3089 | Morgan | N.D. Fla. | • experienced judge<br>• Pensacola a convenient forum |
| Doc. 158, MDL No. 3089 | Kleinman/Rourk | E.D. La. | • experienced MDL judge<br>• less congested docket<br>• convenience |
| Doc. 176, MDL No. 3089 | Kasparie/James | E.D. Pa. | • two defendants headquartered in E.D. Pa. |

| | | | |
|---|---|---|---|
| | | | • convenient/accessible<br>• relatively better court statistics<br>• experienced in handling MDLs<br>• judge assigned capable and has not had an MDL |
| Doc. 179,<br>MDL No. 3089 | "Adkins" or "Anderson" plaintiffs | E.D. Pa. or D.N.J. | E.D. Pa.<br>• has jurisdiction over Anderson defendants<br>• accessible and convenient<br>• capable and experienced staff<br><br>D.N.J.<br>• has jurisdiction over certain Adkins defendants<br>• convenient<br>• home to multiple defendants |
| Doc. 194,<br>MDL No. 3089 | Pack, Jung, McPhee, Vorise, Chavez | N.D. Cal. | • San Francisco has an airport, public transportation, and hotels<br>• California has a large population<br>• Judge Corley has experience with MDLs as a district judge and as a magistrate judge |
| Doc. 207,<br>MDL No. 3089 | Cronin/Ozuzu | E.D.N.Y. | • only two MDLs<br>• certain defendants are headquartered in NJ, Pa. and Ohio, near the E.D.N.Y.<br>• less congested docket<br>• easily accessible |