**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING  :
AND SALES PRACTICES LITIGATION           :        MDL No. 3089

## CERTIFICATE OF SERVICE

I hereby certify on this 25th day of October, 2023, that Plaintiffs Emily Cohen, Viva Cohen, and Joey Cohen's Interested Party Response To The Motion Centralize The Oral Phenylephrine Cases In The District Of New Jersey was filed on the Court's CM/ECF system, which sends notice of the same to all parties, and was served by regular mail to the following company listed below:

> McNeil Consumer Healthcare
> c/o THE CORPORATION TRUST COMPANY
> CORPORATION TRUST CENTER
> 1209 ORANGE ST
> WILMINGTON, DE 19801

>                               */s/ William E. Hoese*
>                               William E. Hoese

{00243966 }