BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Oral Phenylephrine Marketing and Sales Practices Litigation | ) ) ) ) ) MDL No. 3089 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules and Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on this 25th day of October, 2023, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system, which sends notice of the same to all parties, including the following:

Tariq M. Naeem **(Via ECF)**
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tariq.naeem@tuckerellis.com

Lauren S. Colton **(Via Electronic Mail)**
Julie R. Schindel **(Via Electronic Mail)**
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MDL 21202
Lauren.colton@hoganlovells.com
Julie.schindel@hoganlovells.com

*Attorneys for Defendant RB Health (US) LLC*

David J. Dirisamer **(Via ECF)**
Barnes & Thornburg LLP
41 South High Street
Suite 3300
Columbus, OH 43215
david.dirisamer@btlaw.com

*Attorney for Kenvue, Inc. and McNeil Consumer Healthcare*

Kendall T. Burchard **(Via ECF)**
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
kburchard@cov.com

*Counsel for Defendant The Procter & Gamble Company*

Hannah Y. Chanoine **(Via Electronic Mail)**
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, NY 10036
hchanoine@omm.com

Amy J. Laurendeau **(Via Electronic Mail)**
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Fl.
Newport Beach, CA 92660
alaurendeau@omm.com

*Attorneys for Johnson & Johnson Consumer Inc.*

Aaron Stevenson **(Via ECF)**
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Aaron.stevenson@kirkland.com

*Counsel for GlaxoSmithKline Consumer Healthcare Holdings (US) LLC*

                                                */s/ Alyson S. Beridon*
                                                Alyson S. Beridon