**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING          MDL No. 3089
SELF PRACTICES LITIGATION

## <u>SCHEDULE OF ACTIONS</u>

1.  Tina Tuominen v. Johnson & Johnson Consumer, Inc. - Northern Dist. Illinois - 1:23-cv-13796

2.  Mohamad Tlaib v. Procter & Gamble Company - Northern Dist. Illinois - 1:23-cv-13840

3.  Riccio v. Reckitt Benckiser Pharmaceuticals Inc. - Northern Dist. Illinois - 1:23-CV-13879