UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

## PLAINTIFFS' SCHEDULE OF ACTIONS

| CAPTION AND PARTIES | DISTRICT DIVISION | CASE NUMBER | JUDGE |
|---|---|---|---|
| Hernandez v. Johnson & Johnson Consumer, Inc. | N.D. Cal. | 3:23-cv-04817 | Hon. Trina L. Thompson |
| Nelson et al. v. Johnson & Johnson Consumer, Inc. et al | N.D. Cal. | 4:23-cv-04875 | Hon. Haywood S. Gilliam, Jr. |