UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing PLAINTIFFS NATASHA HERNANDEZ, JORDAN NELSON, AND REGINA PERALTA'S RESPONSE IN SUPPORT OF MOTION FOR TRANSFER AND COORDINATION OR CONSOLIDATION, and this Proof of Service were served by U.S. Certified Mail on October 25, 2023, to the following:

**Defendant: JOHNSON & JOHNSON CONSUMER, INC.**
199 Grandview Road
Skillman, NJ 08558

**Defendant: CVS PHARMACY, INC.**
1 CVS Drive
Woonsocket, RI 02895

**Defendant: HALEON US CAPITAL LLC**
184 Liberty Corner Road
Warren, NJ 07059

**Defendant: GSK PLC**
2929 Walnut St.
Philadelphia, PA 19104

**Defendant: ALBERTSONS COMPANIES, INC.**
250 Parkcenter Blvd.
Boise, ID 83706

**Defendant: TARGET CORPORATION**
1000 Nicollet Mall
Minneapolis, MN 55403

**Defendant: WALMART INC.**
702 SW 8th St.
Bentonville, AR 72716

**Defendant: PERRIGO COMPANY PLC**
515 Eastern Ave.
Allegan, MI 49010

Dated:  October 25, 2023                                  Respectfully submitted,


By:        /s/ Sarah N. Westcot
        Sarah N. Westcot

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 1420
Miami, FL  33131-2800
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: swestcot@bursor.com

*Counsel for Plaintiffs Natasha Hernandez, Jordan Nelson, and Regina Peralta*