**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**In re: Oral Phenylephrine Marketing and**                      **MDL No. 3089**
**Sales Practices Litigation**

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on the Multidistrict Litigation ("JPML"), the undersigned counsel hereby notifies the Clerk of the JPML of the potential related action listed on the attached Schedule of Related Actions.

A copy of the Valdes complaint and docket sheet are attached hereto.

Dated this 25th day of October, 2023.

        Respectfully submitted,

        BUCKNER + MILES
        2020 Salzedo Street, Suite 302
        Coral Gables, Florida 33134
        Telephone: (305) 964-8003
        Facsimile: (786) 523-0485

        s/ David M. Buckner
        David M. Buckner, Esq. (FL Bar No. 60550)
        david@bucknermiles.com
        Seth Miles, Esq. (FL Bar No. 385530)
        seth@bucknermiles.com
        Brett E. von Borke, Esq. (FL Bar No. 44802)
        vonborke@bucknermiles.com

        Kevin B. Love
        Fla. Bar. No. 993948
        klove@cridenlove.com
        CRIDEN & LOVE, P.A.
        7301 S.W. 57th Court, Suite 515
        South Miami, FL 33143
        Telephone: (305) 357-9000
        Facsimile: (305) 357-9050

        *Counsel for Plaintiff Hector Valdes*
        *No. 1:23-cv-23939 (S.D. Fla.)*