**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**In re: Oral Phenylephrine Marketing and
Sales Practices Litigation**　　　　　　　　　　　　　　　**MDL No. 3089**

**SCHEDULE OF RELATED ACTIONS**

| Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Hector Valdes | McNeil Consumer Healthcare, Procter & Gamble Company, Glaxosmithkline LLC, and Kenvue, Inc. | Southern District of Florida | 1:23-cv-23939 | District Judge Jose E. Martinez |