BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Oral Phenylephrine Marketing and      MDL No. 3089
Sales Practices Litigation

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that I electronically filed a copy of NOTICE OF RELATED ACTION with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system and was electronically served on registered users through the CM/ECF system, or otherwise served as indicated below, on October 25, 2023:

**Via CM/ECF**:

McNeil Consumer Healthcare c/o Hannah Chanoine, Esq.
O'Melveny & Meyers LLP
7 Times Square
New York, NY 10036
hchanoine@omm.com

Procter & Gamble Company c/o Andrew Soukup, Esq.
Covington & Burlington
850 10th Street NW
Washington, DC 20001
asoukup@cov.com

Glaxosmithkline LLC c/o Jay P. Lefkowitz, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
lefkowitz@kirkland.com

Kenvue, Inc. c/o Hannah Chanoine, Esq.
O'Melveny & Meyers LLP
7 Times Square
New York, NY 10036
hchanoine@omm.com

Dated this 25th day of October, 2023.

    Respectfully submitted,

    BUCKNER + MILES
    2020 Salzedo Street, Suite 302
    Coral Gables, Florida 33134
    Telephone: (305) 964-8003
    Facsimile: (786) 523-0485

    s/ David M. Buckner
    David M. Buckner, Esq. (FL Bar No. 60550)
    david@bucknermiles.com
    Seth Miles, Esq. (FL Bar No. 385530)
    seth@bucknermiles.com
    Brett E. von Borke, Esq. (FL Bar No. 44802)
    vonborke@bucknermiles.com

    Kevin B. Love
    Fla. Bar. No. 993948
    klove@cridenlove.com
    CRIDEN & LOVE, P.A.
    7301 S.W. 57th Court, Suite 515
    South Miami, FL 33143
    Telephone: (305) 357-9000
    Facsimile: (305) 357-9050

    *Counsel for Plaintiff Hector Valdes*
    *No. 1:23-cv-23939 (S.D. Fla.)*