BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Oral Phenyledrine Marketing and  MDL No. 3089
Sales Practices Litigation

## PROOF OF SERVICE

In compliance with J.P.M.L. R. 4.1(a), I certify that the foregoing document was filed on the Panel's CM/ECF system, which will send a copy to every party in this MDL by e-mail.

Dated: October 25, 2023                             Respectfully submitted,

/s/ William F. Cash III

William F. Cash III
**LEVIN PAPANTONIO RAFFERTY**
316 S. Baylen Street #600
Pensacola, Florida 32502
Phone: 850-435-7059
bcash@levinlaw.com

*Counsel for Darrell Grimsley, Jr., Van Gandy, Joy Taylor, and Anthony Coleman*

1