**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

**PLAINTIFF'S SCHEDULE OF ACTIONS**

1. *Jessica Thompson v. Reckkit Benckiser, LLC*, No. 2:23-cv-01606-JCC (W.D. Wash.).