**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Interested Party Response and this Proof of Service were served by the Court's electronic mail CM/ECF system on October 25, 2023:

**Defendant: Reckitt Benckiser LLC**
*Via ECF*
Lauren S Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
T: 410-659-2733
F: 410-659-2701
Email: lauren.colton@hoganlovells.com

Dated: October 25, 2023              */s/ Jacob R. Rusch*
                                     Jacob R. Rusch (MN Bar No. 0391892)
                                     **JOHNSON BECKER PLLC**
                                     444 Cedar Street, Suite 1800
                                     St. Paul, MN 55101
                                     (612) 436-1800 (phone)
                                     (612) 436-4801 (fax)
                                     jrusch@johnsonbecker.com