BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Oral Phenylephrine Marketing and        MDL No. 3089
Sales Practices Litigation

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that I electronically filed a copy of NOTICE OF APPEARANCE with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system and was electronically served on registered users through the CM/ECF system, or otherwise served as indicated below, on October 25, 2023:

**Via CM/ECF**:

McNeil Consumer Healthcare c/o Hannah Chanoine, Esq.
O'Melveny & Meyers LLP
7 Times Square
New York, NY 10036
hchanoine@omm.com

Procter & Gamble Company c/o Andrew Soukup, Esq.
Covington & Burlington
850 10th Street NW
Washington, DC 20001
asoukup@cov.com

Glaxosmithkline LLC c/o Jay P. Lefkowitz, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
lefkowitz@kirkland.com

Kenvue, Inc. c/o Hannah Chanoine, Esq.
O'Melveny & Meyers LLP
7 Times Square
New York, NY 10036
hchanoine@omm.com

Dated this 25th day of October, 2023.

                                                                       Respectfully submitted,

BUCKNER + MILES
2020 Salzedo Street, Suite 302
Coral Gables, Florida 33134
Telephone: (305) 964-8003
Facsimile: (786) 523-0485

s/ David M. Buckner
David M. Buckner, Esq. (FL Bar No. 60550)
david@bucknermiles.com
Seth Miles, Esq. (FL Bar No. 385530)
seth@bucknermiles.com
Brett E. von Borke, Esq. (FL Bar No. 44802)
vonborke@bucknermiles.com

Kevin B. Love
Fla. Bar. No. 993948
klove@cridenlove.com
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
Telephone: (305) 357-9000
Facsimile: (305) 357-9050

*Counsel for Plaintiff Hector Valdes*
*No. 1:23-cv-23939 (S.D. Fla.)*