BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**INTERESTED PARTY RESPONSE OF PLAINTIFFS NATALIE JUNEAU, ROBERT FICHERA, AND MARI JONES IN SUPPORT OF MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to Rule 6.2(e) of the Rules of Procedure for the Judicial Panel of Multidistrict Litigation ("Panel"), the following Plaintiffs respectfully submit this Response to the Motion to Transfer (ECF 1): (i) Plaintiff Natalie Juneau, Case No. 2:23-cv-05273 (E.D. La.) (Lamelle, J.); (ii) Plaintiff Robert Fichera, Case No. 2:23-cv-05274 (E.D. La.) (Milazzo, J.); and (iii) Plaintiff Mari Jones, No. 2:23-cv-04807 (N.D. Cal.) (Kim, J.).

***Support of Transfer.*** Plaintiffs Juneau, Fichera, and Jones agree with the Motion to transfer, and support coordination or consolidation of all actions pursuant 28 U.S.C. § 1407. Plaintiffs will not belabor the key points favoring centralization, other than to reiterate that all pending related cases involve common questions of fact; that the most common questions center on the ineffectiveness of oral phenylephrine to treat nasal decongestion; that the pending actions involve many common and overlapping questions of law; and that this Panel has centralized similar drug efficacy or contamination cases many times, including several times in the last few years alone.[1] This includes matters involving multiple manufacturers and sellers, as is the situation

---

[1] *See, e.g.*, *In re Acetaminophen – ASD/ADHD Products Liab. Litig.*, MDL No. 3043 (over-the-counter acetaminophen products); *In re Chantix (Varenicline) Marketing, Sales Practices & Prods. Liab. Litig. (No. II)*, MDL No. 3050 (prescription drug); *In re Zantac (Ranitidine) Prods. Liab. Litig.*, MDL No. 2924 (prescription and over-the-counter drugs); *In re Valsartan, Losartan, & Irbesartan Prods. Liab. Litig.*, MDL No. 2875) (prescription drugs); *In re*

1

here.[2]

There also is no question that centralized proceedings will conserve the parties' and judicial time and resources. There already are dozens of overlapping matters strewn across the country, naming different combinations of defendant manufacturers and retail sellers. Centralization will permit all cases to be overseen in a singular, efficient manner that will avoid conflicting results and wasted judicial resources.

**Support for the Eastern District of Louisiana.** Plaintiffs support the Eastern District of Louisiana as an appropriate forum for centralization. The *Juneau* (No. 2:23-cv-05273) and *Fichera* (No. 2:23-cv-05274) cases were among the first-filed cases in the entire country, filed on September 13, 2023. The Eastern District of Louisiana (New Orleans) is conveniently and centrally located in the middle of the country for parties and counsel traveling from either coast. The judges to whom *Juneau* and *Fichera* are assigned, the Hon. Ivan L.R. Lamelle and the Hon. Jane Triche Milazzo, are both able jurists either of whom are well-positioned to oversee this litigation. Additionally, at least one other subsequently-filed case is pending in the Eastern District of Louisiana, *Coppock*, Case No. 2:23-cv-05353 (E.D. La.). The *Coppock* case is before the Hon. Eldon E. Fallon, who also has a long, accomplished and successful track record overseeing MDLs.

While Plaintiffs do not disagree with the Motion to Transfer that some defendants are located in the geographic Northeast and New Jersey specifically, a number of very large and active MDLs already are pending in the District of New Jersey, including the *Talcum Powder* litigation (MDL No. 2738), the *Valsartan* litigation (MDL No. 2875), the *Breast Implant* litigation (MDL

---

*Testosterone Replacement Therapy Prods. Liab. Litig.*, MDL No. 2545 (prescription drugs).
[2] *See, e.g.*, *In re Acetaminophen – ASD/ADHD Products Liab. Litig.*, MDL No. 3043 (multiple defendant retail sellers); *In re Zantac (Ranitidine) Prods. Liab. Litig.*, MDL No. 2924 (multiple defendant manufacturers and retail sellers); *In re Valsartan, Losartan, & Irbesartan Prods. Liab. Litig.*, MDL No. 2875) (multiple defendant manufacturers, wholesalers, and retail sellers).

2

No. 2921), and most recently the *Insulin Pricing* litigation (MDL No. 3080). The Eastern District of Louisiana also compares favorably to the District of New Jersey in terms of the Federal Judicial Center's most recent caseload statistics.[3]

***Alternatively, Support for the Eastern District of Pennsylvania.*** In the alternative to the Eastern District of Louisiana, Plaintiffs support the Eastern District of Pennsylvania. Other related actions have been filed there (e.g., *Parker v. Bayer Corp., et al.*, No. 23-03663 (E.D. Pa.) (which is assigned to the Hon. Kai Niambi Scott). Philadelphia is very proximate to multiple defendants' operations in the Northeast. The Eastern District of Pennsylvania also compares favorably to the District of New Jersey in terms of the number of active MDLs presently, as well as the Federal Judicial Center's most recent caseload statistics.[4] All of the usual convenience-of-travel considerations also weigh in favor of the Eastern District of Pennsylvania (i.e., Philadelphia).

Dated: October 25, 2023

                                                    */s/ Conlee S. Whiteley*
Conlee S. Whiteley
**Kanner & Whiteley, L.L.C.**
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777
Email: c.whiteley@kanner-law.com

---

[3] For example, there are 63,445 pending cases in the District of New Jersey, as opposed to 16,488 in the Eastern Ditsrict of Louisiana. *See* FEDERAL COURT MANAGEMENT STATISTICS, COMBINED CIVIL AND CRIMINAL FEDERAL COURT MANAGEMENT STATISTICS (June 30, 2023), *at* https://www.uscourts.gov/statistics/table/na/federal-court-management-statistics/2023/06/30-3.

[4] For example, there are 63,445 pending cases in the District of New Jersey, as opposed to 8,155 in the Eastern District of Pennsylvania. *See* FEDERAL COURT MANAGEMENT STATISTICS, COMBINED CIVIL AND CRIMINAL FEDERAL COURT MANAGEMENT STATISTICS (June 30, 2023), *at* https://www.uscourts.gov/statistics/table/na/federal-court-management-statistics/2023/06/30-3.