BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Oral Phenylephrine Marketing and　　　　　　　　　　MDL No. 3089
Sales Practices Litigation

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that I electronically filed a copy of the INTERESTED PARTY RESPONSE IN SUPPORT OF TRANSFER AND CONSOLIDATION IN THE SOUTHERN DISTRICT OF FLORIDA with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system and was electronically served on registered users through the CM/ECF system, or otherwise served as indicated below, on October 25, 2023:

**Via CM/ECF**:

McNeil Consumer Healthcare c/o Hannah Chanoine, Esq.
O'Melveny & Meyers LLP
7 Times Square
New York, NY 10036
hchanoine@omm.com

Procter & Gamble Company c/o Andrew Soukup, Esq.
Covington & Burlington
850 10th Street NW
Washington, DC 20001
asoukup@cov.com

Glaxosmithkline LLC c/o Jay P. Lefkowitz, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
lefkowitz@kirkland.com

Kenvue, Inc. c/o Hannah Chanoine, Esq.
O'Melveny & Meyers LLP
7 Times Square
New York, NY 10036
hchanoine@omm.com


Dated this 25th day of October, 2023.

                                      Respectfully submitted,

                                      BUCKNER + MILES
2020 Salzedo Street, Suite 302
Coral Gables, Florida 33134
Telephone: (305) 964-8003
Facsimile: (786) 523-0485

s/ David M. Buckner
David M. Buckner, Esq. (FL Bar No. 60550)
david@bucknermiles.com
Seth Miles, Esq. (FL Bar No. 385530)
seth@bucknermiles.com
Brett E. von Borke, Esq. (FL Bar No. 44802)
vonborke@bucknermiles.com

Kevin B. Love
Fla. Bar. No. 993948
klove@cridenlove.com
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
Telephone: (305) 357-9000
Facsimile: (305) 357-9050

*Counsel for Plaintiff Hector Valdes*
*No. 1:23-cv-23939 (S.D. Fla.)*