**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

In re:                                                    )        **MDL Docket No. 3089**
                                                               )
**IN RE: ORAL PHENYLEPHRINE**        )
**MARKETING AND SALES**                    )
**PRACTICES LITIGATION**                     )
                                                               )

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of

Appearance were served via U.S. Mail to the following:

> **Defendant:**
> McNeil Consumer Healthcare
> 7050 Camp Hill Road
> Fort Washington, PA 19034
>
> **Defendant:**
> Johnson & Johnson Consumer Inc.
> c/o Corporation Service Company
> 1209 Orange Street
> Wilmington, DE 19801
>
> **Defendant:**
> Kenvue Inc.
> c/o Corporation Service Company
> 1209 Orange Street
> Wilmington, DE 19801
>
> **Defendant:**
> RB Health (US) LLC
> c/o Corporation Service Company
> 251 Little Falls Drive
> Wilmington, DE 19808

Respectfully submitted,

Dated: October 25, 2023                    **KELLER ROHRBACK L.L.P.**

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
Derek Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com

*Counsel for Plaintiff Martha A. Page*