BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION* ) ) ) ) | MDL Docket No. 3089 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, counsel for KRISTIN DEPAOLA, hereby certifies that, on October 25, 2023, the *Interested Party Response and Memorandum of Plaintiff in Support of Centralized Related Cases Pursuant to 28 U.S.C. § 1407* was filed electronically with the Court's CM/ECF system, which sends notice of the same to all parties, including the following:

Tariq M. Naeem (Via ECF)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tariq.naeem@tuckerellis.com

Lauren S. Colton (Via Electronic Mail)
Julie R. Schindel (Via Electronic Mail)
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MDL 21202
Lauren.colton@hoganlovells.com
Julie.schindel@hoganlovells.com

*Attorneys for Defendant RB Health (US) LLC*

David J. Dirisamer (Via ECF)
Barnes & Thornburg LLP 41
South High Street Suite 3300
Columbus, OH 43215
david.dirisamer@btlaw.com

*Attorney for Kenvue, Inc. and McNeil Consumer Healthcare*

Kendall T. Burchard (Via ECF)
COVINGTON & BURLING LLP
One CityCenter 850 Tenth St., N.W.
Washington, D.C. 20001
kburchard@cov.com

*Counsel for Defendant The Procter & Gamble Company*

Hannah Y. Chanoine (Via Electronic Mail)
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square New York, NY 10036
hchanoine@omm.com

Amy J. Laurendeau (Via Electronic Mail)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Fl. Newport Beach, CA 92660
alaurendeau@omm.com

*Attorneys for Johnson & Johnson Consumer Inc.*

Aaron Stevenson (Via ECF)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Aaron.stevenson@kirkland.com

*Counsel for GlaxoSmithKline Consumer Healthcare Holdings (US) LLC*

Dated:   October 25, 2023         **NIGH, GOLDENBERG, RASO, & VAUGHN**

/s/ Marlene Goldenberg
Marlene Goldenberg (MN #0394943)
14 Ridge Square NW
Third Floor
Washington DC 20016
Phone: (612) 445-0202
Fax: (202) 792-7927
Email: mgoldenberg@nighgoldenberg.com


**FARR, FARR, EMERICH, CARR & HOLMES, P.A.**

/s/ George T. Williamson
George T. Williamson (FL #83383)
99 Nesbit Street
Punta Gorda, FL 33950
Tel: (941) 639-1158
gwilliamson@farr.com