BEFORE THE UNITED STATE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on October 25, 2023, I caused the foregoing INTERESTED PARTY RESPONSE OF PLAINTIFFS LATEEF MURDOCK, *ET AL*. TO MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS to be electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List, including the following:

| | |
|---|---|
| Lauren S. Colton<br>HOGAN LOVELLS US LLP<br>100 International Drive, Suite 2000<br>Baltimore, MD 21202<br>Tel: (410) 659-2733; Fax: (410) 659-2701<br>lauren.colton@hoganlovells.com<br><br>*Counsel for RB Health (US) LLC* | Christopher G. Campbell<br>DLA PIPER<br>1201 West Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>Tel: (404) 736-7808; Fax: (404) 682-7800<br>christopher.campbell@us.dlapiper.com<br><br>*Counsel for Bayer HealthCare, LLC* |
| Jay P. Lefkowitz<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-4970; Fax: (212) 446-4900<br>lefkowitz@kirkland.com<br><br>*Counsel for GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, Haleon plc, and Pfizer, Inc.* | Hannah Chanoine<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>Tel: (212) 326-2128; Fax: (212) 326-2061<br>hchanoine@omm.com<br><br>*Counsel for Johnson & Johnson Consumer Inc. and Kenvue, Inc.* |

| | |
|---|---|
| Andrew Soukup<br>COVINGTON & BURLING LLP<br>850 10th St. NW<br>Washington, DC 20001<br>Tel: (202) 662-5066; Fax: (202) 778-5066<br>asoukup@cov.com<br><br>*Counsel for Procter & Gamble Company* | |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 25, 2023                                  CLARKSON LAW FIRM, P.C.

*/s/ Glenn A. Danas*
Glenn A. Danas
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (312) 788-4050
Fax: (312) 788-4070
Email: gdanas@clarksonlawfirm.com

*Counsel for Plaintiffs Lateef Murdock, Lorette Kenney, Gwen Lewi, Marcel Perez Pirio, Layne Barter, Jose Cortez Hernandez, Robert Lundin, Jaedon Daniels, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, and Lauren Debeliso*