**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: ) | **MDL Docket No. 3089** |
| ) | |
| **IN RE: ORAL PHENYLEPHRINE** ) | |
| **MARKETING AND SALES** ) | |
| **PRACTICES LITIGATION** ) | |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Interested Party Response of Plaintiffs Reyes and Page to Motion to Transfer Under 28 U.S.C. §§ 1407were served via U.S. Mail to the following:

**Defendant:**
McNeil Consumer Healthcare
7050 Camp Hill Road
Fort Washington, PA 19034

**Defendant:**
Johnson & Johnson Consumer Inc.
c/o Corporation Service Company
1209 Orange Street
Wilmington, DE 19801

**Defendant:**
Kenvue Inc.
c/o Corporation Service Company
1209 Orange Street
Wilmington, DE 19801

**Defendant:**
RB Health (US) LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**Defendant:**
The Procter & Gamble Company
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

**Defendant:**
Walmart Inc.
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

                                            Respectfully submitted,

Dated: October 25, 2023                 **KELLER ROHRBACK L.L.P.**

                                            */s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
Derek Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com

*Counsel for Plaintiff Rebecca Lynn Reyes and Martha A. Page*