**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**SCHEDULE OF ACTIONS**

| Case Title | Case No. | Court | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|
| *Bader, et al. v. Johnson & Johnson Consumer Inc., et al.* | 2:23-cv-02108 | District of Arizona | John Jeffrey Bader, Brian Lloyd Fireng, Carrie Diane Huff, Joseph Samuel Sorge, Joshua Edward Sorge, and Christine Ann Waters | Johnson & Johnson Consumer Inc.; Kenvue, Inc.; Reckitt Benckiser LLC; and The Procter & Gamble Company |
| *Flores v. Costco Wholesale Corporation* | 5:23-cv-05367 | Northern District of California | Eduardo Flores | Costco Wholesale Corporation |
| *Hansen, et al. v. Walmart, Inc.* | 3:23-cv-05466 | Northern District of California | Emily Hansen, Sommer Milhous, and Andrew Gutierrez | Walmart, Inc. |
| *Valdes v. McNeil Consumer Healthcare, et al.* | 1:23-cv-23939 | Southern District of Florida | Hector Valdes | McNeil Consumer Healthcare; The Procter & Gamble Company; GlaxoSmithKline LLC; and Kenvue, Inc. |
| *DeRosa v. Walgreens Boots Alliance, Inc.* | 1:23-cv-14558 | Northern District of Illinois | Anthony DeRosa | Walgreens Boots Alliance, Inc. |
| *Isom v. Johnson & Johnson Consumer Inc., et al.* | 2:23-cv-04200 | Western District of Missouri | Andrew Isom | Johnson & Johnson Consumer Inc.; Kenvue, Inc.; Reckitt Benckiser LLC; The Procter & Gamble Company; Wal-Mart, Inc.; and Wal-Mart Stores East 1, LP |

| *Page v. RB Health (US) LLC, et al.* | 2:23-cv-20962 | District of New Jersey | Martha A. Page | RB Health (US) LLC; Kenvue, Inc.; McNeil Consumer Healthcare; and Johnson & Johnson Consumer, Inc. |
| --- | --- | --- | --- | --- |
| *Sygal, et al. v. Reckitt Benckiser LLC* | 2:23-cv-21090 | District of New Jersey | Randall Sygal, Regina Brookshier, Erzen Krica, Allison Sammarco, and Hollie Verdi | Reckitt Benckiser LLC |
| *Lee, et al. v. The Procter & Gamble Company, et al.* | 2:23-cv-21126 | District of New Jersey | Michael Lee, Toni Heuchan, Jonathan Brandman, Michelle Garza, and CeCe Davenport | The Procter & Gamble Company; and Helen of Troy Limited |
| *Sanes, et al. v. Bayer Healthcare LLC* | 2:23-cv-21163 | District of New Jersey | Claudette Sanes, Daniel Flick, and Janis Zimmerman | Bayer Healthcare LLC |
| *Wilson v. Johnson & Johnson Consumer Inc., et al.* | 2:23-cv-21276 | District of New Jersey | Andrea Wilson | Johnson & Johnson Consumer, Inc.; GlaxoSmithKline Consumer Healthcare Holdings (US) d/b/a Haleon; The Procter & Gamble Company; and RB Health (US) LLC |
| *Jones v. Bayer Corporation, et al.* | 2:23-cv-21411 | District of New Jersey | Janet Jones | Bayer Corporation; Haleon US Capital LLC; Johnson & Johnson Consumer Inc.; Kenvue Inc.; The Procter & Gamble Company; and Reckitt Benckiser Pharmaceuticals, Inc. |
| *Vent v. The Procter & Gamble Company* | 1:23-cv-00680 | Southern District of Ohio | Sierra Vent | The Procter & Gamble Company |
| *Kleiman v. CVS Health Corporation* | 2:23-cv-04727 | District of South Carolina | Cathy Kleiman | CVS Health Corporation |

| *Rankin v. Harris Teeter, LLC, et al.* | 8:23-cv-02864 | District of Maryland | Stacy Rankin | Harris Teeter, LLC; Harris Teeter Supermarkets, Inc.; Reckitt Benckiser LLC; Kenvue, Inc.; McNeil Consumer Healthcare; The Procter & Gamble Company; and Foundation Consumer Brands, LLC |