BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

CERTIFICATE OF SERVICE

I, Andrew Soukup, counsel for Defendant The Procter & Gamble Company, hereby certify that on October 25, 2023, I caused the foregoing Notice of Related Actions and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Related Actions to be served via electronic mail or first-class mail to the following:

***Bader v. Johnson & Johnson Consumer Inc., et al.*, 2:23-cv-02108 (D. Az.)**
John Dean Curtis, II
Burch & Cracchiolo PA
1850 N Central Ave., Ste. 1700
Phoenix, AZ 85004
602-234-8760
Email: jcurtis@bcattorneys.com
    **Counsel for Plaintiff: John Jeffrey Bader**

***Flores v. Costco Wholesale Corporation*, 5:23-cv-05367 (N.D. Cal.)**
Sarah Nicole Westcot
Bursor & Fisher P.A.
701 Brickell Avenue
Suite 1420
Miami, FL 33131
305-330-5512
Email: swestcot@bursor.com
    **Counsel for Plaintiff: Eduardo Flores**

***Hansen, et al. v. Walmart, Inc.*, 3:23-cv-05466 (N.D. Cal.)**
William A. Kershaw
Kershaw Talley Barlow PC
401 Watt Avenue
Ste 1
Sacramento, CA 95864
916-779-7000
Fax: 916-721-2501
Email: bill@ktblegal.com
    **Counsel for Plaintiffs: Emily Hansen, Sommer Milhous, and Andrew Gutierrez**

***Valdes v. McNeil Consumer Healthcare, et al.*, 1:23-cv-23939 (S.D. Fl.)**
David Buckner
Buckner and Miles, P.A.
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
305-964-8003
Email: David@bucknermiles.com
    **Counsel for Plaintiff: Hector Valdes**

***DeRosa v. Walgreens Boots Alliance, Inc.*, 1:23-cv-14558 (N.D. Ill.)**
Elizabeth A. Fegan
Fegan Scott, LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
Email: beth@feganscott.com
    **Counsel for Plaintiff: Anthony DeRosa**

***Isom v. Johnson & Johnson Consumer Inc., et al.*, 2:23-cv-04200 (W.D. Mo.)**
Aaron W. Smith
A. W. Smith Law Firm PC
2100 West Broadway
Columbia, MO 65203
(573) 777-3333
Fax: (573) 443-7301
Email: aw@awsmithlaw.com
    **Counsel for Plaintiff: Andrew Isom**

***Page v. RB Health (US) LLC, et al.*, 2:23-cv-20962 (D.N.J.)**
James E. Cecchi
Carella Byrne Cecchi Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
Email: jcecchi@carellabyrne.com
    **Counsel for Plaintiff: Martha A. Page**

***Sygal, et al. v. Reckitt Benckiser LLC.*, 2:23-cv-21090 (D.N.J.)**
Katrina Carroll
Lynch Carpenter LLP
111 W. Washington, STE 1240
Chicago, IL 60602
312-750-1265
Email: katrina@lcllp.com
    **Counsel for Plaintiff: Randall Sygal**

***Lee, et al. v. The Procter & Gamble Company, et al.*, 2:23-cv-21126 (D.N.J.)**
Katrina Carroll
Lynch Carpenter LLP
111 W. Washington, STE 1240
Chicago, IL 60602
312-750-1265
Email: katrina@lcllp.com
    **Counsel for Plaintiff: Michael Lee**

***Sanes, et al. v. Bayer Healthcare LLC*, 2:23-cv-21163 (D.N.J.)**
Katrina Carroll
Lynch Carpenter LLP
111 W. Washington, STE 1240
Chicago, IL 60602
312-750-1265
Email: katrina@lcllp.com
    **Counsel for Plaintiff: Claudette Sanes**

***Wilson v. Johnson & Johnson Consumer Inc., et al.*, 2:23-cv-21276 (D.N.J.)**
Stephen J. Fearon, Jr.
Squitieri & Fearon, LLP
305 Broadway, 7th Floor
New York, NY 10007
212-421-6492
Email: stephen@sfclasslaw.com
    **Counsel for Plaintiff: Andrew Wilson**

***Jones v. Bayer Corporation, et al.*, 2:23-cv-21411 (D.N.J.)**
Alex M. Kashurba
Chimicles Schwartz Kriner & Donaldson-Smith LLP
361 W. Lancaster Avenue
Haverford, PA 19041
610-642-8500
Email: amk@chimicles.com
    **Counsel for Plaintiff: Janet Jones**

***Vent v. The Procter & Gamble Company, et al.*, 1:23-cv-00680 (S.D. Ohio)**
Andrew S. Baker
The Baker Law Group
89 E. Nationwide Blvd., Suite 2nd Floor
Columbus, OH 43215
614-228-1882
Email: andrew.baker@bakerlawgroup.net
    **Counsel for Plaintiff: Sierra Vent**

***Kleiman v. CVS Health Corporation.*, 2:23-cv-04727 (D.S.C.)**
Blake Garrett Abbott
Poulin Willey Anastopoulo LLC
32 Ann Street
Charleston, SC 29403
843-614-8888
Email: blake@akimlawfirm.com
    **Counsel for Plaintiff: Cathy Kleiman**

***Rankin v. Harris Teeter, LLC, et al.*, 8:23-cv-02864 (D. Md.)**
Kevin Goldberg
Goldberg Law, LLC
401 Salk Circle
Gaithersburg, MD 20878
301-343-5817
Email: kg@goldberglaw.info
    **Counsel for Plaintiff: Stacy Rankin**

***Defendant: Costco Wholesale Corporation***
*Via Certified Mail*

c/o John Sullivan
999 Lake Drive
Issaquah, WA 98027

***Defendant: Publix Super Markets, Inc.***
*Via Certified Mail*

c/o Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

***Defendant: Helen of Troy Limited***
*Via Certified Mail*

c/o Capitol Corporate Services Inc.
1501 S. MoPac Expressway
Suite 220
Austin, TX 78746

***Defendant: Harris Teeter, LLC***
*Via Certified Mail*

c/o Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

***Defendant: Harris Teeter Supermarkets, Inc.***
*Via Certified Mail*

c/o Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

***Defendant: Foundation Consumer Brands, LLC***
*Via Certified Mail*

106 Isabella Street
Pittsburgh, PA. 15212-5841

Dated:   October 25, 2023

Respectfully submitted,

By: */s/ Andrew Soukup*
Andrew Soukup
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5066
asoukup@cov.com

*Counsel for Defendant The Procter & Gamble Company*