## BEFORE THE UNITED STATES JUDICIAL
## PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

### INTERESTED PARTY RESPONSE OF PLAINTIFFS HSIEH, RIO, ABDELKARIM, AND CHECCHIA IN SUPPORT OF THE MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS

Plaintiffs JAMES HSIEH, DOMINIC RIO, MOHANAD ABDELKARIM, and STEVEN CHECCHIA (collectively "Plaintiffs") respectively submit this Interested Party Response (per JPML Rule 6.2(e)) to the *Barton* plaintiffs' Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion"). *See* Doc. 1.

## I. INTRODUCTION

To present, Plaintiffs, along with other consumers, have filed at least 67 putative class actions across the country. Plaintiffs submit that consolidation and transfer is appropriate, and that the Northern District of Illinois is the appropriate transferee court.

Each of the Related Actions presents nearly identical issues of law and fact, thereby warranting consolidation. All of the Related Actions arise from allegations that the Defendants have marketed and sold billions of dollars' worth of over-the-counter oral medications containing phenylephrine (collectively, the "Phenylephrine Products" or "Products") as nasal decongestants that they knew are entirely ineffective as decongestants. Taken together, the Plaintiffs in these cases allege violations of various state consumer protection laws, breach of implied warranties, unjust enrichment, and other state law claims. The Plaintiffs in the numerous actions request relief, including but not limited to injunctive relief and damages for harm and out-of-pocket costs that plaintiffs have had to bear as a result of Defendants' actions.

In light of the numerous central common questions of fact between the cases, Plaintiffs support consolidation under 28 U.S.C. § 1407 as requested in the Motion. That said, Plaintiffs respectfully submit that the Northern District of Illinois is the most appropriate transferee district.

## II. LEGAL STANDARD

Transfer and consolidation are proper if actions pending in different federal district courts involve "one or more common issues of fact" and transfer is "for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions." 28 U.S.C. § 1407(a).

## III. ARGUMENT

The Actions, and the tag-along actions to follow, are appropriate for Section 1407 transfer because they involve common issues and transfer will benefit the parties, witnesses, and courts. Critical to each of the cases is the purported efficacy of the compound phenylephrine, a question of fact identical across the litigation. Plaintiffs Hsieh, Rio, Abdelkarim, and Checchia respectfully propose the Northern District of Illinois as the most appropriate forum for transfer, as opposed to the District of New Jersey, which the *Barton* plaintiffs proposed in a motion for transfer. *See* MDL 3089, ECF 1.

In sum, the Northern District of Illinois is comparatively well-suited as a convenient forum for transfer: Defendant Walgreens is headquartered within the Northern District of Illinois, in Deerfield, Illinois and, to the best of the undersigned's knowledge, every defendant transacts business in the district. The Northern District of Illinois has many excellent jurists with deep experience presiding over and resolving MDL actions with care and efficiency. Further, because there is no clear center of gravity where the parties and potential witnesses in this case reside, the Northern District of Illinois is ideal for transfer. The district includes Chicago, the largest metropolitan area in the Midwest, with airports that already serve as hubs for travelers across the country and with ample accommodations. Finally, the Northern District of Illinois is centrally located within the United States and would be a convenient midpoint for the parties and potential witnesses involved.

**A.  The Related Actions are Appropriate for Transfer and Coordination Pursuant to 28 U.S.C. § 1407(a)**

**1.  The Related Actions Involve Common Issues of Fact**

Plaintiffs agree with the *Barton* plaintiffs that transfer and coordination under Section 1407 is appropriate. *See* MDL 3089, ECF 1. Each of the complaints arise from Defendants' policies and practices concerning its marketing and sale of so-called oral decongestants which are allegedly no more effective than a sugar pill at nasal decongestion. This includes, but is not limited to, whether Defendants knew that the Products were ineffective nasal decongestants, whether Defendants deceptively advertised the Products to consumers, whether Defendants withheld information from consumers, and whether Defendants' challenged conduct harmed consumers.  In light of these core common issues of fact, it is no surprise that the cases allege similar legal claims and seek to certify similar classes. Indeed, centralization of cases involving common questions related to the efficacy of drug products is routine.[1]

