BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## NOTICE OF RELATED ACTIONS

Pursuant to Rules 6.2(d) and 7.1(a) of the Judicial Panel on Multidistrict Litigation Rules of Procedure, Defendant Bayer HealthCare LLC hereby notifies the Panel of the two related class actions listed in the attached Schedule of Actions. The complaints and dockets are attached as Exhibit 1 and 2.

Dated: October 26, 2023

**DLA PIPER LLP (US)**

By: /s/ *Christopher G. Campbell*
Christopher G. Campbell
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Tel: (404) 736-7800
Fax: (404) 682-7800
christopher.campbell@us.dlapiper.com
*Attorney for Bayer HealthCare, LLC*