BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

SCHEDULE OF RELATED ACTIONS

| Plaintiff | Defendants | Court | Case No. | Judge |
|---|---|---|---|---|
| Darly Means | Johnson & Johnson Holdco, Inc.<br>GlaxoSmithKline LLC<br>Reckitt Benckiser LLC<br>Bayer Healthcare LLC<br>The Procter & Gamble Company<br>Walmart, Inc.<br>Walgreen Co.<br>Target Corporation<br>CVS Pharmacy, Inc.<br>Amazon.com, Inc.<br>Amazon.com Services LLC<br>Does 1-20 | Southern District of Illinois | 3:23-cv-3494 | Magistrate Judge Mark Beatty |
| Daniel Heaghney | Johnson & Johnson Holdco (NA), Inc.<br>GlaxoSmithKline LLC<br>Reckitt Benckiser LLC<br>Bayer Healthcare LLC<br>Walmart, Inc.<br>Walgreen Co.<br>Target Corporation<br>CVS Pharmacy, Inc.<br>Dierbergs Markets, Inc. | Eastern District of Missouri | 23-cv-1342 | District Judge Ronnie White |

|  | Price Chopper Foods, Incorporated Amazon.com, Inc. Amazon.com Services LLC Procter & Gamble |  |  |  |
|---|---|---|---|---|