BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## AMENDED CERTIFICATE OF SERVICE

I, Andrew Soukup, counsel for Defendant The Procter & Gamble Company, hereby certify that I will cause the foregoing Response of Defendants in Support of Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 and this Amended Certificate of Service to be served via electronic mail or first-class mail to the following:

***Defendant: Perrigo Company PLC***
*Via First Class Mail*

c/o CSC-Lawyers Incorporating Service
3410 Belle Chase Way
Suite 600
Lansing, MI 48911

***Defendant: McNeil Consumer Healthcare***
*Via Email*

Hannah Chanoine
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Fax: (212) 326-2061
Email: hchanoine@omm.com

***Defendant: Publix Super Markets, Inc.***
*Via First Class Mail*

c/o Corp. Creations Network, Inc.
801 US Highway 1,
North Palm Beach, FL 33408

***Defendant: Associated Wholesale Grocers, Inc.***
*Via Email*

E. Paige Sensenbrenner
ADAMS AND REESE, LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70130
Telephone: (504) 581-3234
Fax: (504) 584-9506
Email: paige.sensenbrenner@arlaw.com

***Defendant: Valu Merchandisers Company***
*Via Email*

E. Paige Sensenbrenner
ADAMS AND REESE, LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70130
Telephone: (504) 581-3234
Fax: (504) 584-9506
Email: paige.sensenbrenner@arlaw.com

***Defendant: Kenvue Inc.***
*Via Email*

Hannah Chanoine
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Fax: (212) 326-2061
Email: hchanoine@omm.com

***Defendant: The Kroger Company***
*Via First Class Mail*

c/o Corporation Service Company
3366 Riverside Drive
Suite 103
Upper Arlington, OH 43221

***Defendant: Sanofi-Aventis US LLC***
*Via First Class Mail*

c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Dated:   October 26, 2023

Respectfully submitted,

By: */s/ Andrew Soukup*
Andrew Soukup
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5066
asoukup@cov.com

*Counsel for Defendant The Procter & Gamble Company*