**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

**CERTIFICATE OF SERVICE**

I, E. Paige Sensenbrenner, counsel for Defendants, Associated Wholesale Grocers, Inc. and Valu Merchandisers Company, hereby certify that on October 27, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record as CM/ECF participants.

*s/ E. Paige Sensenbrenner*
E. PAIGE SENSENBRENNER