BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE
MARKETING AND SALES PRACTICES
LITIGATION

MDL No. 3089

### SCHEDULE OF RELATED ACTIONS

| Plaintiff | Defendants | Court | Case No. | Judge |
|---|---|---|---|---|
| Darly Means | Johnson & Johnson Holdco, Inc.<br>GlaxoSmithKline LLC<br>Reckitt Benckiser LLC<br>Bayer Healthcare LLC<br>The Procter & Gamble Company<br>Walmart, Inc.<br>Walgreen Co.<br>Target Corporation<br>CVS Pharmacy, Inc.<br>Amazon.com, Inc.<br>Amazon.com Services LLC<br>Does 1-20 | Southern District of Illinois | 3:23-cv-3494 | Magistrate Judge Mark Beatty |
| Daniel Heaghney | Johnson & Johnson Holdco (NA), Inc.<br>GlaxoSmithKline LLC<br>Reckitt Benckiser LLC<br>Bayer Healthcare LLC<br>Walmart, Inc.<br>Walgreen Co.<br>Target Corporation<br>CVS Pharmacy, Inc.<br>Dierbergs Markets, Inc. | Eastern District of Missouri | 4:23-cv-1342 | Magistrate Judge Patricia L Cohen |

|  | Price Chopper Foods, Incorporated<br>Amazon.com, Inc.<br>Amazon.com Services LLC<br>Procter & Gamble |  |  |  |
|---|---|---|---|---|