BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**PROOF OF SERVICE**

*Means v. Johnson & Johnson Holdco (NA), Inc. et al.*, **Case No. 3:23-cv-3494**

**Plaintiff Daryl Means**
*Via Certified Mail*
SWMW Law, LLC
Benjamin S. McIntosh
701 Market St, Ste 1000
St. Louis, MO 63101
ben.mcintosh@swmwlaw.com

**Defendant Johnson & Johnson Holdco (NA), Inc.**
*Via Certified Mail*
CT Corporation System
820 Bear Tavern Road
West Trenton, NJ 08628

**Defendant Amazon.com Services LLC**
*Via Certified Mail*
Corporation Service Company
300 Deschutes Way SW, Ste 208 MC-CSC1
Tumwater, WA 98501

**Defendant GlaxoSmithKline, LLC**
*Via ECF*
Jay P.Lefkowitz
Kirkland & Ellis LLP
601 Lexington Ave.

New York, NY 10022
212-446-4970
lefkowitz@kirkland.com

**Defendant Reckitt Benckiser, LLC**
*Via ECF*
Laruen S. Colton
Hogan Lovells US LLP
100 International Dr., Ste 2000
Baltimore, MD 21202
410-659-2733
Lauren.colton@hoganlovells.com

**Defendant The Proctor & Gamble Company**
*Via ECF*
Andrew Soukup
Covington & Burling LLP
850 Tenth Street NW
Washington, DC 20001
202-662-5066
asoukup@cov.com

**Defendant Walmart Inc.**
*Via ECF*
Livia M. Kiser
King & Spalding LLP
110 N Wacker Dr., Ste 3800
Chicago, IL 60606
312-764-6911
lkiser@kslaw.com

**Defendant Walgreen Co.**
*Via ECF*
Sara K. Thompson
Greenberg Traurig
3333 Piedmont Rd NE, Ste 2500
Atlanta, GA 30305
678-553-2392
Sara.thompson@gtlaw.com

**Defendant Target Corporation**
*Via ECF*
Sara K. Thompson
Greenberg Traurig
3333 Piedmont Rd NE, Ste 2500
Atlanta, GA 30305

678-553-2392
Sara.thompson@gtlaw.com

**Defendant CVS Pharmacy, Inc.**
*Via ECF*
Sara K. Thompson
Greenberg Traurig
3333 Piedmont Rd NE, Ste 2500
Atlanta, GA 30305
678-553-2392
Sara.thompson@gtlaw.com

**Defendant Amazon.com, Inc.**
*Via ECF*
Robert W. Sparkes, III
K& L Gates LLP
1 Congress St., Ste 2900
Boston, MA 02114
617-951-9134
Robert.sparkes@klgates.com

*Heaghney v. Johnson & Johnson Holdco (NA), Inc. et al.*, **Case No. 23-cv-1342**

**Plaintiff Daniel Heaghney**
*Via Certified Mail*
SWMW Law, LLC
Benjamin S. McIntosh
701 Market St, Ste 1000
St. Louis, MO 63101
ben.mcintosh@swmwlaw.com

**Defendant Johnson & Johnson Holdco (NA), Inc.**
*Via Certified Mail*
CT Corporation System
820 Bear Tavern Road
West Trenton, NJ 08628

**Defendant Amazon.com Services LLC**
*Via Certified Mail*
Corporation Service Company
300 Deschutes Way SW, Ste 208 MC-CSC1
Tumwater, WA 98501

**Defendant Dierbergs Markets, Inc.**
*Via Certified Mail*
Robert J. Dierberg

16690 Swingley Ridge Road
Chesterfield, MO 63017

**Defendant Price Chopper Foods, Incorporated**
*Via Certified Mail*
Twyla Ramsey
3401 W Hwy
Thayer, MO 65791

**Defendant GlaxoSmithKline, LLC**
*Via ECF*
Jay P.Lefkowitz
Kirkland & Ellis LLP
601 Lexington Ave.
New York, NY 10022
212-446-4970
lefkowitz@kirkland.com

**Defendant Reckitt Benckiser, LLC**
*Via ECF*
Laruen S. Colton
Hogan Lovells US LLP
100 International Dr., Ste 2000
Baltimore, MD 21202
410-659-2733
Lauren.colton@hoganlovells.com

**The Proctor & Gamble Company**
*Via ECF*
Andrew Soukup
Covington & Burling LLP
850 Tenth Street NW
Washington, DC 20001
202-662-5066
asoukup@cov.com

**Defendant Walmart Inc.**
*Via ECF*
Livia M. Kiser
King & Spalding LLP
110 N Wacker Dr., Ste 3800
Chicago, IL 60606
312-764-6911
lkiser@kslaw.com

**Defendant Walgreen Co.**

*Via ECF*
Sara K. Thompson
Greenberg Traurig
3333 Piedmont Rd NE, Ste 2500
Atlanta, GA 30305
678-553-2392
Sara.thompson@gtlaw.com

**Defendant Target Corporation**
*Via ECF*
Sara K. Thompson
Greenberg Traurig
3333 Piedmont Rd NE, Ste 2500
Atlanta, GA 30305
678-553-2392
Sara.thompson@gtlaw.com

**Defendant CVS Pharmacy, Inc.**
*Via ECF*
Sara K. Thompson
Greenberg Traurig
3333 Piedmont Rd NE, Ste 2500
Atlanta, GA 30305
678-553-2392
Sara.thompson@gtlaw.com

**Defendant Amazon.com, Inc.**
*Via ECF*
Robert W. Sparkes, III
K& L Gates LLP
1 Congress St., Ste 2900
Boston, MA 02114
617-951-9134
Robert.sparkes@klgates.com

 

**DLA PIPER LLP (US)**

By: /s/ *Christopher G. Campbell*
    Christopher G. Campbell
    1201 West Peachtree Street, Suite 2800
    Atlanta, Georgia 30309
    Tel: (404) 736-7800
    Fax: (404) 682-7800
    christopher.campbell@us.dlapiper.com
    *Attorney for Bayer HealthCare, LLC*