BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

AMENDED CERTIFICATE OF SERVICE

I, Andrew Soukup, counsel for Defendant The Procter & Gamble Company, hereby certify that on October 27, 2023, I caused the foregoing Notice of Related Actions and this Amended Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.  I further will cause the Notice of Related Actions to be served via electronic mail or first-class mail to the following:

***Bader, et al. v. Johnson & Johnson Consumer Inc., et al.*, 2:23-cv-02108 (D. Az.)**
John Dean Curtis, II
Burch & Cracchiolo PA
1850 N Central Ave., Ste. 1700
Phoenix, AZ 85004
602-234-8760
Email: jcurtis@bcattorneys.com
    **Counsel for Plaintiffs: John Jeffrey Bader, Brian Lloyd Fireng, Carrie Diane Huff, Joseph Samuel Sorge, Joshua Edward Sorge, and Christine Ann Waters**

***Flores v. Costco Wholesale Corporation*, 5:23-cv-05367 (N.D. Cal.)**
Sarah Nicole Westcot
Bursor & Fisher P.A.
701 Brickell Avenue
Suite 1420
Miami, FL 33131
305-330-5512
Email: swestcot@bursor.com
    **Counsel for Plaintiff: Eduardo Flores**

*Hansen, et al. v. Walmart, Inc.*, **3:23-cv-05466 (N.D. Cal.)**
William A. Kershaw
Kershaw Talley Barlow PC
401 Watt Avenue
Ste 1
Sacramento, CA 95864
916-779-7000
Fax: 916-721-2501
Email: bill@ktblegal.com
    **Counsel for Plaintiffs: Emily Hansen, Sommer Milhous, and Andrew Gutierrez**

*Valdes v. McNeil Consumer Healthcare, et al.*, **1:23-cv-23939 (S.D. Fl.)**
David Buckner
Buckner and Miles, P.A.
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
305-964-8003
Email: David@bucknermiles.com
    **Counsel for Plaintiff: Hector Valdes**

*DeRosa v. Walgreens Boots Alliance, Inc.*, **1:23-cv-14558 (N.D. Ill.)**
Elizabeth A. Fegan
Fegan Scott, LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
Email: beth@feganscott.com
    **Counsel for Plaintiff: Anthony DeRosa**

*Isom v. Johnson & Johnson Consumer Inc., et al.*, **2:23-cv-04200 (W.D. Mo.)**
Aaron W. Smith
A. W. Smith Law Firm PC
2100 West Broadway
Columbia, MO 65203
(573) 777-3333
Fax: (573) 443-7301
Email: aw@awsmithlaw.com
    **Counsel for Plaintiff: Andrew Isom**

*Page v. RB Health (US) LLC, et al.*, 2:23-cv-20962 (D.N.J.)
James E. Cecchi
Carella Byrne Cecchi Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
Email: jcecchi@carellabyrne.com
> **Counsel for Plaintiff: Martha A. Page**

*Sygal, et al. v. Reckitt Benckiser LLC.*, 2:23-cv-21090 (D.N.J.)
Katrina Carroll
Lynch Carpenter LLP
111 W. Washington, STE 1240
Chicago, IL 60602
312-750-1265
Email: katrina@lcllp.com
> **Counsel for Plaintiffs: Randall Sygal, Regina Brookshier, Erzen Krica, Allison Sammarco, and Hollie Verdi**

*Lee, et al. v. The Procter & Gamble Company, et al.*, 2:23-cv-21126 (D.N.J.)
Katrina Carroll
Lynch Carpenter LLP
111 W. Washington, STE 1240
Chicago, IL 60602
312-750-1265
Email: katrina@lcllp.com
> **Counsel for Plaintiffs: Michael Lee, Toni Heuchan, Jonathan Brandman, Michelle Garza, and Cece Davenport**

*Sanes, et al. v. Bayer Healthcare LLC*, 2:23-cv-21163 (D.N.J.)
Katrina Carroll
Lynch Carpenter LLP
111 W. Washington, STE 1240
Chicago, IL 60602
312-750-1265
Email: katrina@lcllp.com
> **Counsel for Plaintiffs: Claudette Sanes, Daniel Flick, and Janis Zimmerman**

*Wilson v. Johnson & Johnson Consumer Inc., et al.*, 2:23-cv-21276 (D.N.J.)
Stephen J. Fearon, Jr.
Squitieri & Fearon, LLP
305 Broadway, 7th Floor
New York, NY 10007
212-421-6492
Email: stephen@sfclasslaw.com
> **Counsel for Plaintiff: Andrew Wilson**

