BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

CERTIFICATE OF SERVICE

I, Lauren S. Colton, counsel for Defendant RB Health (US) LLC, incorrectly sued as "Reckitt Benckiser LLC", "Reckitt Benckiser, LLC", and/or "Reckitt Benckiser Pharmaceuticals, Inc.", hereby certify that on October 27, 2023, I caused the foregoing Notice of Appearance and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Appearance to be served via first-class mail to the following:

*Murdock v. RB Health (US) LLC et al.*, No. 2:23-cv-05846 (E.D. La.)
**Counsel for Plaintiffs Lateef Murdock, Lorette Kenney, Gwen Lewi, Marcel Pere4x Pirio, Layne Barter, Jose Cortex Hernandez, Robert Lundin, Jaedon Daniels, Mychael Willon Amy Weinbuerg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, and Lauren Debeliso**
Via First-Class Mail

CLARKSON LAW FIRM, P.C.
Glenn A. Danas
gdanas@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265

1

AYLSTOCK, WITKIN, KREIS, AND OVERHOLTZ, P.L.L.C.
Reagan C. Thomas
rthomas@awkolaw.com
17 E. Main Street, Suite 200
Pensacola, FL 32502

*Page v. RB Health (US) LLC et al.*, **No. 2:23-cv-20962 (D.N.J.)**
**Counsel for Plaintiff Martha A. Page**
Via First-Class Mail

CARELLA, BYRNE, CECCHI, BRODY, & ANGELLO, P.C.
James E. Cecchi
jcecchi@carellabyrne.com
5 Becker Farm Road
Roseland, NJ 07068

*Bader et al. v. Johnson & Johnson Consumer Inc. et al.*, **No. 2:23-cv-02108 (D. Ariz.)**
**Counsel for Plaintiff John Jeffrey Bader**
Via First-Class Mail

BURCH & CRACCHIOLO PA
John Dean Curtis, II
jcurtis@bcattorneys.com
1850 N. Central Ave., Ste. 1700
Phoenix, AZ 85004

*Sygal et al. v. Reckitt Benckiser LLC*, **No. Case 2:23-cv-21090 (D.N.J.)**
**Counsel for Plaintiff Randall Sygal**
Via First-Class Mail

LYNCH CARPENTER LLP
Katrina Carroll
katrina@lcllp.com
111 W. Washington, STE 1240
Chicago, IL 60602

*Isom v. Johnson & Johnson Consumer Inc. et al.*, **No. 2:23-cv-04200 (W.D. Mo.)**
**Counsel for Plaintiff Andrew Isom**
Via First-Class Mail

A.W. SMITH LAW FIRM PC
Aaron W. Smith
aw@awsmithlaw.com
2100 West Broadway
Columbia, MO 65203

***Wilson v. Johnson & Johnson Consumer, Inc. et al.*, No. 2:23-cv-21276 (D.N.J.)**
**Counsel for Plaintiffs Andrea Wilson**
Via First-Class Mail

SQUITIERI & FEARON, LLP
Stephen J Fearon, Jr.
stephen@sfcclasslaw.com
305 Broadway, 7th Floor
New York, NY 10007

***Thompson v. Reckitt Benckiser, LLC*, No. 2:23-cv-01606 (W.D. Wash.)**
**Counsel for Plaintiff Jessica Thompson**
Via First-Class Mail

AYLSTOCK, WITKIN, KREIS, AND OVERHOLTZ, P.L.L.C.
Chelsie Warner
cwarner@awkolaw.com
17 E. Main Street, Suite 200
Pensacola, FL 32502

***Rankin v. Harris Teeter, LLC et al.*, No. 8:23-cv-02864 (D. Md.)**
**Counsel for Plaintiff Stacy Rankin**
Via First-Class Mail

GOLDBERG LAW, LLC
Kevin Ira Goldberg
kigoldberg@aol.com
401 Salk Circle
Gaithersburg, MD 20878

FINKELSTEIN THOMPSON LLP
Mila F. Bartos
mbartos@finkelsteinthompson.com
2201 Wisconsin Ave. Suite 200
Washington, DC 20007

***Jones v. Bayer Corporation et al.*, No. 2:23-cv-21411 (D.N.J.)**
**Counsel for Plaintiff Janet Jones**
Via First-Class Mail

CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
Alex M. Kashurba
amk@chimicles.com
361 W. Lancaster Ave.
Haverford, PA 19041

***Defendant: McNeil Consumer Healthcare***
Via First-Class Mail

7050 Camp Hill Road
Fort Washington, PA 19034

***Defendant: Johnson & Johnson Consumer Inc.***
Via First-Class Mail

c/o Corporation Service Company
1209 Orange Street
Wilmington, DE 19801

***Defendant: Kenvue, Inc.***
Via First-Class Mail

c/o Corporation Service Company
1209 Orange Street
Wilmington, DE 19801

***Defendant: Wal-Mart, Inc.***
Via First-Class Mail

c/o C T CORPORATION SYSTEM
820 Bear Tavern Road
West Trenton, NJ 08628

***Defendant: Wal-Mart Stores East 1, LP***
Via First-Class Mail

c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

***Defendant: Pfizer, Inc.***
Via First-Class Mail

c/o C T CORPORATION SYSTEM
28 Liberty Street
New York, NY 10005

***Defendant: GlaxoSmithKline Consumer Healthcare Holdings (US)***
Via First-Class Mail

2929 Walnut Street
Ste. 1700
Philadelphia, PA 19104

***Defendant: Haleon PLC***
Via First-Class Mail

184 Liberty Corner Road,
Warren, NJ 07059

***Defendant: Bayer Healthcare, LLC***
Via First-Class Mail

100 Bayer Boulevard
Whippany, NJ 07981

***Defendant: Harris Teeter, LLC***
Via First-Class Mail

Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

***Defendant: Harris Teeter Supermarkets, Inc.***
Via First-Class Mail

Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

***Defendant: Foundation Consumer Brands, LLC***
Via First-Class Mail

106 Isabella Street
Pittsburgh, PA 15212-5841

| | |
|---|---|
| Dated: October 27, 2023 | Respectfully submitted,<br><br>By: */s/ Lauren S. Colton*<br>Lauren S. Colton<br>HOGAN LOVELLS US LLP<br>100 International Drive<br>Suite 2000<br>Baltimore, MD 21202<br>Telephone: (410) 659-2733<br>Lauren.colton@hoganlovells.com<br><br>*Counsel for Defendant RB Health (US) LLC* |