BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

ATTACHMENT B TO CORPORATE DISCLOSURE STATEMENT – LIST OF ACTIONS

- *Murdock et al. v. RB Health (US) LLC et al.*, No. 2:23-cv-05846 (E.D. La.)
    - o   Party represented: RB Health (US) LLC

- *Page v. RB Health (US) LLC et al.*, No. 2:23-cv-20962 (D.N.J.)
    - o   Party represented: RB Health (US) LLC

- *Bader et al. v. Johnson & Johnson Consumer Inc. et al.*, No. 2:23-cv-02108 (D. Ariz.)
    - o   Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Sygal et al. v. Reckitt Benckiser LLC*, No. Case 2:23-cv-21090 (D.N.J.)
    - o   Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Isom v. Johnson & Johnson Consumer Inc. et al.*, No. 2:23-cv-04200 (W.D. Mo.)
    - o   Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Wilson v. Johnson & Johnson Consumer, Inc. et al.*, No. 2:23-cv-21276 (D.N.J.)
    - o   Party represented: RB Health (US) LLC

- *Thompson v. Reckitt Benckiser, LLC*, No. 2:23-cv-01606 (W.D. Wash.)
    - o   Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser, LLC)

- *Rankin v. Harris Teeter, LLC et al.*, No. 8:23-cv-02864 (D. Md.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Jones v. Bayer Corporation et al.*, No. 2:23-cv-21411 (D.N.J.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser Pharmaceuticals, Inc.)