BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**EXHIBIT A**
**LIST OF ACTIONS**

<u>Case Captions</u>

1. *Means v. Johnson & Johnson Holdco (NA), Inc., et al.*, No. 3:23-cv-3494-MAB (S.D. Ill.) (Magistrate Judge Mark A. Beatty); and

2. *Heaghney v. Johnson & Johnson Holdco (NA), Inc., et al.*, No. 4:23-cv-1342-PLC (E.D. Mo.) (Magistrate Judge Patricia L. Cohen).