BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLPHRINE MARKETING and SALES PRACTICES LITIGATION | MDL DOCKET NO. 3089 |

### NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE

Attorney Charles Schaffer hereby withdraws his Notice of Appearance on behalf of Plaintiffs Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, and Tina Haluszka, filed with the court on October 13, 2023, as docket number 174.

Respectfully submitted,

Dated: November 1, 2023

**LEVIN SEDRAN & BERMAN LLP**

By: */s/ Charles Schaffer*
Charles E. Schaffer, Esquire
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215)592-1500
Facsimile: (215)592-4663
cschaffer@lfsblaw.com

*Counsel for Plaintiffs Millard Adkins, et al. in Case No. 2:23-cv-21051. (D. NJ)*
*Counsel for Plaintiffs Rosalyn Anderson, et al. in Case No. 2:23-cv-03899 (E.D. P.A.)*