BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| **IN RE: ORAL PHENYLPHRINE MARKETING AND SALES PRACTICES LITIGATION** | MDL DOCKET NO. 3089 |
|---|---|

## SCHEDULE OF ACTIONS

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| **Plaintiff:**<br>Millard Adkins,<br>Rosalyn Anderson,<br>Eli Erlick,<br>Donna Bailey,<br>Rosalie Jackson,<br>Recoa Russell,<br>Frank Anderson,<br>Tina Haluszka<br><br>**Defendant:**<br>Reckitt Benckiser Pharmaceuticals Inc.,<br>Johnson & Johnson Consumer Inc.,<br>Kenvue Inc.,<br>Bayer Corporation,<br>GSK Consumer Health, Inc. d/b/a Haleon | District of New Jersey | 2:23-cv-21051 | Julien Xavier Neals<br><br>Jessica S. Allen |
| **Plaintiff:**<br>Rosalyn Anderson,<br>Eli Erlick,<br>Donna Bailey,<br>Rosalie Jackson,<br>Frank Anderson,<br>Tina Haluszka<br><br>**Defendant:**<br>The Procter & Gamble Company, | Eastern District of Pennsylvania | 2:23-cv-03899 | Kai N. Scott |

| | | | |
|---|---|---|---|
| Glaxosmithkline LLC, The Kroger Co., Target Corporation, Walmart Inc. | | | |