BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ORAL PHENYLPHRINE MARKETING and SALES PRACTICES LITIGATION** | MDL DOCKET NO. 3089 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, counsel for Plaintiffs Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, Tina Haluszka, hereby certifies that the *Notice of Attorney Appearance* was filed electronically with the Clerk of the Court using the CM/ECF system on November 1, 2023, and served on all recipients in the manner indicated on the attached service list:

                                              Respectfully submitted,

Dated: November 1, 2023                    **LEVIN SEDRAN & BERMAN LLP**

                                    By:    */s/ Frederick S. Longer*
                                                Frederick S. Longer, Esquire
                                                510 Walnut Street, Suite 500
                                                Philadelphia, PA 19106
                                                Telephone: (215)592-1500
                                                Facsimile: (215)592-4663
                                                Flonger@lfsblaw.com

                                                *Counsel for Plaintiffs Millard Adkins, et al. in Case No. 2:23-cv-21051. (D. NJ)*
                                                *Counsel for Plaintiffs Rosalyn Anderson, et al. in Case No. 2:23-cv-03899 (E.D. P.A.)*

**SERVICE LIST**

| VIA ELECTRONIC MAIL/ECF ||
|---|---|
| **PARTY** | **COUNSEL** |
| Defendant Procter & Gamble Company | **_Via ECF_**<br>Andrew Soukup<br>850 10th St. NW<br>Washington, DC 20001<br>asoukup@cov.com |
| Defendant GlaxoSmithKline LLC | **_Via ECF_**<br>Jay P. Lefkowitz<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>lefkowitz@kirkland.com |
| Defendant Target Corporation | **_Via ECF_**<br>Sara K. Thompson<br>3333 Piedmont Rd. NE, Suite 2500<br>Atlanta, GA 30305<br>Sara.thompson@gtlaw.com |
| Defendant Walmart Inc. | **_Via ECF_**<br>Livia M. Kiser<br>King & Spalding LLP<br>110 N. Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>lkiser@kslaw.com |
| Defendant Reckitt Benckiser Pharmaceuticals Inc. | **_Via ECF_**<br>Lauren S. Colton<br>Hogan Lovells US LLP<br>100 International Drive, Suite 2000<br>Baltimore, Maryland 21202<br>Lauren.colton@hoganlovells.com |
| Defendant Johnson & Johnson Consumer Inc. | **_Via ECF_**<br>Hannah Chanoine<br>O'Melveny & Meyers LLP<br>7 Times Square<br>New York, NY 10036<br>hchanoine@omm.com |

| VIA ELECTRONIC MAIL/ECF ||
|---|---|
| **PARTY** | **COUNSEL** |
| Defendant Kenvue Inc. | ***Via ECF***<br>Hannah Chanoine<br>O'Melveny & Meyers LLP<br>7 Times Square<br>New York, NY 10036<br>hchanoine@omm.com |
| Defendant Bayer Corporation | ***Via ECF***<br>Christopher G. Cambell<br>DLA Piper LLP (US)<br>1201 West Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>Christopher.campbell@us.dlapiper.com |
| Defendant GSK Consumer Health, Inc. d/b/a Haleon | ***Via ECF***<br>Jay P. Lefkowitz<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>lefkowitz@kirkland.com |

| VIA FIRST CLASS MAIL ||
|---|---|
| **PARTY** | **COUNSEL** |
| Defendant The Kroger Co.<br>*E.D.PA. 2:23-cv-03899* | ***Via First Class Mail***<br>1014 Vine St.<br>Cincinnati, OH 45201 |