**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: **Oral Phenylephrine Marketing**                    **MDL NO. 3089**
**and Sales Practices Litigation**

## PROOF OF SERVICE

We hereby certify that a copy of the foregoing Reply in Further Support of Movants'
Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated and Consolidated
Pretrial Proceedings, and this Proof of Service were served on Respondents (ECF Nos. 29, 140,
144, 156, 158, 159, 176, 179, 194, 207, 213, 214, 217, 218, 219, 220, 221, 223, 224, 227, 229,
230, 231, 232, 234, 235) to Movants' Motion to Transfer (Initial Motion) through distribution by
the Panel's Case Management/Electronic Case Files (CM/ECF) system or through U.S. Certified
Mail (as indicated below)  on November 1, 2023, to the following:

## DEFENDANTS
*Via Electronic Filing and Certified Mail*

**Defendant: Albertsons Companies Inc.**
*Via Electronic Filing*
**WINSTON & STRAWN LLP**
Amanda L. Groves
Email: agroves@winston.com
333 S. Grand Avenue Los Angeles, CA 90071
*E.D. California, No. 2:23-cv-01965; N.D. California, No. 3:23-cv-05128; D. New Mexico, No.
1:23-cv-00883; N.D. California, No. 4:23-cv-04875*

**Defendant: Amazon.com, Inc.**
*Via Electronic Filing*
**K&L GATES LLP**
Robert W. Sparkes III
Email: robert.sparkes@klgates.com
1 Congress St. Suite 2900
Boston, MA 02114

*E.D. California, No. 2:23-cv-01965; N.D. California, No. 3:23-cv-05128; D. New Mexico, No. 1:23-cv-00883*

**Defendant: Associated Wholesale Grocers, Inc.**
*Via Electronic Filing*
**ADAMS AND REESE, LLP**
E. Paige Sensenbrenner
Paige.sensenbrenner@arlaw.com
701 Poydras Street, Suite 4500
New Orleans, LA 70130
*E.D. Louisiana, No. 2:23-cv-05274*

**Defendant: Bayer AG**
*Via Electronic Filing*
c/o Bayer Corporation
**DLA PIPER**
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309
*D. New Jersey, No. 2:23-cv-20743*

**Defendant: Bayer Corporation**
*Via Electronic Filing*
**DLA PIPER**
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309
*D. New Jersey, No. 3:23-cv-20895; D. New Jersey, No. 2:23-cv-20743; E.D. Pennsylvania, No. 2:23-cv-03663; D. Kansas, No. 2:23-cv-02426*

**Defendant: Bayer Healthcare LLC**
*Via Electronic Filing*
**DLA PIPER**
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309
*E.D. California, No. 2:23-cv-01965; D. New Jersey, No. 2:23-cv-20480; D. New Jersey, No. 3:23-cv-20895; E.D. Pennsylvania, No. 2:23-cv-03783; N.D. California, No. 3:23-cv-05128; D. New Mexico, No. 1:23-cv-00883; E.D. Louisiana, No. 2:23-cv-05846*

**Defendant: CVS Pharmacy, Inc.**
*Via Electronic Filing*
**GREENBERG TRAURIG LLP**
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
*E.D. California, No. 2:23-cv-01965; N.D. California, No. 3:23-cv-05128; D. New Mexico, No.*
*1:23-cv-00883; N.D. Illinois, No. 1:23-cv-14404; D. Rhode Island, No. 1:23-cv-00403; N.D.*
*California, No. 4:23-cv-04875*


**Defendant: Church & Dwight Co., Inc.**
*Via Electronic Filing*
**PROSKAUER ROSE LLP**
Baldassare Vinti
Jeffrey H. Warshafsky
Email: bvinti@proskauer.com
Eleven Times Square
New York, NY 10036
*E.D. California, No. 2:23-cv-01965; N.D. California, No. 3:23-cv-05128; D. New Mexico, No.*
*1:23-cv-00883*


**Defendant: GlaxoSmithKline LLC**
*Via Electronic Filing*
**KIRKLAND & ELLIS LLP**
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071
*D. New Jersey, No. 2:23-cv-20370-KM; E.D. California, No. 2:23-cv-01965; E.D.*
*Pennsylvania, No. 2:23-cv-03783; D. New Jersey, No. 2:23-cv-20743; N.D. Illinois, No. 1:23-*
*cv-14404; S.D. Ohio, No. 1:23-cv-00607; S.D. Ohio, No. 1:23-cv-00613; S.D. Florida, No.*
*1:23-cv-23939*


**Defendant: GlaxoSmithKline Consumer Healthcare Holdings (US) LLC**
*Via Electronic Filing*
**KIRKLAND & ELLIS LLP**
Jay P. Lefkowitz
Email: lefkowitz@kirkland.com
601 Lexington Ave.
New York, NY 10022
*D. New Jersey, No. 2:23-cv-20743; N.D. California, No. 4:23-cv-04875; N.D. California, No.*
*3:23-cv-05128; D. New Mexico, No. 1:23-cv-00883; E.D. Louisiana, No. 2:23-cv-05846*

**<u>Defendant: GSK PLC</u>**
*Via Electronic Filing*
**KIRKLAND & ELLIS LLP**
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071
*D. New Jersey, No. 2:23-cv-20743; N.D. California, No. 4:23-cv-04875*


**<u>Defendant: GSK Consumer Healthcare, Inc.</u>**
*Via Electronic Filing*
**KIRKLAND & ELLIS LLP**
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071
*E.D. Louisiana, No. 2:23-cv-05273; E.D. Pennsylvania, No. 2:23-cv-03663*


