BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**JOHNSON & JOHNSON CONSUMER INC.'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR TRANSFER OF *TUOMINEN V. JOHNSON & JOHNSON CONSUMER INC.* PURSUANT TO 28 U.S.C. § 1407**

Pursuant to J.P.M.L. Rule 6.3, Johnson & Johnson Consumer Inc. ("JJCI") respectfully moves this Panel for leave to file a Reply in support of transfer of *Tuominen v. Johnson & Johnson Consumer Inc.*, to respond to the Maximum Strength Plaintiffs' Response of Interested Parties Opposing Transfer of Their Actions (ECF No. 220). JJCI's proposed Reply is attached hereto as **Exhibit A**.

1. Movants filed their Motion for Transfer on September 18, 2023 (ECF No. 1).

2. The Panel entered an initial Notice of Filing and Publication of Briefing Schedule on September 20, 2023 (ECF No. 4). The Panel granted Defendants' Unopposed Motion for Extension of Time (ECF No. 135), extending the deadline for Responses to October 25, 2023, and the deadline for Movants' Reply to November 1, 2023.

3. On October 25, 2023, JJCI, together with other Defendants, timely filed a joint Response in support of Movant's Motion for Transfer (ECF No. 230). Also on October 25, 2023, three Plaintiffs—Tina Tuominen, Mohamad Tlaib, and Rose Riccio—filed a Response opposing transfer of their actions (ECF No. 220).

4. One of these Plaintiffs' actions—*Tuominen v. Johnson & Johnson Consumer Inc.*—is presently before the Panel because it was included in Movants' Motion for Transfer (see ECF No. 1-2). Copies of the complaint and docket sheet for *Tuominen v. Johnson & Johnson Consumer Inc.* are attached hereto as **Exhibit B**. Tlaib's and Riccio's actions were not included in the Motion for Transfer and are not presently before the Panel.

5. These Plaintiffs' Response raises issues to which JJCI has not had an opportunity to respond.

6. J.P.M.L. Rule 6.3 permits parties to seek miscellaneous relief and allows the Panel, through the Clerk, to act upon a motion for miscellaneous relief without waiting for a response.

7. JJCI respectfully requests leave to file the attached Reply in support of transfer of *Tuominen v. Johnson & Johnson Consumer Inc.*, to respond to the arguments raised in the Maximum Strength Plaintiffs' Response of Interested Parties Opposing Transfer of Their Actions.

Dated: November 1, 2023                                         Respectfully submitted,

/s/ Hannah Y. Chanoine
Hannah Y. Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2128
hchanoine@omm.com

*Counsel for Defendant
Johnson & Johnson Consumer Inc.*