BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

MOTION FOR LEAVE TO FILE REPLY TO THE MAXIMUM STRENGTH PLAINTIFFS' RESPONSE OF INTERESTED PARTIES OPPOSING TRANSFER OF THEIR ACTIONS:
SHORT CASE CAPTIONS AND PARTIES REPRESENTED

1. *Tina Tuominen v. Johnson & Johnson Consumer Inc.*, No. 1:23-cv-13796 (N.D. Ill.)
   - Before Judge Nancy L. Maldonado
   - Party represented: Johnson & Johnson Consumer Inc.