BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I, Hannah Chanoine, counsel for Defendant Johnson & Johnson Consumer Inc., hereby certify that on November 1, 2023, I caused the foregoing Motion For Leave To File Reply To The Maximum Strength Plaintiffs' Response Of Interested Parties Opposing Transfer Of Their Actions, and this Certificate of Service, to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.  I further will cause the Motion to be served via electronic mail or first-class mail to the following:

***Tuominen v. Johnson & Johnson Consumer Inc.*, No. 1:23-cv-13796 (N.D. Ill.)**

Erin J. Ruben
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
900 W. Morgan Street
Raleigh, NC 27603
(919) 600-5000
eruben@milberg.com

Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
(866) 252-0878
gklinger@milberg.com

Jeffrey M. Ostrow
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
(954) 525-4100
Fax: (954) 525-4300
ostrow@kolawyers.com

John Hunter Bryson
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
(919) 600-5000
hbryson@milberg.com

Jonathan Marc Streisfeld
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
(954) 525-4100
streisfeld@kolawyers.com

Kristen Lake Cardoso
KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT
1 W Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
(954) 525-4100
cardoso@kolawyers.com

Nick Suciu III
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
(313) 303-3472
nsuciu@milberg.com

Melissa Susan Weiner
PEARSON WARSHAW, LLP
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
(612) 389-0600
Fax: (612) 389-0610
mweiner@pwfirm.com

Ryan Thomas Gott
PEARSON WARSHAW, LLP
328 Barry Ave. South, Suite 200
Wayzata, MN 55391
(612) 389-0600
rgott@pwfirm.com
  **Counsel for Plaintiff Tina Tuominen**

| | |
|---|---|
| Dated:  November 1, 2023 | Respectfully submitted, |
| | /s/ *Hannah Chanoine*<br>Hannah Chanoine<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2128<br>hchanoine@omm.com |
| | *Counsel for Defendant Johnson & Johnson Consumer Inc.* |