BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

NOTICE OF APPEARANCE
SHORT CASE CAPTIONS AND PARTIES REPRESENTED

- *Heaghney v. Johnson & Johnson Holdco (NA), Inc. et al.*, No. 4:23-cv-01342 (E.D. Mo.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Means v. Johnson & Johnson Holdco (NA), Inc. et al.*, No. 3:23-cv-03494 (S.D. Ill.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)