BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I, Lauren S. Colton, counsel for Defendant RB Health (US) LLC, incorrectly sued as "Reckitt Benckiser LLC", hereby certify that on November 2, 2023, I caused the foregoing Notice of Appearance and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Appearance to be served via first-class mail to the following:

***Defendant: Johnson & Johnson Holdco (NA), Inc.***
Via First-Class Mail

c/o Corporation Service Company
1209 Orange Street
Wilmington, DE 19801

***Defendant: Walmart, Inc.***
Via First-Class Mail

c/o C T CORPORATION SYSTEM
820 Bear Tavern Road
West Trenton, NJ 08628

1

***Defendant: GlaxoSmithKline LLC***
Via First-Class Mail

2929 Walnut Street
Ste. 1700
Philadelphia, PA 19104

***Defendant: The Proctor & Gamble Company***
Via First-Class Mail

1 P&G Plaza
Cincinnati, OH 45202

***Defendant: Walgreen Co.***
Via First-Class Mail

108 Wilmot Rd, MS #2002
Deerfield, IL 60015

***Defendant: Target Corporation***
Via First-Class Mail

Target Headquarters
1000 Nicollet Mall
Minneapolis, MN 55403

***Defendant: CVS Pharmacy, Inc.***
Via First-Class Mail

One CVS Drive
Woonsocket, RI 02895

***Defendant: Price Chopper Foods, Incorporated***
Via First-Class Mail

461 Nott Street
Schenectady, NY 12308

***Defendant: Amazon.com, Inc.***
Via First-Class Mail

410 Terry Ave
N Seattle, WA 981095

***Defendant: Amazon.com Services LLC***
Via First-Class Mail

410 Terry Ave
N Seattle, WA 981095

***Defendant: Dierbergs Markets, Inc.***
Via First-Class Mail

16690 Swingley Ridge Rd
Chesterfield, MO 63017

***Defendant: Bayer Healthcare LLC***
Via First-Class Mail

100 Bayer Blvd
Whippany, NJ 07981


Dated: November 2, 2023

Respectfully submitted,

By: */s/ Lauren S. Colton*
Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

*Counsel for Defendant RB Health (US) LLC*