BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**CORPORATE DISCLOSURE STATEMENT:
SHORT CASE CAPTIONS AND PARTIES REPRESENTED**

- *Adkins et al. v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 2:23-cv-21051 (D.N.J.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *Bader et al. v. Johnson & Johnson Consumer Inc. et al.*, No. 2:23-cv-02108 (D. Ariz.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *Benjamin et al. v. Glaxosmithkline LLC et al.*, No. 2:23-cv-03856 (E.D. Pa.)
    - Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Kenvue, Inc. and McNeil Consumer Healthcare)

- *Chavez v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-00883 (D.N.M.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *Coyle v. GlaxoSmithKline LLC et al.*, No. 1:23-cv-07311 (E.D.N.Y.)
    - Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Johnson & Johnson Consumer Companies, Inc. and Kenvue, Inc.)

- *De Priest et al. v. Walgreen Co. et al.*, No. 1:23-cv-14060 (N.D. Ill.)
    - Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue, Inc.)

- *Emmons et al. v. McNeil Consumer Healthcare et al.*, No. 2:23-cv-03874 (E.D. Pa.)
    - Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue Inc. and McNeil Consumer Healthcare)

- *Fong v. Johnson & Johnson Consumer Inc. et al.*, No. 2:23-cv-02430 (D. Kan.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *Heaghney v. Johnson & Johnson Holdco (NA), Inc. et al.*, No. 4:23-cv-01342 (E.D. Mo.)
    - Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Johnson & Johnson Holdco (NA), Inc.)

- *Hernandez v. Johnson & Johnson Consumer, Inc.*, No. 3:23-cv-04817 (N.D. Cal.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *Hsieh et al. v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-14404 (N.D. Ill.)
    - Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue, Inc.)

- *Isom v. Johnson & Johnson Consumer Inc. et al.*, No. 2:23-cv-04200 (W.D. Mo.)
    - Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue Inc.)

- *Jones v. Bayer Corporation et al.*, No. 2:23-cv-21411 (D.N.J.)
    - Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue Inc.)

- *Joyner v. Johnson & Johnson Consumer, Inc.*, No. 3:23-cv-20558 (D.N.J.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *Lawrence v. Johnson & Johnson Consumer, Inc.*, No. 3:23-cv-20551 (D.N.J.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *Lewis et al. v. Johnson & Johnson Consumer Inc.*, No. 3:23-cv-20816 (D.N.J.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *McPhee et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 4:23-cv-05128 (N.D. Cal.)
    - Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Johnson & Johnson Consumer Companies, Inc.)

- *Means v. Johnson & Johnson Holdco (NA), Inc. et al.*, No. 3:23-cv-03494 (S.D. Ill.)
    - Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Johnson & Johnson Holdco (NA), Inc.)

- *Murdock et al. v. RB Health (US), LLC et al.*, No. 2:23-cv-05846 (E.D. La.)
    - Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue, Inc.)

- *Nelson et al. v. Johnson & Johnson Consumer, Inc. et al.*, No. 4:23-cv-04875 (N.D. Cal.)
    - Party represented: Johnson & Johnson Consumer Inc.

- *Newton's Pharmacy, Inc. v. Procter & Gamble Company et al.*, No. 1:23-cv-00613 (S.D. Ohio)
    - Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue, Inc.)

- *Ozuzu v. Kenvue Inc. et al.*, No. 1:23-cv-07395 (E.D.N.Y.)
    - o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue Inc.)

- *Page v. RB Health (US) LLC*, No. 2:23-cv-20962 (D.N.J.)
    - o   Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as McNeil Consumer Healthcare and Kenvue Inc.)

- *Rankin v. Harris Teeter, LLC et al.*, No. 8:23-cv-02864 (D. Md.)
    - o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue, Inc.)

- *Reinkraut v. Johnson & Johnson Consumer Inc.*, No. 2:23-cv-20444 (D.N.J.)
    - o   Party represented: Johnson & Johnson Consumer Inc.

- *Silva v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-24112 (S.D. Fla.)
    - o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue, Inc.)

- *Thomas et al. v. Kenvue, Inc. et al.*, No. 3:23-cv-20895 (D.N.J.)
    - o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue, Inc.)

- *Travis v. Procter & Gamble Company et al.*, No. 1:23-cv-00607 (S.D. Ohio)
    - o   Party represented: Johnson & Johnson Consumer Inc.

- *Valdes v. McNeil Consumer Healthcare et al.*, No, 1:23-cv-23939 (S.D. Fla.)
    - o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue, Inc.)

- *Ward et al. v. Johnson & Johnson Consumer Inc.*, No. 3:23-cv-20818 (D.N.J.)
    - o   Party represented: Johnson & Johnson Consumer Inc.

- *Wilson v. Johnson & Johnson Consumer, Inc. et al.*, No. 2:23-cv-21276 (D.N.J.)
    - o   Party represented: Johnson & Johnson Consumer Inc.