BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

CERTIFICATE OF SERVICE

I, Hannah Chanoine, counsel for Defendant Johnson & Johnson Consumer Inc., hereby certify that on November 2, 2023, I caused the foregoing Corporate Disclosure Statement and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Corporate Disclosure Statement to be served via electronic mail or first-class mail to the following:

***Bader et al. v. Johnson & Johnson Consumer Inc. et al.*, No. 2:23-cv-02108 (D. Ariz.)**
*Via Email*
John Dean Curtis, II
BURCH & CRACCHIOLO, P.A.
1850 N. Central Ave, Suite 1700
Phoenix, Arizona 85004
Tel: (602) 274-7611
jcurtis@bcattorneys.com
　　**Attorney for Plaintiffs John Jeffrey Bader, Brian Lloyd Fireng, Carrie Diane Huff, Joseph Samuel Sorge, Joshua Edward Sorge, and Christine Ann Waters**

***Coyle v. GlaxoSmithKline LLC et al.*, No. 1:23-cv-07311 (E.D.N.Y.)**
*Via Email*
Gary J. Douglas, Esq.
Michael A. London, Esq.
Virginia E. Anello, Esq.
Anne E. Accettella, Esq.
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Tel: (212) 566-7500
Fax: (212) 566-7501

gdouglas@douglasandlondon.com
mlondon@douglasandlondon.com
vanello@douglasandlondon.com
aaccettella@douglasandlondon.com
    **Attorneys for Plaintiff John Coyle**

### *De Priest et al. v. Walgreen Co. et al.*, No. 1:23-cv-14060 (N.D. Ill.)
    *Via Email*
Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
Blake Stubbs
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dschwartz@dicellolevitt.com
bstubbs@dicellolevitt.com

James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
jsteele@carellabyrne.com

Christopher A. Seeger
David R. Buchanan
Scott A. George
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Tel: (973) 639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sgeorge@seegerweiss.com

Paul J. Geller
Stuart A. Davidson
ROBBINS GELLER RUDMAN & DOWD LLP

225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Tel: (561) 750-3000
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
> **Attorneys for Plaintiffs Hannah De Priest, Frizell Johnson, and Ruben Varela**

*Emmons et al. v. McNeil Consumer Healthcare et al.*, **No. 2:23-cv-03874 (E.D. Pa.)**
> *Via Email*

Jeffrey W. Golan
Jeffrey A. Barrack
Andrew J. Heo
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-0600
Fax: (215) 963-0838
jgolan@barrack.com
jbarrack@barrack.com
aheo@barrack.com

Stephen R. Basser
Samuel M. Ward
BARRACK RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, California 92101
Tel: (619) 230-0800
Fax: (619) 230-1874
sbasser@barrack.com
sward@barrack.com

John G. Emerson
EMERSON FIRM, PLLC
2500 Wilcrest Drive, Suite 300
Houston, Texas 77042
Tel: (800) 551-8649
Fax: (501) 286-4659
jemerson@emersonfirm.com
> **Attorneys for Plaintiffs Kathleen Emmons and Nathan Jackson**

***Fong v. Johnson & Johnson Consumer Inc. et al.*, No. 2:23-cv-02430 (D. Kan.)**
   *Via Email*
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
HORN AYLWARD & BANDY, LC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Tel: (816) 421-0700
Fax: (816) 421-0899
rhorn@hab-law.com
jkronawitter@hab-law.com
tfoye@hab-law.com

Kirk J. Goza
Bradley D. Honnold
GOZA & HONNOLD, LLC
9500 Nall Avenue, Suite 400
Overland Park, Kansas 66207
Tel: (913) 451-3433
Fax: (913) 839-0567
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

Thomas P. Cartmell
Tyler W. Hudson
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
thudson@wcllp.com
   **Attorneys for Plaintiff Heather Fong**

