**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE
MARKETING AND SALES
PRACTICES LITIGATION

MDL Docket No.: 3089

**EXHIBIT A - SCHEDULE OF RELATED ACTIONS**

| CASE CAPTION | DISTRICT COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| JOHN COYLE, individually and on behalf of all others similarly situated, vs. GLAXOSMITHKLINE LLC; JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; JOHNSON & JOHNSON CONSUMER INC. (f/k/a McNeil-PPC, Inc.); KENVUE INC.; and RECKITT BENCKISER LLC. | Eastern District of New York | 1:23-cv-07311 | Judge Nicholas G Garaufis |