BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE MARKETING      MDL No. 3089
AND SALES PRACTICES LITIGATION

## PROOF OF SERVICE

I, Jeff Ostrow, counsel for Plaintiffs Rose Riccio and Rhonda Nitto, hereby certify that on November 3, 2023, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Appearance to be served via email to the following:

**Defendant: Reckitt Benckiser Pharmaceuticals, Inc.**
Lauren S. Colton
HOGAN LOVELLS LLP
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

**Defendant: CVS Pharmacy, Inc.**
Gregory E. Ostfeld
GREENBERG TRAURIG, LLP
Email: ostfeld@gtlaw.com
77 West Wacker Drive, Suite 3100
Chicago, IL 60601-1732

                                                                                         */s/ Jeff Ostrow*
                                                                                         Jeff Ostrow
                                                                                         KOPELOWITZ OSTROW FERGUSON
                                                                                         WEISELBERG GILBERT
                                                                                         One West Las Olas Blvd.
                                                                                         Suite 500
                                                                                         Ft. Lauderdale, FL 33301
                                                                                         (954) 525-4100
                                                                                         ostrow@kolawyers.com

                                                                                         *Attorneys for Plaintiffs Riccio and Nitto*