BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) MDL Docket No: 3089 |

**INTERESTED PARTY RESPONSE OF PLAINTIFF JOHN COYLE TO THE MOTION FOR TRANSFER OF ACTIONS FOR CONSOLIDATED AND COORDINATED PRE-TRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

## I. PRELIMINARY STATEMENT

Pursuant to Rule 6.2(e) of the Rules of the Judicial Panel on Multidistrict Litigation, Plaintiff John Coyle ("Plaintiff") submits his Interested Party Response to the Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings that was filed by Movants Barton, Gallo, Buscaglia, and Catanese ("Movants").[1]

Your undersigned's law firm represents Plaintiff in a class action lawsuit pending in the Eastern District of New York who is seeking recovery against GLAXOSMITHKLINE LLC; JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; JOHNSON & JOHNSON CONSUMER INC. (f/k/a McNeil-PPC, Inc.); KENVUE INC.; and RECKITT BENCKISER LLC (collectively, "Defendants"), for injuries he and the proposed class sustained as a result of Defendants' fraudulent, deceptive, misleading, and/or otherwise unlawful acts and/or omissions regarding the sale of over-the-counter pharmaceutical products containing phenylephrine ("PE") directed to be taken orally. Specifically, Plaintiff alleges that Defendants represented to him, the proposed class, and the public at large that their oral PE products were effective as nasal decongestants and worked as advertised. Defendants' representations were false, misleading,

---

[1] *See* Movants' Motion for Consolidation and Transfer, MDL 3089 [Dkt. 1].