BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No.: 3089 |

CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on November 3, 2023, I electronically filed and served Plaintiff John Coyle's Errata to the Interested Party Response on all counsel of record in this action via CM/ECF. I further certify that Plaintiff John Coyle's Errata to the Interested Party Response is available for viewing and downloading via CM/ECF and that all counsel of record have consented to electronic service. The aforementioned document was served by first class mail on counsel for the below defendants in the matter of *Coyle v. GlaxoSmithKline LLC, et al,* E.D. New York, 1:23-cv-07311:

**Served via First Class Mail (Counsel has not yet appeared):**

Reckitt Benckiser LLC
Principle Place of businessHQ
Morris Corporate Center IV
399 Interpace Parkway
P.O. Box 225
Parsippany, NJ 07054-0225

Kenvue Inc.
199 Grandview Road
Skillman, NJ 08558

GlaxoSmithKline, LLC
2929 Walnut Street Ste. 1700
Philadelphia, PA 19104

Johnson & Johnson Consumer Inc. (f/k/a McNeil-PPC, Inc.)
7050 Camp Hill Rd
Fort Washington, PA 19034

Johnson & Johnson Consumer Companies, Inc.
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933

                                        */s/ Virginia E. Anello*
                                        Virginia E. Anello (VA-8197)
                                        **DOUGLAS & LONDON, P.C.**
                                        59 Maiden Lane, 6th Floor
                                        New York, New York 10038
                                        Ph: (212) 566-7500
                                        Fax: (212) 566-7501
                                        vanello@douglasandlondon.com

                                        *Attorneys for the Plaintiff John Coyle*