BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

## PROOF OF SERVICE

I hereby certify that on November 3, 2023, a copy of the foregoing Notice of Presentation of Oral Argument and this Proof of Service were served via the Court's ECF system, to the following:

**Defendant: Johnson & Johnson Consumer Inc.**
*Via ECF*
Hannah Y. Chanoine
O'Melveny & Meyers LLP
7 Times Square
New York, NY 10036
T: 212-326-2128
F: 212-326-2061
Email: hchanoine@omm.com

**Defendant: Procter & Gamble Company**
*Via ECF*
Andrew Soukup
850 10th St. NW
Washington, DC 20001
T: 202-662-5066
F: 202-778-5066
Email: asoukup@cov.com

**Defendant: Kenvue Inc.**
*Via ECF*
Hannah Y. Chanoine
O'Melveny & Meyers LLP
7 Times Square
New York, NY 10036
T: 212-326-2128
F: 212-326-2061
Email: hchanoine@omm.com

**Defendant: McNeil Consumer Healthcare**
*Via ECF*
Hannah Y. Chanoine
O'Melveny & Meyers LLP

7 Times Square
New York, NY 10036
T: 212-326-2128
F: 212-326-2061
Email: hchanoine@omm.com

**Defendant: Reckitt Benckiser LLC**
*Via ECF*
Lauren S Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
T: 410-659-2733
F: 410-659-2701
Email: lauren.colton@hoganlovells.com

**Defendant: Target Corporation**
*Via ECF*
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
T: 678-553-2392
F: 678-553-2393
Email: Sara.Thompson@gtlaw.com

Dated: November 3, 2023            By: /s/ Kiley L. Grombacher, Esq.
                                       Kiley L. Grombacher, Esq. (Ca Bar No. 245960)
                                       **BRADLEY/GROMBACHER, LLP**
                                       (*Pro Hac Vice*
                                       forthcoming) 31365 Oak
                                       Crest Drive, Suite 240
                                       Westlake Village, California
                                       91361 T: 805-270-7100
                                       F: 805-270-7589
                                       kgrombacher@bradleygrombacher.com

                                       *Attorney for Plaintiff Cody Morgan*