BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL ) | |
| PHENYLEPHRINE ) | MDL No. 3089 |
| MARKETING AND SALES ) | |
| PRACTICES LITIGATION ) | |

## MAXIMUM STRENGTH PLAINTIFF NITTO'S RESPONSE OF INTERESTED PARTY OPPOSING TRANSFER OF ACTION

Plaintiff Rhonda Nitto[1] hereby files this interested party response to advise the Panel that she joins in the interested party response of the Maximum Strength Plaintiffs who oppose the inclusion of their actions in this or any other MDL proceeding. *See* Dkt. # 220. Ms. Nitto also takes no position on the transfer of the Movants' actions.

Plaintiff Nitto filed claims in her Complaint similar to those pled in the other four (4) Maximum Strength Actions, but her Complaint is only against Defendant CVS Pharmacy, Inc.[2] Unlike the Movants' actions, her case does not relate to the challenge of efficacy of the oral nasal decongestants containing phenylephrine hydrochloride ("PE") as the active ingredient.

For the foregoing reasons, Plaintiff Nitto respectfully requests that her action not be centralized in this or any other MDL proceeding.

Dated: November 3, 2023            Respectfully submitted,


                                   By: */s/ Jeff Ostrow*
                                   Jeff Ostrow
                                   Jonathan M. Streisfeld
                                   Kenneth J. Grunfeld

---

[1] *Rhonda Nitto v. CVS Pharmacy, Inc.*, Case No. 1:23-cv-13998 (N.D. Ill.)

[2] Defendant CVS Pharmacy, Inc. has added the *Nitto* case as a Related Action. *See* Dkt. #'s 212, 212-1.

Kristen Lake Cardoso
Daniel Tropin
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Email:  ostrow@kolawyers.com

Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Telephone: (313) 303-3472
Email: nsuciu@milberg.com

Melissa S. Weiner
Ryan J. Gott
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
Email: mweiner@pwfirm.com
         rgott@pwfirm.com


*Attorneys for Plaintiff Rhonda Nitto*