**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING          MDL No. 3089
AND SALES PRACTICES LITIGATION

## SCHEDULE OF ACTIONS

1. *Nitto v. CVS Pharmacy, Inc., Case No. 1:23-cv-13998 (N.D. Illinois)*