## **PARTIES REPRESENTED**

1. Plaintiff Tiffany Travis
2. Plaintiff Newton's Pharmacy Inc.

## **SHORT CASE CAPTION**

1. *Travis v. P&G et. al.*, Southern District of Ohio, Case No: 1:23-cv-00607
2. *Newton's Pharmacy v. P&G et. al.,* Southern District of Ohio, Case No: 1:23-cv-00613