**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **In re: Oral Phenylephrine** | **)** | |
| **Marketing and Sales Practices** | **)** | **MDL No. 3089** |
| **Litigation** | **)** | |
| | **)** | |

## <u>CERTIFICATE OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules and Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on this 6th day of November, 2023, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system, which sends notice of the same to all parties, including the following:

Tariq M. Naeem **(Via ECF)**
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tariq.naeem@tuckerellis.com

Lauren S. Colton **(Via ECF)**
Julie R. Schindel **(Via ECF)**
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MDL 21202
Lauren.colton@hoganlovells.com
Julie.schindel@hoganlovells.com

*Attorneys for Defendant RB Health (US) LLC*

David J. Dirisamer **(Via ECF)**
Barnes & Thornburg LLP
41 South High Street
Suite 3300
Columbus, OH 43215
david.dirisamer@btlaw.com

*Attorney for Kenvue, Inc. and McNeil Consumer Healthcare*

Kendall T. Burchard **(Via ECF)**
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
kburchard@cov.com

*Counsel for Defendant The Procter & Gamble Company*

Hannah Y. Chanoine **(Via Electronic Mail)**
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, NY 10036
hchanoine@omm.com

Amy J. Laurendeau **(Via Electronic Mail)**
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Fl.
Newport Beach, CA 92660
alaurendeau@omm.com

*Attorneys for Johnson & Johnson Consumer Inc.*

Aaron Stevenson **(Via ECF)**
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Aaron.stevenson@kirkland.com

*Counsel for GlaxoSmithKline Consumer Healthcare Holdings (US) LLC*

*/s/ Alyson S. Beridon*
Alyson S. Beridon