**PLAINTIFFS' LIST OF ACTIONS**

| CAPTION AND PARTIES | DISTRICT | CASE NUMBER | JUDGE | Party Represented |
|---|---|---|---|---|
| *McWhite v. Johnson & Johnson Consumer, Inc.* | (D.N.J.) | 3:23-cv-20379-ZNQ-RLS | Judge Zahid N. Quraishi | Kamonica McWhite-York; Plaintiff |
| *Kleiman v. Bayer Health Care, LLC* | (D.N.J) | 2:23-cv-20480 | Judge Kevin McNulty | Cathy Kleiman; Plaintiff |
| *Kleiman v. The Procter & Gamble Company* | (S.D. Ohio) | 1:23-cv-00590-DRC | Judge Douglas R. Cole | Cathy Kleiman; Plaintiff |
| *Rourk v. Haleon, PLC* | (D.N.J.) | 3:23-cv-20478 | Judge Robert Kirsch | Sharon Rourk; Plaintiff |
| *Rampalli v. Walgreen Co.* | (N.D. Ill.) | 1:23-cv-14015 | Judge Mish S. Shah | Krystal Rampalli; Plaintiff |
| *Rampalli v. Target Corporation* | (D. Minn.) | 0:23-cv-02915 | Chief Judge Patrick J. Schiltz | Krystal Rampalli; Plaintiff |
| *Holmes v. Walmart Inc.* | (W.D. Ark.) | 5:23-cv-05165 | Judge Timothy L. Brooks | Jamieka Holmes; Plaintiff |
| *Rampalli v. Publix Super Markets, Inc.* | (M.D. Fla.) | 8:23-cv-02226 | Judge Virginia M. Hernandez Covington | Krystal Rampalli; Plaintiff |