**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL NO. 3089** |

**PROOF OF SERVICE**

I hereby certify that on November 6, 2023, a copy of the foregoing Notice of Presentation of Oral Argument and this Proof of Service were served via the Court's ECF system, to the following:

**Defendant: Johnson & Johnson Consumer Inc.**
*Via ECF*
Hannah Y. Chanoine
O'Melveny & Meyers LLP 7 Times Square
New York, NY 10036 T: 212-326-2128
F: 212-326-2061
Email: hchanoine@omm.com

**Defendant: Procter & Gamble Company**
*Via ECF* Andrew Soukup 850 10th St. NW
Washington, DC 20001
T: 202-662-5066
F: 202-778-5066
Email: asoukup@cov.com

**Defendant: Kenvue Inc.**
*Via ECF*
Hannah Y. Chanoine O'Melveny & Meyers LLP 7 Times Square
New York, NY 10036 T: 212-326-2128
F: 212-326-2061
Email: hchanoine@omm.com

**Defendant: McNeil Consumer Healthcare**
*Via ECF*
Hannah Y. Chanoine
O'Melveny & Meyers LLP
New York, NY 10036 T: 212-326-2128
F: 212-326-2061
Email: hchanoine@omm.com

**Defendant: Reckitt Benckiser LLC**
*Via ECF*
Lauren S Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
T: 410-659-2733
F: 410-659-2701
Email: lauren.colton@hoganlovells.com

**Defendant: Target Corporation**
*Via ECF*
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
T: 678-553-2392
F: 678-553-2393
Email: Sara.Thompson@gtlaw.com

Dated: November 6, 2023                    By:*/s/Paul J. Doolittle, Esq.*
                                           Paul J. Doolittle (SC Bar No. 66490)
                                           POULIN | WILLEY | ANASTOPOULO
                                           32 Ann Street Charleston, SC 29403
                                           Tel: (803) 222-2222
                                           Email:paul.doolittle@poulinwilley.com