BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

## NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE

Attorney Jason L. Lichtman hereby withdraws his Notice of Appearance on behalf of Plaintiff Sandra Yousefzadeh, filed with the court on October 6, 2023, as docket number 124. Attorney Jonathan D. Selbin of the same firm is simultaneously entering his appearance on behalf of Plaintiff Sandra Yousefzadeh.

November 6, 2023    By: */s/   Jason L. Lichtman*

Jonathan D. Selbin
Jason L. Lichtman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
212.355.9500
jselbin@lchb.com
jlichtman@lchb.com

Darren T. Kaplan
KAPLAN GORE LLP
1979 Marcus Ave. Ste 210
Lake Success, NY 11042
212.999.7370
dkaplan@kaplangore.com

*Counsel for Plaintiff Sandra Yousefzadeh*, *E.D.N.Y.*, No. 2:23-cv-6825

2880762.2