BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re: Oral Phenylephrine Marketing and Sales Practices Litigation** | MDL-3089 |

### Certificate of Service

I, Ruben Honik, counsel for plaintiffs, hereby certify that I caused a copy of the attached Interested Party Response to be served on November 6, 2023, on the following via email and the Court's CM/ECF system:

**_Defendant: Associated Wholesale Grocers, Inc._**
*Via Certified Mail*

c/o SECRETARY OF STATE
120 SW 10th Avenue First Floor Memorial Hall
Topeka, KS 66612

**_Defendant: Bayer Healthcare LLC_**
*Via Email*

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

**_Defendant: Bayer Corporation_**
*Via Email*

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com

1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

***Defendant: GlaxoSmithKline LLC***
*Via Email*

KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

***GlaxoSmithKline Consumer Healthcare Holdings (US) LLC d/b/a Haleon***
KIRKLAND & ELLIS LLP
 Jay P. Lefkowitz
Email:lefkowitz@kirkland.com
601 Lexington Avenue
New York, NY 10022


***Defendant: Johnson & Johnson***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Johnson & Johnson Consumer Inc.***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Reckitt Benckiser LLC***
*Via Email*

HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com

100 International Dr.
Baltimore, MD 21202

***Defendant: Reckitt Benckiser Pharmaceuticals***
*Via Email*

HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202


***Defendant: Rite Aid Corporation***
*Via Certified Mail*

c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

***Defendant: Valu Merchandisers Co.***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
112 SW 7th Street, Suite 3C
Topeka, KS 66603

***Defendant: Walgreens, Inc.***
*Via Certified Mail*

c/o ILLINOIS CORPORATION SERVICE COMPANY
801 Adlai Stevenson Dr.
Springfield, IL 62703

***Defendant: Walgreen Co.***
*Via Certified Mail*

c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

Dated: November 6, 2023

Respectfully submitted,

By: */s/ Ruben Honik*
Ruben Honik
HONICK LLC
1515 Market St., Suite 1100
Philadelphia, PA 19102
(267) 435-1300
ruben@honiklaw.com

*Counsel for Plaintiffs*