BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| In re: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL-3089 |

**Parties Represented and Short Case Captions**

| Case Caption | Party Represented | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Natalie Juneau v. The Procter & Gamble and GlaxoSmithKline Consumer Healthcare Holdings (US) LLC d/b/a Haleon | Natalie Juneau (plaintiff) | Eastern District of Louisiana | No. 2:23-cv-05273 | Hon. Ivan L.R. Lamelle |
| Robert Fichera v. The Procter & Gamble, Associated Wholesale Grocers, Inc. and Valu Merchandisers Co. | Robert Fichera (plaintiff) | Eastern District of Louisiana | No. 2:23-cv-05274 | Hon. Jane Triche Milazzo |
| Mari Jones v. Reckitt Benckiser Pharmaceuticals, Inc. and Reckitt Benckiser LLC | Mari Jones (plaintiff) | Northern District of California | No. 3:23-cv-04807 | Hon. Sallie Kim |