BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

## PROOF OF SERVICE

In compliance with J.P.M.L. R. 4.1(a), I hereby certify that on November 6, 2023 a copy of the foregoing Notice of Presentation was electronically filed using the CM/ECF system, which constitutes service on registered CM/ECF participants via this Panel's ECF filing system.

November 6, 2023                    By:   */s/   Jonathan D. Selbin*

Jonathan D. Selbin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
212.355.9500
jselbin@lchb.com

Darren T. Kaplan
KAPLAN GORE LLP
1979 Marcus Ave. Ste 210
Lake Success, NY 11042
212.999.7370
dkaplan@kaplangore.com

*Counsel for Plaintiff Sandra Yousefzadeh*,
*E.D.N.Y.*, No. 2:23-cv-6825

2870676.1