BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, a copy of the foregoing Notice of Presentation of Oral Argument was filed with the clerk of the Court using the CM/ECF system, which sends notification of the same to all parties.

November 6, 2023

*/s/ Christopher A. Seeger*
Christopher A. Seeger