BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

SCHEDULE OF ACTIONS

| Case Title | Case No. | Court | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|
| *Silva v. Reckitt Benckiser LLC, et al.* | 1:23-cv-24112 | Southern District of Florida | Joanne Silva | Reckitt Benckiser LLC; McNeil Consumer Healthcare; The Procter & Gamble Company; GlaxoSmithKline LLC; Kenvue, Inc.; and Walgreens Inc. |

1