BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

CERTIFICATE OF SERVICE

I, Andrew Soukup, counsel for Defendant The Procter & Gamble Company, hereby certify that on November 6, 2023, I caused the foregoing Notice of Related Actions and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.  I further will cause the Notice of Related Actions to be served via electronic mail or first-class mail to the following:

**_Silva v. Reckitt Benckiser LLC, et al._, 1:23-cv-24112 (S.D. Fla.)**
Derek E. León
**LEÓN COSGROVE JIMÉNEZ, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: 305.740.1975
Email: dleon@leoncosgrove.com
     **Counsel for Plaintiff: Joanne Silva**

**_Defendant: Kenvue Inc._**
*Via Email*

Hannah Y. Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2128
hchanoine@omm.com

***Defendant: McNeil Consumer Healthcare***
*Via Email*

Hannah Y. Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2128
hchanoine@omm.com

***Defendant: Reckitt Benckiser LLC***
*Via Email*

Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Dr., Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

***Defendant: GlaxoSmithKline LLC***
*Via Email*

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4970
lefkowitz@kirkland.com

***Defendant: Walgreens Inc.***
*Via Email*

Sara K. Thompson
GREENBERG TRAURIG
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2392
Sara.thompson@gtlaw.com

| | |
|---|---|
| Dated: November 6, 2023 | Respectfully submitted,<br><br>By: */s/ Andrew Soukup*<br>Andrew Soukup<br>COVINGTON & BURLING LLP<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone: (202) 662-5066<br>asoukup@cov.com<br><br>*Counsel for Defendant The Procter & Gamble Company* |