BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: | ) | MDL Docket No. 3089 |
| | ) | |
| IN RE: ORAL PHENYLEPHRINE | ) | |
| MARKETING AND SALES | ) | |
| PRACTICES LITIGATION | ) | |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Presentation of Oral Argument were served via U.S. Mail to the following:

**Defendant:**
McNeil Consumer Healthcare
7050 Camp Hill Road
Fort Washington, PA 19034

**Defendant:**
Johnson & Johnson Consumer Inc.
c/o Corporation Service Company
1209 Orange Street
Wilmington, DE 19801

**Defendant:**
Kenvue Inc.
c/o Corporation Service Company
1209 Orange Street
Wilmington, DE 19801

**Defendant:**
RB Health (US) LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**Defendant:**
The Procter & Gamble Company
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

**Defendant:**
Walmart Inc.
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

          Respectfully submitted,

Dated: November 6, 2023    **KELLER ROHRBACK L.L.P.**

          */s/ Cari Campen Laufenberg*
          Cari Campen Laufenberg
          Derek Loeser
          KELLER ROHRBACK L.L.P.
          1201 Third Avenue, Suite 3200
          Seattle, WA 98101
          Tel: (206) 623-1900
          Fax: (206) 623-3384
          claufenberg@kellerrohrback.com
          dloeser@kellerrohrback.com

          *Counsel for Plaintiff Rebecca Lynn Reyes and Martha A. Page*