BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE MARKETING      MDL No. 3089
AND SALES PRACTICES LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, counsel for Plaintiffs Mohamad Tlaib, Tina Tuominen, Rose Riccio and Rhonda Nitto, hereby certifies that ***Notice of Presentation or Waiver of Oral Argument*** was filed electronically with the Clerk of the Court using the CM/ECF system on Monday, November 6, 2023, and served on all recipients in the manner indicated on the attached service list.

**Defendant: The Procter & Gamble Company**
*Via Email*
LOCKE LORD LLP
P. Russell Perdew
Alyssa M. Gregory
111 S. Wacker Drive
Chicago, IL 60606
rperdew@lockelord.com
alyssa.gregory@lockelord.com

**Defendant: Johnson & Johnson Consumer, Inc.**
*Via Email*
O'MELVENY & MYERS LLP
Shannon Barrett
1625 Eye Street NW
Washington, DC 20006
sbarrett@omm.com

**Defendant: GlaxoSmithKline LLC Consumer Healthcare Holdings (US)**
*Via Email*
KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

**Defendant: RB Health (US) LLC**
*Via Email*
HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

**Defendant: CVS Pharmacy, Inc.**
*Via Email*
Gregory E. Ostfeld
GREENBERG TRAURIG, LLP
Email: ostfeld@gtlaw.com
77 West Wacker Drive, Suite 3100
Chicago, IL 60601-1732

| | |
|---|---|
| Dated: November 6, 2023 | Respectfully submitted, |
| | By:  */s/ Jeff Ostrow* |
| | Jeffrey Ostrow |
| | Jonathan M. Streisfeld |
| | Kenneth J. Grunfeld |
| | Kristen Lake Cardoso |
| | Daniel Tropin |
| | **KOPELOWITZ OSTROW P.A.** |
| | One West Las Olas Blvd., Suite 500 |
| | Fort Lauderdale, Florida 33301 |
| | Telephone: (954) 525-4100 |
| | Email:  ostrow@kolawyers.com |
| | |
| | Nick Suciu III |
| | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| | 6905 Telegraph Rd., Suite 115 |
| | Bloomfield Hills, MI 48301 |
| | Telephone: (313) 303-3472 |
| | Email: nsuciu@milberg.com |

Melissa S. Weiner
Ryan J. Gott
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
Email: mweiner@pwfirm.com
   rgott@pwfirm.com


*Attorneys for Plaintiffs Mohamad Tlaib, Tina Tuominen, Rose Riccio and Rhonda Nitto*