BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

**SCHEDULE OF ACTIONS**

| Short Case Caption | Case No. | Court | Defendant Represented |
|---|---|---|---|
| *Bader, et al. v. Johnson & Johnson Consumer Inc., et al.* | 2:23-cv-02108 | District of Arizona | The Procter & Gamble Company |
| *Pack, et al. v. Johnson & Johnson Consumer Inc., et al.* | 2:23-cv-01965 | Eastern District of California | The Procter & Gamble Company |
| *McPhee, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.* | 4:23-cv-05128 | Northern District of California | The Procter & Gamble Company |
| *Taylor, et al. v. Procter & Gamble Company* | 3:23-cv-04909 | Northern District of California | The Procter & Gamble Company |
| *DePaola v. The Procter & Gamble Company, et al.* | 2:23-cv-00727 | Middle District of Florida | The Procter & Gamble Company |
| *Audelo v. Johnson & Johnson Consumer Inc., et al.* | 3:23-cv-24250 | Northern District of Florida | The Procter & Gamble Company |
| *Morgan v. Procter & Gamble* | 3:23-cv-24628 | Northern District of Florida | The Procter & Gamble Company |
| *Silva v. Reckitt Benckiser LLC et al.* | 1:23-cv-24112 | Southern District of Florida | The Procter & Gamble Company |
| *Valdes v. McNeil Consumer Healthcare, et al.* | 1:23-cv-23939 | Southern District of Florida | The Procter & Gamble Company |
| *De Priest, et al. v. Walgreen Co., et al.* | 1:23-cv-14060 | Northern District of Illinois | The Procter & Gamble Company |
| *Hsieh, et al. v. Reckitt Benckiser LLC, et al.* | 1:23-cv-14404 | Northern District of Illinois | The Procter & Gamble Company |

| | | | |
|---|---|---|---|
| *Noviskis v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-13926 | Northern District of Illinois | The Procter & Gamble Company |
| *Tlaib v. Procter & Gamble Company* | 1:23-cv-13840 | Northern District of Illinois | The Procter & Gamble Company |
| *Means v. Johnson & Johnson Holdco (NA), Inc.* | 3:23-cv-03494 | Southern District of Illinois | The Procter & Gamble Company |
| *Coppock v. Procter & Gamble, et al.* | 2:23-cv-05353 | Eastern District of Louisiana | The Procter & Gamble Company |
| *Fichera v. Proctor & Gamble Company et al.* | 2:23-cv-05274 | Eastern District of Louisiana | The Procter & Gamble Company |
| *Juneau v. Proctor & Gamble Company, et al.* | 2:23-cv-05273 | Eastern District of Louisiana | The Procter & Gamble Company |
| *Murdock, et al. v. RB Health (US), LLC, et al.* | 2:23-cv-05846 | Eastern District of Louisiana | The Procter & Gamble Company |
| *Rankin v. Harris Teeter, LLC, et al.* | 8:23-cv-02864 | District of Maryland | The Procter & Gamble Company |
| *Heaghney v. Johnson & Johnson Holdco (NA), Inc., et al.* | 4:23-cv-01342 | Eastern District of Missouri | The Procter & Gamble Company |
| *Isom v. Johnson & Johnson Consumer Inc., et al.* | 2:23-cv-04200 | Western District of Missouri | The Procter & Gamble Company |
| *Walker v. Johnson & Johnson Consumer Inc., et al.* | 4:23-cv-00663 | Western District of Missouri | The Procter & Gamble Company |
| *Wright v. Johnson & Johnson Consumer Inc., et al.* | 5:23-cv-06120 | Western District of Missouri | The Procter & Gamble Company |
| *Barton, et al. v. RB Health (US) LLC, et al.* | 2:23-cv-20370 | District of New Jersey | The Procter & Gamble Company |
| *Jones v. Bayer Corporation, et al.* | 2:23-cv-21411 | District of New Jersey | The Procter & Gamble Company |
| *Lee, et al. v. The Procter & Gamble Company, et al.* | 2:23-cv-21126 | District of New Jersey | The Procter & Gamble Company |
| *Thomas, et al. v. Kenvue, Inc., et al.* | 3:23-cv-20895 | District of New Jersey | The Procter & Gamble Company |

| | | | |
|---|---|---|---|
| *Wilson v. Johnson & Johnson Consumer Inc., et al.* | 2:23-cv-21276 | District of New Jersey | The Procter & Gamble Company |
| *Chavez v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-00883 | District of New Mexico | The Procter & Gamble Company |
| *Cronin v. Johnson & Johnson Consumer Inc., et al.* | 2:23-cv-06870 | Eastern District of New York | The Procter & Gamble Company |
| *Kleiman v. Procter & Gamble Company* | 1:23-cv-00590 | Southern District of Ohio | The Procter & Gamble Company |
| *Newton's Pharmacy, Inc. v. Procter & Gamble Company, et al.* | 1:23-cv-00613 | Southern District of Ohio | The Procter & Gamble Company |
| *Reyes v. The Procter & Gamble Company, et al.* | 1:23-cv-00623 | Southern District of Ohio | The Procter & Gamble Company |
| *Travis v. Procter & Gamble Company, et al.* | 1:23-cv-00607 | Southern District of Ohio | The Procter & Gamble Company |
| *Vent v. The Procter & Gamble Company* | 1:23-cv-00680 | Southern District of Ohio | The Procter & Gamble Company |
| *Thorns, et al. v. Johnson & Johnson, et al.* | 3:23-cv-01355 | District of Oregon | The Procter & Gamble Company |
| *Anderson, et al. v. The Procter & Gamble Company, et al.* | 2:23-cv-03899 | Eastern District of Pennsylvania | The Procter & Gamble Company |
| *Benjamin, et al. v. GlaxoSmithKline LLC, et al.* | 2:23-cv-03856 | Eastern District of Pennsylvania | The Procter & Gamble Company |
| *Emmons, et al. v. McNeill Consumer Healthcare, et al.* | 2:23-cv-03874 | Eastern District of Pennsylvania | The Procter & Gamble Company |
| *Kasparie, et al. v. Bayer Healthcare LLC, et al.* | 2:23-cv-03783 | Eastern District of Pennsylvania | The Procter & Gamble Company |
| *Carrigan v. Johnson & Johnson, et al.* | 2:23-cv-01481 | Western District of Washington | The Procter & Gamble Company |

3