## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

## CERTIFICATE OF SERVICE

I, Andrew Soukup, counsel for Defendant The Procter & Gamble Company, hereby certify that on November 6, 2023, I caused the foregoing Notice of Presentation of Oral Argument and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.  I further will cause the Notice of Presentation of Oral Argument to be served via electronic mail or first-class mail to the following:

***Bader, et al. v. Johnson & Johnson Consumer Inc., et al.*, 2:23-cv-02108 (D. Az.)**
John Dean Curtis, II
Burch & Cracchiolo PA
1850 N Central Ave., Ste. 1700
Phoenix, AZ 85004
602-234-8760
Email: jcurtis@bcattorneys.com
>**Counsel for Plaintiffs: John Jeffrey Bader, Brian Lloyd Fireng, Carrie Diane Huff, Joseph Samuel Sorge, Joshua Edward Sorge, and Christine Ann Waters**

***Silva v. Reckitt Benckiser LLC, et al.*, 1:23-cv-24112 (S.D. Fla.)**
Derek E. León
**LEÓN COSGROVE JIMÉNEZ, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: 305.740.1975
Email: dleon@leoncosgrove.com
>**Counsel for Plaintiff: Joanne Silva**

***Valdes v. McNeil Consumer Healthcare, et al.*, 1:23-cv-23939 (S.D. Fla.)**
David Buckner
Buckner and Miles, P.A.
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
305-964-8003
Email: David@bucknermiles.com
**Counsel for Plaintiff: Hector Valdes**

***Means v. Johnson & Johnson Holdco (NA), Inc.*, 3:23-cv-03494 (S.D. Ill.)**
Benjamin S. McIntosh
SWMW Law, LLC
Benjamin S. McIntosh
701 Market St, Ste 1000
St. Louis, MO 63101
314-480-5180
ben.mcintosh@swmwlaw.com
**Counsel for Plaintiff: Daryl Means**

***Heaghney v. Johnson & Johnson Holdco (NA), Inc.*, 4:23-cv-01342 (E.D. Mo.)**
Benjamin S. McIntosh
SWMW Law, LLC
Benjamin S. McIntosh
701 Market St, Ste 1000
St. Louis, MO 63101
314-480-5180
ben.mcintosh@swmwlaw.com
**Counsel for Plaintiff: Daniel Heaghney**

***Isom v. Johnson & Johnson Consumer Inc., et al.*, 2:23-cv-04200 (W.D. Mo.)**
Aaron W. Smith
A. W. Smith Law Firm PC
2100 West Broadway
Columbia, MO 65203
(573) 777-3333
Fax: (573) 443-7301
Email: aw@awsmithlaw.com
**Counsel for Plaintiff: Andrew Isom**

***Lee, et al. v. The Procter & Gamble Company, et al.*, 2:23-cv-21126 (D.N.J.)**
Katrina Carroll
Lynch Carpenter LLP
111 W. Washington, STE 1240
Chicago, IL 60602
312-750-1265
Email: katrina@lcllp.com
> **Counsel for Plaintiffs: Michael Lee, Toni Heuchan, Jonathan Brandman, Michelle Garza, and Cece Davenport**

***Wilson v. Johnson & Johnson Consumer Inc., et al.*, 2:23-cv-21276 (D.N.J.)**
Stephen J. Fearon, Jr.
Squitieri & Fearon, LLP
305 Broadway, 7th Floor
New York, NY 10007
212-421-6492
Email: stephen@sfclasslaw.com
> **Counsel for Plaintiff: Andrew Wilson**

***Jones v. Bayer Corporation, et al.*, 2:23-cv-21411 (D.N.J.)**
Alex M. Kashurba
Chimicles Schwartz Kriner & Donaldson-Smith LLP
361 W. Lancaster Avenue
Haverford, PA 19041
610-642-8500
Email: amk@chimicles.com
> **Counsel for Plaintiff: Janet Jones**

***Vent v. The Procter & Gamble Company, et al.*, 1:23-cv-00680 (S.D. Ohio)**
Andrew S. Baker
The Baker Law Group
89 E. Nationwide Blvd., Suite 2nd Floor
Columbus, OH 43215
614-228-1882
Email: andrew.baker@bakerlawgroup.net
> **Counsel for Plaintiff: Sierra Vent**

***Rankin v. Harris Teeter, LLC, et al.*, 8:23-cv-02864 (D. Md.)**
Kevin Goldberg
Goldberg Law, LLC
401 Salk Circle
Gaithersburg, MD 20878
301-343-5817
Email: kg@goldberglaw.info
> **Counsel for Plaintiff: Stacy Rankin**

**_Defendant: Publix Super Markets, Inc._**
*Via First-Class Mail*

c/o Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

**_Defendant: Helen of Troy Limited_**
*Via First-Class Mail*

c/o Capitol Corporate Services Inc.
1501 S. MoPac Expressway
Suite 220
Austin, TX 78746

**_Defendant: Harris Teeter, LLC_**
*Via First-Class Mail*

c/o Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

**_Defendant: Harris Teeter Supermarkets, Inc._**
*Via First-Class Mail*

c/o Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

**_Defendant: Foundation Consumer Brands, LLC_**
*Via First-Class Mail*

106 Isabella Street
Pittsburgh, PA. 15212-5841

**_Defendant: Dierberg's Markets, Inc._**
*Via First-Class Mail*

c/o Robert J. Dierberg
16690 Swingley Ridge Road
Chesterfield, MO 63017

**_Defendant: Price Chopper Foods, Inc._**
_Via First-Class Mail_

c/o Twyla Ramsey
3401 W Hwy
Thayer, MO 65791-9379

**_Defendant: Johnson & Johnson Consumer Inc._**
_Via Email_

Hannah Y. Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2128
hchanoine@omm.com

**_Defendant: Kenvue Inc._**
_Via Email_

Hannah Y. Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2128
hchanoine@omm.com

**_Defendant: McNeil Consumer Healthcare_**
_Via Email_

Hannah Y. Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2128
hchanoine@omm.com

**_Defendant: Reckitt Benckiser LLC_**
_Via Email_

Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Dr., Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

***Defendant: RB Health (US) LLC***
*Via Email*

Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Dr., Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

***Reckitt Benckiser Pharmaceuticals, Inc.***
*Via Email*

Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Dr., Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

***Defendant: Walmart Inc.***
*Via Email*

Livia M. Kiser
KING & SPALDING LLP
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6911
lkiser@kslaw.com

***Defendant: Walmart Stores East 1 LP***
*Via Email*

Livia M. Kiser
KING & SPALDING LLP
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6911
lkiser@kslaw.com

**_Defendant: Walgreens Boots Alliance, Inc._**
_Via Email_

Sara K. Thompson
GREENBERG TRAURIG
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2392
Sara.thompson@gtlaw.com

**_Defendant: GlaxoSmithKline Consumer Healthcare Holdings_**
_Via Email_

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4970
lefkowitz@kirkland.com

**_Defendant: Haleon US Capital LLC_**
_Via Email_

Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4970
lefkowitz@kirkland.com

**_Defendant: Bayer Corp._**
_Via Email_

Christopher G. Campbell
DLA PIPER
1201 W. Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 736-7808
Christopher.campbell@us.dlapiper.com

**_Defendant: CVS Health Corp._**
*Via Email*

Sara K. Thompson
GREENBERG TRAURIG
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2392
Sara.thompson@gtlaw.com


Dated:    November 6, 2023

Respectfully submitted,

By: */s/ Andrew Soukup*
Andrew Soukup
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5066
asoukup@cov.com

*Counsel for Defendant The Procter &
Gamble Company*