BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## NOTICE OF RELATED ACTION

Pursuant to Rules 6.2(d) and 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant Johnson & Johnson Consumer Inc. ("JJCI")[1] hereby notifies the Panel of a related class action, captioned *Silva v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-24112 (S.D. Fla.), and filed by Plaintiff Joanne Silva against Defendants Reckitt Benckiser LLC; McNeil Consumer Healthcare; Procter & Gamble Company; GlaxoSmithKline LLC; Kenvue, Inc.; and Walgreens Inc.

The complaint and docket are attached hereto as Exhibit A.

Dated:  November 6, 2023

Respectfully submitted,

/s/ *Hannah Chanoine*
Hannah Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Tel: (212) 326-2128
hchanoine@omm.com

*Counsel for Defendant Johnson & Johnson Consumer Inc.*

---

[1] Improperly sued as Kenvue, Inc. and McNeil Consumer Healthcare.