BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I, Hannah Chanoine, counsel for Defendant Johnson & Johnson Consumer Inc.[1] hereby certify that on November 6, 2023, I caused the foregoing Notice of Related Action and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice to be served via electronic mail to the following:

***Silva v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-24112 (S.D. Fla.)**
Derek E. León
Scott B. Cosgrove
Cristina Moreno
LEÓN COSGROVE JIMÉNEZ, LLP
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Tel: 305.740.1975
Fax: 305.351.4059
dleon@leoncosgrove.com
scosgrove@leoncosgrove.com
cmoreno@leoncosgrove.com
anoonan@leoncosgrove.com
eperez@leoncosgrove.com
          **Attorneys for Plaintiff Joanne Silva**

---

[1] Improperly sued as Kenvue, Inc. and McNeil Consumer Healthcare.

Dated:  November 6, 2023

Respectfully submitted,

/s/ *Hannah Chanoine*
Hannah Chanoine
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Tel: (212) 326-2128
hchanoine@omm.com

*Counsel for Defendant Johnson & Johnson Consumer Inc.*