BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

# EXHIBIT A TO WALMART INC.[1] AND WAL-MART STORES EAST, LP'S[2] NOTICE OF PRESENTATION

Case Captions:

1. *Anderson, et al. v. The Procter & Gamble Company, et al.*, No. 2:23cv3899 (E.D. Pa.);

2. *Benjamin, et al. v. GlaxoSmithKline LLC, et al.*, No. 2:23-cv-03856 (E.D. Pa);

3. *Chavez v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:23cv883 (D.N.M.);

4. *Emmons, et al. v. McNeil Consumer Healthcare, et al.*, No. 2:23-cv-03874 (E.D. Pa);

5. *Fong v. Johnson & Johnson Consumer Inc., et al.*, No. 2:23-cv-02430 (D. Kan);

6. *Hansen, et al. v. Walmart, Inc.*, No. 3:23cv5466 (N.D. Cal.);

7. *Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 4:23cv1342 (E.D. Mo.);

8. *Holmes v. Walmart, Inc.*, No. 5:23-cv-05165-TLB (W.D. Ark.);

9. *Isom v. Johnson & Johnson Consumer Inc., et al.*, No. 2:23cv4200 (W.D. Mo.);

10. *Kasparie, et al. v. Bayer HealthCare LLC, et al.*, No. 2:23-cv-03783 (E.D. Pa);

11. *McPhee, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 4:23cv5128 (N.D. Cal.);

12. *Means v. Johnson & Johnson Holdco (NA), Inc., et al.*, No. 3:23cv3494 (S.D. Ill.);

13. *Nelson, et al. v. Kenvue, Inc., et al.*, No. 4:23-cv-04875 (N.D. Cal.);

14. *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965-AC (E.D. Cal.);

15. *Reyes v. Procter & Gamble, et al.*, No. 1:23-cv-00623-DRC (S.D. Ohio);

16. *Walker v. Johnson & Johnson Consumer Company, Inc., et al.*, No. 4:23-cv-00663-FJG

---

[1] Erroneously sued as Walmart, Inc. and Wal-Mart, Inc.
[2] Erroneously sued as Wal-Mart Stores East 1, LP.

(W.D. Mo.); and

17. *Wright v. Johnson & Johnson Consumer Company, Inc., et al.*, No. 5:23-cv-06120-LMC (W.D. Mo.).