BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## PROOF OF SERVICE

I hereby certify that on November 6, 2023, I caused a copy of the foregoing Notice of Presentation of Oral Argument, Exhibit A - Case Captions, and this Proof of Service to be filed with the Court's CM/ECF system, which sends a service copy to all counsel in the action at their associated email addresses. It is my understanding that all counsel in the cases listed in Exhibit A - Case Captions list have been registered with the Court's CM/ECF system and no additional service copies are required.

Dated: November 6, 2023

By: /s/ Livia M. Kiser
Livia M. Kiser
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, Illinois
Tel: (312) 764-6911
Fax: (312) 995-6330
lkiser@kslaw.com

*Attorney for Walmart Inc. (erroneously sued as Walmart, Inc. and Wal-Mart, Inc.) and Wal-Mart Stores East, LP (erroneously sued as Wal-Mart Stores East 1, LP)*