BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION

MDL No. 3089

## SCHEDULE OF ACTIONS

| Case Caption | District Court | Civil Action No. | Judge |
|---|---|---|---|
| *Robyn Cronin v. Johnson & Johnson Consumer Inc., et al.* | Eastern District of New York | 2:23-cv-6870 | Hon. Gary R. Brown |
| *Chioma Ozuzu v. Kenvue Inc., et al.* | Eastern District of New York | 1:23-cv-7395 | Hon. Ramon E. Reyes, Jr. |