BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

## SCHEDULE OF RELATED ACTIONS

| Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo | Reckitt Benckiser LLC, Kenvue Inc., McNeil Consumer Healthcare, Procter & Gamble Company, GlaxoSmithKline LLC, and Walgreens, Inc | District of New Jersey, Newark Division | 2:23-cv-20370-KMJSA | Hon. Kevin McNulty, U.S.D.J. |
| James Carrigan | Johnson & Johnson, The Procter & Gamble Company, and Walgreen Co. | Western District of Washington | 2:23-cv-01481 | Unassigned |
| Viva Cohen and Joey Cohen | Walgreens Boots Alliance, Inc. | Northern District of Illinois | 1:23-cv-14155 | Hon. Sara L. Ellis |
| Michelle Kasparie and Kimberly James | Bayer Healthcare LLC, Glaxosmithkline LLC, Johnson & Johnson Consumer Inc., Kenvue Inc., McNeil Consumer Healthcare, Procter & Gamble Company, Target Corporation, Walgreen Co., Walmart Inc. | Eastern District of Pennsylvania | 2:23-cv-03783 | Judge Kai N. Scott |
| Kaycie Coppock | Procter & Gamble and Target Corporation | Eastern District of Louisiana, New Orleans Division | 2:23-cv-05353-EEFKWR | District Judge Eldon E. Fallon |
| Kenneth Levi Pack and Min Ji Jung | Johnson & Johnson Consumer Companies, Inc.; GlaxoSmithKline LLC; Reckitt Benckiser | Eastern District of California, Sacramento Division | 2:23-cv-01965-AC | Magistrate Judge Allison Claire |

| | | | | |
|---|---|---|---|---|
| | LLC; Bayer Healthcare LLC; Sanofi- Aventis U.S. LLC; The Procter & Gamble Company; Church & Dwight Co., Inc.; Walmart Inc.; Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; Rite Aid Corporation; Amazon.com, Inc | | | |
| Amanda Thorns and Scott Collier | Johnson & Johnson, The Procter & Gamble Company, and Walgreen Co. | District of Oregon | 3:23-cv-01355 | Jolie A. Russo |
| Hannah De Priest; Frizell Johnson; Ruben Varela | Walgreen Co.; Publix Super Markets, Inc.; Kenvue, Inc.; McNeil Consumer Healthcare; Procter & Gamble Company; CVS Pharmacy, Inc.; GlaxoSmithKline LLC | Northern District of Illinois | 1:23-cv-14060 | District Judge Jorge J. Alonso |
| James Hsieh; Dominic Rio; Mohanad Abdelkarim; Steven Chechia | Reckitt Benckiser LLC; Kenvue, Inc.; Procter & Gamble Company; GlaxoSmithKline LLC; Johnson & Johnson Consumer Inc.; Walgreen Co.; CVS Pharmacy, Inc. | Northern District of Illinois | 1:23-cv-14404 | District Judge John J. Tharp |
| Rachel Parker | Rite Aid Corporation; Bayer Corporation; GSK Consumer Healthcare, Inc.; Walgreen Co. | Eastern District of Pennsylvania | 2:23-cv-03663 | District Judge Kai N. Scott |
| Kathleen Emmons; Nathan Jackson | Mcneil Consumer Healthcare; Johnson & Johnson Consumer Inc.; Kenvue Inc.; Procter & | Eastern District of Pennsylvania | 2:23cv3874 | District Judge Kai N. Scott |

| | Gamble Company; Reckitt Benckiser LLC; Walgreen Co.; Walmart Inc., | | | |
|---|---|---|---|---|
| Jordan Nelson; Regina Peralta | Kenvue Inc.; McNeil Consumer Healthcare; Johnson & Johnson Consumer, Inc.; CVS Pharmacy, Inc.; Haleon US Capital LLC; GSK Plc; Albertsons Companies, Inc.; Target Corporation; Walmart Inc.; Perrigo Company Plc | Northern District of California | 4:23-cv-04875 | District Judge Haywood S. Gilliam |
| Rosalyn Anderson; Eli Erlick; Donna Bailey; Rosalie Jackson; Tina Haluszka | Procter & Gamble Co.; GlaxoSmithKline LLC; The Kroger Co.; Target Corporation; Walmart Inc. | Eastern District of Pennsylvania | 2:23-cv-03663 | District Judge Kai N. Scott |
| Emily Cohen | CVS Pharmacy, Inc. | District of Rhode Island | 1:23-cv-00403 | District Judge William E. Smith |
| Rhonda Nitto, on Behalf of Herself and All Others Similarly Situated | CVS Pharmacy, Inc. | Northern District of Illinois | 1:23-cv-13998 | District Judge Sharon Johnson Coleman |
| Daniel Heaghney, on Behalf of Himself and All Others Similarly Situated | Johnson & Johnson Holdco (NA), Inc.; G1axoSmithKline LLC; Reckitt Benckiser LLC; Bayer Healthcare LLC; The Procter & Gamble Company; Walmart, Inc.; Walgreen Co.; Target Corporation; CVS Pharmacy, Inc.; | Eastern District of Missouri | 4:23-cv-01342 | District Judge Ronnie L. White |

| | Amazon.com, Inc.; Amazon.com Services LLC | | | |
|---|---|---|---|---|
| Darryl Means, on Behalf of Himself and All Others Similarly Situated | Johnson & Johnson Holdco (NA), Inc.; G1axoSmithKline LLC; Reckitt Benckiser LLC; Bayer Healthcare LLC; The Procter & Gamble Company; Walmart, Inc.; Walgreen Co.; Target Corporation; CVS Pharmacy, Inc.; Amazon.com, Inc.; Amazon.com Services LLC; | Southern District of Illinois | 3:23-cv-03494 | District Judge Mark A. Beatty |
| Krystal Rampalli | Target Corporation | District of Minnesota | 0:23-cv-02915 | District Judge Patrick J. Schlitz |
| Krystal Rampalli | Walgreen Co. | Northern District of Illinois | 1:23-cv-14015 | District Judge Manish S. Shah |
| Cathy Kleiman individually and on behalf of all others similarly situated | CVS Health Corporation | District of South Carolina | 2:23-cv-04727 | District Judge Richard M. Gergel |
| Christopher McPhee, Justin Vorise | Johnson & Johnson Consumer, Inc.; GlaxoSmithKline Consumer Healthcare Holdings (US) LLC; RB Health (US) LLC; Bayer Healthcare LLC; The Procter & Gamble Company; Church & Dwight Co., Inc.; Walmart Inc.; Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; | Northern District of California | 4:23-cv-05128 | District Judge Haywood S. Gilliam |

| | Amazon.com, Inc | | | |
|---|---|---|---|---|
| Richard Chavez on behalf of himself and all others similarly situated | Johnson & Johnson Consumer, Inc.; GlaxoSmithKline Consumer Healthcare Holdings (US) LLC; RB Health (US) LLC; Bayer Healthcare LLC; The Procter & Gamble Company; Church & Dwight Co., Inc.; Walmart Inc.; Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; Amazon.com, Inc | District of New Mexico | 1:23-cv-00883 | District Judge Matthew L. Garcia |
| Anthony Derosa, individually and on behalf of all others similarly situated | Walgreens Boots Alliance, Inc. | Northern District of Illinois | 1:23-cv-14558 | District Judge Robert W. Gettleman |