BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I, Sara K. Thompson, counsel for Defendants CVS Pharmacy, Inc. Walgreen Co. (sometimes incorrectly named as Walgreens Boots Alliance, Inc.) and Target Corporation, hereby certify that on November 6, 2023, I caused the foregoing Notice of Presentation of Oral Argument and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Presentation of Oral Argument to be served via electronic mail or first-class mail to the following:

***Silva v. Reckitt Benckiser LLC, et al.*, 1:23-cv-24112 (S.D. Fla.)**

Derek E. León
LEÓN COSGROVE JIMÉNEZ, LLP
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: 305.740.1975
Email: dleon@leoncosgrove.com

**Counsel for Plaintiff: Joanne Silva**

***Means v. Johnson & Johnson Holdco (NA), Inc.*, 3:23-cv-03494 (S.D. Ill.)**

Benjamin S. McIntosh
SWMW Law, LLC
Benjamin S. McIntosh
701 Market St, Ste 1000
St. Louis, MO 63101
314-480-5180

ben.mcintosh@swmwlaw.com

**Counsel for Plaintiff: Daryl Means**

***Heaghney v. Johnson & Johnson Holdco (NA), Inc.*, 4:23-cv-01342 (E.D. Mo.)**

Benjamin S. McIntosh
SWMW Law, LLC
Benjamin S. McIntosh
701 Market St, Ste 1000
St. Louis, MO 63101
314-480-5180
ben.mcintosh@swmwlaw.com

**Counsel for Plaintiff: Daniel Heaghney**

***Defendant: Albertsons Companies Inc.***
*Via ECF*

Amanda L. Groves
WINSTON & STRAWN LLP
333 South Grand Ave.
Los Angeles, CA 90071
Email: agroves@winston.com

***Defendant: Amazon.com, Inc.***
*Via ECF*

K&L GATES LLP
Robert W. Sparkes III
Email: robert.sparkes@klgates.com
1 Congress St.
Boston, MA 02114

***Defendant: Associated Wholesale Grocers, Inc.***
*Via Certified Mail*

c/o SECRETARY OF STATE
120 SW 10th Avenue First Floor Memorial Hall Topeka, KS 66612

***Defendant: Bayer Healthcare LLC***
*Via ECF*

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com

1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

***Defendant: CVS Pharmacy, Inc.***
*Via Email*

GREENBERG TRAURIG LLP
Sara K. Thompson
Email: Sara.Thompson@gtlaw.com
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305

***Defendant: Church & Dwight Co., Inc.***
*Via Certified Mail*

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd. West Trenton, NJ, 08628

***Defendant: GlaxoSmithKline LLC***
*Via Email*

KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

***Defendant: GSK Consumer Healthcare, Inc.***
*Via Email*

KIRKLAND & ELLIS LLP
Robyn E. Bladow
Email: rbladow@kirkland.com
555 South Flower St., Suite 3700
Los Angeles, CA 90071

***Defendant: Johnson & Johnson***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Johnson & Johnson Consumer Inc.***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Kenvue Inc.***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: McNeil Consumer Healthcare***
*Via Email*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: Reckitt Benckiser LLC***
*Via ECF*

HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

***Defendant: Sanofi-Aventis U.S. LLC***
*Via Certified Mail*
*c/o CORPORATION SERVICE COMPANY*

251 Little Falls Dr.
Wilmington, DE 19808

***Defendant: Valu Merchandisers Co.***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
112 SW 7th Street, Suite 3C Topeka, KS 66603

***Defendant: Walmart, Inc.***
*Via ECF*

Livia M. Kiser
KING & SPALDING, LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: lkiser@kslaw.com

***Defendant: Wal-Mart Stores East 1 LP.***
*Via ECF*

Livia M. Kiser
KING & SPALDING, LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: lkiser@kslaw.com

***Defendant: Perrigo Co. Plc***
*Via Certified Mail*
*c/o CSC Lawyers Incorporating Service*

Perrigo Co. Plc
2710 Gateway Oaks Dr.
Sacramento, CA 95833

***Defendant: Perrigo Company PLC***
*Via Certified Mail*

Perrigo Company PLC
515 Eastern Avenue
Allegan, MI 49010

***Defendant: Publix Super Markets, Inc.***
*Via Certified Mail*
*c/o CORPORATE CREATIONS NETWORK, INC*

Publix Super Markets, Inc.
801 US Highway 1
North Palm Beach, FL 33408

**_Defendant: Price Chopper Foods, Inc._**
*Via First-Class Mail*
*c/o Twyla Ramsey*

3401 W Hwy
Thayer, MO 65791-9379

**_Defendant: Harris Teeter Supermarkets, Inc._**
*Via First-Class Mail*
*c/o Corporation Service Company*

2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

**_Defendant: Foundation Consumer Brands, LLC_**
*Via First-Class Mail*

106 Isabella Street
Pittsburgh, PA. 15212-5841

**_Defendant: Dierberg's Markets, Inc._**
*Via First-Class Mail*
*c/o Robert J. Dierberg*

16690 Swingley Ridge Road
Chesterfield, MO 63017

**_Defendant: Helen of Troy Limited_**
*Via First-Class Mail*
*c/o Capitol Corporate Services Inc.*

1501 S. MoPac Expressway
Suite 220
Austin, TX 78746

**_Defendant: Harris Teeter, LLC_**
*Via First-Class Mail*
*c/o Corporation Service Company*

2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

Dated:  November 6, 2023

                                                  Respectfully submitted,

                                                  By: */s/ Sara K. Thompson*

Sara K. Thompson
GREENBERG TRAURIG LLP
3333 Piedmont Rd NE, Suite 2500
Atlanta GA 30305
Tel: 678-553-2392
Fax: 678-553-2393
Sara.Thompson@gtlaw.com

*Counsel for Defendants CVS Pharmacy, Inc., Walgreen Co. and Target Corporation*