**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

**NOTICE OF PRESENTATION OF ORAL ARGUMENT:
SHORT CASE CAPTIONS AND PARTIES REPRESENTED**

1.  *Adkins et al. v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 2:23-cv-21051 (D.N.J.)
    o   Party represented: Johnson & Johnson Consumer Inc.

2.  *Audelo v. Johnson & Johnson Consumer Inc. et al.*, No. 3:2023-cv-24250 (N.D. Fl.)
    o   Party represented: Johnson & Johnson Consumer Inc.

3.  *Bader et al. v. Johnson & Johnson Consumer Inc. et al.*, No. 2:23-cv-02108 (D. Ariz.)
    o   Party represented: Johnson & Johnson Consumer Inc.

4.  *Barton et al. v. Reckitt Benckiser LLC et al.*, No. 2:2023-cv-20370 (D.N.J.)
    o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Kenvue, Inc. and McNeil Consumer Healthcare)

5.  *Benjamin et al. v. Glaxosmithkline LLC et al.*, No. 2:23-cv-03856 (E.D. Pa.)
    o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Kenvue, Inc. and McNeil Consumer Healthcare)

6.  *Carrigan v. Johnson & Johnson et al.*, No. 2:2023-cv-01481 (W.D. Wash.)
    o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Johnson & Johnson)

7.  *Chavez v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-00883 (D.N.M.)
    o   Party represented: Johnson & Johnson Consumer Inc.

8.  *Coyle v. GlaxoSmithKline LLC et al.*, No. 1:23-cv-07311 (E.D.N.Y.)
    o   Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Johnson & Johnson Consumer Companies, Inc. and Kenvue, Inc.)

9.  *Cronin v. Johnson & Johnson Consumer Inc. et al.*, No. 2:2023-cv-06870 (E.D.N.Y.)
    o   Party represented: Johnson & Johnson Consumer Inc.

10. *DePaola v. The Proctor & Gamble Company et al.*, No. 2:2023-cv-00727 (M.D. Fl.)
    o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare)

11. *De Priest et al. v. Walgreen Co. et al.*, No. 1:23-cv-14060 (N.D. Ill.)
    o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue, Inc.)

12. *Emmons et al. v. McNeil Consumer Healthcare et al.*, No. 2:23-cv-03874 (E.D. Pa.)
    o   Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue Inc. and McNeil Consumer Healthcare)

13. *Fong v. Johnson & Johnson Consumer Inc. et al.*, No. 2:23-cv-02430 (D. Kan.)
    o   Party represented: Johnson & Johnson Consumer Inc.

14. *Heaghney v. Johnson & Johnson Holdco (NA), Inc. et al.*, No. 4:23-cv-01342 (E.D. Mo.)
    o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Johnson & Johnson Holdco (NA), Inc.)

15. *Hernandez v. Johnson & Johnson Consumer, Inc.*, No. 3:23-cv-04817 (N.D. Cal.)
    o   Party represented: Johnson & Johnson Consumer Inc.

16. *Hsieh et al. v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-14404 (N.D. Ill.)
    o   Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue, Inc.)

17. *Isom v. Johnson & Johnson Consumer Inc. et al.*, No. 2:23-cv-04200 (W.D. Mo.)
    o   Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue Inc.)

18. *Jones v. Bayer Corporation et al.*, No. 2:23-cv-21411 (D.N.J.)
    o   Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue Inc.)

19. *Joyner v. Johnson & Johnson Consumer, Inc.*, No. 3:23-cv-20558 (D.N.J.)
    o   Party represented: Johnson & Johnson Consumer Inc.

20. *Kasparie et al. v. Bayer Healthcare LLC et al.*, No. 2:2023-cv-03783 (E.D. Pa.)
    o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Kenvue Inc. and McNeil Consumer Healthcare)

21. *Lawrence v. Johnson & Johnson Consumer, Inc.*, No. 3:23-cv-20551 (D.N.J.)
    o   Party represented: Johnson & Johnson Consumer Inc.

22. *Lewis et al. v. Johnson & Johnson Consumer Inc.*, No. 3:23-cv-20816 (D.N.J.)
    o   Party represented: Johnson & Johnson Consumer Inc.

