BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO.: 3089 |

CERTIFICATE OF SERVICE

I, Stephen Basser, counsel for Plaintiffs Michelle Kasparie and Kimberly James, hereby certify that on November 6, 2023, I caused the foregoing Notice of Presentation of Oral Argument to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.

Dated: November 6, 2023                    Respectfully submitted,

*/s/ Stephen R. Basser*

Stephen R, Basser
BARRACK, RODOS & BACINE
Stephen R. Basser
Samuel M. Ward
sbasser@barrack.com
sward@barrack.com
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101

1

Telephone: (619) 230-0800
Facsimile: (619) 230-1874

BARRACK RODOS & BACINE

Jeffrey W. Golan
Jeffrey A. Barrack
Andrew J. Heo
jgolan@barrack.com
jbarrack@barrack.com
aheo@barrack.com
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

EMERSON FIRM, PLLC

John G. Emerson
jemerson@emersonfirm.com
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

Attorneys for Plaintiffs, Michelle Kasparie and Kimberly James