BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| In re: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL-3089 |
|---|---|

**Parties Represented and Short Case Captions**

| Case Caption | Parties Represented | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| SANES et al v. BAYER HEALTHCARE LLC | Claudette Sanes, Daniel Flick, Janis Zimmerman (Plaintiffs) | District of New Jersey | No. 2:23-cv-21163 | Hon. Claire C. Cecchi |
| Lewis et al v. JOHNSON & JOHNSON CONSUMER, INC. et al | Thomas Lewis, Dena Fichot (Plaintiffs) | District of New Jersey | No. 3:23-cv-20816 | Hon. Georgette Castner |
| WARD et al v. JOHNSON & JOHNSON CONSUMER INC | John Jeffrey Ward, Ruta Taito, Karen Schwartz (Plaintiffs) | District of New Jersey | No. 3:23-cv-20818 | Hon. Michael A. Shipp |
| SYGAL et al v. RECKITT BENCKISER LLC | Randall Sygal, Regina Brookshier, Erzen Krica, Allison Sammarco, Hollie Verdi (Plaintiffs) | District of New Jersey | No. 2:23-cv-21090 | Hon. Brian R. Martinotti |
| LEE et al v. THE PROCTER & GAMBLE COMPANY et al | Michael Lee, Toni Heuchan, Jonathan Brandman, Michelle Garza, CeCe Davenport (Plaintiffs) | District of New Jersey | No. 2:23-cv-21126 | Hon. Stanley R. Chesler |