BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re: Oral Phenylephrine Marketing and Sales Practices Litigation** | MDL-3089 |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on November 6, 2023 I caused the foregoing NOTICE OF APPEARANCE to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents via the United States Postal Service first-class mail to the following:

### Defendant Johnson & Johnson Consumer, Inc.

JOHNSON & JOHNSON CONSUMER, INC., a McNeil Consumer Healthcare One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933

### Defendant RB Health (US) LLC

RECKITT BENCKISER LLC, Princeton South Corporate Ctr. Suite 160 100 Charles Ewing Blvd. Ewing, NJ 08628

### Defendant Bayer Healthcare LLC

Corporate Service Company, 251 Little Falls Drive, Wilmington, DE 19808

**Defendant Procter & Gamble Company**

CT CORPORATION SYSTEM, 4400 EASTON COMMONS WAY SUITE 125, COLUMBUS, OH 43219

**Defendant Helen of Troy Limited**

1 Helen of Troy Plaza, El, Paso, Texas 79912

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 6, 2023                               Respectfully submitted,

By: */s/Katrina Carroll*

| | |
|---|---|
| **LYNCH CARPENTER LLP** | **LYNCH CARPENTER LLP** |
| Katrina Carroll (NJ 26212000) | Todd D. Carpenter (SBN 234464)* |
| katrina@lcllp.com | *To be admitted Pro Hac Vice |
| 111 W. Washington Street, Suite 1240 | todd@lcllp.com |
| Chicago, IL 60602 | Scott G. Braden (SBN 305051)* |
| Telephone: 312.750.1265 | *To be admitted Pro Hac Vice |
| | scott@lcllp.com |
| | 1234 Camino del Mar |
| | Del Mar, CA 92014 |
| | Tel:619-762-1910 |
| | Fax:724-656-1556 |
| | |
| | **LYNCH CARPENTER LLP** |
| | Gary Lynch (PA 56887)* |
| | *To be admitted *Pro Hac Vice* |
| | gary@lcllp.com |
| | Kelly K. Iverson (PA 307175)* |
| | *To be admitted *Pro Hac Vice* |
| | kelly@lcllp.com |
| | Patrick Donathen (PA 330416)* |
| | *To be admitted *Pro Hac Vice* |
| | Patrick@lcllp.com |

1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412.322.9243
Facsimile 412.231.0246
*Attorneys for Plaintiffs*