BEFORE THE UNITED STATE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on November 6, 2023, I caused the foregoing NOTICE OF PRESENTATION OF ORAL ARGUMENT to be electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 6, 2023

CLARKSON LAW FIRM, P.C.

*/s/ Glenn A. Danas*
Glenn A. Danas
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (312) 788-4050
Fax: (312) 788-4070
Email: gdanas@clarksonlawfirm.com

*Counsel for Plaintiffs Lateef Murdock, Lorette Kenney, Gwen Lewi, Marcel Perez Pirio, Layne Barter, Jose Cortez Hernandez, Robert Lundin, Jaedon Daniels, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, and Lauren Debeliso*