**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: Oral Phenylephrine Marketing and Sales Practices Litigation** | MDL-3089 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on November 6, 2023 I caused the foregoing NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents via the United States Postal Service first-class mail to the following:

**Defendant Johnson & Johnson Consumer, Inc.**

O'MELVENY & MEYERS LLP Times Square Tower, 7 Times Square, New York, NY 10036
O'MELVENY & MYERS LLP, 610 Newport Center Drive, 17th Fl. Newport Beach, CA 92660

**Defendant RB Health (US) LLC**

MCCARTER & ENGLISH, LLP
Four Gateway Center 100 Mulberry Street, Newark, NJ 07102

HOGAN LOVELLS US LLP
100 International Drive, Suite 2000, Baltimore, MD 21202

**Defendant Bayer Healthcare LLC**

DLA PIPER LLP
51 John F. Kennedy Parkway, Suite 120 Short Hills, NJ 07078-2704

**Defendant Procter & Gamble Company**

COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue, New York, NY 10018-1405

**Defendant Helen of Troy Limited**

1 Helen of Troy Plaza, El, Paso, Texas 79912

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 6, 2023                                    Respectfully submitted,

By: /s/Katrina Carroll

| **LYNCH CARPENTER LLP** | **LYNCH CARPENTER LLP** |
|---|---|
| Katrina Carroll (NJ 26212000) | Todd D. Carpenter (SBN 234464)* |
| katrina@lcllp.com | *To be admitted Pro Hac Vice |
| 111 W. Washington Street, Suite 1240 | todd@lcllp.com |
| Chicago, IL 60602 | Scott G. Braden (SBN 305051)* |
| Telephone: 312.750.1265 | *To be admitted Pro Hac Vice |
| | scott@lcllp.com |
| | 1234 Camino del Mar |
| | Del Mar, CA 92014 |
| | Tel:619-762-1910 |
| | Fax:724-656-1556 |

**LYNCH CARPENTER LLP**
Gary Lynch (PA 56887)*
*To be admitted *Pro Hac Vice*
gary@lcllp.com

Kelly K. Iverson (PA 307175)*
*To be admitted *Pro Hac Vice*
kelly@lcllp.com
Patrick Donathen (PA 330416)*
*To be admitted *Pro Hac Vice*
Patrick@lcllp.com
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412.322.9243
Facsimile 412.231.0246
*Attorneys for Plaintiffs*