BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## SCHEDULE OF RELATED ACTIONS

| Case Title | Case No. | Court | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|
| *Pack v. Johnson & Johnson Consumer, Inc.* | 2:23-cv-01965 | Eastern District of California | Kenneth Levi Pack, Min J. Jung | Johnson & Johnson Consumer Inc.; GlaxoSmithKline Consumer Healthcare Holdings (US) LLC; RB Health (US) LLC; Bayer Healthcare LLC; Sanof-Aventis U.S. LLC; The Proctor & Gamble Company; Church & Dwight Co., Inc.; Walmart Inc.; Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; Amazon.com, Inc.; Does 1-20 |
| *Nelson v. Johnson & Johnson Consumer, Inc.* | 4:23-cv-04875 | Northern District of California | Jordan Nelson, Regina Peralta | Johnson & Johnson Consumer, Inc.; CVS Pharmacy, Inc.; GlaxoSmithKline Consumer Healthcare Holdings (US) LLC; Albertsons Companies, Inc.; Target Corporation; Walmart Inc.; Perrigo Company Plc |

| Case Title | Case No. | Court | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|
| *McPhee v. Johnson & Johnson Consumer, Inc.* | 4:23-cv-05128 | Northern District of California | Christopher McPhee, Justin Vorise | Johnson & Johnson Consumer, Inc.; GlaxoSmithKline Consumer Healthcare Holdings (US) LLC; RB Health (US) LLC; Bayer Healthcare LLC; The Procter & Gamble Company; Church & Dwight Co., Inc.; Walmart Inc.; Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; Amazon.com, Inc.; Does 1-200 |
| *Valdes v. McNeil Consumer Healthcare* | 1:23-cv-23939 | Southern District of Florida | Hector Valdes | McNeil Consumer Healthcare; Procter & Gamble Company; GlaxoSmithKline LLC; Kenvue Inc. |
| *Silva v. Reckitt Benckiser LLC* | 1:23-cv-24112 | Southern District of Florida | Joanne Silva | Reckitt Benckiser LLC; McNeil Consumer Healthcare; Procter & Gamble Company; GlaxoSmithKline LLC; Kenvue, Inc.; Walgreens Inc. |
| *Riccio v. Pfizer Inc.* | 1:23-cv-13843 | Northern District of Illinois | Rose Riccio | Pfizer Inc. |
| *De Priest v. Walgreen Co., et al* | 1:23-cv-14060 | Northern District of Illinois | Hannah De Priest, Frizell Johnson, Ruben Varela | Walgreen Co.; Publix Super Markets, Inc.; Kenvue, Inc.; McNeil Consumer Healthcare; Procter & Gamble Company; CVS Pharmacy, Inc.; GlaxoSmithKline LLC |
| *Hsieh v. Reckitt Benckiser LLC, et al* | 1:23-cv-14404 | Northern District of Illinois | James Hsieh, Dominc Rio, Mohanad Abdelkarim, Steven Checchia | Reckitt Benckiser LLC; Kenvue, Inc.; Procter & Gamble Company; GlaxoSmithKline LLC; Johnson & Johnson Consumer Inc.; Walgreen Co.; and CVS Pharmacy |

| Case Title | Case No. | Court | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|
| *Means v. Johnson & Johnson Consumer Inc.* | 3:23-cv-03494 | Southern District of Illinois | Daryl Means | Johnson & Johnson Consumer Inc.; GlaxoSmithKline Consumer Healthcare Holdings (US) LLC; RB Health (US) LLC; Bayer Healthcare LLC; The Procter & Gamble Company; Walmart, Inc.; Walgreen Co.; Target Corporation; CVS Pharmacy, Inc.; Amazon.com, Inc.; Amazon.com Services LLC; Does 1-20 |
| *Fong v. Johnson & Johnson Consumer Inc., et al* | 2:23-cv-02430 | District of Kansas | Heather Fong | Johnson & Johnson Consumer Inc.; Kenvue, Inc.; Reckitt Benckiser LLC; Pfizer Inc.; Wal-Mart, Inc.; Wal-Mart Stores East, LP |
| *Juneau v. The Procter & Gamble Co.* | 2:23-cv-05273 | Eastern District of Louisiana | Natalie Juneau | The Procter & Gamble Company; GlaxoSmithKline Consumer Healthcare Holdings (US) LLC d/b/a Haleon |
| *Murdock v. RB Health (US) LLC* | 2:23-cv-05846 | Eastern District of Louisiana | Lateef Murdock, Lorette Kenney, Gwen Lewi, Marcel Perez Pirio, Layne Barter, Jose Cortez Hernandez, Robert Lundin, Jaedon Daniels, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, Lauren Debeliso | RB Health (US) LLC; Bayer Healthcare, LLC; GlaxoSmithKline Consumer Healthcare Holdings (US), LLC; Johnson & Johnson Consumer Inc.; Kenvue, Inc.; Procter & Gamble Company; Haleon Plc; Pfizer, Inc. |

