<u>**BEFORE THE UNITED STATES JUDICIAL PANEL**</u>
<u>**ON MULTIDISTRICT LITIGATION**</u>

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

## CERTIFICATE OF SERVICE

I, Jay P. Lefkowitz, counsel for Defendants GlaxoSmithKline Consumer Healthcare Holdings (US) LLC and Haleon US Capital LLC[1], hereby certify that on November 6, 2023, I caused the foregoing Notice of Presentation or Waiver of Oral Argument and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Appearance to be served via electronic mail or first-class mail to the following:

***<u>Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.</u>***, **No. 2:23-cv-01965 (E.D. Cal.)**
SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Andrew D. Bluth
1414 K Street, Suite 470
Sacramento, California 95814
Email: crodriguez@singletonschreiber.com
  abluth@singletonschreiber.com
  **Counsel for Plaintiffs: Kenneth Levi Pack and Min Ji Jung**

***<u>Nelson, et al v. Kenvue, Inc., et al</u>***, **4:23-cv-04875 (N.D. Cal.)**
BURSOR & FISHER, P.A.
Sarah N. Westcot
701 Brickell Ave., Suite 1420

---

[1] Counsel represents GlaxoSmithKline Consumer Healthcare Holdings (US) LLC and Haleon US Capital LLC, and appears on behalf of improperly-named defendants GlaxoSmithKline Consumer Healthcare, Inc. (which does not exist), GlaxoSmithKline LLC and Pfizer Inc.

Miami, FL 33131-2800
E-Mail: swestcot@bursor.com

L. Timothy Fisher
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
E-Mail: ltfisher@bursor.com
**Counsel for Plaintiffs: Jordan Nelson and Regina Peralta**

**_McPhee, et al v. Johnson & Johnson Consumer, Inc., et al_ 4:23-cv-05128 (N.D. Cal.)**
SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Andrew D. Bluth
1414 K Street, Suite 470
Sacramento, California 95814
E-Mail: crodriguez@singletonschreiber.com
            abluth@singletonschreiber.com
**Counsel for Plaintiffs: Christopher McPhee and Justin Vorise**

**_Valdes v. McNeil Consumer Healthcare, et al_ 1:23-cv-23939 (S.D. Fla.)**
BUCKNER + MILES
David M. Buckner
Seth Miles
Brett E. von Borke
2020 Salzedo Street, Suite 302
Coral Gables, Florida 33134
E-Mail: david@bucknermiles.com
            seth@bucknermiles.com
            vonborke@bucknermiles.com

CRIDEN & LOVE, P.A.
Kevin B. Love
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
E-Mail: klove@cridenlove.com
**Counsel for Plaintiff: Hector Valdes**

**_Silva v. Reckitt Benckiser LLC, et al_ 1:23-cv-24112 (S.D. Fla.)**
LEÓN COSGROVE JIMÉNEZ, LLP
Derek E. León
Scott B. Cosgrove
Cristina Moreno
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
E-Mail: dleon@leoncosgrove.com
            scosgrove@leoncosgrove.com
            cmoreno@leoncosgrove.com

anoonan@leoncosgrove.com
eperez@leoncosgrove.com
**Counsel for Plaintiff: Joanne Silva**

**_Riccio v. Pfizer Inc._, 1:23-cv-13843 (N.D. Ill.)**
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Email: gklinger@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Nick Suciu III
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Email: nsuciu@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Erin Ruben
900 W. Morgan Street
Raleigh, NC 27603
Email: eruben@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
J. Hunter Bryson
405 E 50th Street
New York, NY 10022
Email: hbryson@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Karl Amelchenko
900 W. Morgan Street
Raleigh, NC 27603
Email: kamelchenko@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Jimmy Mintz
201 Sevilla Ave., 2nd Floor
Coral Gables, FL 33134
Email: jmintz@milberg.com

KOPELOWITZ OSTROW P.A.
Jeff Ostrow
Jonathan M. Streisfeld
Kristen Lake Cardoso
Daniel Tropin
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

Email:  ostrow@kolawyers.com
        streisfeld@kolawyers.com
        cardoso@kolawyers.com

