# EXHIBIT A

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

EXHIBIT A TO NOTICE OF PRESENTATION
OR WAIVER OF ORAL ARGUMENT

**6. Short Case Captions**

1. *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 2:23-cv-01965 (E.D. Cal.) (Judge Troy L. Nunley)

    a. Party Represented: Defendant Amazon.com, Inc.

2. *McPhee, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 4:23-cv-05128 (N.D. Cal.) (Judge Haywood S. Gilliam, Jr.)

    a. Party Represented: Defendant Amazon.com, Inc.

3. *Chavez v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:23-cv-00883 (D. N.M.) (Judge Matthew L. Garcia)

    a. Party Represented: Defendant Amazon.com, Inc.

4. *Means v. Johnson & Johnson Holdco (NA), Inc., et al.*, No. 3:23-cv-3494-MAB (S.D. Ill.) (Magistrate Judge Mark A. Beatty)

    a. Parties Represented: Defendant Amazon.com, Inc. and Defendant Amazon.com Services LLC

5. *Heaghney v. Johnson & Johnson Holdco (NA), Inc.*, *et al.*, No. 4:23-cv-1342-PLC (E.D. Mo.) (Magistrate Judge Patricia L. Cohen)

    a. Parties Represented: Defendant Amazon.com, Inc. and Defendant Amazon.com Services LLC