**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

**PROOF OF SERVICE**

I, Robert W. Sparkes, III, counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC, hereby certify that on November 6, 2023, I caused the foregoing Notice of Waiver of Oral Argument to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Waiver of Oral Argument to be served via electronic mail or first-class mail to the following:

***Pack, et al. v. Johnson & Johnson Consumer Cos., Inc., et al.*, No. 2:23-cv-01965 (E.D. Cal.); *McPhee, et al. v. Johnson & Johnson Consumer Cos., Inc., et al.*, No. 4:23-cv-05128 (N.D. Cal.); *Chavez v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:23-cv-00883 (D. N.M.)**

**Counsel for *Pack* Plaintiffs: Kenneth Levi Pack and Min Ji Jung**
**Counsel for *McPhee* Plaintiffs: Christopher McPhee and Justin Vorise**
**Counsel for *Chavez* Plaintiff: Richard Chavez**

*Via ECF*

SINGLETON SCHREIBER, LLP
Christopher R. Rodriguez
Andrew D. Bluth
1414 K Street, Suite 470
Sacramento, California 95814
Email: crodriguez@singletonschreiber.com
Email: abluth@singletonschreiber.com

***Means v. Johnson & Johnson Holdco (NA), Inc., et al.*, No. 3:23-cv-3494 (S.D. Ill.);***
***Heaghney v. Johnson & Johnson Holdco (NA), Inc., et al.*, No. 4:23-cv-1342***

**Counsel for *Means* Plaintiff: Daryl Means**
**Counsel for *Heaghney* Plaintiff: Daniel Heaghney**

*Via Email*

SWMW LAW, LLC
Benjamin S. McIntosh
701 Market St, Ste 1000
St. Louis, MO 63101
Email: ben.mcintosh@swmwlaw.com

**Defendant Albertsons Companies Inc.**
*Via ECF*

WINSTON & STRAWN LLP
Amanda L. Groves
333 S. Grand Avenue
Los Angeles, CA 90071
Email: agroves@winston.com

**Defendant Bayer Healthcare LLC**
*Via ECF*

DLA PIPER LLP (US)
Christopher G. Campbell
1201 West Peachtree St., Suite 2900
Atlanta, GA 30309
Email: christopher.campbell@us.dlapiper.com

**Defendant Church & Dwight Co., Inc.**
*Via ECF*

PROSKAUER ROSE LLP
Baldassare Vinti
11 Times Square
New York, NY  10036
Email: bvinti@proskauer.com

**Defendant CVS Pharmacy, Inc.**
*Via ECF*

GREENBERG TRAURIG
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA  30305
Email: sara.thompson@gtlaw.com

**Defendant GlaxoSmithKline Consumer Healthcare Holdings (US) LLC**
**(incorrectly sued as "GlaxoSmithKline LLC")**
*Via ECF*

KIRKLAND & ELLIS LLP
Jay P. Lefkowitz
601 Lexington Avenue
New York, NY 10022
Email: lefkowitz@kirkland.com

**Defendant Johnson & Johnson Consumer Inc.**
**(incorrectly sued as "Johnson & Johnson Consumer Companies, Inc.")**
*Via ECF*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Times Square Tower
7 Times Square
New York, NY  10036
Email: hchanoine@omm.com

**Defendant Johnson & Johnson Holdco (NA), Inc.**
*Via ECF*

O'MELVENY & MYERS LLP
Hannah Y. Chanoine
Times Square Tower
7 Times Square
New York, NY  10036
Email: hchanoine@omm.com

**Defendant The Procter & Gamble Company**
*Via ECF*

COVINGTON & BURLING LLP
Andrew Soukup
One City Center
850 Tenth Street, NW
Washington, DC 20001
Email: asoukup@cov.com

**Defendant RB Health (US) LLC**
**(incorrectly sued as "Reckitt Benckiser LLC")**
*Via ECF*

HOGAN LOVELLS LLP
Lauren S. Colton
100 International Drive, Suite 2000
Baltimore, MD  21202
Email: lauren.colton@hoganlovells.com

**Defendant Rite Aid Corporation**
*Via ECF*

GREENBERG TRAURIG
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA  30305
Email: sara.thompson@gtlaw.com

**Defendant Sanofi-Aventis U.S. LLC**
*Via First-Class Mail*

c/o CORPORATION SERVICE COMPANY
251 Little Falls Dr.
Wilmington, DE  19808

**Defendant Target Corporation**
*Via ECF*

GREENBERG TRAURIG
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA  30305
Email: sara.thompson@gtlaw.com

**<u>Defendant Walgreen Co.</u>**
*Via ECF*

GREENBERG TRAURIG
Sara K. Thompson
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA  30305
Email: sara.thompson@gtlaw.com

**<u>Defendant Walmart Inc.</u>**
*Via ECF*

KING & SPAULDING LLP
Michael B. Shortnacy
Livia M. Kiser
633 West Fifth Street, Suite 1600
Los Angeles, CA  90071
Email: mshortnacy@kslaw.com
Email: lkiser@kslaw.com

**<u>Defendant Dierbergs Markets, Inc.</u>**
*Via First-Class Mail*

Robert J. Dierberg
16690 Swingley Ridge Road
Chesterfield, MO 63017

**<u>Defendant Price Chopper Foods, Incorporated</u>**
*Via First-Class Mail*

Twyla Ramsey
3401 W Hwy
Thayer, MO 65791

Dated:  November 6, 2023                    Respectfully submitted,


By:  _/s/ Robert W. Sparkes, III_
    Robert W. Sparkes, III
    K&L GATES LLP
    1 Congress Street, Suite 2900
    Boston, MA  02114
    Phone: (617) 951-9134
    Fax:  (617) 261-3175
    Email: robert.sparkes@klgates.com

    *Counsel for Defendants Amazon.com, Inc.*
    *and Amazon.com Services LLC*