BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

CERTIFICATE OF SERVICE

I, Ken Moll, counsel for Plaintiff Shelby Noviskis hereby certify that on November 8, 2023, I caused the foregoing Notice of Presentation of Oral Argument and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Appearance to be served via electronic mail or first-class mail to the following:

***Defendant: Johnson & Johnson Consumer Inc.***
O'MELVENY & MYERS LLP
Hannah Y. Chanoine
hchanoine@omm.com
Times Square Tower
7 Times Square
New York, NY 10036

***Defendant: The Proctor & Gamble Company***
COVINGTON & BURLING LLP
Andrew Soukup
asoukup@cov.com
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

Dated: November 8, 2023

Respectfully submitted,

/s/ *Ken Moll*
Ken Moll

MOLL LAW GROUP
180 N. Stetson Ave, 35th Floor
Chicago, IL 60601
Tel. No.: 312.462.1700
F: 312.756.0045
info@molllawgroup.com

*Counsel for Plaintiff*