BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| In re: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL No. 3089 |
|---|---|

## Schedule of Actions

| Case Caption | Party Represented | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Kristin DePaola vs. The Procter & Gamble Company and McNeil Consumer Healthcare | Kristin DePaola (Plaintiff) | Middle District of Florida | 2:23-cv-00727 | Hon. Sheri Polster Chappell, U.S.D.J. |

Dated: November 8, 2023

**NIGH, GOLDENBERG, RASO, & VAUGHN**

/s/ Marlene Goldenberg
Marlene Goldenberg (MN #0394943)
14 Ridge Square NW
Third Floor
Washington DC 20016
Phone: (612) 445-0202
Email: mgoldenberg@nighgoldenberg.com

**FARR, FARR, EMERICH, CARR & HOLMES, P.A.**

/s/ George T. Williamson
George T. Williamson (FL #83383)
99 Nesbit Street
Punta Gorda, FL 33950
Tel: (941) 639-1158
gwilliamson@farr.com