BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Oral Phenylephrine Marketing and Sales Practices Litigation | MDL No. 3089 |

### Certificate of Service

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, counsel for KRISTIN DEPAOLA, hereby certifies that, on November 8, 2023, the *Notice of Presentation of Oral Argument* was filed electronically with the CM/ECF system, which will send a copy to every party in this MDL via e-mail.

Dated: November 8, 2023

**NIGH, GOLDENBERG, RASO, & VAUGHN**

<u>/s/ Marlene Goldenberg</u>
Marlene Goldenberg (MN #0394943)
14 Ridge Square NW
Third Floor
Washington DC 20016
Phone: (612) 445-0202
Email: mgoldenberg@nighgoldenberg.com

**FARR, FARR, EMERICH, CARR & HOLMES, P.A.**

<u>/s/ George T. Williamson</u>
George T. Williamson (FL #83383)
99 Nesbit Street
Punta Gorda, FL 33950
Tel: (941) 639-1158
gwilliamson@farr.com