**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

**PROOF OF SERVICE**

In compliance with J.P.M.L. Rule 4.1(a), I hereby certify that on November 8, 2023, a copy of the foregoing Notice of Appearance was electronically filed using the CM/ECF system, which constitutes service on registered CM/ECF participants via this Panel's ECF filing system. Dated this 8th day of November, 2023.

Respectfully submitted,

FLEMING, NOLEN & JEZ, LLP

/s/ George M. Fleming
George M. Fleming
Texas State Bar No. 07123000
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-3019
Telephone (713) 621-7944
Fax (713) 621-9638
george_fleming@fleming-law.com

*Attorney for Plaintiffs Emily Hansen, Sommer Milhous and Andrew Gutierrez, individually and on behalf of all others similarly situated*
*N.D.C.A.,* No. 3:23-cv-5466