# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __3089__ & Title - **IN RE**: __ORAL PHENYLEPHRINE MARKETING AND SALES__
__PRACTICES LITIGATION__

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Plaintiff Daniel Heaghney

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

Heaghney v. Johnson & Johnson Consumer Companies, Inc., et al., Eastern District of Missouri, 4:23-cc-01342

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 11/08/2023 | /s/ Benjamin S McIntosh |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Benjamin S McIntosh
SWMW Law, LLC
701 Market Street, Suite 1000, St. Louis, MO 6310**1**

Telephone No.: __(314) 480-5180__          Fax No.: __(314) 932-1566__

Email Address: ben.mcintosh@swmwlaw.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which

the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** Oral Phenylephrine Marketing
and Sales Practices Litigation

**MDL No.   3089**

## PROOF OF SERVICE

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of Benjamin S. McIntosh's Notices of Appearance and this Certificate of Service were served to all parties in the following case electronically via ECF, or as indicated below, on November 09, 2023.

**Heaghney v. Johnson & Johnson Consumer Copmanies, Inc., et al., Eastern District of Missouri, 4:23-cv-1342**

**Defendant Johnson & Johnson Holdco (NA)**
*Via Certified Mail*
CT Corporation System
820 Bear Tavern Road
West Trenton, NJ 08628

**Defendant Amazon.com Services LLC**
*Via Certified Mail*
Corporation Service Company
300 Deschutes Way, SW, Ste 208 MC-CSC1
Tumwater, WA 98501

**Defendant GlaxoSmithKline, LLC**
*Via Electronic Mail*
Jay P. Lefkowitz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
lefkowitz@kirkland.com

**Defendant Reckitt Benckiser, LLC**
*Via Electronic Mail*
Lauren S. Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD
lauren.colton@hoganlovells.com

**Defendant The Proctor & Gamble Company**

*Via Electronic Mail*
Andrew Soukup
Covington & Burling LLP
850 10th Street NW
Washington, DC 20001
asoukup@cov.com

**Defendant Walmart Inc.**

*Via Electronic Mail*
Livia M. Kiser
King & Spalding LLP
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
lkiser@kslaw.com

**Defendant Walgreen Co.**

*Via Electronic Mail*
Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Defendant Target Corporation**

*Via Electronic Mail*
Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Defendant CVS Pharmacy, Inc.**

*Via Electronic Mail*
Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Defendant Amazon.com, Inc.**
*Via Electronic Mail*
Robert W. Sparkes, III
K&L Gates LLP
1 Congress Street, Suite 2900 Boston, MA 02114
robert.sparkes@klgates.com

**Defendant Dierbergs Markets, Inc**.
*Via Certified Mail*
Robert J. Dierberg
16690 Swingley Road
Chesterfield, MO 63017

**Defendant Price Chopper Foods, Incorporated**
*Via Certified Mail*
Twyla Ramsey
3401 W Highway
Thayer, MO 65791

**Defendant Bayer HealthCare, LLC**
*Via Electronic Mail*
Christopher G. Campbell
DLA Piper LLP
1201 W Peachtree Street, Suite 2800
Altanta, GA 30309
chrsitopher.campbell@us.dlapiper.com


Dated this 9th day of November 2023.

*Respectfully Submitted,*

 */s/ Benjamin S. McIntosh*

Benjamin S. McIntosh
SWMW Law, LLC
701 Market Street, Suite 1000
Saint Louis, Missouri 63101
Telephone: (314) 480-5180
Facsimile: (314) 932-1566
ben.mcintosh@swmwlaw.com
**Counsel for Plaintiff Daniel Heaghney**