BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re: Oral Phenylephrine Marketing and Sales Practices Litigation** | MDL-3089 |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on November 9, 2023 I caused the foregoing INTERESTED PARTY RESPONSE OF PLAINTIFFS WARD, TAITO, SCWHARTZ, SYGAL, BROOKSHIER, KRICA, SAMMARCO, VERDI, LEE, HEUCHAN, GARZA, DAVENPORT, SANES, FLICK, ZIMMERMAN, LEWIS, AND FICHOT to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents via the United States Postal Service first-class mail to the following:

**Defendant Johnson & Johnson Consumer, Inc.**

O'MELVENY & MEYERS LLP Times Square Tower, 7 Times Square, New York, NY 10036
O'MELVENY & MYERS LLP, 610 Newport Center Drive, 17th Fl. Newport Beach, CA 92660

**Defendant RB Health (US) LLC**

MCCARTER & ENGLISH, LLP
Four Gateway Center 100 Mulberry Street, Newark, NJ 07102

HOGAN LOVELLS US LLP
100 International Drive, Suite 2000, Baltimore, MD 21202

### Defendant Bayer Healthcare LLC

DLA PIPER LLP
51 John F. Kennedy Parkway, Suite 120 Short Hills, NJ 07078-2704

### Defendant Procter & Gamble Company

COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue, New York, NY 10018-1405

### Defendant Helen of Troy Limited

1 Helen of Troy Plaza, El, Paso, Texas 79912

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 9, 2023                                      Respectfully submitted,

By: */s/Katrina Carroll*

| | |
|---|---|
| **LYNCH CARPENTER LLP** | **LYNCH CARPENTER LLP** |
| Katrina Carroll (NJ 26212000) | Todd D. Carpenter (SBN 234464)* |
| katrina@lcllp.com | *To be admitted Pro Hac Vice |
| 111 W. Washington Street, Suite 1240 | todd@lcllp.com |
| Chicago, IL 60602 | Scott G. Braden (SBN 305051)* |
| Telephone: 312.750.1265 | *To be admitted Pro Hac Vice |
| | scott@lcllp.com |
| | 1234 Camino del Mar |
| | Del Mar, CA 92014 |
| | Tel:619-762-1910 |
| | Fax:724-656-1556 |

**LYNCH CARPENTER LLP**

Gary Lynch (PA 56887)*
*To be admitted *Pro Hac Vice*
gary@lcllp.com
Kelly K. Iverson (PA 307175)*
*To be admitted *Pro Hac Vice*
kelly@lcllp.com
Patrick Donathen (PA 330416)*
*To be admitted *Pro Hac Vice*
Patrick@lcllp.com
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412.322.9243
Facsimile 412.231.0246
*Attorneys for Plaintiffs*