## UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

### PROOF OF SERVICE

In compliance with J.P.M.L. Rule 4.1(a), I hereby certify that on November 9, 2023, a copy of the foregoing Notice of Appearance was electronically filed using the CM/ECF system, which constitutes service on registered CM/ECF participants via this Panel's ECF filing system.

Dated:  November 9, 2023

Respectfully submitted,

By:_____ */s/ Sarah N. Westcot*_____
            Sarah N. Westcot

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 1420
Miami, FL  33131-2800
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: swestcot@bursor.com

*Counsel for Plaintiffs Natasha Hernandez, Jordan Nelson, and Regina Peralta*