**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE LITIGATION** | **MDL DOCKET NO. 3089** |

## NOTICE OF RELATED ACTION

PLEASE TAKE NOTICE that Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, a new case was filed which the undersigned submits relates to the actions subject to the pending Motion for Transfer of Actions in the above-captioned matter.

The following case is currently pending in the United States District Court for the District of Minnesota:

*Robert Etten v. Johnson & Johnson Consumer, Inc., et al.,* No. 0:23-cv-03471

A schedule of actions listing the new case is attached, as well as the current docket report and complaint.

Dated:  November 13, 2023

    /s/Amanda M. Williams
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
Bailey Twyman-Metzger (#400179)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

*Counsel for Plaintiff Robert Etten
D. Minn., 0:23-cv-03471*