**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE LITIGATION** | **MDL DOCKET NO. 3089** |

## <u>PROOF OF SERVICE</u>

In compliance with Rule 4.1(a), I hereby certify that on November 13, 2023, a copy of the foregoing Notice of Related Action was electronically filed using the CM/ECF system, which constitutes service on registered CM/ECF participants via this Panel's ECF filing system.

Dated:  November 13, 2023

  /s/Amanda M. Williams
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
Bailey Twyman-Metzger (#400179)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

***Counsel for Plaintiff Robert Etten
D. Minn., 0:23-cv-03471***