BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I, Lauren S. Colton, counsel for Defendant RB Health (US) LLC, incorrectly sued as "Reckitt Benckiser LLC", "Reckitt Benckiser Pharmaceuticals Inc.", "Reckitt Benckiser Pharmaceuticals, Inc.", "RB Health (US), LLC", "Reckitt & Benckiser LLC", and "Reckitt Benckiser, LLC" hereby certify that on November 6, 2023, I caused a Notice of Waiver of Oral Argument (ECF No. 294) and accompanying Exhibit A to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further caused and/or will cause these same documents to be served via first-class mail to the following:

***Bader, et al. v. Johnson & Johnson Consumer Inc., et al.*, 2:23-cv-02108 (D. Az.)**
Burch & Cracchiolo PA
John Dean Curtis, II
1850 N Central Ave., Ste. 1700
Phoenix, AZ 85004
602-234-8760
Email: jcurtis@bcattorneys.com
    **Counsel for Plaintiffs and the Proposed Class**

***Silva v. Reckitt Benckiser LLC, et al.*, 1:23-cv-24112 (S.D. Fla.)**
LEÓN COSGROVE JIMÉNEZ, LLP
Derek E. León
255 Alhambra Circle, 8th Floor

1

Miami, Florida 33134
Telephone: 305.740.1975
Email: dleon@leoncosgrove.com
	**Counsel for Plaintiff and the Proposed Class**

*Means v. Johnson & Johnson Holdco (NA), Inc.*, **3:23-cv-03494 (S.D. Ill.)**
SWMW Law, LLC
Benjamin S. McIntosh
701 Market St, Ste 1000
St. Louis, MO 63101
314-480-5180
ben.mcintosh@swmwlaw.com
	**Counsel for Plaintiff and the Proposed Class**


*Heaghney v. Johnson & Johnson Holdco (NA), Inc.*, **4:23-cv-01342 (E.D. Mo.)**
SWMW Law, LLC
Benjamin S. McIntosh
701 Market St, Ste 1000
St. Louis, MO 63101
314-480-5180
ben.mcintosh@swmwlaw.com
	**Counsel for Plaintiff and the Proposed Class**


*Isom v. Johnson & Johnson Consumer Inc., et al.*, **2:23-cv-04200 (W.D. Mo.)**
A. W. Smith Law Firm PC
Aaron W. Smith
2100 West Broadway
Columbia, MO 65203
(573) 777-3333
Fax: (573) 443-7301
Email: aw@awsmithlaw.com
	**Counsel for Plaintiff and the Proposed Class**


*Wilson v. Johnson & Johnson Consumer Inc., et al.*, **2:23-cv-21276 (D.N.J.)**
Squitieri & Fearon, LLP
Stephen J. Fearon, Jr.
305 Broadway, 7th Floor
New York, NY 10007
212-421-6492
Email: stephen@sfclasslaw.com
	**Counsel for Plaintiff and the Proposed Class**

***Jones v. Bayer Corporation, et al.*, 2:23-cv-21411 (D.N.J.)**
Chimicles Schwartz Kriner & Donaldson-Smith LLP
Alex M. Kashurba
361 W. Lancaster Avenue
Haverford, PA 19041 610-642-8500
Email: amk@chimicles.com
> **Counsel for Plaintiff and the Proposed Class**

***Rankin v. Harris Teeter, LLC, et al.*, 8:23-cv-02864 (D. Md.)**
Goldberg Law, LLC
Kevin Goldberg
401 Salk Circle
Gaithersburg, MD 20878
301-343-5817
Email: kg@goldberglaw.info
> **Counsel for Plaintiff and the Proposed Class**

***Riccio v. Reckitt Benckiser Pharmaceuticals Inc.*, No. 1:23-cv-13879 (N.D. Ill.)**
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
Erin J. Ruben
eruben@milberg.com
900 W. Morgan Street
Raleigh, NC 27603

PEARSON WARSHAW, LLP
Melissa S. Weiner
Ryan J. Gott
328 Barry Avenue South, Ste 200
Wayzata, Minnesota 55391
mweiner@pwfirm.com
rgott@pwfirm.com
> **Counsel for Plaintiff and the Proposed Class**

***Boonparn v. Reckitt Benckiser Pharmaceuticals Inc. and Reckitt Benckiser LLC*, No. 1:23-cv-06936 (E.D.N.Y.)**
PETER SAMBERG ATTORNEY AT LAW
Peter Samberg
100 Ardsley Ave. West
P.O. Box 73
Ardlsey on Hudson, NY 10503
Email: psamberg@gmail.com
> **Counsel for Plaintiff and the Proposed Class**

***Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 2:23-cv-02426 (D. Kan.)**
BARTON AND BURROWS, LLC
Stacy Burrows
stacy@bartonburrows.com
5201 Johnson Dr., Ste 110
Mission, Kansas 66205
    **Counsel for Plaintiff and the Proposed Class**

***Striegel v. RB Health (US) LLC*, No. 2:23-cv-20552 (D.N.J.)**
POULIN | WILLEY ANASTOPULO, LLC
Roy T. Willey, IV
32 Ann Street
Charleston, SC 29403
Telephone: 803-222-2222
Roy.willey@poulinwilley.com
    **Counsel for Plaintiff and the Proposed Class**

***Grimsley v. Reckitt Benckiser LLC*, No. 3:23-cv-24588 (N.D. Fla.)**
BARON & BUDD, P.C.
Russell W. Budd
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
rbudd@baronbudd.com
    **Counsel for Plaintiff and the Proposed Class**

***Page v. RB Health (US) LLC et al.*, No. 2:23-cv-20962 (D.N.J.)**
CARELLA, BYRNE, CECCHI, BRODY, & ANGELLO, P.C.
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
jcecchi@carellabyrne.com
    **Counsel for Plaintiff and the Proposed Class**

***Sygal et al. v. Reckitt Benckiser LLC*, No. Case 2:23-cv-21090 (D.N.J.)**
LYNCH CARPENTER LLP
Katrina Carroll
111 W. Washington, STE 1240
Chicago, IL 60602
katrina@lcllp.com
    **Counsel for Plaintiffs and the Proposed Class**

***Thompson v. Reckitt Benckiser, LLC*, No. 2:23-cv-01606 (W.D. Wash.)**
AYLSTOCK, WITKIN, KREIS, AND OVERHOLTZ, P.L.L.C.
Chelsie Warner

17 E. Main Street, Suite 200
Pensacola, FL 32502
cwarner@awkolaw.com
      **Counsel for Plaintiff and the Proposed Class**

***Defendant: Johnson & Johnson Holdco (NA), Inc. & Johnson & Johnson Consumer Inc.***
c/o Corporation Service Company
1209 Orange Street
Wilmington, DE 19801

***Defendant: Walmart, Inc.***
c/o C T CORPORATION SYSTEM
820 Bear Tavern Road
West Trenton, NJ 08628

***Defendant: GlaxoSmithKline LLC***
2929 Walnut Street
Ste. 1700
Philadelphia, PA 19104

***Defendant: The Proctor & Gamble Company***
1 P&G Plaza
Cincinnati, OH 45202

***Defendant: Walgreen Co.***
108 Wilmot Rd, MS #2002
Deerfield, IL 60015

***Defendant: Pfizer, Inc.***
c/o C T CORPORATION SYSTEM
28 Liberty Street
New York, NY 10005

***Defendant: Target Corporation***
Target Headquarters
1000 Nicollet Mall
Minneapolis, MN 55403

***Defendant: CVS Pharmacy, Inc.***
One CVS Drive
Woonsocket, RI 02895

***Defendant: Price Chopper Foods, Incorporated***
Twyla Ramsey
3401 W Hwy
Thayer, MO 65791-9379

***Defendant: Amazon.com, Inc.***
410 Terry Ave
N Seattle, WA 981095

***Defendant: Amazon.com Services LLC***
410 Terry Ave
N Seattle, WA 981095

***Defendant: Dierbergs Markets, Inc.***
16690 Swingley Ridge Rd
Chesterfield, MO 63017

***Defendant: Harris Teeter Supermarkets, Inc***.
c/o Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

***Defendant: Harris Teeter, LLC***
c/o Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

***Defendant: Foundation Consumer Brands, LLC***
106 Isabella Street
Pittsburgh, PA. 15212-584

***Defendant: Bayer Healthcare LLC***
100 Bayer Blvd
Whippany, NJ 07981

***Defendant: Kenvue Inc.***
The Corporation Trust Company Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

***Defendant: McNeil Consumer Healthcare***
7050 Camp Hill Road
Fort Washington, PA 19034

***Defendant: Wal-Mart, Inc.  & Wal-Mart Stores East 1, LP***
c/o C T CORPORATION SYSTEM
820 Bear Tavern Road
West Trenton, NJ 08628

**<u>Defendant: Haleon PLC</u>**
184 Liberty Corner Road
Warren, NJ 07059

Dated: November 14, 2023

Respectfully submitted,

By: */s/ Lauren S. Colton*
Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

*Counsel for Defendant RB Health (US) LLC*