**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 3089 |
|---|---|

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Robert Etten | Johnson & Johnson Company, Inc., and The Proctor & Gamble Co. | D. Minn. | 0:23-cv-03471 | Judge Jerry W. Blackwell |