**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL DOCKET NO. 3089** |

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a), I hereby certify that on November 14, 2023, a copy of the foregoing Notice of Related Action was electronically filed using the CM/ECF system, which constitutes service on registered CM/ECF participants via this Panel's ECF filing system.

I further certify that a copy of the Notice of Related Action was served via E-Mail on the following:

Emilie W. Hamilton
O'Melveny & Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 823-7900
ehamilton@omm.com

***Counsel for Johnson & Johnson Consumer, Inc.; D. Minn., 23-cv-03471***

Jeffrey Huberman
Covington & Burling LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5166
jhuberman@cov.com

***Counsel for The Proctor & Gamble Co.; D. Minn., 23-cv-03471***

Dated: November 14, 2023

/s/Amanda M. Williams
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
Bailey Twyman-Metzger (#400179)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

***Counsel for Plaintiff Robert Etten
D. Minn., 0:23-cv-03471***