BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I, Hannah Chanoine, counsel for Defendant Johnson & Johnson Consumer Inc., hereby certify that on November 14, 2023, I caused the foregoing Corporate Disclosure Statement and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Corporate Disclosure Statement to be served via electronic mail to the following:

***Etten v. Johnson & Johnson Consumer, Inc. et al.*, No. 0:23-cv-03471 (D. Minn.)**
Daniel E. Gustafson
Amanda M. Williams
Bailey Twyman-Metzger
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
btwymanmetzger@gustafsongluek.com
        **Attorneys for Plaintiff Robert Etten**

Dated:  November 14, 2023            Respectfully submitted,

                                                            /s/ *Hannah Chanoine*
                                                            Hannah Chanoine
                                                            O'MELVENY & MYERS LLP
                                                            7 Times Square
                                                            New York, NY 10036

Tel: (212) 326-2128
hchanoine@omm.com

*Counsel for Defendant Johnson & Johnson Consumer Inc.*