BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 3089 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a), I hereby certify that on November 15, 2023, a copy of the foregoing Notice of Appearance was electronically filed using the CM/ECF system, which constitutes service on registered CM/ECF participants via this Panel's ECF filing system, including the following:

Hannah Chanoine
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
(212) 326-2128
hchanoine@omm.com

Emilie W. Hamilton
O'Melveny & Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 823-7900
ehamilton@omm.com

*Counsel for Johnson & Johnson Consumer, Inc.; D. Minn., 23-cv-03471*

Jeffrey Huberman
Covington & Burling LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5166
jhuberman@cov.com

*Counsel for The Proctor & Gamble Co.; D. Minn., 23-cv-03471*

Dated:  November 15, 2023

/s/Amanda M. Williams
Amanda M. Williams (#341691)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
awilliams@gustafsongluek.com

*Counsel for Plaintiff Robert Etten D. Minn., 0:23-cv-03471*