BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

SCHEDULE OF ACTIONS

| Case Title | Case No. | Court | Plaintiff | Defendants |
|---|---|---|---|---|
| *Enriquez v. The Procter & Gamble Company, et al.*, | 3:23-cv-05715 | Northern District of California | Greg Enriquez | The Procter & Gamble Company and Walgreens Boots Alliance, Inc. |