**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

## CERTIFICATE OF SERVICE

I, Andrew Soukup, counsel for Defendant The Procter & Gamble Company, hereby certify that on November 15, 2023, I caused the foregoing Notice of Related Actions and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.   I further will cause the Notice of Related Actions to be served via electronic mail to the following:

***Enriquez v. The Procter & Gamble Company, et al.*** **Case No. 3:23-cv-05715 (N.D. Cal.)**
Adam J. Zapala
Elizabeth T. Castillo
James G. Dallal
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett
COTCHETT PITRE & McCARTHY, LLP
40 Worth Street, Suite 602
New York, NY 10013
Phone: (212) 201-6820
abarnett@cpmlegal.com
        **Counsel for Plaintiff: Greg Enriquez**

***Defendant: Walgreens Boots Alliance, Inc.***
Sara K. Thompson
GREENBERG TRAURIG
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2392
Sara.thompson@gtlaw.com


Dated:    November 15, 2023

Respectfully submitted,

By: */s/ Andrew Soukup*
Andrew Soukup
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5066
asoukup@cov.com

*Counsel for Defendant The Procter &*
*Gamble Company*