BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 3089 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a), I hereby certify that on November 15, 2023, a copy of the foregoing Notice of Presentation of Oral Argument was electronically filed using the CM/ECF system, which constitutes service on registered CM/ECF participants via this Panel's ECF filing system.

Dated:  November 15, 2023

 /s/*Amanda M. Williams*
Amanda M. Williams (#341691)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
awilliams@gustafsongluek.com

*Counsel for Plaintiff Robert Etten*
*D. Minn., 0:23-cv-03471*