BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: Oral Phenylephrine Marketing and Sales Practices Litigation* | )<br>) MDL No. 3089<br>)<br>) |

### NOTICE OF POTENTIAL TAG-ALONG ACTION

Per Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Tamula Chamberlain advises of the potential tag-along action listed on the attached Schedule of Actions.

The docket sheet and complaint for the potential tag-along actions is attached.

Dated: November 20, 2023

Respectfully submitted,

By: /s/ Alyson S. Beridon
Alyson S. Beridon, Trial Attorney (#87496)
**Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC**
600 Vine St., Suite 2720
Cincinnati, OH 45202
Ph: (513) 381-2224
Fax: (615) 994-8625
alyson@hsglawgroup.com

*Counsel for Plaintiff Tamula Chamberlain*