BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: Oral Phenylephrine Marketing and Sales Practices Litigation* ) ) ) ) | MDL No. 3089 |

**SCHEDULE OF ACTIONS**

| Style of Case | Case No. | Jurisdiction | Judge |
|---|---|---|---|
| *Chamberlain v. Johnson and Johnson Consumer, Inc.; RB Health LLC; and Glaxosmithkline Consumer Healthcare Holdings (US) LLC* | 2:23-cv-04435 | E.D. Pennsylvania | Hon. Kai N. Scott |