**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| *In re: Oral Phenylephrine* ) | |
| *Marketing and Sales Practices* ) | **MDL No. 3089** |
| *Litigation* ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2023, a copy of the foregoing document was filed on the Court's CM/ECF system, which sends notice of the same to all parties. I further caused the foregoing to be served on the following in the manner indicated:

**Defendant: Johnson & Johnson Consumer Inc (via Electronic Mail)**
David J. Dirisamer
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, OH 43215
david.dirisamer@btlaw.com

**Defendant: RB Health LLC (via Electronic Mail)**
Lauren S. Colton
Julie R. Schindel
HOGAN LOVELLS US LLP
100 International Dr. Suite 2000
Baltimore, MD 21202
Lauren.colton@hoganlovells.com
Julie.schindel@hoganlovells.com

**Defendant: GlaxoSmithKline Consumer Healthcare Holdings (US), LLC (via Electronic Mail)**
Aaron Stevenson
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Aaron.stevenson@kirkland.com

                                              */s/ Alyson S. Beridon*
                                              Alyson S. Beridon