BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE-MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 3089 |
|---|---|

SCHEDULE OF ACTIONS

| Case Caption | Parties Represented | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| *Heaghney v. Johnson & Johnson Consumer Inc. et al.* | Daniel Heaghney | Eastern District of Missouri | 4:23-cv-01342 | Hon. Patricia L. Cohen |
| *Means v. Johnson & Johnson Consumer Inc. et al.* | Daryl Means | Southern District of Illinois | 3:23-cv-03494 | Hon. Mark A Beatty |