BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE-MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 3089 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on November 20, 2023 I caused the foregoing INTERESTED PARTY RESPONSE to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents via email or certified mail as indicated to the following:

**Defendant Johnson & Johnson Holdco (NA)**
*Via Certified Mail*
CT Corporation System
820 Bear Tavern Road
West Trenton, NJ 08628

**Defendant Amazon.com Services LLC**
*Via Certified Mail*
Corporation Service Company
300 Deschutes Way, SW, Ste 208 MC-CSC1
Tumwater, WA 98501

**Defendant GlaxoSmithKline, LLC**
*Via Electronic Mail*
Jay P. Lefkowitz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

lefkowitz@kirkland.com

**Defendant Reckitt Benckiser, LLC**
*Via Electronic Mail*
Lauren S. Colton
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD
lauren.colton@hoganlovells.com

**Defendant The Proctor & Gamble Company**
*Via Electronic Mail*
Andrew Soukup
Covington & Burling LLP
850 10th Street NW
Washington, DC 20001
asoukup@cov.com

**Defendant Walmart Inc.**
*Via Electronic Mail*
Livia M. Kiser
King & Spalding LLP
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
lkiser@kslaw.com

**Defendant Walgreen Co.**
*Via Electronic Mail*
Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Defendant Target Corporation**
*Via Electronic Mail*
Sara K. Thompson
Greenberg Traurig
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Defendant CVS Pharmacy, Inc.**
*Via Electronic Mail*
Sara K. Thompson
Greenberg Traurig

3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
sara.thompson@gtlaw.com

**Defendant Amazon.com, Inc.**
*Via Electronic Mail*
Robert W. Sparkes, III
K&L Gates LLP
1 Congress Street, Suite 2900 Boston, MA 02114
robert.sparkes@klgates.com

**Defendant Dierbergs Markets, Inc**.
*Via Certified Mail*
Robert J. Dierberg
16690 Swingley Road
Chesterfield, MO 63017

**Defendant Price Chopper Foods, Incorporated**[1]
*Via Certified Mail*
Twyla Ramsey
3401 W Highway
Thayer, MO 65791

**Defendant Bayer HealthCare, LLC**
*Via Electronic Mail*
Christopher G. Campbell
DLA Piper LLP
1201 W Peachtree Street, Suite 2800
Altanta, GA 30309
chrsitopher.campbell@us.dlapiper.com

---

[1] Price Chopper to be dismissed in underlying action and substituted for correct party.

Respectfully Submitted,
SWMW LAW, LLC

By:   ***/s/ Benjamin S. McIntosh*** 
Benjamin R. Schmickle, MO Bar #57064
Sophie A. Zavaglia, MO Bar #66348
Benjamin S. McIntosh, MO Bar #68248
ben@swmwlaw.com
sophie@swmwlaw.com
ben.mcintosh@swmwlaw.com
Attorneys for Plaintiff
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile