## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089** |

## CERTIFICATE OF SERVICE

I, Lauren S. Colton, counsel for Defendant RB Health (US) LLC, incorrectly sued as "Reckitt Benckiser LLC" and/or "RB Health LLC", hereby certify that on November 22, 2023, I caused the foregoing Notice of Appearance and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further will cause the Notice of Appearance to be served via first-class mail to the following:

***Silva v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-24112 (S.D. Fla.)**
**Counsel for Plaintiff Joanne Silva**
LEÓN COSGROVE JIMÉNEZ, LLP
Derek E. León
255 Alhambra Circle, 8th Floor
Miami, FL 33134
dleon@leoncosgrove.com

***Chamberlain v. Johnson & Johnson Consumer, Inc. et al.*, No. 2:23-cv-04435 (E.D. Pa.)**
**Counsel for Plaintiff Tamula Chamberlain**
Barrack, Rodos & Bacine
Jeffrey W. Golan
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
jgolan@barrack.com

Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC
Benjamin A. Gastel
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
ben@hsglawgroup.com

**_Defendant: McNeil Consumer Healthcare_**
The Corporation Trust Company Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

99 Washington Avenue, 6th Floor
Albany, NY 12231

7050 Camp Hill Road
Fort Washington, PA 19034

**_Defendant: Proctor & Gamble Company_**
1 P&G Plaza
Cincinnati, OH 45202

**_Defendant: GlaxoSmithKline LLC_**
2929 Walnut Street
Ste. 1700
Philadelphia, PA 19104

**_Defendant: Kenvue, Inc._**
The Corporation Trust Company Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

C T Corporation System
28 Liberty Street
New York, NY 10005

**_Defendant: Walgreens Inc._**
108 Wilmot Rd, MS #2002
Deerfield, IL 60015

**_Defendant: Johnson & Johnson Consumer, Inc._**
c/o Corporation Service Company
1209 Orange Street
Wilmington, DE 19801

Dated: November 22, 2023                    Respectfully submitted,

                                            By: _/s/ Lauren S. Colton_
                                            Lauren S. Colton
                                            HOGAN LOVELLS US LLP
                                            100 International Drive
                                            Suite 2000
                                            Baltimore, MD 21202
                                            Telephone: (410) 659-2733
                                            Lauren.colton@hoganlovells.com

                                            _Counsel for Defendant RB Health (US) LLC_