BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

ATTACHMENT A TO CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for RB Health (US) LLC (incorrectly sued as "Reckitt Benckiser LLC"[1] and/or "RB Health LLC"), certifies that this party is a non-governmental corporate party and that:

This party's parent corporation(s) are listed below:

RB Health (US) LLC is a direct, wholly-owned subsidiary of Mead Johnson Nutrition Company, which is an indirect wholly-owned subsidiary of Reckitt Benckiser Group plc. Reckitt Benckiser Group plc has no parent corporations.

---

[1] "Reckitt Benckiser LLC" is not a proper defendant in this litigation as this entity has no products implicated in this any of the actions filed to date.

1