BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

ATTACHMENT B TO CORPORATE DISCLOSURE STATEMENT –
LIST OF ACTIONS

- *Silva v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-24112 (S.D. Fla.)
    - Party represented: RB Health (US) LLC (incorrectly sued as Reckitt Benckiser LLC)

- *Chamberlain v. Johnson & Johnson Consumer, Inc. et al.*, No. 2:23-cv-04435 (E.D. Pa.)
    - Party represented: RB Health (US) LLC (incorrectly sued as RB Health LLC)