BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ORAL PHENYLEPHRINE MARKETING:
AND SALES PRACTICES LITIGIATION                                  MDL No: **3089**

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules and Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance and Proof of Service were served on all parties in the following cases electronically via ECF, or as indicated below, on November 22, 2023.

**Enriquez, et al. v. The Procter & Gamble Company, et al. 3:23-cv-05715-TLT (N.D. Cal.)**

**Served via First Class Mail and Email Upon:**
Andrew Soukup
Jeffrey Huberman
Dillon Grimm
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5066
asoukup@cov.com
jhuberman@cov.com
dgrimm@cov.com
**Counsel for Defendant: The Procter & Gamble Company**


**Served via First Class Mail and Email Upon:**
Dale Rose Goldstein
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone (212) 801-6459
**Counsel for Defendant: Walgreen Co.**


**Served via First Class Mail Upon:**
ILLINOIS CORPORATION SERVICE COMPANY
801 Adlai Stevenson Dr
Springfield, IL 62703-4261
**Corporation served for Defendant: Walgreens Boots Alliance, Inc.**

and

**Served via First Class Mail and Email Upon:**
Sara K. Thompson
GREENBERG TRAURIG
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2392
Sara.thompson@gtlaw.com
**Counsel for Defendant: Walgreens Boots Alliance, Inc.**
(Waiver of service on behalf of Defendant has not yet been executed, but counsel has filed a notice of appearance on behalf of Defendant in the MDL 3089)

Dated: November 22, 2023      Respectfully submitted,

  /s/ *Alexander E. Barnett*
Alexander E. Barnett
**COTCHETT PITRE & McCARTHY, LLP**
40 Worth Street, Suite 602
New York, NY 10013
Phone: (212) 201-6820
Fax: (917) 398-7753
abarnett@cpmlegal.com

Adam J. Zapala
Elizabeth T. Castillo
James G. Dallal
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

*Counsel for Plaintiff Greg Enriquez*