BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE ORAL PHENYLEPHRINE MARKETING: AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

## SCHEDULE OF ACTIONS

| PLAINTIFF | DEFENDANTS | DISTRICT | CIVIL ACTION No. | JUDGE |
|---|---|---|---|---|
| Greg Enriquez | THE PROCTER & GAMBLE COMPANY; WALGREENS BOOTS ALLIANCE, INC.; WALGREEN CO. | N.D. Cal. | 3:23-cv-05715-TLT | Judge Trina L. Thompson |

Dated: November 22, 2023

Respectfully submitted,

 /s/ Alexander E. Barnett
Alexander E. Barnett
**COTCHETT PITRE & McCARTHY, LLP**
40 Worth Street, Suite 602
New York, NY 10013
Phone: (212) 201-6820
Fax: (917) 398-7753
abarnett@cpmlegal.com

Adam J. Zapala
Elizabeth T. Castillo
James G. Dallal
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

*Counsel for Plaintiff Greg Enriquez*

1