BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ORAL PHENYLEPHRINE MARKETING: AND SALES PRACTICES LITIGATION | MDL NO. 3089 |

## EXHIBIT TO NOTICE OF RELATED ACTION

On November 15, 2023, Defendant, The Procter & Gamble Company, Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation filed a Notice of Related Action to notify the Panel of the following related class action: *Enriquez, individually and on behalf of all others similarly situated, v. The Procter & Gamble Company, et al.*, No. 3:23-cv-05715 (N.D. Cal.). (MDL No. 3089, Dkt. No. 318, 318-1, 318-2, 318-3).

Plaintiff Enriquez has amended the complaint in the above-referenced *Enriquez* class action, adding as a named Defendant Walgreen Co. Accordingly, Plaintiff Enriquez files this Exhibit to the Notice of Related Action to notify the Panel of the amendment to the above-referenced *Enriquez* class action.

A copy of Schedule of Actions and the amended Complaint and Docket Sheet from the *Enriquez* class action are attached.

Dated: November 22, 2023        Respectfully submitted,

                                                       */s/ Alexander E. Barnett*
                                                      Alexander E. Barnett
                                                      **COTCHETT PITRE & McCARTHY, LLP**
                                                      40 Worth Street, Suite 602
                                                      New York, NY 10013
                                                      Phone: (212) 201-6820
                                                      Fax: (917) 398-7753
                                                     abarnett@cpmlegal.com

Adam J. Zapala
Elizabeth T. Castillo
James G. Dallal
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

*Counsel for Plaintiff Greg Enriquez*