BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE ORAL PHENYLEPHRINE MARKETING: AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

## SCHEDULE OF ACTIONS

| PLAINTIFF | DEFENDANTS | DISTRICT | CIVIL ACTION No. | JUDGE |
|---|---|---|---|---|
| Greg Enriquez | THE PROCTER & GAMBLE COMPANY; WALGREENS BOOTS ALLIANCE, INC.; WALGREEN CO. | N.D. Cal. | 3:23-cv-05715-TLT | Judge Trina L. Thompson |

Dated: November 22, 2023                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Alexander E. Barnett*
　　　　　　　　　　　　　　　　　　　　Alexander E. Barnett
　　　　　　　　　　　　　　　　　　　　**COTCHETT PITRE & McCARTHY, LLP**
　　　　　　　　　　　　　　　　　　　　40 Worth Street, Suite 602
　　　　　　　　　　　　　　　　　　　　New York, NY 10013
　　　　　　　　　　　　　　　　　　　　Phone: (212) 201-6820
　　　　　　　　　　　　　　　　　　　　Fax: (917) 398-7753
　　　　　　　　　　　　　　　　　　　　abarnett@cpmlegal.com

　　　　　　　　　　　　　　　　　　　　Adam J. Zapala
　　　　　　　　　　　　　　　　　　　　Elizabeth T. Castillo
　　　　　　　　　　　　　　　　　　　　James G. Dallal
　　　　　　　　　　　　　　　　　　　　**COTCHETT, PITRE & McCARTHY, LLP**
　　　　　　　　　　　　　　　　　　　　840 Malcolm Road
　　　　　　　　　　　　　　　　　　　　Burlingame, CA 94010
　　　　　　　　　　　　　　　　　　　　Phone: (650) 697-6000
　　　　　　　　　　　　　　　　　　　　Fax: (650) 697-0577
　　　　　　　　　　　　　　　　　　　　azapala@cpmlegal.com
　　　　　　　　　　　　　　　　　　　　ecastillo@cpmlegal.com
　　　　　　　　　　　　　　　　　　　　jdallal@cpmlegal.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Greg Enriquez*