**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** Oral Phenyledrine Marketing and            MDL No. 3089
Sales Practices Litigation

**PROOF OF SERVICE**

In compliance with J.P.M.L. R. 4.1(a), I certify that the foregoing document was filed on the Panel's CM/ECF system, which will send a copy to every party in this MDL by e-mail.

Dated: November 22, 2023            Respectfully submitted,

                                                                     /s/ William F. Cash III

                                                                     William F. Cash III
                                                                     **LEVIN PAPANTONIO RAFFERTY**
                                                                     316 S. Baylen Street #600
                                                                     Pensacola, Florida 32502
                                                                     Phone: 850-435-7059
                                                                     bcash@levinlaw.com

                                                                     *Counsel for Darrell Grimsley, Jr., Van Gandy, Joy Taylor, and Anthony Coleman*