BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Oral Phenyledrine Marketing and  MDL No. 3089
Sales Practices Litigation

**MOTION FOR LEAVE OF FOUR PLAINTIFFS
TO FILE A NOTICE OF PRESENTATION OF ORAL ARGUMENT**

Darrell Grimsley, Jr., Van Gandy, Joy Taylor, and Anthony Coleman, plaintiffs in two actions, move for leave to file their notice of presentation of oral argument. This motion is filed under J.P.M.L. Rule 6.3.

These plaintiffs timely filed their interested party response on October 25, 2023. (Doc. 223.) These plaintiffs filed their notice of presentation of oral argument today. (Doc. 330.) Counsel intended to file this notice timely, but due to a calendaring error, the filing was missed. Counsel regrets the error and seeks the Panel's consideration in permitting him to present argument on behalf of these plaintiffs at the hearing on November 30.

The Panel's consideration would be appreciated.

Dated: November 22, 2023

Respectfully submitted,

/s/ William F. Cash III

William F. Cash III
**LEVIN PAPANTONIO RAFFERTY**
316 S. Baylen Street #600
Pensacola, Florida 32502
Phone: 850-435-7059
bcash@levinlaw.com

*Counsel for Darrell Grimsley, Jr., Van Gandy, Joy Taylor, and Anthony Coleman*

1