BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Oral Phenyledrine Marketing and　　　　　　　MDL No. 3089
Sales Practices Litigation

## PROOF OF SERVICE

In compliance with J.P.M.L. R. 4.1(a), I certify that the foregoing document was filed on the Panel's CM/ECF system, which will send a copy to every party in this MDL by e-mail.

Dated: November 22, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ William F. Cash III

　　　　　　　　　　　　　　　　　　　　　William F. Cash III
　　　　　　　　　　　　　　　　　　　　　**LEVIN PAPANTONIO RAFFERTY**
　　　　　　　　　　　　　　　　　　　　　316 S. Baylen Street #600
　　　　　　　　　　　　　　　　　　　　　Pensacola, Florida 32502
　　　　　　　　　　　　　　　　　　　　　Phone: 850-435-7059
　　　　　　　　　　　　　　　　　　　　　bcash@levinlaw.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Darrell Grimsley, Jr., Van Gandy, Joy Taylor, and Anthony Coleman*

1