BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |

## CERTIFICATE OF SERVICE

I, Lauren S. Colton, counsel for Defendant RB Health (US) LLC, incorrectly sued as "Reckitt Benckiser LLC", hereby certify that on January 31, 2024, I caused the foregoing Notice of Potential Tag-Along Action and this Certificate of Service to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants via this Panel's ECF filing system pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. I further caused and/or will cause the Notice of Potential Tag-Along Action to be served via first-class mail to the following:

*Hadden et al. v. The Procter and Gamble Company et al.*, **No. 3:24-cv-00035 (N.D. Fla.)**
**Counsel for Plaintiffs Haley Hadden and Bonnie Van Noy**

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Rebecca D. Gilliland
301 St. Louis Street
Mobile, AL 36602
(251) 308-1515
Rebecca.gilliland@beasleyallen.com

*Defendant: The Procter and Gamble Company*
1 P&G Plaza
Cincinnati, OH 45202

1

***Defendant: Johnson and Johnson Consumer Companies, Inc.***
c/o Corporation Service Company
1209 Orange Street
Wilmington, DE 19801

| | |
|---|---|
| Dated: January 31, 2024 | Respectfully submitted, |
| | By: */s/ Lauren S. Colton* |
| | Lauren S. Colton |
| | HOGAN LOVELLS US LLP |
| | 100 International Drive |
| | Suite 2000 |
| | Baltimore, MD 21202 |
| | Telephone: (410) 659-2733 |
| | Lauren.colton@hoganlovells.com |
| | *Counsel for Defendant RB Health (US) LLC* |