**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: ORAL** | ) | |
| **PHENYLEPHRINE** | ) | **MDL No. 3089** |
| **MARKETING AND SALES** | ) | |
| **PRACTICES LITIGATION** | ) | |

**NOTICE OF OPPOSITION (CTO-7)**

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff John Boswell submits this opposition to conditional transfer order (CTO-7) as it relates to the following case.

**Boswell v. Walgreens Boots Alliance, Inc. et al, N.D. Illinois, 1:24-cv-01412**

Dated: March 8, 2024                    Respectfully submitted,


By: */s/Elizabeth C. Chavez, Esq.*


Elizabeth C. Chavez, Esq. (6323726)
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
1541 East Fabyan Parkway, Suite 101
Geneva, IL 60134
Tel. No.: (630) 232-7450
Fax No.: (630) 232-7452
Email: ecc@fmcolaw.com


*Counsel for Plaintiff John Boswell*