BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) MDL No. 3089 |

## PLAINTIFF JOHN BOSWELL'S MOTION TO WITHDRAW OPPOSITION TO CTO (CTO-7)

Plaintiff John Boswell filed a Notice of Opposition (CTO-7) on March 8, 2024, at which time he intended to file a Motion to Remand the underlying matter (identified below). Plaintiff John Boswell has since decided not to oppose removal of the underlying action to the Northern District of Illinois or the Conditional Transfer Order (CTO-7) and hereby moves this honorable Court to enter an Order withdrawing his Notice of Opposition (CTO-7).

**Boswell v. Walgreens Boots Alliance, Inc. et al, N.D. Illinois, 1:24-cv-01412**

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully withdrawals his Notice of Opposition (CTO-7).

Dated: March 21, 2024

Respectfully submitted,

By: */s/Elizabeth C. Chavez, Esq.*

Elizabeth C. Chavez, Esq. (6323726)
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
1541 East Fabyan Parkway, Suite 101
Geneva, IL 60134
Tel. No.: (630) 232-7450
Fax No.: (630) 232-7452
Email: ecc@fmcolaw.com

*COUNSEL FOR THE PLAINTIFF*

1

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion to Withdraw Opposition to CTO (CTO-7) were served on all parties in the following cases electronically via ECF, or as indicated below, on March 21, 2024.

**Boswell v. Walgreens Boots Alliance, Inc. et al, N.D. Illinois, 1:24-cv-01412**

Clerk of Court, U.S. District Court for the Northern District of Illinois (Eastern Division)
(via Certified Mail)
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Gregory E. Ostfeld
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 476-5056
Facsimile: (312) 899-0420
Email Address: ostfeldg@gtlaw.com

Sara K. Thompson
Greenberg Traurig, LLP
3333 Piedmont Rd NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email Address: sara.thompson@gtlaw.com

*Counsel for Defendants*

Dated: March 21, 2024                    Respectfully submitted,

By: */s/Elizabeth C. Chavez, Esq.*

Elizabeth C. Chavez, Esq. (6323726)
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
1541 East Fabyan Parkway, Suite 101
Geneva, IL 60134

Tel. No.: (630) 232-7450
Fax No.: (630) 232-7452
Email: ecc@fmcolaw.com

*Counsel for Plaintiff John Boswell*