UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ORAL PHENYLEPHRINE MARKETING AND
SALES PRACTICES LITIGATION**

| | | |
|---|---|---|
| Boswell v. Walgreens Boots Alliance, Inc. et al., | ) | |
| N.D. Illinois, C.A. No. 1:24-01412 | ) | MDL No. 3089 |

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action *(Boswell)* on March 5, 2024. Prior to expiration of that order's 7-day stay of transmittal, plaintiff *Boswell* filed a notice of opposition to the proposed transfer order. Plaintiff has withdrawn the notice of opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-7" filed on March 5, 2024, is LIFTED. This action is transferred to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Brian M. Cogan.

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel