BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089 |
|---|---|

## AMENDED CERTIFICATE OF SERVICE

I, Sara K. Thompson, counsel for Defendants Walgreen Co. and Walmart Inc. hereby certify that on April 9, 2024, I caused the foregoing Notice of Related Actions to be electronically filed with the Clerk of the Panel using the CM/ECF system, which constitutes service of pleadings on registered CM/ECF participants pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.  I further will cause the foregoing documents to be served to the following:

**Clerk of Court, U.S. District Court for the Southern District of West Virginia (Charleston)**
Robert C. Byrd United States Courthouse
300 Virginia Street, East, Suite 2400
Charleston, WV 25301

**Charles R. Webb**
THE WEBB LAW CENTER
716 Lee Street East
Charleston, WV 25301
304/344-9322
Fax: 304/344-1157
Email: rusty@rustywebb.com

*Counsel for Plaintiff Bethany Childers*

**Corporation Service Company**
2626 Glenwood Ave., Suite 550
Raleigh, NC 27608-1370

*Registered Agent for Family Dollar, LLC*

**Corporation Service Company**
300 S Spring St., Suite 900300
Little Rock, AR 72201-2444

*Registered Agent for Dolgencorp, Inc.*

Dated:   April 9, 2024                                Respectfully submitted,

                                                                                             By: */s/ Sara K. Thompson*
                                                                                                Sara K. Thompson
                                                                                                GREENBERG TRAURIG, LLP
                                                                                                3333 Piedmont Road NE, Suite 2500
                                                                                                Atlanta, GA  30305
                                                                                                Telephone: (678) 553-2392
                                                                                                Sara.Thompson@gtlaw.com

                                                                                                *Counsel for Defendants Walgreen Co. and Walmart Inc.*