**2.  Transfer and Coordination Serves the "Convenience of the Parties and Witnesses" and "Promote(s) the Just and Efficient Conduct of the Action."**

The following four factors are considered when determining whether transfer will facilitate the convenience of the parties and promote the just and efficient conduct of the transferred cases:

1. The elimination of duplicative discovery;

2. The avoidance of conflicting rules and schedules;

3. The reduction of litigation cost; and

4. The conservation of the time and effort of the parties, attorneys, witnesses, and courts.

Manual for Complex Litigation (Fourth), § 20.131, at 219.

Each factor weighs decidedly in favor of transfer here.

---

[1] *See e.g. In re Viagra* (sildenafil citrate) *Prod. Liab. Litig.* 224 F. Supp. 3d 1330 (J.P.M.L. 2016); *In re Pradaxa* (dabigatron exilate) *Prod. Liab. Litig.*, 883 F. Supp. 2d 1355 (J.P.M.L. 2012); *In re Accutane Prod. Liab. Litig.*, 343 F. Supp. 2d 1382, 1383 (J.P.M.L. 2004).

### a.  Transfer will eliminate duplicative discovery

Given the facts common to plaintiffs in each of the Actions and the near identity of relevant legal questions, plaintiffs are likely to seek overlapping discovery. *See In re Auto Body Shop Antitrust Litig.*, 37 F. Supp. 3d 1388, 1390 (J.P.M.L. 2014) (noting that transfer was appropriate to eliminate duplicative discovery when the actions shared a common factual core). Transfer and consolidation will therefore avoid duplicative discovery and will streamline associated coordination, including that regarding document review and depositions for party and third-party witnesses.

### b.  Transfer will avoid conflicting rules and schedules

The Panel considers the possibility of inconsistent rulings on pretrial issues because of the possible *res judicata* or collateral estoppel effects on other cases. *In re Enron Sec. Derivative & ERISA Litig.*, 196 F. Supp. 2d 1375, 1376 (J.P.M.L. 2002) (granting transfer in part to prevent inconsistent pretrial rulings, particularly with respect to questions of class certification).

Due to the number of Actions in district courts across the country, conflicting rulings and schedules will inevitably ensue absent consolidation. All of the Actions filed to date are in the pretrial stage and will thus likely involve motions to dismiss, discovery motions, *Daubert* motions, and class certification motions. Consolidation will avoid conflicting rulings on these motions, thereby reducing the risk of protracted proceedings and confusion.

### c.  Transfer will reduce litigation costs and conserve the time and effort of the parties, attorneys, witnesses, and courts

Consolidation and transfer will put the parties and issues before a single transferee judge. This will obviate the need for courts and lawyers in various districts to address the same or similar facts and issues in parallel or piecemeal, lessening costs for both the parties and the court. *See Ethicon Physiomesh*, 254 F. Supp. 3d 1381, 1382 (J.P.M.L. 2017) (transfer of related actions to a single district for pretrial proceedings "conserve[s] the resources of the parties, their counsel, and the judiciary.")

### 3.  The Actions Should Be Centralized in the Northern District of Illinois

The selection of an appropriate transferee court is based on a balancing test of several factors, none of which is dispositive. *See* Manual of Complex Litigation (Fourth) § 20.131 (2004) (citing Robert A. Cahn, *A Look at the Judicial Panel on Multidistrict Litigation*, 72 F.R.D. 211, 214-15 (1977). These factors include: the convenience of the parties; the location of the witnesses and evidence; the minimization of cost and inconvenience to the parties the experience, skill and caseloads of the available judges; and the number and status of cases pending in potential transferee jurisdictions. *See id.; see also In re: Preferential Drugs Prods. Pricing Antitrust Litig.*, 429 F. Supp. 1027, 1029 (J.P.M.L. 1977); *In re: Tri-State Crematory Litig.*, 206 F. Supp. 1376, 1378 (J.P.M.L. 2002).