*Jones v. Bayer Corporation, et al.*, **2:23-cv-21411 (D.N.J.)**
Alex M. Kashurba
Chimicles Schwartz Kriner & Donaldson-Smith LLP
361 W. Lancaster Avenue
Haverford, PA 19041
610-642-8500
Email: amk@chimicles.com
    **Counsel for Plaintiff: Janet Jones**

*Vent v. The Procter & Gamble Company, et al.*, **1:23-cv-00680 (S.D. Ohio)**
Andrew S. Baker
The Baker Law Group
89 E. Nationwide Blvd., Suite 2nd Floor
Columbus, OH 43215
614-228-1882
Email: andrew.baker@bakerlawgroup.net
    **Counsel for Plaintiff: Sierra Vent**

*Kleiman v. CVS Health Corporation.*, **2:23-cv-04727 (D.S.C.)**
Blake Garrett Abbott
Poulin Willey Anastopoulo LLC
32 Ann Street
Charleston, SC 29403
843-614-8888
Email: blake@akimlawfirm.com
    **Counsel for Plaintiff: Cathy Kleiman**

*Rankin v. Harris Teeter, LLC, et al.*, **8:23-cv-02864 (D. Md.)**
Kevin Goldberg
Goldberg Law, LLC
401 Salk Circle
Gaithersburg, MD 20878
301-343-5817
Email: kg@goldberglaw.info
    **Counsel for Plaintiff: Stacy Rankin**

*Defendant: Costco Wholesale Corporation*
*Via First-Class Mail*

c/o John Sullivan
999 Lake Drive
Issaquah, WA 98027

***Defendant: Publix Super Markets, Inc.***
*Via First-Class Mail*

c/o Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

***Defendant: Helen of Troy Limited***
*Via First-Class Mail*

c/o Capitol Corporate Services Inc.
1501 S. MoPac Expressway
Suite 220
Austin, TX 78746

***Defendant: Harris Teeter, LLC***
*Via First-Class Mail*

c/o Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

***Defendant: Harris Teeter Supermarkets, Inc.***
*Via First-Class Mail*

c/o Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

***Defendant: Foundation Consumer Brands, LLC***
*Via First-Class Mail*

106 Isabella Street
Pittsburgh, PA. 15212-5841

***Defendant: Johnson & Johnson Consumer Inc.***
*Via Email*

Hannah Y. Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2128
hchanoine@omm.com

***Defendant: Kenvue Inc.***
*Via Email*

Hannah Y. Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2128
hchanoine@omm.com

***Defendant: McNeil Consumer Healthcare***
*Via Email*

Hannah Y. Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2128
hchanoine@omm.com

***Defendant: Reckitt Benckiser LLC***
*Via Email*

Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Dr., Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

***Defendant: RB Health (US) LLC***
*Via Email*

Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Dr., Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

***Reckitt Benckiser Pharmaceuticals, Inc.***
*Via Email*

Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Dr., Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

***Defendant: Walmart Inc.***
*Via Email*

Livia M. Kiser
KING & SPALDING LLP
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6911
lkiser@kslaw.com

***Defendant: Walmart Stores East 1 LP***
*Via Email*

Livia M. Kiser
KING & SPALDING LLP
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6911
lkiser@kslaw.com

***Defendant: Walgreens Boots Alliance, Inc.***
*Via Email*

Sara K. Thompson
GREENBERG TRAURIG
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2392
Sara.thompson@gtlaw.com

*Defendant: GlaxoSmithKline Consumer Healthcare Holdings*
*Via Email*

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4970
lefkowitz@kirkland.com

*Defendant: Haleon US Capital LLC*
*Via Email*

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4970
lefkowitz@kirkland.com

*Defendant: Bayer Corp.*
*Via Email*

Christopher G. Campbell
DLA PIPER
1201 W. Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 736-7808
Christopher.campbell@us.dlapiper.com

*Defendant: CVS Health Corp.*
*Via Email*

Sara K. Thompson
GREENBERG TRAURIG
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2392
Sara.thompson@gtlaw.com

Dated:   October 27, 2023                                  Respectfully submitted,

                                                           By: */s/ Andrew Soukup*
                                                           Andrew Soukup
                                                           COVINGTON & BURLING LLP
                                                           850 Tenth Street, NW

Washington, DC 20001
Telephone: (202) 662-5066
asoukup@cov.com

*Counsel for Defendant The Procter & Gamble Company*