**<u>Defendant: GSK PLC</u>**
*Via Electronic Filing*
**KIRKLAND & ELLIS LLP**
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071
*D. New Jersey, No. 2:23-cv-20743; N.D. California, No. 4:23-cv-04875*


**<u>Defendant: Haleon, PLC</u>**
*Via Electronic Filing*
c/o Haleon US Capital LLC
**KIRKLAND & ELLIS LLP**
Jay P. Lefkowitz
Email: lefkowitz@kirkland.com
601 Lexington Ave.
New York, NY 10022
*D. New Jersey, No. 3:23-cv-20478; D. New Jersey, No. 2:23-cv-20743; E.D. Louisiana, No. 2:23-cv-05846*

**Defendant: Haleon US Capital LLC**
*Via Electronic Filing*
**KIRKLAND & ELLIS LLP**
Jay P. Lefkowitz
Email: lefkowitz@kirkland.com
601 Lexington Ave.
New York, NY 10022
*D. New Jersey, No. 2:23-cv-20743; N.D. California, No. 4:23-cv-04875*


**Defendant: The Kroger Co.**
*Via Certified Mail*
c/o Corporation Service Company
Princeton South Corporate Center, Suite 160
100 Charles Ewing Blvd.
Ewing, New Jersey 08628
*D. New Jersey, No. 2:23-cv-20743*


**Defendant: Johnson & Johnson**
*Via Electronic Filing*
**O'MELVENY & MYERS LLP**
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
*W.D. Washington, No. 2:23-cv-01481; D. Oregon, No. 3:23-cv-01355*


**Defendant: Johnson & Johnson Consumer Inc.**
*Via Electronic Filing*
**O'MELVENY & MYERS LLP**
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
*D. New Jersey, No. 3:23-cv-20379-ZNQ; E.D. New York, No. 2:23-cv-06825-NGG; E.D. New York, No. 2:23-cv-06870; E.D. California, No. 2:23-cv-01965; N.D. Florida, No. 3:23-cv-24250-TKW; N.D. Illinois, No. 1:23-cv-13796; C.D. California, No. 2:23-cv-07737; N.D. Florida, No. 3:23-cv-24628; W.D. Missouri, No. 5:23-cv-06120; W.D. Missouri, No. 4:23-cv-00663; E.D. Pennsylvania, No. 2:23-cv-03783; D. New Jersey, No. 2:23-cv-20743; N.D. California, No. 3:23-cv-05128; D. New Mexico, No. 1:23-cv-00883; N.D. Illinois, No. 1:23-cv-14404; E.D. Louisiana, No. 2:23-cv-05846; N.D. California, No. 3:23-cv-04817; N.D. California, No. 4:23-cv-04875; D. New Jersey, No. 2:23-cv-20962*

**Defendant: Kenvue Inc.**
*Via Electronic Filing*
**O'MELVENY & MYERS LLP**
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
*D. New Jersey, No. 2:23-cv-20370-KM; C.D. California, No. 2:23-cv-07737; D. Minnesota, No. 0:23-cv-02862-PJS; N.D. Florida, No. 3:23-cv-24628; D. New Jersey, No. 3:23-cv-20895; W.D. Missouri, No. 5:23-cv-06120; W.D. Missouri, No. 4:23-cv-00663; E.D. Pennsylvania, No. 2:23-cv-03783; D. New Jersey, No. 2:23-cv-20743; E.D. New York, No. 1:23-cv-07395; N.D. Illinois, No. 1:23-cv-14404; E.D. Louisiana, No. 2:23-cv-05846; N.D. California, No. 3:23-cv-04817; N.D. California, No. 4:23-cv-04875; D. New Jersey, No. 2:23-cv-20962; S.D. Ohio, No. 1:23-cv-00607; S.D. Ohio, No. 1:23-cv-00613; S.D. Florida, No. 1:23-cv-23939*


**Defendant: McNeil Consumer Healthcare**
*Via Electronic Filing*
**O'MELVENY & MYERS LLP**
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
*D. New Jersey, No. 2:23-cv-20370-KM; D. Minnesota, No. 0:23-cv-02862-PJS; M.D. Florida, No. 2:23-cv-00727-SPC; N.D. Florida, No. 3:23-cv-24628; D. New Jersey, No. 3:23-cv-20895; E.D. Pennsylvania, No. 2:23-cv-03783; E.D. New York, No. 1:23-cv-07395; N.D. California, No. 3:23-cv-04817; N.D. California, No. 4:23-cv-04875; D. New Jersey, No. 2:23-cv-20962; S.D. Ohio, No. 1:23-cv-00607; S.D. Ohio, No. 1:23-cv-00613; S.D. Florida, No. 1:23-cv-23939*


**Defendant: Perrigo Company**
c/o HIQ Corporate Services, Inc.
316 Berrhill Drive
Williamstown, New Jersey 08094
*N.D. California, No. 4:23-cv-04875*


**Defendant: Pfizer, Inc.**
*Via Electronic Filing*
**KIRKLAND & ELLIS LLP**
Jay P. Lefkowitz
Email: lefkowitz@kirkland.com
601 Lexington Ave.