***Heaghney v. Johnson & Johnson Holdco (NA), Inc. et al.*, No. 4:23-cv-01342 (E.D. Mo.)**
   *Via Email*
Benjamin R. Schmickle
Sophie A. Zavaglia
Benjamin Stephen McIntosh
SWMW LAW, LLC
701 Market Street, Suite 1000
St. Louis, Missouri 63101
Tel: (314) 480-5180
Fax: (314) 932-1566
ben@swmwlaw.com
sophie@swmwlaw.com

ben.mcintosh@swmwlaw.com
  **Attorneys for Plaintiff Daniel Heaghney**

***Hsieh et al. v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-14404 (N.D. Ill.)**
  *Via Email*
Andrea R. Gold
Hassan A. Zavareei
Leora Friedman
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, DC 20006
Tel: (202) 973-0900
Fax: (202) 973-0950
agold@tzlegal.com
hzavareei@tzlegal.com
lfriedman@tzlegal.com
  **Attorneys for Plaintiffs James Hsieh, Dominic Rio, Mohanad Abdelkarim, and Steven Checchia**

***Isom v. Johnson & Johnson Consumer Inc. et al.*, No. 2:23-cv-04200 (W.D. Mo.)**
  *Via Email*
Aaron W. Smith
Kelly Wallis
EC Duckworth
A. W. SMITH LAW FIRM PC
2100 West Broadway
Columbia, MO 65203
Tel: (573) 777-3333
Fax: (573) 443-7301
aw@awsmithlaw.com
kelly@awsmithlaw.com
ec@awsmithlaw.com
  **Attorneys for Plaintiff Andrew Isom**

***Jones v. Bayer Corporation et al.*, No. 2:23-cv-21411 (D.N.J.)**
  *Via Email*
Steven A. Schwartz
Alex M. Kashurba
Alison G. Gushue
Anthony A. Geyelin
Marissa N. Pembroke
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
361 W. Lancaster Ave.
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
sas@chimicles.com

amk@chimicles.com
agg@chimicles.com
aag@chimicles.com
mnp@chimicles.com
    **Attorneys for Plaintiff Janet Jones**

***Lewis et al. v. Johnson & Johnson Consumer Inc.*, No. 3:23-cv-20816 (D.N.J.)**
    *Via Email*
Todd D. Carpenter
Scott G. Braden
LYNCH CARPENTER LLP
1234 Camino del Mar
Del Mar, California 92014
Tel: (619) 762-1910
Fax: (724) 656-1556
todd@lcllp.com
scott@lcllp.com

Katrina Carroll
LYNCH CARPENTER LLP
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
Tel: (312) 750-1265
katrina@lcllp.com

Gary Lynch
Kelly K. Iverson
Patrick Donathen
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com
kelly@lcllp.com
patrick@lcllp.com
    **Attorneys for Plaintiffs Thomas Lewis and Dena Fichot**

***McPhee et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 4:23-cv-05128 (N.D. Cal.)**
    *Via Email*
Christopher Ross Rodriguez
Andrew D. Bluth
SINGLETON SCHREIBER, LLP
1414 K Street, Suite 470
Sacramento, California 95814

Tel: (619) 333-7479
Fax: (619) 255-1515
crodriguez@singletonschreiber.com
abluth@singletonschreiber.com
    **Attorneys for Plaintiffs Christopher McPhee and Justin Vorise**

***Means v. Johnson & Johnson Holdco (NA), Inc. et al.*, No. 3:23-cv-03494 (S.D. Ill.)**
    *Via Email*
Benjamin R. Schmickle
Sophie A. Zavaglia
Benjamin Stephen McIntosh
SWMW LAW, LLC
701 Market Street, Suite 1000
St. Louis, Missouri 63101
Tel: (314) 480-5180
Fax: (314) 932-1566
ben@swmwlaw.com
sophie@swmwlaw.com
ben.mcintosh@swmwlaw.com
    **Attorneys for Plaintiff Daryl Means**

***Rankin v. Harris Teeter, LLC et al.*, No. 8:23-cv-02864 (D. Md.)**
    *Via Email*
Kevin Goldberg
GOLDBERG LAW, LLC
401 Salk Circle
Gaithersburg, Maryland 20878
Tel: (301) 343-5817
KG@goldberglaw.info