23. *McPhee et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 4:23-cv-05128 (N.D. Cal.)
    o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Johnson & Johnson Consumer Companies, Inc.)

24. *McWhite v. Johnson & Johnson Consumer, Inc.*, No. 3:2023-cv-20379 (D.N.J.)
    o   Party represented: Johnson & Johnson Consumer Inc.

25. *Means v. Johnson & Johnson Holdco (NA), Inc. et al.*, No. 3:23-cv-03494 (S.D. Ill.)
    o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Johnson & Johnson Holdco (NA), Inc.)

26. *Murdock et al. v. RB Health (US), LLC et al.*, No. 2:23-cv-05846 (E.D. La.)
    o   Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue, Inc.)

27. *Nelson et al. v. Johnson & Johnson Consumer, Inc. et al.*, No. 4:23-cv-04875 (N.D. Cal.)
    o   Party represented: Johnson & Johnson Consumer Inc.

28. *Newton's Pharmacy, Inc. v. Procter & Gamble Company et al.*, No. 1:23-cv-00613 (S.D. Ohio)
    o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue, Inc.)

29. *Noviskis v. Johnson & Johnson Consumer Inc. et al.*, No. 1:2023-cv-13926 (N.D. Ill.)
    o   Party represented: Johnson & Johnson Consumer Inc.

30. *Ozuzu v. Kenvue Inc. et al.*, No. 1:23-cv-07395 (E.D.N.Y.)
    o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue Inc.)

31. *Page v. RB Health (US) LLC*, No. 2:23-cv-20962 (D.N.J.)
    o   Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as McNeil Consumer Healthcare and Kenvue Inc.)

32. *Pack et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 2:2023-cv-01965 (E.D. Cal.)
    o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Johnson & Johnson Consumer Companies, Inc.)

33. *Rankin v. Harris Teeter, LLC et al.*, No. 8:23-cv-02864 (D. Md.)
    o   Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue, Inc.)

34. *Reinkraut v. Johnson & Johnson Consumer Inc.*, No. 2:23-cv-20444 (D.N.J.)
    o   Party represented: Johnson & Johnson Consumer Inc.

35. *Silva v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-24112 (S.D. Fla.)
   o Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue, Inc.)

36. *Thomas et al. v. Kenvue, Inc. et al.*, No. 3:23-cv-20895 (D.N.J.)
   o Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue, Inc.)

37. *Thorns et al. v. Johnson & Johnson et al.*, No. 3:2023-cv-01355 (D. Ore.)
   o Party represented: Johnson & Johnson Consumer Inc. (improperly sued as Johnson & Johnson)

38. *Travis v. Procter & Gamble Company et al.*, No. 1:23-cv-00607 (S.D. Ohio)
   o Party represented: Johnson & Johnson Consumer Inc.

39. *Tuominen v. Johnson & Johnson Consumer, Inc.*, No. 1:2023-cv-13796 (N.D. Ill.)
   o Party represented: Johnson & Johnson Consumer Inc.

40. *Valdes v. McNeil Consumer Healthcare et al.*, No, 1:23-cv-23939 (S.D. Fla.)
   o Party represented: Johnson & Johnson Consumer Inc. (improperly sued as McNeil Consumer Healthcare and Kenvue, Inc.)

41. *Walker v. Johnson & Johnson Consumer Inc. et al.*, No. 4:2023-cv-00663 (W.D. Mo.)
   o Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue, Inc.)

42. *Ward et al. v. Johnson & Johnson Consumer Inc.*, No. 3:23-cv-20818 (D.N.J.)
   o Party represented: Johnson & Johnson Consumer Inc.

43. *Wilson v. Johnson & Johnson Consumer, Inc. et al.*, No. 2:23-cv-21276 (D.N.J.)
   o Party represented: Johnson & Johnson Consumer Inc.

44. *Wright v. Johnson & Johnson Consumer Inc. et al.*, No. 5:2023-cv-06120 (W.D. Mo.)
   o Party represented: Johnson & Johnson Consumer Inc. (named defendant and improperly sued as Kenvue, Inc.)

45. *Yousefzadeh v. Johnson & Johnson Consumer Inc.*, No. 2:2023-cv-06825 (E.D.N.Y.)
   o Party represented: Johnson & Johnson Consumer Inc.