3

| Case Title | Case No. | Court | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|
| *Heaghney v. Johnson & Johnson Consumer Inc.* | 4:23-cv-01342 | Eastern District of Missouri | Daniel Heaghney | Johnson & Johnson Consumer Inc.; GlaxoSmithKline Consumer Healthcare Holdings (US) LLC; RB Health (US) LLC; Bayer Healthcare LLC; The Procter & Gamble Company; Walmart, Inc.; Walgreen Co.; Target Corporation; CVS Pharmacy, Inc.; Dierbergs Markets, Inc.; Price Chopper Foods, Incorporated; Amazon.com, Inc.; Amazon.com Services LLC; Does 1-20 |
| *Barton v. RB Health (US) LLC* | 2:23-cv-20370 | District of New Jersey | Erin Barton | RB Health (US) LLC; Johnson & Johnson Consumer Inc.; Proctor & Gamble Company; GlaxoSmithKline Consumer Healthcare Holdings (US) LLC; and Walgreens Inc. |
| *Adkins v. Reckitt Benckiser Pharmaceuticals Inc.* | 2:23-cv-21051 | District of New Jersey | Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, Tina Haluszka | Reckitt Benckiser Pharmaceuticals Inc.; Johnson & Johnson Consumer Inc.; Kenvue Inc.; Bayer Corporation; GSK Consumer Health, Inc. d/b/a Haleon |
| *Wilson v. Johnson & Johnson Consumer, Inc.* | 2:23-cv-21276 | District of New Jersey | Andrea Wilson | Johnson & Johnson Consumer, Inc.; GlaxoSmithKline Consumer Healthcare Holdings (US) d/b/a Haleon; Procter & Gamble Company; RB Health (US) LLC |
| *Jones v. Bayer Corporation* | 2:23-cv-21411 | District of New Jersey | Janet Jones | Bayer Corporation; Haleon US Capital LLC; Johnson & Johnson Consumer Inc.; Kenvue Inc.; The Procter & Gamble Company; Reckitt Benckiser Pharmaceuticals, Inc. |

4

| Case Title | Case No. | Court | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|
| *Rourk v. Haleon, PLC* | 3:23-cv-20478 | District of New Jersey | Sharon Rourk | Haleon, PLC |
| *Chavez v. Johnson & Johnson Consumer, Inc.* | 1:23-cv-00883 | District of New Mexico | Richard Chavez | Johnson & Johnson Consumer, Inc.; GlaxoSmithKline Consumer Healthcare Holdings (US) LLC; RB Health (US) LLC; Bayer Healthcare LLC; The Procter & Gamble Company; Church & Dwight Co., Inc.; Walmart Inc.; Target Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Albertsons Companies Inc.; Amazon.com, Inc. |
| *Coyle v. GlaxoSmithKline, LLC,* | 1:23-cv-07311 | Eastern District of New York | John Coyle | GlaxoSmithKline LLC; Johnson & Johnson Consumer Companies, Inc.; Johnson & Johnson Consumer Inc. (f/k/a McNeil-PPC, Inc.); Kenvue Inc.; Reckitt Benckiser LLC |
| *Travis v. Procter & Gamble Company* | 1:23-cv-00607 | Southern District of Ohio | Tiffany Travis | Procter & Gamble Company; Johnson & Johnson Consumer Inc.; RB Health (US) LLC; GlaxoSmithKline, Consumer Healthcare Holdings (US) LLC |
| *Parker v. Bayer Healthcare, LLC* | 2:23-cv-03663 | Eastern District of Pennsylvania | Rachel Parker | Bayer Healthcare, LLC; GlaxoSmithKline Consumer Healthcare Holdings (US) LLC; Rite Aid Corporation; Walgreen Co. |
| *Kasparie v. Bayer Healthcare, LLC* | 2:23-cv-03783 | Eastern District of Pennsylvania | Michele Kasparie | Bayer Healthcare, LLC; GlaxoSmithKline LLC; Kenvue Inc.; McNeil Consumer Healthcare; Procter & Gamble Company; Target Corporation; Walmart Inc. |

| Case Title | Case No. | Court | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|
| *Benjamin v. GlaxoSmithKline LLC* | 2:23-cv-03856 | Eastern District of Pennsylvania | Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, Anthony Rogers | GlaxoSmithKline LLC; Kenvue, Inc.; McNeil Consumer Healthcare; Procter & Gamble Company; Reckitt Benckiser LLC; Walmart Inc. |
| *Anderson v. The Procter & Gamble Co.* | 2:23-cv-03899 | USDC, Eastern District of Pennsylvania | Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Frank Anderson, Tina Haluszka | The Procter & Gamble Company; Glaxosmithkline LLC; The Kroger Co.; Target Corporation; Walmart Inc. |