PEARSON WARSHAW, LLP
Melissa S. Weiner
Ryan J. Gott
328 Barry Avenue South, Suite 200
Wayzata, Minnesota 55391
Email:  mweiner@pwfirm.com
        rgott@pwfirm.com
        **Counsel for Plaintiff: Rose Riccio**

***De Priest v. Walgreen Co., et al*, 1:23-cv-14060 (N.D. Ill.)**
DICELLO LEVITT LLP
Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
Blake Stubbs
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Email: alevitt@dicellolevitt.com
        jtangren@dicellolevitt.com
        dschwartz@dicellolevitt.com
        bstubbs@dicellolevitt.com

SEEGER WEISS LLP
Christopher A. Seeger
David R. Buchanan
Scott A. George
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Email: cseeger@seegerweiss.com
        dbuchanan@seegerweiss.com
        sgeorge@seegerweiss.com

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
5 Becker Farm Road
Roseland, New Jersey 07068
Email: jcecchi@carellabyrne.com
        decklund@carellabyrne.com
        jsteele@carellabyrne.com

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
Stuart A. Davidson

225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Email: pgeller@rgrdlaw.com
      sdavidson@rgrdlaw.com
      **Counsel for Plaintiffs: Hannah De Priest, Frizell Johnson, and Ruben Varela**

### *Hsieh v. Reckitt Benckiser LLC, et al,* **1:23-cv-14404 (N.D. Ill.)**
TYCKO & ZAVAREEI LLP
Andrea R. Gold
Hassan A. Zavareei
Leora Friedman
2000 Pennsylvania Avenue, Northwest, Suite 1010
Washington, District of Columbia 20006
Email: agold@tzlegal.com
      hzavareei@tzlegal.com
      lfriedman@tzlegal.com
      **Counsel for Plaintiffs: James Hsieh, Dominic Rio, Mohanad Abdelkarim, and Steven Checchia**

### *Means v. Johnson & Johnson Consumer Inc., et al,* **3:23-cv-03494 (S.D. Ill.)**
SWMW LAW, LLC
Benjamin R. Schmickle
Sophie A. Zavaglia
Benjamin S. McIntosh
701 Market Street, Suite 1000
St. Louis, MO 63101
E-Mail: ben@swmwlaw.com
      sophie@swmwlaw.com
      ben.mcintosh@swmwlaw.com
      **Counsel for Plaintiff: Daryl Means**

### *Fong v. Johnson & Johnson Consumer Inc., et al,* **2:23-cv-02430 (D. Kan.)**
HORN AYLWARD & BANDY, LC
Robert A. Horn
Joseph A. Kronawitter
Taylor P. Foye
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
Email: rhorn@hab-law.com
      jkronawitter@hab-law.com
      tfoye@hab-law.com

GOZA & HONNOLD, LLC
Kirk J. Goza
Bradley D. Honnold
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Email: kgoza@gohonlaw.com

bhonnold@gohonlaw.com

WAGSTAFF & CARTMELL LLP
Thomas P. Cartmell
Tyler W. Hudson
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
        thudson@wcllp.com
        **Counsel for Plaintiff: Heather Fong**

***Juneau v. The Procter & Gamble Company, et al.*, No. 2:23-cv-05273 (E.D. La.)**
KANNER & WHITELEY L.L.C.
Conlee S. Whiteley
701 Camp Street
New Orleans, LA 70130
Email: c.whiteley@kanner-law.com

BIZER & DEREUS
Andrew D. Bizer
3319 St. Claude Ave.
New Orleans, LA 70117
Email: andrew@bizerlaw.com

HONIK LLC
Ruben Honik
David J. Stanoch
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Email: ruben@honiklaw.com
        david@honiklaw.com
        **Counsel for Plaintiff: Natalie Juneau**

***Murdock, et al v. RB Healthcare (US) LLC, et al*, 2:23-cv-05846 (E.D. La.)**
AYLSTOCK, WITKIN, KREIS AND OVERHOLTZ, P.L.L.C.
Reagan C. Thomas (SBN: 38522)
17 E. Main Street Suite 200
Pensacola, FL 32502
Email: rthomas@awkolaw.com

CLARKSON LAW FIRM, P.C.
Ryan J. Clarkson
Shireen M. Clarkson
Glenn Danas
Zarrina Ozari
22525 Pacific Coast Highway
Malibu, CA 90265