Here, on balance, the Northern District of Illinois is the most appropriate transferee forum because it is the most convenient transferee forum for the parties and potential witnesses and has a wealth of experience in carefully and effectively resolving MDL litigation.

The Northern District of Illinois is, on the whole, the most convenient transferee forum. Defendant Walgreens is headquartered within the Northern District of Illinois, in Deerfield, Illinois and, to the best of the undersigned's knowledge, every defendant transacts business in the district, though they maintain headquarters across the country.[2] Plaintiffs hail from across the United States, though at least ten plaintiffs filed actions in the Northern District of Illinois. Because there is no clear center of gravity where the parties and potential witnesses in this case reside, the Northern District of Illinois is ideal for transfer. Indeed, as this Panel has recognized before, a "geographically central location" and easy access to the venue are important considerations for a transfer analysis. *See, e.g., In*

---

[2] Brand-name defendant manufacturers are located in New Jersey (Johnson & Johnson Consumer Inc.; Kenvue, Inc.; Church & Dwight Co., Inc.;Sanofi-Aventis US LLC), Ohio (Procter & Gamble); Pennsylvania (Bayer Healthcare LLC; GlaxoSmithKline LLC; McNeil Consumer Healthcare;), and generic phenylephrine manufacturing defendants and other sellers are headquartered in Washington (Amazon), Idaho (Albertsons Companies Inc.), Minnesota (Target), Kansas (Associated Wholesale Grocers, Inc. and Value Merchandisers Co.), Pennsylvania (Rite Aid Corporation) and New Jersey (Reckitt Benckiser LLC).

*re Wireless Tel. 911 Calls Litig.*, 259 F. Supp. 2d 1372 (J.P.M.L. 2003). The Northern District of Illinois is just that, a "geographically central location" for parties and potential witnesses that otherwise might have to travel from coast to coast. Just outside the courthouse doors is Chicago, the largest metropolitan area in the Midwest, with airports that routinely serve as central hubs for travelers across the United States. Chicago O'Hare airport alone was recently reported as the fourth-busiest airport in the world.[3]

The Northern District of Illinois has many excellent jurists with deep experience presiding over MDL litigation.. *See, e.g.,* MDL 2545, *In re Testosterone Replacement Therapy Products Liability Litigation* (J. Matthew F. Kennelly); MDL 2492*, IN RE: National Collegiate Athletic Ass'n Student-Athlete Concussion Injury Litig.*; MDL 2545, *IN RE: Testosterone Replacement Therapy Prods. Liab. Litig.*; MDL 2580, *IN RE: Opana ER Antitrust Litig.*; MDL 2817, *IN RE: Dealer Mgmt. Sys. Antitrust Litig.*; MDL 2842, *IN RE: Chicago Board Options Exch. Volatility Index Manipulation Antitrust Litig.*; MDL 2867, *IN RE: Local TV Advert. Antitrust Litig.*; MDL 2931, *IN RE: Delta Dental Antitrust Litig.*; MDL 2948, *IN RE: TikTok, Inc., Consumer Privacy Litig.*; MDL 2964, *IN RE: Society Ins. Co. COVID-19 Bus. Interruption Prot. Ins. Litig.* Further, the Northern District of Illinois has the resources and track record to effectively manage a large MDL such as this one. In the Northern District of Illinois, the median time of decision on a motion to dismiss is 59 days, and 145 days for a summary judgment motion,[4] while the median time for a case from filing to disposition was 6.7 months as of March 2023. This is substantially less time than in the District of New Jersey, where the median time of decision on a motion to dismiss is 152

---

[3]   Monig   Eng,   "O'Hare   named   fourth-busiest   airport   in   the   world,"   Axios, https://www.axios.com/local/chicago/2022/04/14/ohare-named-fourth-busiest-airport-in-the-world.
[4]   Westlaw   Edge   Litigation   Analytics,   as   of   October   25,   2023, https://1.next.westlaw.com/Analytics/Profiler?docGUID=1260&contentType=court&originationContext=typeAhead&transitionType=LegalLitigation&contextData=(sc.Default)&analyticNavigation=none&pathAnalytic=%2FAnalytics%2FHome#/court/1260/motionReport.

days,[5] and 175 days for a summary judgment motion with the median time for a case from filing to disposition during the same period being 10 months.[6]

## IV. CONCLUSSION

For all of the reasons stated above, Plaintiffs Hsieh, Rio, Abdelkarim, and Checchia respectfully request that the Panel transfer the Oral Phenylephrine Marketing and Sales Practices Litigation to the Northern District of Illinois for coordinated pretrial proceedings.