New York, NY 10022
*E.D. Louisiana, No. 2:23-cv-05846; N.D. Illinois, No. 1:23-cv-13843*


**Defendant: Procter & Gamble**
*Via Electronic Filing*
**COVINGTON & BURLING LLP**
Andrew Soukup
Email: asoukup@cov.com
850 Tenth Street NW
Washington, DC 20001
*N.D. Florida, No. 3:23-cv-24250-TKW; C.D. California, No. 2:23-cv-07737; E.D. Louisiana, No. 2:23-cv-05353-EEF; E.D. New York, No. 2:23-cv-06870; E.D. Louisiana, No. 2:23-cv-05274-JTM; W.D. Missouri, No. 5:23-cv-06120; W.D. Missouri, No. 4:23-cv-00663*


**Defendant: Procter & Gamble Company**
*Via Electronic Filing*
**COVINGTON & BURLING LLP**
Andrew Soukup
Email: asoukup@cov.com
850 Tenth Street NW
Washington, DC 20001
*D. New Jersey, No. 2:23-cv-20370-KM; E.D. Louisiana, No. 2:23-cv-05273-ILRL; N.D. Florida, No. 3:23-cv-24628; E.D. Pennsylvania, No. 2:23-cv-03783; N.D. Illinois, No. 1:23-cv-14404; E.D. Louisiana, No. 2:23-cv-05846; N.D. California 3:23-cv-04909; N.D. Illinois, No. 1:23-cv-13840; S.D. Ohio, No. 1:23-cv-00607; S.D. Ohio, No. 1:23-cv-00613; S.D. Florida, No. 1:23-cv-23939*


**Defendant: Procter & Gamble Co.**
*Via Electronic Filing*
**COVINGTON & BURLING LLP**
Andrew Soukup
Email: asoukup@cov.com
850 Tenth Street NW
Washington, DC 20001
*D. New Jersey, No. 3:23-cv-20895*

**Defendant: The Procter & Gamble Company**
*Via Electronic Filing*
**COVINGTON & BURLING LLP**
Andrew Soukup
Email: asoukup@cov.com
850 Tenth Street NW
Washington, DC 20001

*M.D. Florida, No. 2:23-cv-00727-SPC; E.D. California, No. 2:23-cv-01965-AC; D. New Jersey, No. 2:23-cv-20743; N.D. California, No. 3:23-cv-05128; D. New Mexico, No. 1:23-cv-00883; W.D. Washington, No. 2:23-cv-01481; D. Oregon, No. 3:23-cv-01355; S.D. Ohio, No. 1:23-cv-00623*

**Defendant: RB Health (US) LLC**
*Via Electronic Filing*
**HOGAN LOVELLS LLP**
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202
*N.D. California, No. 3:23-cv-05128; D. New Mexico, No. 1:23-cv-00883; E.D. Louisiana, No. 2:23-cv-05846; D. New Jersey, No. 2:23-cv-20962; N.D. Illinois, No. 1:23-cv-13879*

**Defendant: Reckitt Benckiser LLC**
*Via Electronic Filing*
**HOGAN LOVELLS LLP**
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202
*D. New Jersey, No. 2:23-cv-20370-KM; E.D. California, No. 2:23-cv-01965-AC; C.D. California, No. 2:23-cv-07737; N.D. Florida, No. 3:23-cv-24628; W.D. Missouri, No. 5:23-cv-06120; W.D. Missouri, No. 4:23-cv-00663; E.D. New York, No. 1:23-cv-07395; N.D. Illinois, No. 1:23-cv-14404; N.D. Florida, No. 3:23-cv-24588; N.D. California, No. 3:23-cv-04807; D. New Jersey, No. 2:23-cv-20529; E.D. New York, No. 1:23-cv-06936; D. Kansas, No. 2:23-cv-02426; S.D. Ohio, No. 1:23-cv-00607; S.D. Ohio, No. 1:23-cv-00613*

**Defendant: Reckitt Benckiser Pharmaceuticals, Inc.**
*Via Electronic Filing*
**HOGAN LOVELLS LLP**
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202
*D. New Jersey, No. 2:23-cv-20743; N.D. California, No. 3:23-cv-04807; D. New Jersey, No. 2:23-cv-20529; E.D. New York, No. 1:23-cv-06936; D. Kansas, No. 2:23-cv-02426*

**Defendant: Rite Aid Corporation**
*Via Electronic Filing*
**GREENBERG TRAURIG LLP**
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
*E.D. California, No. 2:23-cv-01965; E.D. Pennsylvania, No. 2:23-cv-03663*

**Defendant: Sanofi-Aventis U.S. LLC**
*Via Certified Mail*
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
*E.D. California, No. 2:23-cv-01965-AC*

**Defendant: Target Corporation**
*Via Electronic Filing*
**GREENBERG TRAURIG LLP**
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
*E.D. California, No. 2:23-cv-01965-AC; E.D. Louisiana, No. 2:23-cv-05353-EEF; N.D. Florida, No. 3:23-cv-24628; E.D. Pennsylvania, No. 2:23-cv-03783; D. New Jersey, No. 2:23-cv-20743; N.D. California, No. 3:23-cv-05128; D. New Mexico, No. 1:23-cv-00883; N.D. California, No. 4:23-cv-04875*

**Defendant: Walgreens, Inc.**
*Via Electronic Filing*
**GREENBERG TRAURIG LLP**
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
*D. New Jersey, No. 2:23-cv-20370-KM*

**Defendant: Walgreen Co.**
*Via Electronic Filing*
**GREENBERG TRAURIG LLP**
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
*E.D. California, No. 2:23-cv-01965-AC; E.D. Pennsylvania, No. 2:23-cv-03783; N.D. California, No. 3:23-cv-05128; D. New Mexico, No. 1:23-cv-00883; N.D. Illinois, No. 1:23-cv-14404; W.D. Washington, No. 2:23-cv-01481; D. Oregon, No. 3:23-cv-01355; E.D. Pennsylvania, No. 2:23-cv-03663*