Mila F. Bartos
FINKELSTEIN THOMPSON LLP
2201 Wisconsin Ave., NW, Suite 200
Washington, DC 20007
Tel: (202) 337-8000
mbartos@finkelsteinthompson.com
    **Attorneys for Plaintiff Stacy Rankin**

***Reinkraut v. Johnson & Johnson Consumer Inc.*, No. 2:23-cv-20444 (D.N.J.)**
    *Via Email*
Stephen J. Fearon, Jr.
Paul Sweeny
SQUITIERI & FEARON, LLP
305 Broadway, 7th Floor
New York, New York 10007
Tel: (212) 421-6492

Fax: (212) 421-6553
stephen@sfclasslaw.com
paul@sfclasslaw.com
    **Attorneys for Plaintiff Jacob Reinkraut**

***Silva v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-24112 (S.D. Fla.)**
    *Via Email*
Derek E. León
Scott B. Cosgrove
Cristina Moreno
LEÓN COSGROVE JIMÉNEZ, LLP
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Tel: 305.740.1975
Fax: 305.351.4059
dleon@leoncosgrove.com
scosgrove@leoncosgrove.com
cmoreno@leoncosgrove.com
    **Attorneys for Plaintiff Joanne Silva**

***Ward et al. v. Johnson & Johnson Consumer Inc.*, No. 3:23-cv-20818 (D.N.J.)**
    *Via Email*
Todd D. Carpenter
Scott G. Braden
LYNCH CARPENTER LLP
1234 Camino del Mar
Del Mar, California 92014
Tel: (619) 762-1910
Fax: (724) 656-1556
todd@lcllp.com
scott@lcllp.com

Katrina Carroll
LYNCH CARPENTER LLP
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
Tel: (312) 750-1265
katrina@lcllp.com

Gary Lynch
Kelly K. Iverson
Patrick Donathen
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel: (412) 322-9243

Fax: (412) 231-0246
gary@lcllp.com
kelly@lcllp.com
patrick@lcllp.com
    **Attorneys for Plaintiffs John Jeffrey Ward, Ruta Taito, and Karen Schwartz**

***Wilson v. Johnson & Johnson Consumer, Inc. et al.*, No. 2:23-cv-21276 (D.N.J.)**
    *Via Email*
Stephen J. Fearon, Jr.
Paul Sweeny
SQUITIERI & FEARON, LLP
305 Broadway, 7th Floor
New York, New York 10007
Tel: (212) 421-6492
Fax: (212) 421-6553
stephen@sfclasslaw.com
paul@sfclasslaw.com
    **Attorneys for Plaintiff Andrea Wilson**

***Defendant: Dierbergs Markets, Inc.***
    *Via Certified Mail*
Dierbergs Markets, Inc.
c/o Robert J. Dierberg
16690 Swingley Ridge Rd.
Chesterfield, MO 63017

***Defendant: Harris Teeter, LLC***
    *Via Certified Mail*
Harris Teeter, LLC
c/o Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

***Defendant: Harris Teeter Supermarkets, Inc.***
    *Via Certified Mail*
Harris Teeter Supermarkets, Inc.
c/o Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

***Defendant: Foundation Consumer Brands, LLC***
 *Via Certified Mail*
Foundation Consumer Brands, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

***Defendant: Perrigo Company Plc***
 *Via Certified Mail*
Perrigo Company Plc
The Sharp Building
Hogan Place
Dublin 2
D02 TY74
Ireland

***Defendant: Price Chopper Foods, Incorporated***
 *Via Certified Mail*
Price Chopper Foods, Incorporated
c/o Twyla Ramsey
3401 W Hwy
Thayer, MO 65791

***Defendant: Publix Super Markets, Inc.***
 *Via Certified Mail*
Publix Super Markets, Inc.
c/o Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

***Defendant: Sanofi-Aventis U.S. LLC***
 *Via Certified Mail*
Sanofi-Aventis U.S. LLC
c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

Dated:  November 2, 2023

Respectfully submitted,

/s/ *Hannah Chanoine*
Hannah Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036

Tel: (212) 326-2128
hchanoine@omm.com

*Counsel for Defendant Johnson & Johnson Consumer Inc.*