Email: rclarkson@clarksonlawfirm.com
        sclarkson@clarksonlawfirm.com
        gdanas@clarksonlawfirm.com
**Counsel for Plaintiffs: Lateef Murdock, Lorette Kenney, Gwen Lewi, Marcel Perez Pirio, Layne Barter, Jose Cortez Hernandez, Robert Lundin, Jaedon Daniels, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, and Lauren Debeliso**

***Heaghney v. Johnson & Johnson Consumer Inc., et al*, 4:23-cv-01342 (E.D. Mo.)**
SWMW LAW, LLC
Benjamin R. Schmickle
Sophie A. Zavaglia
Benjamin S. McIntosh
701 Market Street, Suite 1000
St. Louis, MO 63101
E-Mail: ben@swmwlaw.com
        sophie@swmwlaw.com
        ben.mcintosh@swmwlaw.com
**Counsel for Plaintiff: Daniel Heaghney**

***Barton, et al. v. Reckitt Benckiser LLC, et al.*, No 2:23-cv-20370 (D.N.J.)**
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
5 Becker Farm Road
Roseland, New Jersey 07068
Email: jcecchi@carellabyrne.com
        decklund@carellabyrne.com
        jsteele@carellabyrne.com


DICELLO LEVITT LLP
Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Email: alevitt@dicellolevitt.com
        jtangren@dicellolevitt.com
        dschwartz@dicellolevitt.com

SEEGER WEISS LLP
Christopher A. Seeger
David R. Buchanan
Scott A. George
55 Challenger Road, 6th Floor

Ridgefield Park, New Jersey 07660
Email: cseeger@seegerweiss.com
　　　dbuchanan@seegerweiss.com
　　　sgeorge@seegerweiss.com

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
Stuart A. Davidson
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Email: pgeller@rgrdlaw.com
　　　sdavidson@rgrdlaw.com
　　　**Counsel for Plaintiffs: Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo**

***Adkins, et al v. Reckitt Benckiser Pharmaceuticals Inc., et al*, 2:23-cv-21051 (D.N.J.)**
LEVIN SEDRAN & BERMAN
Charles E. Schaffer
Michael M. Weinkowitz
Nicholas J. Elia
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Email: cschaffer@lfsblaw.com
　　　mweinkowitz@lfsblaw.com
　　　nelia@lfsblaw.com

ROBERT PEIRCE & ASSOCIATES
D. Aaron Rihn
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Email: arihn@peircelaw.com
　　　**Counsel for Plaintiffs: Millard Adkins, Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Recoa Russell, Frank Anderson, and Tina Haluszka**

***Wilson v. Johnson & Johnson Consumer, Inc., et al*, 2:23-cv-21051 (D.N.J.)**
SQUITIERI & FEARON, LLP
Stephen J. Fearon, Jr.
Paul Sweeny
305 Broadway, 7th Floor
New York, New York 10007
Email: stephen@sfclasslaw.com
　　　paul@sfclasslaw.com
　　　**Counsel for Plaintiff: Andrea Wilson**

***Jones v. Bayer Corporation, et al*, 2:23-cv-21411 (D.N.J.)**
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
Steven A. Schwartz
Alex M. Kashurba

Alison G. Gushue
Anthony A. Geyelin
Marissa N. Pembroke
361 W. Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
E-Mail: sas@chimicles.com
  amk@chimicles.com
  agg@chimicles.com
  aag@chimicles.com
  mnp@chimicles.com
  **Counsel for Plaintiff: Janet Jones**

***Rourk v. Haleon, Plc*, 3:23-cv-20478 (D.N.J.)**
THE SULTZER LAW GROUP P.C.
Philip Furia
85 Civi Center Plaza, Suite 200
Poughkeepsie, NY 12601
Email: furiap@thesultzerlawgroup.com

POULIN WILLEY ANASTOPOULO, LLC
Roy T. Willey, IV
Paul J. Doolittle
Blake G. Abbott
32 Ann Street
Charleston, SC 29403
Email: roy.willey@poulinwilley.com
  paul.doolittle@poulinwilley.com
  blake.abbott@poulinwilley.com
  **Counsel for Plaintiff: Sharon Rourk**