Dated: October 25, 2023

By: _/s/ Andrea R. Gold_
Andrea R. Gold
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Ave NW
Suite 1010
Washington, DC 20006

_Counsel for Plaintiffs James Hsieh, Dominic Rio, Mohanad Abdelkarim, and Steven Checchia in Case No. 1:23-cv-14404 (N.D. IL)_

---

[5] Westlaw Edge Litigation Analytics, as of October 25, 2023, https://1.next.westlaw.com/Analytics/Profiler?docGUID=493&contentType=court&transitionType=OverviewLitigationAnalytics&contextData=(sc.Default)&analyticNavigation=District%2520of%2520New%2520Jersey&hashAnalytic=%2F&pathAnalytic=%2FAnalytics%2FProfiler%2FSearch%2Fcourt#/court/493/motionReport.
[6] U.S. Courts, Combined Civil and Criminal Federal Court Management Statistics (March 31, 2023), chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.uscourts.gov/file/71612/download.

**Certificate of Service**

Pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I, Andrea R. Gold, hereby certify that on this 25th day of October 2023, I caused a true and correct copy of the foregoing document to be filed electronically via the CM/ECF System, and I served on all parties in the matter indicated on the below service list by ECF, unless otherwise indicated.

***Baughman v. Johnson & Johnson Consumer Inc., et al.*, No. 2:23-cv-07737 (C.D. Cal.)**
BRADLEY/GROMBACHER, LLP
Marcus J. Bradley
Email: mbradley@bradleygrombacher.com
Kiley Lynn Grombacher
Email: kgrombacher@bradleygrombacher.com
31365 Oak Crest Dr., Suite 240
Westlake Village, CA 91361
**Counsel for Plaintiff: Jennifer Baughman**

***Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965 (E.D. Cal.)**
SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Email: crodriguez@singletonschreiber.com
Andrew D. Bluth
E-Mail: abluth@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, California 95814
**Counsel for Plaintiffs: Kenneth Levi Pack and Min Ji Jung**

***DePaola v. The Procter & Gamble Company, et al.*, No. 2:23-cv-00727 (M.D. Fl.)**
FARR, FARR, EMERICH, CARR & HOLMES, P.A.
George T. Williamson
Email: gwilliamson@farr.com
99 Nesbit Street
Punta Gorda, FL 33950

NIGH GOLDENBERG RASO & VAUGHN PLLC
Marlene J. Goldenberg
Email: mgoldenberg@nighgoldenberg.com
14 Ridge Square, Third Floor
Washington, D.C. 20016

HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102

KANNER & WHITELEY, L.L.C.
Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130
**Counsel for Plaintiff: Kristin DePaola**

***Audelo v. Johnson & Johnson Consumer, Inc., et al.*, No. 3:23-cv-24250 (N.D. Fl.)**
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
R. Jason Richards
Email: jrichards@awkolaw.com
Bryan F. Aylstock
Email:baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
**Counsel for Plaintiff: Steve Audelo**

***Tlaib v. Procter & Gamble Company*, No. 1:23-cv-13840 (N.D. Ill.)**
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld
Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com

Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott
Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
**Counsel for Plaintiff: Mohamad Tlaib**

***Noviskis v. Johnson & Johnson Consumer Inc., et al., No. 1:23-cv-13926 (N.D. Ill.)***
MOLL LAW GROUP
Ken Moll
Email: kmoll@molllawgroup.com
180 N Stetson Ave, 35th Floor
Chicago, Illinois 60601
**Counsel for Plaintiff: Shelby Noviskis**

***Juneau v. The Procter & Gamble Company, et al.*, No. 2:23-cv-05273 (E.D. La.)**
KANNER & WHITELEY L.L.C.
Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130