**Defendant: Walgreens Boots Alliance, Inc.**
*Via Electronic Filing*
**GREENBERG TRAURIG LLP**
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
*D. New Jersey, No. 2:23-cv-20743; N.D. Illinois, No. 1:23-cv-14155*

**Defendant: Walmart Inc.**
*Via Electronic Filing*
**KING & SPALDING, LLP**
Livia M. Kiser
Email: lkiser@kslaw.com
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
*E.D. California, No. 2:23-cv-01965-AC; W.D. Missouri, No. 5:23-cv-06120; W.D. Missouri, No. 4:23-cv-00663; E.D. Pennsylvania, No. 2:23-cv-03783; D. New Jersey, No. 2:23-cv-20743; N.D. California, No. 3:23-cv-05128; D. New Mexico, No. 1:23-cv-00883; N.D. California, No. 4:23-cv-04875; S.D. Ohio, No. 1:23-cv-00623*

**Defendant: Walmart Stores East 1, LP**
*Via Electronic Filing*
**KING & SPALDING, LLP**
Livia M. Kiser
Email: lkiser@kslaw.com
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
*W.D. Missouri, No. 5:23-cv-06120; W.D. Missouri, No. 4:23-cv-00663*

**Defendant: Valu Merchandisers Co.**
*Via Electronic Filing*
**ADAMS AND REESE, LLP**
E. Paige Sensenbrenner
Paige.sensenbrenner@arlaw.com
701 Poydras Street, Suite 4500
New Orleans, LA 70130
*E.D. Louisiana, 2:23-cv-05274-JTM*

## PLAINTIFFS

*Via Electronic Filing*

James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, PC**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
jsteele@carellabyrne.com
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia,**
**Francis W. Catanese, Samuel Gallo, Shawn L. Thomas Charles Geoffrey Woods, and**
**Martha A. Page**
*D. New Jersey, No. 2:23-cv-20370; D. New Jersey, No. 3:23-cv-20895; D. New Jersey, No.*
*2:23-cv-20962*

Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dschwartz@dicellolevitt.com
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia,**
**Francis W. Catanese, Samuel Gallo, Shawn L. Thomas and Charles Geoffrey Woods**
*D. New Jersey, No. 2:23-cv-20370; D. New Jersey, No. 3:23-cv-20895*

Paul J. Geller
Stuart A. Davidson
Lindsey H. Taylor
**ROBBINS GELLER RUDMAN**
**& DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Telephone: (561) 750-3000
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
ltaylor@rgrdlaw.com
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia,**
**Francis W. Catanese, Samuel Gallo, Shawn L. Thomas and Charles Geoffrey Woods**
*D. New Jersey, No. 2:23-cv-20370; D. New Jersey, No. 3:23-cv-20895*


Christopher A. Seeger
David R. Buchanan
Scott A. George
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sgeorge@seegerweiss.com
**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia,**
**Francis W. Catanese, Samuel Gallo, Shawn L. Thomas and Charles Geoffrey Woods**
*D. New Jersey, No. 2:23-cv-20370; D. New Jersey, No. 3:23-cv-20895*


Joseph H. Meltzer
Melissa L. Yeates
Jordan E. Jacobson
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com
myeates@ktmc.com
jjacobson@ktmc.com
**Counsel for Plaintiffs: Shawn L. Thomas and Charles Geoffrey Woods**
*D. New Jersey, No. 3:23-cv-20895*

R. Jason Richards
Bryan F. Aylstock
Jennifer Hoekstra
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
jrichards@awkolaw.com
baylstock@awkolaw.com
jhoekstra@awkolaw.com
**Counsel for Plaintiffs: Steve Audelo and Kaycie Coppock**
*N.D. Florida, No. 3:23-cv-24250-TKW; E.D. Louisiana, No. 2:23-cv-05353*


Chelsie Warner
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
cwarner@awkolaw.com
**Counsel for Plaintiff Jessica Thompson**
*W.D. Washington, No. 2:23-cv-01606*


Russell W. Budd
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214)521-3605
rbudd@baronbudd.com
**Counsel for Plaintiffs: Darrell Grimsley, Jr., Van Gandy, Joy Taylor, and Anthony Coleman**
*N.D. Florida, No. 3:23-cv-24588; N.D. California 3:23-cv-04909*


Roland Tellis
Mark Pifko
**BARON & BUDD, P.C.**
15910 Ventura Blvd #1600
Los Angeles, CA 91436
Telephone: (818) 839-2333
rtellis@baronbudd.com
mpifko@baronbudd.com
**Counsel for Plaintiffs: Darrell Grimsley, Jr., Van Gandy, Joy Taylor, and Anthony Coleman**
*N.D. Florida, No. 3:23-cv-24588; N.D. California 3:23-cv-04909*

Jeffrey W. Golan
Jeffrey A. Barrack
Andrew J. Heo
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
jgolan@barrack.com
jbarrack@barrack.com
aheo@barrack.com
**Counsel for Plaintiffs: Michelle Kasparie and Kimberly James**
*E.D. Pennsylvania, No. 2:23-cv-03783*

Stephen R. Basser
Samuel M. Ward
**BARRACK RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com
sward@barrack.com
**Counsel for Plaintiffs: Michelle Kasparie and Kimberly James**
*E.D. Pennsylvania, No. 2:23-cv-03783*