***Chavez v. Johnson & Johnson Consumer, Inc., et al*, 1:23-cv-00883 (D.N.M..)**
SINGLETON SCHREIBER, LLP
Brian S. Colón
Robert J. Sánchez
Jacob Payne
6501 Americas Parkway NE, Suite 670
Albuquerque, New Mexico 87110
Email: bcolon@singletonschreiber.com
  rsanchez@singletonschreiber.com
  jpayne@singletonschreiber.com
  **Counsel for Plaintiff: Richard Chavez**

***Coyle v. GlaxoSmithKline, LLC, et al*, No. 1:23-cv-07311 (E.D.N.Y.)**
DOUGLAS & LONDON, P.C.
Gary J. Douglas, Esq.
Michael A. London, Esq.
Virginia E. Anello, Esq.

Anne E. Accettella, Esq.
59 Maiden Lane, 6th Floor
New York, NY 10038
Email: gdouglas@douglasandlondon.com
mlondon@douglasandlondon.com
vanello@douglasandlondon.com
aaccettella@douglasandlondon.com
**Counsel for Plaintiff: John Coyle**

***Travis v. Procter & Gamble Company, et al*, No. 1:23-cv-00607 (S.D. Ohio)**
HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
Alyson S. Beridon
600 Vine St., Suite 2720
Cincinnati, OH 45202
Email: alyson@hsglawgroup.com

HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
Benjamin A. Gastel
Joey Leniski
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Email: ben@hsglawgroup.com
joey@hsglawgroup.com
**Counsel for Plaintiff: Tiffany Travis**

***Parker v. Bayer Corp.*, 2:23-cv-03663 (E.D. Pa.)**
HONIK LLC
Ruben Honik
David J. Stanoch, Of Counsel
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Email: ruben@honiklaw.com
david@honiklaw.com
**Counsel for Plaintiff: Rachel Parker**

***Kasparie v. Bayer Healthcare LLC*, 2:23-cv-03783 (E.D. Pa.)**
BARRACK, RODOS & BACINE
Jeffrey W. Golan
Jeffrey A. Barrack
Andrew J. Heo
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Email: jgolan@barrack.com
jbarrack@barrack.com
aheo@barrack.com

BARRACK, RODOS & BACINE
Stephen R. Basser
Samuel M. Ward
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Email: sbasser@barrack.com
        sward@barrack.com

EMERSON FIRM, PLLC
John G. Emerson
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Email: jemerson@emersonfirm.com
        **Counsel for Plaintiffs: Michele Kasparie and Kimberly James**

***Benjamin v. GlaxoSmithKline LLC*, 2:23-cv-03856 (E.D. Pa.)**
DICELLO LEVITT LLP
Adam J. Levitt
John E. Tangren
Daniel R. Schwartz
Blake Stubbs
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Email: alevitt@dicellolevitt.com
        jtangren@dicellolevitt.com
        dschwartz@dicellolevitt.com
        bstubbs@dicellolevitt.com

SEEGER WEISS LLP
Christopher A. Seeger
David R. Buchanan
Scott A. George
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Email: cseeger@seegerweiss.com
        dbuchanan@seegerweiss.com
        sgeorge@seegerweiss.com

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
James E. Cecchi
Donald A. Ecklund
Jordan M. Steele
5 Becker Farm Road
Roseland, New Jersey 07068
Email: jcecchi@carellabyrne.com
        decklund@carellabyrne.com
        jsteele@carellabyrne.com

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
Stuart A. Davidson
225 NE Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Email: pgeller@rgrdlaw.com
      sdavidson@rgrdlaw.com
      **Counsel for Plaintiffs: Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers**

***Anderson v. The Procter & Gamble Co., et al*, 2:23-cv-03899 (E.D. Pa.)**
LEVIN SEDRAN & BERMAN
Charles E. Schaffer
Michael M. Weinkowitz
Nicholas J. Elia
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Email: cschaffer@lfsblaw.com
      mweinkowitz@lfsblaw.com
      nelia@lfsblaw.com

ROBERT PEIRCE & ASSOCIATES
D. Aaron Rihn
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Email: arihn@peircelaw.com
      **Counsel for Plaintiffs: Rosalyn Anderson, Eli Erlick, Donna Bailey, Rosalie Jackson, Frank Anderson, and Tina Haluszka**