BIZER & DEREUS
Andrew D. Bizer
Email: andrew@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117

HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102
**Counsel for Plaintiff: Natalie Juneau**

***Fichera v. The Procter & Gamble Company, et al.*, No. 2:23-cv-05274 (E.D. La.)**
KANNER & WHITELEY L.L.C.
Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130

BIZER & DEREUS
Andrew D. Bizer
Email: andrew@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117

HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102
**Counsel for Plaintiff: Robert Fichera**

***Jones v. Reckitt Benckiser Pharmaceuticals Inc., et al.*, No. 3:23-cv-04807 (N.D.Cal.)**
KANNER & WHITELEY L.L.C.
Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
701 Camp Street
New Orleans, LA 70130
**Counsel for Plaintiff: Mari Jones**

***Coppock v. Procter & Gamble, et al.*, No. 2:23-cv-05353 (E.D. La.)**
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
Jennifer Hoekstra
Email: jhoekstra@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
**Counsel for Plaintiff: Kaycie Coppock**

***Walker v. Johnson & Johnson Consumer Inc., et al.*, No. 423-cv-00663 (W.D. Mo.)**
HORN, AYLWARD & BANDY, LLC
Joseph A. Kronawitter
Email: jkronawitter@hab-law.com
Robert A. Horn
Email: rhorn@hab-law.com
Taylor Foye
Email: tfoye@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Bradley D. Honnold
Email: bhonnold@gohonlaw.com
Kirk J Goza
Email: kgoza@gohonlaw.com
9500 Nall Ave Ste 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL
Thomas P. Cartmell
Email: tcartmell@wcllp.com
Tyler Hudson
Email: thudson@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
**Counsel for Plaintiff: Michael Walker**

***<u>Wright v. Johnson & Johnson Consumer Inc., et al.</u>*, No. 5:23-cv-06120 (W.D. Mo.)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Email: rhorn@hab-law.com
Joseph A. Kronawitter
Email: jkronawitter@hab-law.com
Taylor P. Foye
Email: tfoye@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108

GOZA & HONNOLD, LLC
Kirk J. Goza
Email: kgoza@gohonlaw.com
Bradley D. Honnold
Email: bhonnold@gohonlaw.com
9500 Nall Avenue, Suite 400
Overland Park, KS 66207

WAGSTAFF & CARTMELL LLP
Thomas P. Cartmell
Email: tcartmell@wcllp.com
Tyler W. Hudson
Email: thudson@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
**Counsel for Plaintiff: Krista Wright**

***<u>Barton, et al. v. Reckitt Benckiser LLC, et al.</u>*, No 2:23-cv-20370 (D.N.J.)**
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
Email: jcecchi@carellabyrne.com
Donald A. Ecklund
Email: decklund@carellabyrne.com
Jordan M. Steele
Email: jsteele@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068

DICELLO LEVITT LLP
Adam J. Levitt
Email: alevitt@dicellolevitt.com
John E. Tangren
Email: jtangren@dicellolevitt.com
Daniel R. Schwartz
Email: dschwartz@dicellolevitt.com

Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

SEEGER WEISS LLP
Christopher A. Seeger
Email: cseeger@seegerweiss.com
David R. Buchanan
Email: dbuchanan@seegerweiss.com
Scott A. George
Email: sgeorge@seegerweiss.com
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
Email: pgeller@rgrdlaw.com
Stuart A. Davidson
Email: sdavidson@rgrdlaw.com
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo**

***Cronin v. Johnson & Johnson Consumer, Inc., et al.*, No. 2:23-cv-06870 (E.D.N.Y.)**
PARKER WAICHMAN LLP
Raymond C. Silverman
Email: rsilverman@yourlawyer.com
Melanie H. Muhlstock
Email: mmuhlstock@yourlawyer.com
Jason S. Goldstein
Email: jgoldstein@yourlawyer.com
6 Harbor Park Drive
Port Washington, NY 11050
**Counsel for Plaintiff: Robyn Cronin**