Stacy Burrows
Seth K. Jones
**BARTON AND BUROWS, LLC**
5201 Johnson Drive, Suite 110
Mission, Kansas 66205
stacy@bartonburrows.com
seth@bartonburrows.com
**Counsel for Plaintiff Harold Nyanjom**
*D. Kansas, No. 2:23-cv-02426*

Andrew D. Bizer
**BIZER & DEREUS**
3319 St. Claude Ave.
New Orleans, LA 70117
Telephone: 504-619-9999
andrew@bizerlaw.com
**Counsel for Plaintiffs Robert Fichera and Natalie Juneau**
*E.D. Louisiana, No. 2:23-cv-05274-JTM; E.D. Louisiana, No. 2:23-cv-05273-ILRL*


Marcus J. Bradley
Kiley Lynn Grombacher
**BRADLEY/GROMBACHER, LLP**
31365 Oak Crest Dr., Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
**Counsel for Plaintiffs: Jennifer Baughman and Cody Morgan**
*C.D. California, No. 2:23-cv-07737; N.D. Florida, No. 3:23-cv-24628*


David M. Buckner
Seth Miles
Brett E. Von Borke
**BUCKNER + MILES**
2020 Salzedo Street, Suite 302
Coral Gables, Florida 33134
Telephone: (305) 964-8003
david@bucknermiles.com
seth@bucknermiles.com
vonburke@bucknermiles.com
**Counsel for Plaintiff Hector Valdes**
*S.D. Florida, No. 1:23-cv-23939*


Michael A. Burns
**BURNS LAW LLC**
362 Gulf Breeze Parkway #294
Gulf Breeze, FL 32561
T: 850-572-9187
mike@maburns.com
**Counsel for Plaintiff Cody Morgan**
*N.D. Florida, No. 3:23-cv-24628*

Sarah N. Westcot
**BURSOR & FISHER, P.A.**
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Telephone: (305) 330-5512
swestcot@bursor.com
**Counsel for Plaintiffs: Natasha Hernandez, Jordan Nelson, and Regina Peralta**
*N.D. California, No. 3:23-cv-04817; N.D. California, No. 4:23-cv-04875*

L. Timothy Fisher
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
ltfisher@bursor.com
**Counsel for Plaintiffs: Natasha Hernandez, Jordan Nelson, and Regina Peralta**
*N.D. California, No. 3:23-cv-04817; N.D. California, No. 4:23-cv-04875*

M. Ryan Casey
**THE CASEY LAW FIRM, LLC**
ryan@rcaseylaw.com
PO Box 4577
Frisco, Colorado 80443
Tel: (970) 372-6509
Fax: (970) 372-6482
**Counsel for Plaintiffs: Amanda Thorns and Scott Collier**
*D. Oregon, No. 3:23-cv-01355*

Michael Sacchet
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
T: 612-361-8220
mas@ciresiconlin.com
**Counsel for Plaintiff Cody Morgan**
*N.D. Florida, No. 3:23-cv-24628*

Ryan J. Clarkson
Glenn A. Danas
Shireen M. Clarkson
Zarrina Ozari
**CLARKSON LAW FIRM**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
rclarkson@clarksonlawfirm.com
gdanas@clarksonlawfirm.com
sclarkson@clarksonlawfirm.com
zozari@clarksonlawfirm.com
**Counsel for Plaintiffs: Lateef Murdock, Lorette Kenney, Gwen Lewi, Marcel Perez Pirio, Layne Barter, Jaedon Daniels, Jose Cortez Hernandez, Robert Lundin, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, and Lauren Debeliso**
*E.D. Louisiana, No. 2:23-cv-05846*


Kevin B. Love
**CRIDEN & LOVE, P.A.**
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
Telephone: (305) 357-9000
klove@cridenlove.com
**Counsel for Plaintiff Hector Valdes**
*S.D. Florida, No. 1:23-cv-23939*


John G. Emerson
**EMERSON FIRM, PLLC**
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659
jemerson@emersonfirm.com
**Counsel for Plaintiffs: Michelle Kasparie and Kimberly James**
*E.D. Pennsylvania, No. 2:23-cv-03783*

George T. Williamson
**FARR FARR EMERICH
CARR & HOLMES, PA**
99 Nesbit Street
Punta Gorda, FL 33950
Telephone: (941) 639-1158
gwilliamson@farr.com
**Counsel for Plaintiff Kristin DePaola**
*M.D. Florida, No. 2:23-cv-00727-SPC*


Steven A. Kanner
William H. London
Nia Barberousse Binns
**FREED KANNER LONDON & MILLEN, LLC**
100 Tri-State International Drive, Suite 128
Lincolnshire, IL 60069
Telephone (224) 632-4500
skanner@fklmlaw.com
blondon@fklmlaw.com
nbinns@fklmlaw.com
**Counsel for Plaintiffs: Viva Cohen, Joey Cohen, and Emily Cohen**
*N.D. Illinois, No. 1:23-cv-14155; D. Rhode Island, No. 1:23-cv-00403*

Jonathan M. Jagher
**FREED KANNER LONDON & MILLEN, LLC**
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6770
jjagher@fklmlaw.com
**Counsel for Plaintiffs: Viva Cohen, Joey Cohen, and Emily Cohen**
*N.D. Illinois, No. 1:23-cv-14155; D. Rhode Island, No. 1:23-cv-00403*


Kirk J. Goza
Bradley D. Honnold
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
P: 913.451.3433
F: 913.839.0567
kgoza@gohonlaw.com
bhonnold@gohonlaw.com
**Counsel for Plaintiffs: Krista Wright and Michael Walker**
*W.D. Missouri, No. 5:23-cv-06120; W.D. Missouri, No. 4:23-cv-00663*