***Defendant: Albertsons Companies Inc.***
*Via Certified Mail*

c/o C T CORPORATION SYSTEM
1555 W Shoreline Dr. Suite 100
Boise, ID 83702

***Defendant: Amazon.com, Inc.***
*Via Email*

K&L GATES LLP
Robert W. Sparkes III
Email: robert.sparkes@klgates.com
1 Congress St.
Boston, MA 02114

***Defendant: Bayer Corporation***
*Via Email*

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

**_Defendant: Bayer Healthcare LLC_**
_Via Email_

DLA PIPER
Christopher G. Campbell
Email: christopher.campbell@us.dlapiper.com
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309

**_Defendant: CVS Pharmacy, Inc._**
_Via Certified Mail_

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

**_Defendant: Church & Dwight Co., Inc._**
_Via Certified Mail_

c/o NATIONAL REGISTERED AGENTS, INC.
820 Bear Tavern Rd.
West Trenton, NJ, 08628

**_Defendant: Dierbergs Markets, Inc._**
_Via Email_

HUSCH BLACKWELL LLP
Michael Klebanov
Email: Michael.Klebanov@huschblackwell.com
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, D.C. 20006-4675

**_Defendant: Johnson & Johnson Consumer Inc._**
_Via Email_

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

**_Defendant: Johnson & Johnson Consumer Companies Inc._**
_Via Email_

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

**_Defendant: Kenvue Inc._**
_Via Email_

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

**_Defendant: The Kroger Co._**
_Via Certified Mail_

THE KROGER CO.
1014 Vine Street
Cincinnati, Ohio 45202-1100

**_Defendant: McNeil Consumer Healthcare_**
_Via Email_

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Email: hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

**_Defendant: Perrigo Company plc_**
_Via Certified Mail_

The Sharp Building
Hogan Place
Dublin, Co. Dublin D02 TY74
Ireland

**_Defendant: Price Chopper Foods, Inc._**
_Via Certified Mail_

c/o Price Chopper Operating Co., Inc.
Att: Legal Department
461 Nott Street
Schenectady, New York 12308

**_Defendant: The Procter and Gamble Company_**
_Via Email_

COVINGTON & BURLING LLP
Andrew Soukop
Email: asoukup@cov.com
850 Tenth Street NW
Washington, D.C. 20001

**_Defendant: Publix Super Markets, Inc._**
_Via Certified Mail_

c/o CORPORATE CREATIONS NETWORK, INC.
801 US Highway 1
North Palm Beach, FL 33408

**_Defendant: Reckitt Benckiser LLC_**
_Via Email_

HOGAN LOVELLS LLP
Lauren S. Colton
Email: lauren.colton@hoganlovells.com
100 International Dr.
Baltimore, MD 21202

**_Defendant: Rite Aid Corporation_**
_Via Certified Mail_

c/o THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

**_Defendant: Sanofi-Aventis U.S. LLC_**
_Via Certified Mail_

c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE 19808

**_Defendant: Target Corporation_**
_Via Certified Mail_

c/o C T CORPORATION SYSTEM
1010 Dale St. N.
St Paul, MN 55117

**_Defendant: Walgreens, Inc._**
_Via Certified Mail_

c/o ILLINOIS CORPORATION SERVICE COMPANY
801 Adlai Stevenson Dr.
Springfield, IL 62703

**_Defendant: Walgreen Co._**
Via Certified Mail

c/o CORPORATION SERVICE COMPANY
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 160
Ewing, NJ 08628

**_Defendant: Walmart, Inc._**
Via Certified Mail

c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

**_Defendant: Wal-Mart Stores East 1 LP._**
Via Certified Mail

c/o C T CORPORATION SYSTEM
820 Bear Tavern Rd.
West Trenton, NJ 08628

Dated: November 6, 2023

Respectfully submitted,

_/s/ Jay P. Lefkowitz_
Jay P. Lefkowitz, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel:    (212) 446-4800
lefkowitz@kirkland.com

_Counsel for GlaxoSmithKline Consumer_
_Healthcare Holdings (US) LLC and Haleon_
_US Capital LLC_