***Kleiman v. The Procter & Gamble Company*, No. 1:23-cv-590 (S.D. Ohio)**
THE BAKER LAW GROUP
Andrew S. Baker
Email: andrew.baker@bakerlawgroup.net
89 E Nationwide Blvd. 2nd Floor
Columbus, OH 43215

POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle

Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403
**Counsel for Plaintiff: Cathy Kleiman**

### *Thorns, et al. v. Johnson & Johnson, et al.*, No. 3:23-cv-1355 (D. Or.)
THE CASEY LAW FIRM, LLC
M. Ryan Casey
Email: ryan@rcaseylaw.com
PO Box 4577
Frisco, Colorado 80443
**Counsel for Plaintiffs: Amanda Thorns and Scott Collier**

### *Carrigan v. Johnson & Johnson, et al.*, No.2:23-cv-01481 (W.D. Wash.)
KU & MUSSMAN PA
Brian Ku
Email: brian@kumussman.com
18501 Pines Blvd., Suite 209-A
Pembroke Pines, FL 33029
**Counsel for Plaintiffs: James Carrigan**

### *Parker v. Bayer Corporation, et al.*, No. 2:23-cv-03663 (E.D. Pa.)
HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102
**Counsel for Plaintiff: Rachel Parker**

### *Scoffier v. Reckitt Benckiser LLC et al.*, No. 2:23-cv-20529 (D. NJ)
HONIK LLC
Ruben Honik
Email: ruben@honiklaw.com
David J. Stanoch
Email: david@honiklaw.com
1515 Market Street, Suite 1100
Philadelphia, PA 19102

**Counsel for Plaintiff: Richard Scoffier**

***<u>Hernandez v. Kenvue, Inc., et al.</u>, No. 3:23-cv-04817 (N.D. Cal.)***
BURSOR & FISHER, P.A.
L. Timothy Fisher
ltfisher@bursor.com
Sarah Nicole Westcot
swestcot@bursor.com
1990 North California Blvd. Ste. 940 Walnut Creek, CA 94596
**Counsel for Plaintiff: Natasha Hernandez**

***<u>Nelson, Et. Al, V. Kenvue, Inc., et al.</u>, No. 3:23-cv-04875 (N.D.Cal.)***
BURSOR & FISHER, P.A.
L. Timothy Fisher
ltfisher@bursor.com
Sarah Nicole Westcot
swestcot@bursor.com
1990 North California Blvd. Ste. 940
Walnut Creek, CA 94596
**Counsel for Plaintiffs Jordan Nelson and Regina Peralta**

***<u>Taylor v. Procter & Gamble Company</u>, No. 3:23-cv-04909 (N.D.Cal.)***
BARON & BUDD, P.C.
Mark Philip Pifko
mpifko@baronbudd.com
Roland Tellis
rtellis@baronbudd.com
15910 Ventura Boulevard Encino Plaza, Suite 1600
Encino, CA 91436
**Counsel for Plaintiff: Joy Taylor**

***<u>Grimsley v. Reckitt Benckiser, LCC</u>, No. 3:23-cv-24588 (N.D.Fla.)***
LEVIN PAPANTONIO RAFFERTY, LLC
Peter J Mougey
pmougey@levinlaw.com
316 S BAYLEN STREET PENSACOLA, FL 32502
**Counsel for Plaintiff: Darrell Wayne Grimsley, Jr.**

***<u>DePriest et al v. Walgreen Co. et al.</u> No. 1:23-cv-14060 (N.D.Ill.)***
DICELLO LEVITT GUTZLER LLC
Adam J. Levitt
alevitt@dicellolevitt.com
John E Tangren
jtangren@dicellolevitt.com
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
**Counsel for Plaintiff: Hannah DePriest, Frizell Johnson, Ruben Varela**

***ReinKraut v. Johnson &Johnson Consumer, Inc., et al.* No. 2:23-cv-20444 (D.N.J.)**
SQUITIERI & FEARON, LLP
Stephen J Fearon, Jr
stephen@sfclasslaw.com
Paul V Sweeny
paul@sfclasslaw.com
305 Broadway, 7th Floor
New York, NY 10007
**Counsel for Plaintiff: Jacob Reinkraut**