Alyson S. Beridon
**HERZFELD, SUETHOLZ, GASTEL, LENISKI**
**& WALL, PLLC**
600 Vine St., Suite 2720
Cincinnati, OH 45202
Ph: (513) 381-2224
alyson@hsglawgroup.com
**Counsel for Plaintiffs: Tiffany Travis and Newton's Pharmacy, Inc.**
*S.D. Ohio, No. 1:23-cv-00607; S.D. Ohio, No. 1:23-cv-00613*

Benjamin A. Gastel
Joey Leniski
**HERZFELD, SUETHOLZ, GASTEL, LENISKI**
**& WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Ph: (615) 800-6225
ben@hsglawgroup.com
joey@hsglawgroup.com
**Counsel for Plaintiffs: Tiffany Travis and Newton's Pharmacy, Inc.**
*S.D. Ohio, No. 1:23-cv-00607; S.D. Ohio, No. 1:23-cv-00613*

Ruben Honik
David J. Stanoch
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Telephone: 267-435-1300
ruben@honiklaw.com
david@honiklaw.com
**Counsel for Plaintiffs: Kristin DePaola, Robert Fichera, Natalie Juneau, Rachel Parker,**
**Richard Scoffier, Archanatep Boonparn, and Harold Nyanjom**
*M.D. Florida, No. 2:23-cv-00727-SPC; E.D. Louisiana, No. 2:23-cv-05274-JTM; E.D. Louisiana, No. 2:23-cv-05273-ILRL; E.D. Pennsylvania, No. 2:23-cv-03663; D. New Jersey, No. 2:23-cv-20529; E.D. New York, No. 1:23-cv-06936; D. Kansas, No. 2:23-cv-02426*

Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
**HORN AYLWARD & BANDY, LC**
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
rhorn@hab-law.com
jkronawitter@hab-law.com
tfoye@hab-law.com
**Counsel for Plaintiffs: Krista Wright and Michael Walker**
*W.D. Missouri, No. 5:23-cv-06120; W.D. Missouri, No. 4:23-cv-00663*


Jacob R. Rusch
Zackary S. Kaylor
**JOHNSON BECKER PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
jrusch@johnsonbecker.com
zkaylor@johnsonbecker.com
**Counsel for Plaintiffs: Miesha McIntyre and Jessica Thompson**
*D. Minnesota, No. 0:23-cv-02862-PJS; W.D. Washington, No. 2:23-cv-01606*


Darren T. Kaplan
**KAPLAN GORE LLP**
1979 Marcus Ave., Suite 201
Lake Success, NY 11042
Telephone: (212) 999-7370
dkaplan@kaplangore.com
**Counsel for Plaintiff Sandra Yousefzadeh**
*E.D. New York, No. 2:23-cv-06825-NGG*

Allan Kanner
Conlee S. Whiteley
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Telephone: 504-524-5777
a.kanner@kanner-law.com
c.whiteley@kanner-law.com
**Counsel for Plaintiffs Kristin DePaola, Robert Fichera, Natalie Juneau, and Mari Jones**
*M.D. Florida, No. 2:23-cv-00727-SPC, E.D. Louisiana, No. 2:23-cv-05274-JTM; E.D. Louisiana, No. 2:23-cv-05273-ILRL; N.D. California, No. 3:23-cv-04807*


Cari Campen Laufenberg
Derek Loeser
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com
**Counsel for Plaintiffs Rebecca Lynn Reyes and Martha A. Page**
*S.D. Ohio, No. 1:23-cv-00623; D. New Jersey, No. 2:23-cv-20962*


Joseph C. Kohn
William E. Hoese
Zahra R. Dean
Elias A. Kohn
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
zdean@kohnswift.com
ekohn@kohnswift.com
**Counsel for Plaintiffs: Viva Cohen, Joey Cohen, and Emily Cohen**
*N.D. Illinois, No. 1:23-cv-14155; D. Rhode Island, No. 1:23-cv-00403*

Jeff Ostrow
Jonathan M. Streisfeld
Kenneth J. Grunfeld
Kristen Lake Cardoso
Daniel Tropin
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com
streisfeld@kolawyers.com
grunfeld@kolawyers.com
cardoso@kolawyers.com
tropin@kolawyers.com
**Counsel for Plaintiffs: Tina Tuominen, Mohamad Tlaib, and Rose Riccio**
*N.D. Illinois, No. 1:23-cv-13796; N.D. Illinois, No. 1:23-cv-13840; N.D. Illinois, No. 1:23-cv-13843; N.D. Illinois, No. 1:23-cv-13879*

Brian Ku
**KU & MUSSMAN, PA**
14040 168th Ave. NE
Woodinville, WA 98072
Tel: (305) 891-1322
Fax: (954) 686-3976
brian@kumussman.com
**Counsel for Plaintiff James Carrigan**
*W.D. Washington, No. 2:23-cv-01481*

Peter J. Mougey
Jeff R. Gaddy
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32503
Telephone: (850) 435-7068
pmougey@levinlaw.com
pmougey@levinlaw.com
**Counsel for Plaintiffs: Darrell Grimsley, Jr., Van Gandy, Joy Taylor, and Anthony Coleman**
*N.D. Florida, No. 3:23-cv-24588; N.D. California 3:23-cv-04909*