***McIntyre v. Kenvue, Inc. et al.* No. 0:23-cv-02862 (D. Minn.)**
JOHNSON BECKER PLLC
Timothy J Becker
tbecker@johnsonbecker.com
Zackary S, Kaylor
zkaylor@johnsonbecker.com
Jacob Robert Rusch
jrusch@johnsonbecker.com
444 Cedar St., Ste. 1800
St. Paul, MN 55101
**Counsel for Plaintiff: Miesha McIntyre**

***McWhite v. Johnson & Johnson Consumer, Inc.* No. 3:23-cv-20379 (D.N.J)**
POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403

THE SULTZER LAW GROUP, P.C.
Philip Furia
furiap@thesultzerlawgroup.com
85 Civic Plaza, Suite 200
Poughkeepsie, Ny 12601
**Counsel for Plaintiff: Kamonica McWhite**

***Tuominen v. Johnson &Johnson Consumer, Inc.* No. 1:23-cv-13796 (N.D. Ill.)**
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com

227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld
Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott
Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
**Counsel for Plaintiff: Tina Tuominen**

### _Riccio v. Pfizer, Inc._ No. 1:23-cv-13843 (N.D. Ill.)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld
Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott
Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

J. Hunter Bryson
Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
**Counsel for Plaintiff: Rose Riccio**

***Riccio v. Reckitt Benckiser Pharmaceuticals Inc., No. 1:23-cv-1379 (N.D. Ill.)***
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld
Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com

Ryan J. Gott
Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
**Counsel for Plaintiff: Rose Riccio**

### _Nitto v. CVS Pharmacy, Inc._ No. 1:23-cv-13998 (N.D.Ill.)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
Email: gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
Email: nsuciu@milberg.com
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld

Email: streisfeld@kolawyers.com
Kristen Lake Cardoso
Email: cardoso@kolawyers.com
Daniel Tropin
Email: tropin@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

PEARSON WARSHAW, LLP
Melissa S. Weiner
Email: mweiner@pwfirm.com
Ryan J. Gott
Email: rgott@pwfirm.com
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
Email: eruben@milberg.com
900 W. Morgan Street Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
Email: hbryson@milberg.com
405 E 50th Street
New York, NY 10022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
Email: kamelchenko@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
Email: jmintz@milberg.com
201 Sevilla Ave., 2nd Floor Coral Gables, FL 33134
**Counsel for Plaintiff: Rhonda Nitto**

### *Rampalli v. Walgreens Co.* **No. 1:23-cv-14015 (N.D.Ill.)**
POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott

Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403
**Counsel for Plaintiff: Krystal Rampalli**

***Travis v. Procter & Gamble Company et al., No.1:23-cv-00607***
HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL, PLLC
Alyson S. Beridon
Email: alson@hsglawgroup.com
600 Vine St. Ste. 2720
Cincinnati, OH 45202
**Counsel for Plaintiff: Tiffany Travis**

***Boonparn v. Reckitt Benckiser, et al.* No.1:23-cv-6936 (E.D.N.Y.)**
PETER SAMBERG ATTORNEY AT LAW
Peter Samberg
Email: psamberg@gmail.com
100 Ardsley Ave. West
P.O. Box 73
Ardsley on Hudson, NY 10503
**Counsel for Plaintiff: Archanatep Boonparn**

***Nyanjom v. Reckitt Benckiser Pharmaceuticals, Inc., et al.* No. 2:23-cv-02426 (D. Kansas)**
BARTON AND BURROWS LLC
Stacy Burrows
stacy@bartonburrows.com
Seth K. Jones
seth@bartonburrows.com
5201 Johnson Drive, Suite 110
Mission, Kansas 66205
**Counsel for Plaintiff: Harold Nyanjom**

***Yousefzadeh v. Johnson & Johnson Consumer Inc.* No. 2:23-cv-06825 (E.D.N.Y.)**
KAPLAN GORE LLP
Darren T. Kaplan
Dkaplan@kaplangore.com
1979 Marcus Ave. , Ste. 201
Lake Success, NY 11042
**Counsel for Plaintiff: Sandra Yousefzadeh**