Charles E. Schaffer
Michael M. Weinkowitz
Nicholas J. Elia
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
cschaffer@lfsblaw.com
mweinkowitz@lfsblaw.com
nelia@lfsblaw.com
**Counsel for Plaintiffs: Millard Adkins; Rosalyn Anderson; Eli Erlick;**
**Donna Bailey; Rosalie Jackson; Recoa Russell; Frank Anderson; and Tina Haluszka**
*D. New Jersey, No. 2:23-cv-20743*


Jonathan D. Selbin
Jason L. Lichtman
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
212.355.9500
jselbin@lchb.com
jlichtman@lchb.com
**Counsel for Plaintiff Sandra Yousefzadeh**
*E.D. New York, No. 2:23-cv-06825-NGG*


Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com
**Counsel for Plaintiffs: Tina Tuominen, Mohamad Tlaib, and Rose Riccio**
*N.D. Illinois, No. 1:23-cv-13796; N.D. Illinois, No. 1:23-cv-13840; N.D. Illinois, No. 1:23-cv-13843; N.D. Illinois, No. 1:23-cv-13879*

Nick Suciu III
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Telephone: (313) 303-3472
Email: nsuciu@milberg.com
**Counsel for Plaintiffs: Tina Tuominen, Mohamad Tlaib, and Rose Riccio**
*N.D. Illinois, No. 1:23-cv-13796; N.D. Illinois, No. 1:23-cv-13840; N.D. Illinois, No. 1:23-cv-13843; N.D. Illinois, No. 1:23-cv-13879*

Erin Ruben
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
eruben@milberg.com
**Counsel for Plaintiffs: Tina Tuominen, Mohamad Tlaib, and Rose Riccio**
*N.D. Illinois, No. 1:23-cv-13796; N.D. Illinois, No. 1:23-cv-13840; N.D. Illinois, No. 1:23-cv-13843; N.D. Illinois, No. 1:23-cv-13879*

J. Hunter Bryson
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
405 E 50th Street
New York, NY 10022
Telephone: (630) 796-0903
hbryson@milberg.com
**Counsel for Plaintiffs: Tina Tuominen, Mohamad Tlaib, and Rose Riccio**
*N.D. Illinois, No. 1:23-cv-13796; N.D. Illinois, No. 1:23-cv-13840; N.D. Illinois, No. 1:23-cv-13843; N.D. Illinois, No. 1:23-cv-13879*

Karl Amelchenko
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
kamelchenko@milberg.com
**Counsel for Plaintiffs: Tina Tuominen, Mohamad Tlaib, and Rose Riccio**
*N.D. Illinois, No. 1:23-cv-13796; N.D. Illinois, No. 1:23-cv-13840; N.D. Illinois, No. 1:23-cv-13843; N.D. Illinois, No. 1:23-cv-13879*

Jimmy Mintz
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
Telephone: (786) 876-8200
jmintz@milberg.com
**Counsel for Plaintiffs: Tina Tuominen, Mohamad Tlaib, and Rose Riccio**
*N.D. Illinois, No. 1:23-cv-13796; N.D. Illinois, No. 1:23-cv-13840; N.D. Illinois, No. 1:23-cv-13843; N.D. Illinois, No. 1:23-cv-13879*


Paige Munro-Delotto
**MUNRO-DELOTTO LAW, LLC**
400 Westminster Street, Suite 200
Providence, RI 02903
Telephone: (401) 521-4529
paige@pmdlawoffices.com
**Counsel for Plaintiff Emily Cohen**
*D. Rhode Island, No. 1:23-cv-00403*


Marlene J. Goldenberg
**NIGH GOLDENBERG RASO & VAUGHN PLLC**
14 Ridge Square, Third Floor
Washington, D.C. 20016
Telephone: 202-978-2228
mgoldenberg@nighgoldenberg.com
**Counsel for Plaintiff Kristin DePaola**
*M.D. Florida, No. 2:23-cv-00727-SPC*


Raymond C. Silverman
Melanie H. Muhlstock
Jason S. Goldstein
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: (516) 466-6500
rsilverman@yourlawyer.com
mmuhlstock@yourlawyer.com
jgoldstein@yourlawyer.com
**Counsel for Plaintiffs: Robyn Cronin and Chioma Ozuzu**
*E.D. New York, No. 2:23-cv-06870; E.D. New York, No. 1:23-cv-07395*

Melissa S. Weiner
Ryan J. Gott
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
mweiner@pwfirm.com
rgott@pwfirm.com
**Counsel for Plaintiffs: Tina Tuominen, Mohamad Tlaib, and Rose Riccio**
*N.D. Illinois, No. 1:23-cv-13796; N.D. Illinois, No. 1:23-cv-13840; N.D. Illinois, No. 1:23-cv-13843; N.D. Illinois, No. 1:23-cv-13879*


Peter Samberg
**PETER SAMBERG ATTORNEY AT LAW**
100 Ardsley Ave. West
P.O. Box 73
Ardsley on Hudson, NY 10503
psamberg@gmail.com
**Counsel for Plaintiff Archanatep Boonparn**
*E.D. New York, No. 1:23-cv-06936*


Roy T. Willey, IV
Blake G. Abbott
Paul J. Doolittle
**POULIN | WILLEY**
**ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
roy.willey@poulinwilley.com
blake.abbott@poulinwilley.com
paul.doolittle@poulinwilley.com
**Counsel for Plaintiffs: Kamonica McWhite, Cathy Kleiman, Sharon Rourk**
*D. New Jersey, No. 3:23-cv-20379; D. New Jersey, No. 2:23-cv-20480; D. New Jersey, No. 3:23-cv-20478*