***Striegel v. RB Health (US), LLC* No. 2:23-cv-20552 (D.N.J.)**
THE SULTZER LAW GROUP, P.C.
Philip Furia
furiap@thesultzerlawgroup.com
85 Civic Plaza, Suite 200
Poughkeepsie, Ny 12601

**Counsel for Plaintiff: Annette Striegel**

***Joyner v. Johnson & Johnson Consumer, Inc. No 3:23-cv-20558 (D.N.J.)***
POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403
**Counsel for Plaintiff: Pamela Joyner**

***Rourk v. Haleon, PLC No. 3:23-cv-20478 (D.N.J.)***
POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Email: roy.willey@poulinwilley.com
Paul J. Doolittle
Email: paul.doolittle@poulinwilley.com
Blake G. Abbott
Email: blake.abbott@poulinwilley.com
32 Ann Street
Charleston, SC 29403
**Counsel for Plaintiff: Sharon Rourk**

***Defendant: Albertsons Companies Inc.***
WINSTON & STRAWN LLP
Amanda L. Groves
Email: agroves@winston.com
333 S. Grand Avenue Los Angeles, CA 90071

***Defendant: Amazon.com, Inc.***
K&L GATES LLP
Robert W. Sparkes III
Email: robert.sparkes@klgates.com
1 Congress St. Suite 2900
Boston, MA 02114

***Defendant: Associated Wholesale Grocers, Inc.***
ADAMS AND REESE, LLP
E. Paige Sensenbrenner
Paige.sensenbrenner@arlaw.com
701 Poydras Street, Suit 4500
New Orleans, LA 70130

**_Defendant: Bayer Healthcare LLC_**
DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

**_Defendant: Bayer Corporation_**
DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

**_Defendant: CVS Pharmacy, Inc._**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305

**_Defendant: Church & Dwight Co., Inc._**
PROSKAUER ROSE LLP
Baldassare Vinti
Jeffrey H. Warshafsky
Email: bvinti@proskauer.com
Eleven Times Square
New York, NY 10036

**_Defendant: GlaxoSmithKline LLC_**
KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

**_Defendant: GSK Consumer Healthcare, Inc._**
KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

**_Defendant: Johnson & Johnson_**
O'MELVENY & MYERS LLP

Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

### *Defendant: Johnson & Johnson Consumer Inc.*
O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

### *Defendant: Kenvue Inc.*
O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

### *Defendant: McNeil Consumer Healthcare*
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

### *Defendant: Reckitt Benckiser LLC*
HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

### *Defendant: Reckitt Benckiser Pharmaceuticals*
HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

**_Defendant: Rite Aid Corporation_**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305

**_Defendant: Sanofi-Aventis U.S. LLC_**
_Via Certified Mail_

c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

**_Defendant: Target Corporation_**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305

**_Defendant: Valu Merchandisers Co._**
ADAMS AND REESE, LLP
E. Paige Sensenbrenner
Paige.sensenbrenner@arlaw.com
701 Poydras Street, Suit 4500
New Orleans, LA 70130

**_Defendant: Walgreens, Inc._**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305

**_Defendant: Walgreen Co._**
GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305

**_Defendant: Walmart, Inc._**
Livia M. Kiser
Email: lkiser@kslaw.com
KING & SPALDING, LLP
110 N. Wacker Drive, Suite 3800

Chicago, IL 60606

**<u><i>Defendant: Wal-Mart Stores East 1 LP.</i></u>**
Livia M. Kiser
Email: lkiser@kslaw.com
KING & SPALDING, LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606

Dated: October 25, 2023

Respectfully submitted,

By: <u>*/s/ Andrea R. Gold*</u>
Andrea R. Gold
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Ave NW
Suite 1010
Washington, DC 20006

*Counsel for Plaintiffs James Hsieh,*
*Dominic Rio, Mohanad Abdelkarim,*
*and Steven Checchia in Case No.*
*1:23-cv-14404 (N.D. IL)*