D. Aaron Rihn
**ROBERT PEIRCE & ASSOCIATES**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Tel: (844) 383-0565
arihn@peircelaw.com
**Counsel for Plaintiffs: Millard Adkins; Rosalyn Anderson; Eli Erlick;**
**Donna Bailey; Rosalie Jackson; Recoa Russell; Frank Anderson; and Tina Haluszka**
*D. New Jersey, No. 2:23-cv-20743*


Andrew D. Bluth
Christopher R. Rodriguez
**SINGLETON SCHREIBER, LLP**
1414 K Street, Suite 470
Sacramento, California 95814
Telephone: (619) 333-7479
abluth@singletonschreiber.com
crodriguez@singletonschreiber.com
**Counsel for Plaintiffs Levi Kenneth Pack, Min Ji Jung, Christopher McPhee, Justin**
**Vorise and Richard Chavez**
*E.D. California, No. 2:23-cv-01965; N.D. California, No. 3:23-cv-05128; D. New Mexico, No.*
*1:23-cv-00883*

Kevin S. Hannon
**SINGLETON SCHREIBER LLP**
1641 N. Downing Street
Denver, CO 80218
Telephone: (303) 888-8800
khannon@hannonlaw.com
**Counsel for Plaintiffs Levi Kenneth Pack, Min Ji Jung, Christopher McPhee, Justin**
**Vorise and Richard Chavez**
*E.D. California, No. 2:23-cv-01965; N.D. California, No. 3:23-cv-05128; D. New Mexico, No.*
*1:23-cv-00883*

Brian S. Colón
Robert J. Sánchez
Jacob Payne
**SINGLETON SCHREIBER LLP**
6501 Americas Parkway NE, Suite 670
Albuquerque, New Mexico 87110
Telephone: (505) 587-3473
bcolon@singletonschreiber.com
rsanchez@singletonschreiber.com
jpayne@singletonschreiber.com

**Counsel for Plaintiffs Levi Kenneth Pack, Min Ji Jung, Christopher McPhee, Justin Vorise and Richard Chavez**
*E.D. California, No. 2:23-cv-01965; N.D. California, No. 3:23-cv-05128; D. New Mexico, No. 1:23-cv-00883*


Philip Furia
**THE SULTZER LAW GROUP**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
furiap@thesultzerlawgroup.com
**Counsel for Plaintiff Kamonica McWhite, Cathy Kleiman, Sharon Rourk**
*D. New Jersey, No. 3:23-cv-20379; D. New Jersey, No. 2:23-cv-20480; D. New Jersey, No. 3:23-cv-20478*


James A. Streett
**STREETT LAW FIRM, P.A.**
107 West Main
Russellville, AR 72801
Ph: 479-968-2030
james@streettlaw.com
**Counsel for Plaintiff Newton's Pharmacy, Inc.**
*S.D. Ohio, No. 1:23-cv-00613*


Andrea R. Gold
Hassan A. Zavareei
Leora Friedman
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
agold@tzlegal.com
hzavareei@tzlegal.com
lfriedman@tzlegal.com
**Counsel for Plaintiffs: James Hsieh, Dominic Rio, Mohamed Abdelkarim, and Steven Checchia**
*N.D. Illinois, No. 1:23-cv-14404*

Thomas P. Cartmell
Tyler W. Hudson
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
tcartmell@wcllp.com
thudson@wcllp.com
**Counsel for Plaintiffs: Krista Wright and Michael Walker**
*W.D. Missouri, No. 5:23-cv-06120; W.D. Missouri, No. 4:23-cv-00663*


Dated: November 1, 2023                    Respectfully submitted,

*/s/ Christopher A. Seeger*                 */s/ James E. Cecchi*
Christopher A. Seeger                       James E. Cecchi
David R. Buchanan                          Donald A. Ecklund
Scott A. George                            Jordan M. Steele
**SEEGER WEISS LLP**                       **CARELLA, BYRNE, CECCHI,**
55 Challenger Road, 6th Floor                 **BRODY & AGNELLO, P.C.**
Ridgefield Park, New Jersey 07660          5 Becker Farm Road
Telephone: (973) 639-9100                  Roseland, New Jersey 07068
cseeger@seegerweiss.com                    Telephone: (973) 994-1700
dbuchanan@seegerweiss.com                  jcecchi@carellabyrne.com
sgeorge@seegerweiss.com                    decklund@carellabyrne.com
                                           jsteele@carellabyrne.com


*/s/ Stuart A. Davidson*                   */s/ Adam J. Levitt*
Stuart A. Davidson                         Adam J. Levitt
Paul J. Geller                             John E. Tangren
Lindsey H. Taylor                          Daniel R. Schwartz
**ROBBINS GELLER RUDMAN**                  **DICELLO LEVITT LLP**
  **& DOWD LLP**                           Ten North Dearborn Street, Sixth Floor
225 NE Mizner Boulevard, Suite 720         Chicago, Illinois 60602
Boca Raton, Florida 33432                  Telephone: (312) 214-7900
Telephone: (561) 750-3000                  alevitt@dicellolevitt.com
pgeller@rgrdlaw.com                        jtangren@dicellolevitt.com
sdavidson@rgrdlaw.com                      dschwartz@dicellolevitt.com
ltaylor@rgrdlaw.com

*Counsel for Movants*
*Plaintiffs Erin Barton, Sam Gallo, Kimberly Buscaglia, and Francis Catanese*

*Additional Counsel for Respondent*
*Shawn L. Thomas and Charles Geoffrey Woods*